Melissa A. Fortunato (SBN #319767)
Marion C. Passmore (SBN #228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
        passmore@bespc.com

*Liaison Counsel for Gerald Haney*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN, <br><br> Defendants. | Case No.:  5:22-cv-08168-EJD <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF NON-OPPOSITION OF GERALD HANEY TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF** |

Case No. 5:22-cv-08168-EJD

NOTICE OF NON-OPPOSITION OF GERALD HANEY TO COMPETING MOTIONS FOR
APPOINTMENT AS LEAD PLAINTIFF

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Gerald Haney ("Movant") has not asserted the "largest financial interest" in this action.  However, in the event that the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, Movant remains willing and able to serve as lead plaintiff or as a named class representative.

Dated: February 23, 2023

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ Melissa A. Fortunato
Melissa A. Fortunato (SBN #319767)
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
           passmore@bespc.com

*Liaison Counsel for Gerald Haney*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: lhasson@bernlieb.com
           seidman@bernlieb.com

*Counsel for Gerald Haney*

NOTICE OF NON-OPPOSITION OF GERALD HANEY TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF