Nicole Lavallee (SBN 165755)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        avahdat@bermantabacco.com

*Counsel for the University of Puerto Rico Retirement System
and Proposed Liaison Counsel for the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSPEH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN<br><br>Defendants. | Case No. 5:22-cv-8168-EJD<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JOSHUA W. RUTHIZER IN SUPPORT OF THE UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>DATE:     July 20, 2023<br>TIME:     9:00 a.m.<br>CTRM:    4, 5th Floor<br>JUDGE:    Hon. Edward J. Davila |

[CASE NO. 5:22-cv-8168-EJD] DECLARATION OF JOSHUA W. RUTHIZER IN SUPPORT OF THE UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF

I, Joshua W. Ruthizer, Esq., declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and the State of Florida.

2.    I am a partner in the law firm of Wolf Popper LLP ("Wolf Popper"), counsel for proposed Lead Plaintiff the University of Puerto Rico Retirement System (the "UPR Retirement System"), and proposed lead counsel for the putative class in the above-captioned action.

3.    I make this Declaration in support of the UPR Retirement System's Memorandum of Points and Authorities in Opposition to The Competing Motions for Appointment as Lead Plaintiff.

4.    I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

5.    Attached hereto as Exhibit A is a true and correct copy of a chart comparing the financial interests of the remaining Lead Plaintiff movants: Policemen's Annuity and Benefit Fund of Chicago, University of Puerto Rico Retirement System, and John Mitchell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of February, 2023, at New York, New York.


/s/ Joshua W. Ruthizer, Esq.
Joshua W. Ruthizer, Esq.

**E-FILING ATTESTATION**

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Joshua W. Ruthizer, Esq. has concurred in this filing.


/s/ Nicole Lavallee
Nicole Lavallee

[CASE NO. 5:22-cv-8168-EJD ] DECLARATION OF JOSHUA W. RUTHIZER IN SUPPORT OF THE UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF                                                                                                      1