# EXHIBIT A

FIFO Calculations

**Twist Bioscience Corp. (TWST)**
**LP Loss Analysis**

| | |
|---|---|
| **Alleged Class Period:** | 12/13/19 - 11/14/2022 |
| **Alleged Stock Price Decline Date** | 11/15/2022 |
| **Alleged Stock Price Decline** | $7.57 |
| **November 15, 2022 Closing Price** | $30.43 |
| **November 14, 2022 Closing Price** | $38.00 |
| **90-Days After Alleged Stock Price Decline** | 2/13/2023 |
| **Average Closing Price for 11/15/2022-2/13/2023** | $25.94 |

**Movant:  Policemen's Annuity and Benefit Fund of Chicago (PABF)**

| Date | Purchase | Per Share Price | Total | Sale | Per Share Price | Total | Dura Shares | Per Share Financial Interest @ $25.94 | Dura Financial Interest @ $25.94 |
|---|---|---|---|---|---|---|---|---|---|
| 12/3/2020 | 431 | $122.76 | $52,910.38 | | | | 0 | $12.06 | $0.00 |
| 12/3/2020 | 4,104 | $110.00 | $451,440.00 | | | | 0 | $12.06 | $0.00 |
| 7/9/2021 | 2,426 | $130.13 | $315,691.01 | | | | 0 | $12.06 | $0.00 |
| 9/17/2021 | 1,567 | $115.41 | $180,850.13 | | | | 1,261 | $12.06 | $15,207.66 |
| 11/2/2021 | 59 | $128.98 | $7,609.63 | | | | 59 | $12.06 | $711.54 |
| 12/15/2021 | 2,960 | $89.25 | $264,181.18 | | | | 2,960 | $12.06 | $35,697.60 |
| 1/21/2022 | | | | 2,790 | $54.33 | $151,571.77 | | | |
| 3/22/2022 | | | | 5 | $49.36 | $246.82 | | | |
| 5/3/2022 | 1,129 | $31.63 | $35,711.40 | | | | 1,129 | $5.69 | $6,422.88 |
| 5/4/2022 | 164 | $31.78 | $5,211.59 | | | | 164 | $5.84 | $957.10 |
| 5/4/2022 | 500 | $31.09 | $15,547.25 | | | | 500 | $5.15 | $2,576.25 |
| 5/5/2022 | 129 | $30.75 | $3,966.11 | | | | 129 | $4.80 | $619.59 |
| 5/5/2022 | 1,528 | $31.36 | $47,923.73 | | | | 1,528 | $5.42 | $8,284.36 |
| 5/6/2022 | 132 | $30.56 | $4,034.04 | | | | 132 | $4.62 | $609.69 |
| 5/6/2022 | 1,390 | $30.62 | $42,559.16 | | | | 1,390 | $4.68 | $6,499.78 |
| 5/9/2022 | 492 | $28.72 | $14,129.21 | | | | 492 | $2.78 | $1,365.74 |
| 5/9/2022 | 1,688 | $28.60 | $48,272.92 | | | | 1,688 | $2.66 | $4,482.82 |
| 8/9/2022 | | | | 1,085 | $48.95 | $53,113.68 | | | |
| 8/9/2022 | | | | 200 | $49.19 | $9,837.72 | | | |
| 8/11/2022 | | | | 1,402 | $53.62 | $75,171.03 | | | |
| 8/23/2022 | | | | 1,785 | $40.57 | $72,415.84 | | | |
| 9/26/2022 | 278 | $35.10 | $9,757.27 | | | | 278 | $9.16 | $2,545.40 |
| 9/28/2022 | 135 | $37.03 | $4,998.44 | | | | 135 | $11.08 | $1,496.27 |
| **Total** | **19,112** | | **$1,504,793** | **7,267** | | **$362,357** | **11,845** | | **$87,477** |

