**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff*
*Policemen's Annuity and Benefit Fund of Chicago,*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN, <br><br> Defendants. | Case No. 5:22-cv-08168-EJD <br><br> <u>CLASS ACTION</u> <br> **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF THE POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO'S BRIEF IN OPPOSITION TO THE COMPETING LEAD PLAINTIFF MOTIONS** |

DECLARATION OF LESLEY E. WEAVER
CASE NO. 5:22-CV-08168-EJD

I, Lesley E. Weaver, declare as follows:

1.    I am a member in good standing of the bar of the State of California and of this Court.  I am a Partner of the law firm Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in further support of the Motion filed by Policemen's Annuity and Benefit Fund of Chicago ("PABF") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of BFA to serve as Lead Counsel for the Class; (3) any such further relief as the Court may deem just and proper; and (4) in opposition to the competing motions.

2.    Attached as Exhibit A is a true and correct copy of the following document:

EXHIBIT A:  Charts setting forth the calculation of each movant's loss under *Dura Pharms., Inc. v. Broudo*, 544 U.S. 336 (2005), prepared by counsel for PABF.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of February, 2023 at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

DECLARATION OF LESLEY E. WEAVER
CASE NO. 5:22-CV-08168-EJD