1

FIFO Calculations

| | | Movant | University of Puerto Rico Retirement System | | | | | | Dura | Per Share Financial | Dura Financial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Per Share | | | | |
| | Date | Purchase | Per Share Price | Total | | Sale | Price | Total | Shares | Interest @ $25.94 | Interest @ $25.94 |
| | 7/28/2022 | 2,479 | $43.30 | $107,345.91 | | | | | 2,479 | $12.06 | $29,896.74 |
| | 7/29/2022 | 2,380 | $43.44 | $103,381.73 | | | | | 2,380 | $12.06 | $28,702.80 |
| | 8/1/2022 | 2,694 | $45.25 | $121,908.35 | | | | | 2,694 | $12.06 | $32,489.64 |
| | 10/31/2022 | 1,385 | $32.94 | $45,623.70 | | | | | 1,385 | $7.00 | $9,694.03 |
| | 11/1/2022 | 1,692 | $33.67 | $56,969.81 | | | | | 1,692 | $7.73 | $13,075.95 |
| | **Total** | **10,630** | | **$435,229** | | | | | **10,630** | | **$113,859** |

| | | Movant | John Mitchell | | | | | | Dura | Per Share Financial | Dura Financial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Per Share | | | | |
| Date | | Purchase | Per Share Price | Total | | Sale | Price | Total | Shares | Interest @ $25.94 | Interest @ $25.94 |
| | 1/20/2021 | 100 | $207.53 | $20,753.00 | | | | | 100 | $12.06 | $1,206.00 |
| | 2/19/2021 | 100 | $148.00 | $14,800.00 | | | | | 100 | $12.06 | $1,206.00 |
| | 6/7/2021 | 200 | $101.95 | $20,390.00 | | | | | 200 | $12.06 | $2,412.00 |
| | 6/21/2021 | 200 | $114.50 | $22,900.00 | | | | | 200 | $12.06 | $2,412.00 |
| | 2/23/2022 | 200 | $50.30 | $10,060.00 | | | | | 200 | $12.06 | $2,412.00 |
| | 3/11/2022 | 100 | $44.00 | $4,400.00 | | | | | 100 | $12.06 | $1,206.00 |
| | **Total** | **900** | | **$93,303** | | | | | **900** | | **$10,854** |

2

LIFO Calculations

**Twist Bioscience Corp. (TWST)**
**LP Loss Analysis**

| | |
|---|---|
| **Alleged Class Period:** | 12/13/19 - 11/14/2022 |
| **Alleged Stock Price Decline Date** | 11/15/2022 |
| **Alleged Stock Price Decline** | $7.57 |
| **November 15, 2022 Closing Price** | $30.43 |
| **November 14, 2022 Closing Price** | $38.00 |
| **90-Days After Alleged Stock Price Decline** | 2/13/2023 |
| **Average Closing Price for 11/15/2022-2/13/2023** | $25.94 |

**Movant: Policemen's Annuity and Benefit Fund of Chicago (PABF)**

| Date | Purchase | Per Share Price | Total | Sale | Per Share Price | Total | Dura Shares | Per Share Financial Interest @ $25.94 | Dura Financial Interest @ $25.94 |
|---|---|---|---|---|---|---|---|---|---|
| 12/3/2020 | 431 | $122.76 | $52,910.38 | | | | 431 | $12.06 | $5,197.86 |
| 12/3/2020 | 4,104 | $110.00 | $451,440.00 | | | | 4,104 | $12.06 | $49,494.24 |
| 7/9/2021 | 2,426 | $130.13 | $315,691.01 | | | | 2,426 | $12.06 | $29,257.56 |
| 9/17/2021 | 1,567 | $115.41 | $180,850.13 | | | | 1,567 | $12.06 | $18,898.02 |
| 11/2/2021 | 59 | $128.98 | $7,609.63 | | | | 59 | $12.06 | $711.54 |
| 12/15/2021 | 2,960 | $89.25 | $264,181.18 | | | | 165 | $12.06 | $1,989.90 |
| 1/21/2022 | | | | 2,790 | $54.33 | $151,571.77 | | | |
| 3/22/2022 | | | | 5 | $49.36 | $246.82 | | | |
| 5/3/2022 | 1,129 | $31.63 | $35,711.40 | | | | 1,129 | $5.69 | $6,422.88 |
| 5/4/2022 | 164 | $31.78 | $5,211.59 | | | | 164 | $5.84 | $957.10 |
| 5/4/2022 | 500 | $31.09 | $15,547.25 | | | | 500 | $5.15 | $2,576.25 |
| 5/5/2022 | 129 | $30.75 | $3,966.11 | | | | 129 | $4.80 | $619.59 |
| 5/5/2022 | 1,528 | $31.36 | $47,923.73 | | | | 758 | $5.42 | $4,109.65 |
| 5/6/2022 | 132 | $30.56 | $4,034.04 | | | | 0 | $4.62 | $0.00 |
| 5/6/2022 | 1,390 | $30.62 | $42,559.16 | | | | 0 | $4.68 | $0.00 |
| 5/9/2022 | 492 | $28.72 | $14,129.21 | | | | 0 | $2.78 | $0.00 |
| 5/9/2022 | 1,688 | $28.60 | $48,272.92 | | | | 0 | $2.66 | $0.00 |
| 8/9/2022 | | | | 1,085 | $48.95 | $53,113.68 | | | |
| 8/9/2022 | | | | 200 | $49.19 | $9,837.72 | | | |
| 8/11/2022 | | | | 1,402 | $53.62 | $75,171.03 | | | |
| 8/23/2022 | | | | 1,785 | $40.57 | $72,415.84 | | | |
| 9/26/2022 | 278 | $35.10 | $9,757.27 | | | | 278 | $9.16 | $2,545.40 |
| 9/28/2022 | 135 | $37.03 | $4,998.44 | | | | 135 | $11.08 | $1,496.27 |
| **Total** | **19,112** | | **$1,504,793** | **7,267** | | **$362,357** | **11,845** | | **$124,276** |

3

LIFO Calculations

| | | Movant | University of Puerto Rico Retirement System | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | Purchase | Per Share Price | Total | Sale | Per Share Price | Total | Dura Shares | Per Share Financial Interest @ $25.94 | Dura Financial Interest @ $25.94 |
| 7/28/2022 | | 2,479 | $43.30 | $107,345.91 | | | | 2,479 | $12.06 | $29,896.74 |
| 7/29/2022 | | 2,380 | $43.44 | $103,381.73 | | | | 2,380 | $12.06 | $28,702.80 |
| 8/1/2022 | | 2,694 | $45.25 | $121,908.35 | | | | 2,694 | $12.06 | $32,489.64 |
| 10/31/2022 | | 1,385 | $32.94 | $45,623.70 | | | | 1,385 | $7.00 | $9,694.03 |
| 11/1/2022 | | 1,692 | $33.67 | $56,969.81 | | | | 1,692 | $7.73 | $13,075.95 |
| Total | | 10,630 | | $435,229 | | | | 10,630 | | $113,859 |

| | | Movant | John Mitchell | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | Purchase | Per Share Price | Total | Sale | Per Share Price | Total | Dura Shares | Per Share Financial Interest @ $25.94 | Dura Financial Interest @ $25.94 |
| 1/20/2021 | | 100 | $207.53 | $20,753.00 | | | | 100 | $12.06 | $1,206.00 |
| 2/19/2021 | | 100 | $148.00 | $14,800.00 | | | | 100 | $12.06 | $1,206.00 |
| 6/7/2021 | | 200 | $101.95 | $20,390.00 | | | | 200 | $12.06 | $2,412.00 |
| 6/21/2021 | | 200 | $114.50 | $22,900.00 | | | | 200 | $12.06 | $2,412.00 |
| 2/23/2022 | | 200 | $50.30 | $10,060.00 | | | | 200 | $12.06 | $2,412.00 |
| 3/11/2022 | | 100 | $44.00 | $4,400.00 | | | | 100 | $12.06 | $1,206.00 |
| Total | | 900 | | $93,303 | | | | 900 | | $10,854 |

FIFO Excl. Below $30.43 Calcs

**Twist Bioscience Corp. (TWST)**
**LP Loss Analysis**

| | |
|---|---|
| **Alleged Class Period:** | 12/13/19 - 11/14/2022 |
| **Alleged Stock Price Decline Date** | 11/15/2022 |
| **Alleged Stock Price Decline** | $7.57 |
| **November 15, 2022 Closing Price** | $30.43 |
| **November 14, 2022 Closing Price** | $38.00 |
| **90-Days After Alleged Stock Price Decline** | 2/13/2023 |
| **Average Closing Price for 11/15/2022-2/13/2023** | $25.94 |

| Movant: Policemen's Annuity and Benefit Fund of Chicago (PABF) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Purchase | Per Share Price | Total | Sale | Per Share Price | Total | Dura Shares | Per Share Financial Interest @ $25.94 | Dura Financial Interest @ $25.94 |
| 12/3/2020 | 431 | $122.76 | $52,910.38 | | | | 0 | $12.06 | $0.00 |
| 12/3/2020 | 4,104 | $110.00 | $451,440.00 | | | | 0 | $12.06 | $0.00 |
| 7/9/2021 | 2,426 | $130.13 | $315,691.01 | | | | 0 | $12.06 | $0.00 |
| 9/17/2021 | 1,567 | $115.41 | $180,850.13 | | | | 1,261 | $12.06 | $15,207.66 |
| 11/2/2021 | 59 | $128.98 | $7,609.63 | | | | 59 | $12.06 | $711.54 |
| 12/15/2021 | 2,960 | $89.25 | $264,181.18 | | | | 2,960 | $12.06 | $35,697.60 |
| 1/21/2022 | | | | 2,790 | $54.33 | $151,571.77 | | | |
| 3/22/2022 | | | | 5 | $49.36 | $246.82 | | | |
| 5/3/2022 | 1,129 | $31.63 | $35,711.40 | | | | 1,129 | $5.69 | $6,422.88 |
| 5/4/2022 | 164 | $31.78 | $5,211.59 | | | | 164 | $5.84 | $957.10 |
| 5/4/2022 | 500 | $31.09 | $15,547.25 | | | | 500 | $5.15 | $2,576.25 |
| 5/5/2022 | 129 | $30.75 | $3,966.11 | | | | 129 | $4.80 | $619.59 |
| 5/5/2022 | 1,528 | $31.36 | $47,923.73 | | | | 1,528 | $5.42 | $8,284.36 |
| 5/6/2022 | 132 | $30.56 | $4,034.04 | | | | 132 | $4.62 | $609.69 |
| 5/6/2022 | 1,390 | $30.62 | $42,559.16 | | | | 1,390 | $4.68 | $6,499.78 |
| ~~5/9/2022~~ | ~~492.00~~ | ~~$28.72~~ | ~~$14,129.21~~ | | | | ~~0~~ | ~~$0.00~~ | ~~$0.00~~ |
| ~~5/9/2022~~ | ~~1,688.00~~ | ~~$28.60~~ | ~~$48,272.92~~ | | | | ~~0~~ | ~~$0.00~~ | ~~$0.00~~ |
| 8/9/2022 | | | | 1,085 | $48.95 | $53,113.68 | | | |
| 8/9/2022 | | | | 200 | $49.19 | $9,837.72 | | | |
| 8/11/2022 | | | | 1,402 | $53.62 | $75,171.03 | | | |
| 8/23/2022 | | | | 1,785 | $40.57 | $72,415.84 | | | |
| 9/26/2022 | 278 | $35.10 | $9,757.27 | | | | 278 | $9.16 | $2,545.40 |
| 9/28/2022 | 135 | $37.03 | $4,998.44 | | | | 135 | $11.08 | $1,496.27 |
| **Total** | **19,112** | | **$1,504,793** | **7,267** | | **$362,357** | **9,665** | | **$81,628** |

FIFO Excl. Below $30.43 Calcs

| Movant | University of Puerto Rico Retirement System | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchase | Per Share Price | Total | Sale | Per Share Price | Total | Dura Shares | Per Share Financial Interest @ $25.94 | Dura Financial Interest @ $25.94 |
| 7/28/2022 | 2,479 | $43.30 | $107,345.91 | | | | 2,479 | $12.06 | $29,896.74 |
| 7/29/2022 | 2,380 | $43.44 | $103,381.73 | | | | 2,380 | $12.06 | $28,702.80 |
| 8/1/2022 | 2,694 | $45.25 | $121,908.35 | | | | 2,694 | $12.06 | $32,489.64 |
| 10/31/2022 | 1,385 | $32.94 | $45,623.70 | | | | 1,385 | $7.00 | $9,694.03 |
| 11/1/2022 | 1,692 | $33.67 | $56,969.81 | | | | 1,692 | $7.73 | $13,075.95 |
| **Total** | **10,630** | | **$435,229** | | | | **10,630** | | **$113,859** |

| Movant | John Mitchell | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchase | Per Share Price | Total | Sale | Per Share Price | Total | Dura Shares | Per Share Financial Interest @ $25.94 | Dura Financial Interest @ $25.94 |
| 1/20/2021 | 100 | $207.53 | $20,753.00 | | | | 100 | $12.06 | $1,206.00 |
| 2/19/2021 | 100 | $148.00 | $14,800.00 | | | | 100 | $12.06 | $1,206.00 |
| 6/7/2021 | 200 | $101.95 | $20,390.00 | | | | 200 | $12.06 | $2,412.00 |
| 6/21/2021 | 200 | $114.50 | $22,900.00 | | | | 200 | $12.06 | $2,412.00 |
| 2/23/2022 | 200 | $50.30 | $10,060.00 | | | | 200 | $12.06 | $2,412.00 |
| 3/11/2022 | 100 | $44.00 | $4,400.00 | | | | 100 | $12.06 | $1,206.00 |
| **Total** | **900** | | **$93,303** | | | | **900** | | **$10,854** |

LIFO Excl. Below $30.43 Calcs

**Twist Bioscience Corp. (TWST)**
**LP Loss Analysis**

| | |
|---|---|
| **Alleged Class Period:** | 12/13/19 - 11/14/2022 |
| **Alleged Stock Price Decline Date** | 11/15/2022 |
| **Alleged Stock Price Decline** | $7.57 |
| **November 15, 2022 Closing Price** | $30.43 |
| **November 14, 2022 Closing Price** | $38.00 |
| **90-Days After Alleged Stock Price Decline** | 2/13/2023 |
| **Average Closing Price for 11/15/2022-2/13/2023** | $25.94 |

**Movant:  Policemen's Annuity and Benefit Fund of Chicago (PABF)**

| Date | Purchase | Per Share Price | Total | Sale | Per Share Price | Total | Dura Shares | Per Share Financial Interest @ $25.94 | Dura Financial Interest @ $25.94 |
|---|---|---|---|---|---|---|---|---|---|
| 12/3/2020 | 431 | $122.76 | $52,910.38 | | | | 431 | $12.06 | $5,197.86 |
| 12/3/2020 | 4,104 | $110.00 | $451,440.00 | | | | 4,104 | $12.06 | $49,494.24 |
| 7/9/2021 | 2,426 | $130.13 | $315,691.01 | | | | 2,426 | $12.06 | $29,257.56 |
| 9/17/2021 | 1,567 | $115.41 | $180,850.13 | | | | 1,567 | $12.06 | $18,898.02 |
| 11/2/2021 | 59 | $128.98 | $7,609.63 | | | | 59 | $12.06 | $711.54 |
| 12/15/2021 | 2,960 | $89.25 | $264,181.18 | | | | 165 | $12.06 | $1,989.90 |
| 1/21/2022 | | | | 2,790 | $54.33 | $151,571.77 | | | |
| 3/22/2022 | | | | 5 | $49.36 | $246.82 | | | |
| 5/3/2022 | 1,129 | $31.63 | $35,711.40 | | | | 500 | $5.69 | $2,844.50 |
| 5/4/2022 | 164 | $31.78 | $5,211.59 | | | | 0 | $5.84 | $0.00 |
| 5/4/2022 | 500 | $31.09 | $15,547.25 | | | | 0 | $5.15 | $0.00 |
| 5/5/2022 | 129 | $30.75 | $3,966.11 | | | | 0 | $4.80 | $0.00 |
| 5/5/2022 | 1,528 | $31.36 | $47,923.73 | | | | 0 | $5.42 | $0.00 |
| 5/6/2022 | 132 | $30.56 | $4,034.04 | | | | 0 | $4.62 | $0.00 |
| 5/6/2022 | 1,390 | $30.62 | $42,559.16 | | | | 0 | $4.68 | $0.00 |
| ~~5/9/2022~~ | ~~492~~ | ~~$28.72~~ | ~~$14,129.21~~ | | | | ~~0~~ | ~~$0.00~~ | ~~$0.00~~ |
| ~~5/9/2022~~ | ~~1,688~~ | ~~$28.60~~ | ~~$48,272.92~~ | | | | ~~0~~ | ~~$0.00~~ | ~~$0.00~~ |
| 8/9/2022 | | | | 1,085 | $48.95 | $53,113.68 | | | |
| 8/9/2022 | | | | 200 | $49.19 | $9,837.72 | | | |
| 8/11/2022 | | | | 1,402 | $53.62 | $75,171.03 | | | |
| 8/23/2022 | | | | 1,785 | $40.57 | $72,415.84 | | | |
| 9/26/2022 | 278 | $35.10 | $9,757.27 | | | | 278 | $9.16 | $2,545.40 |
| 9/28/2022 | 135 | $37.03 | $4,998.44 | | | | 135 | $11.08 | $1,496.27 |
| **Total** | **19,112** | | **$1,504,793** | **7,267** | | **$362,357** | **9,665** | | **$112,435** |

7

LIFO Excl. Below $30.43 Calcs

| | **Movant  University of Puerto Rico Retirement System** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | | **Purchase** | **Per Share Price** | **Total** | **Sale** | **Per Share Price** | **Total** | *Dura Shares* | *Per Share Financial Interest @ $25.94* | *Dura Financial Interest @ $25.94* |
| 7/28/2022 | | 2,479 | $43.30 | $107,345.91 | | | | 2,479 | $12.06 | $29,896.74 |
| 7/29/2022 | | 2,380 | $43.44 | $103,381.73 | | | | 2,380 | $12.06 | $28,702.80 |
| 8/1/2022 | | 2,694 | $45.25 | $121,908.35 | | | | 2,694 | $12.06 | $32,489.64 |
| 10/31/2022 | | 1,385 | $32.94 | $45,623.70 | | | | 1,385 | $7.00 | $9,694.03 |
| 11/1/2022 | | 1,692 | $33.67 | $56,969.81 | | | | 1,692 | $7.73 | $13,075.95 |
| **Total** | | **10,630** | | **$435,229** | | | | **10,630** | | **$113,859** |

| | **Movant  John Mitchell** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | | **Purchase** | **Per Share Price** | **Total** | **Sale** | **Per Share Price** | **Total** | *Dura Shares* | *Per Share Financial Interest @ $25.94* | *Dura Financial Interest @ $25.94* |
| 1/20/2021 | | 100 | $207.53 | $20,753.00 | | | | 100 | $12.06 | $1,206.00 |
| 2/19/2021 | | 100 | $148.00 | $14,800.00 | | | | 100 | $12.06 | $1,206.00 |
| 6/7/2021 | | 200 | $101.95 | $20,390.00 | | | | 200 | $12.06 | $2,412.00 |
| 6/21/2021 | | 200 | $114.50 | $22,900.00 | | | | 200 | $12.06 | $2,412.00 |
| 2/23/2022 | | 200 | $50.30 | $10,060.00 | | | | 200 | $12.06 | $2,412.00 |
| 3/11/2022 | | 100 | $44.00 | $4,400.00 | | | | 100 | $12.06 | $1,206.00 |
| **Total** | | **900** | | **$93,303** | | | | **900** | | **$10,854** |

8

Total Inflation Calculations

**Twist Bioscience Corp. (TWST)**
**LP Loss Analysis**

| | |
|---|---|
| **Alleged Class Period:** | 12/13/19 - 11/14/2022 |
| **Alleged Stock Price Decline Date** | 11/15/2022 |
| **Alleged Stock Price Decline** | $7.57 |
| **November 15, 2022 Closing Price** | $30.43 |
| **November 14, 2022 Closing Price** | $38.00 |
| **90-Days After Alleged Stock Price Decline** | 2/13/2023 |
| **Average Closing Price for 11/15/2022-2/13/2023** | $25.94 |

**Movant: Policemen's Annuity and Benefit Fund of Chicago (PABF)**

| Date | Purchase | Per Share Price | Per Share Inflation @ $30.43 | Total Inflation @ $30.43 | Per Share Inflation @ $25.94 | Total Inflation @ $25.94 | Sale | Per Share Price | Per Share Inflation @ $30.43 | Total Inflation @ $30.43 | Per Share Inflation @ $25.94 | Total Inflation @ $25.94 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/2020 | 431 | $122.76 | $7.57 | $3,262.67 | $12.06 | $5,197.86 | | | | | | |
| 12/3/2020 | 4,104 | $110.00 | $7.57 | $31,067.28 | $12.06 | $49,494.24 | | | | | | |
| 7/9/2021 | 2,426 | $130.13 | $7.57 | $18,364.82 | $12.06 | $29,257.56 | | | | | | |
| 9/17/2021 | 1,567 | $115.41 | $7.57 | $11,862.19 | $12.06 | $18,898.02 | | | | | | |
| 11/2/2021 | 59 | $128.98 | $7.57 | $446.63 | $12.06 | $711.54 | | | | | | |
| 12/15/2021 | 2,960 | $89.25 | $7.57 | $22,407.20 | $12.06 | $35,697.60 | | | | | | |
| 1/21/2022 | | | | | | | 2,790 | $54.33 | $7.57 | $21,120.30 | $12.06 | $33,647.40 |
| 3/22/2022 | | | | | | | 5 | $49.36 | $7.57 | $37.85 | $12.06 | $60.30 |
| 5/3/2022 | 1,129 | $31.63 | $1.20 | $1,355.93 | $5.69 | $6,422.88 | | | | | | |
| 5/4/2022 | 164 | $31.78 | $1.35 | $221.07 | $5.84 | $957.10 | | | | | | |
| 5/4/2022 | 500 | $31.09 | $0.66 | $332.25 | $5.15 | $2,576.25 | | | | | | |
| 5/5/2022 | 129 | $30.75 | $0.32 | $40.64 | $4.80 | $619.59 | | | | | | |
| 5/5/2022 | 1,528 | $31.36 | $0.93 | $1,426.69 | $5.42 | $8,284.36 | | | | | | |
| 5/6/2022 | 132 | $30.56 | $0.13 | $17.28 | $4.62 | $609.69 | | | | | | |
| 5/6/2022 | 1,390 | $30.62 | $0.19 | $261.46 | $4.68 | $6,499.78 | | | | | | |
| 5/9/2022 | 492 | $28.72 | $0.00 | $0.00 | $2.78 | $1,365.74 | | | | | | |
| 5/9/2022 | 1,688 | $28.60 | $0.00 | $0.00 | $2.66 | $4,482.82 | | | | | | |
| 8/9/2022 | | | | | | | 1,085 | $48.95 | $7.57 | $8,213.45 | $12.06 | $13,085.10 |
| 8/9/2022 | | | | | | | 200 | $49.19 | $7.57 | $1,514.00 | $12.06 | $2,412.00 |
| 8/11/2022 | | | | | | | 1,402 | $53.62 | $7.57 | $10,613.14 | $12.06 | $16,908.12 |
| 8/23/2022 | | | | | | | 1,785 | $40.57 | $7.57 | $13,512.45 | $12.06 | $21,527.10 |
| 9/26/2022 | 278 | $35.10 | $4.67 | $1,297.73 | $9.16 | $2,545.40 | | | | | | |
| 9/28/2022 | 135 | $37.03 | $6.60 | $890.39 | $11.08 | $1,496.27 | | | | | | |
| **Total** | **19,112** | | | **$93,254** | | **$175,117** | **7,267** | | | **$55,011** | | **$87,640** |

| | |
|---|---|
| *Total Inflation @ $30.43* | $38,243 |
| *Total Inflation @ $25.94* | $87,477 |

9

Total Inflation Calculations

**Movant  University of Puerto Rico Retirement System**

| Date | Purchase | Per Share Price | Per Share Inflation @ $30.43 | Total Inflation @ $30.43 | Per Share Inflation @ $25.94 | Total Inflation @ $25.94 | Sale | Per Share Price | Per Share Inflation @ $30.43 | Total Inflation @ $30.43 | Per Share Inflation @ $25.94 | Total Inflation @ $25.94 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/28/2022 | 2,479 | $43.30 | $7.57 | $18,766.03 | $12.06 | $29,896.74 | | | | | | |
| 7/29/2022 | 2,380 | $43.44 | $7.57 | $18,016.60 | $12.06 | $28,702.80 | | | | | | |
| 8/1/2022 | 2,694 | $45.25 | $7.57 | $20,393.58 | $12.06 | $32,489.64 | | | | | | |
| 10/31/2022 | 1,385 | $32.94 | $2.51 | $3,478.15 | $7.00 | $9,694.03 | | | | | | |
| 11/1/2022 | 1,692 | $33.67 | $3.24 | $5,482.25 | $7.73 | $13,075.95 | | | | | | |
| **Total** | **10,630** | | | **$66,137** | | **$113,859** | | | | | | |

Total Inflation @ $30.43    $66,137
Total Inflation @ $25.94    $113,859

**Movant  John Mitchell**

| Date | Purchase | Per Share Price | Per Share Inflation @ $30.43 | Total Inflation @ $30.43 | Per Share Inflation @ $25.94 | Total Inflation @ $25.94 | Sale | Per Share Price | Per Share Inflation @ $30.43 | Total Inflation @ $30.43 | Per Share Inflation @ $25.94 | Total Inflation @ $25.94 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/2021 | 100 | $207.53 | $7.57 | $757.00 | $12.06 | $1,206.00 | | | | | | |
| 2/19/2021 | 100 | $148.00 | $7.57 | $757.00 | $12.06 | $1,206.00 | | | | | | |
| 6/7/2021 | 200 | $101.95 | $7.57 | $1,514.00 | $12.06 | $2,412.00 | | | | | | |
| 6/21/2021 | 200 | $114.50 | $7.57 | $1,514.00 | $12.06 | $2,412.00 | | | | | | |
| 2/23/2022 | 200 | $50.30 | $7.57 | $1,514.00 | $12.06 | $2,412.00 | | | | | | |
| 3/11/2022 | 100 | $44.00 | $7.57 | $757.00 | $12.06 | $1,206.00 | | | | | | |
| **Total** | **900** | | | **$6,813** | | **$10,854** | | | | | | |

Total Inflation @ $30.43    $6,813
Total Inflation @ $25.94    $10,854