# EXHIBIT A

Twist Bioscience Corp. - Movant Losses Based on Dura [1]

Class Period: December 13, 2019 - November 14, 2022

University of Puerto Rico Retirement System ("UPR")

**LIFO/FIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/13/2019 | 0.00 | | |
| | | | | |
| Purchase | 7/28/2022 | 2,479.00 | $43.3021 | ($107,345.91) |
| Purchase | 7/29/2022 | 2,380.00 | $43.4377 | ($103,381.73) |
| Purchase | 8/1/2022 | 2,694.00 | $45.2518 | ($121,908.35) |
| Purchase | 10/31/2022 | 1,385.00 | $32.9413 | ($45,623.70) |
| Purchase | 11/1/2022 | 1,692.00 | $33.6701 | ($56,969.81) |
| *Class Period Purchases Retained Through the Disclosure* | | **10,630.00** | | **($435,229.49)** |
| | | | | |
| Retained Shares [2] | | 10,630.00 | $26.0137 | $276,525.94 |

**LIFO/FIFO Gain/(Loss) based on Dura:**     ($158,703.55)

Twist Bioscience Corp. - Movant Losses Based on Dura [1]
Class Period: December 13, 2019 - November 14, 2022

Gerald Haney

**LIFO/FIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/13/2019 | 0.00 | | |
| | | | | |
| Purchase | 11/11/2021 | 200.00 | $121.4199 | ($24,283.98) |
| Purchase | 11/22/2021 | 500.00 | $98.0000 | ($49,000.00) |
| Purchase | 12/1/2021 | 300.00 | $89.5000 | ($26,850.00) |
| Purchase | 2/22/2022 | 200.00 | $51.2400 | ($10,248.00) |
| Purchase | 2/24/2022 | 500.00 | $47.0800 | ($23,540.00) |
| Purchase | 3/14/2022 | 500.00 | $40.2700 | ($20,135.00) |
| Purchase | 4/21/2022 | 400.00 | $39.1800 | ($15,672.00) |
| Sale [3] | 12/23/2022 | -2,600.00 | $25.7586 | $66,972.29 |
| *Class Period Purchases Retained Through the Disclosure And Matching Sale* | | 0.00 | | ($102,756.69) |

**LIFO/FIFO Gain/(Loss) based on Dura:**     ($102,756.69)

Twist Bioscience Corp. - Movant Losses Based on Dura [1]
Class Period: December 13, 2019 - November 14, 2022

Stanley Schreiber

**LIFO/FIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/13/2019 | 0.00 | | |
| Purchase | 12/3/2020 | 100.00 | $114.8600 | ($11,486.00) |
| Sale | 12/8/2020 | -100.00 | $140.0000 | $14,000.00 |
| Purchase | 12/8/2020 | 150.00 | $138.5300 | ($20,779.50) |
| Purchase | 12/11/2020 | 50.00 | $143.6300 | ($7,181.50) |
| Sale | 12/14/2020 | -24.00 | $148.0900 | $3,554.16 |
| Sale | 12/14/2020 | -1.00 | $148.2200 | $148.22 |
| Sale | 12/14/2020 | -175.00 | $148.1000 | $25,917.50 |
| Purchase | 12/16/2020 | 100.00 | $135.6600 | ($13,566.00) |
| Sale | 12/18/2020 | -100.00 | $147.0000 | $14,700.00 |
| Purchase | 12/24/2020 | 150.00 | $160.1200 | ($24,018.00) |
| Purchase | 12/28/2020 | 150.00 | $160.5800 | ($24,087.00) |
| Sale | 1/8/2021 | -300.00 | $166.0000 | $49,800.00 |
| Purchase | 1/15/2021 | 150.00 | $180.7200 | ($27,108.00) |
| Sale | 1/19/2021 | -150.00 | $198.0000 | $29,700.00 |
| Purchase | 1/20/2021 | 100.00 | $201.1100 | ($20,111.00) |
| Purchase | 1/21/2021 | 150.00 | $203.5100 | ($30,526.50) |
| Sale | 1/21/2021 | -100.00 | $212.1300 | $21,213.00 |
| Purchase | 1/22/2021 | 100.00 | $188.6000 | ($18,860.00) |
| Purchase | 1/28/2021 | 50.00 | $167.9700 | ($8,398.50) |
| Sale | 2/2/2021 | -300.00 | $195.1900 | $58,557.00 |
| Purchase | 2/3/2021 | 150.00 | $190.5000 | ($28,575.00) |
| Sale | 2/4/2021 | -150.00 | $196.5000 | $29,475.00 |
| *Class Period Shares Purchased and Sold Prior to the Disclosure* | | 0.00 | | $12,367.88 |
| Purchase | 2/5/2021 | 150.00 | $163.0000 | ($24,450.00) |
| Purchase | 2/5/2021 | 150.00 | $169.0500 | ($25,357.50) |
| Purchase | 2/10/2021 | 100.00 | $169.5000 | ($16,950.00) |
| Purchase | 3/18/2021 | 100.00 | $133.4100 | ($13,341.00) |
| Purchase | 4/19/2021 | 100.00 | $128.8600 | ($12,886.00) |
| Purchase | 6/30/2021 | 100.00 | $133.6500 | ($13,365.00) |
| Purchase | 8/6/2021 | 100.00 | $113.8200 | ($11,382.00) |
| *Class Period Purchases Retained Through the Disclosure* | | 800.00 | | ($117,731.50) |
| Retained Shares [2] | | 800.00 | $26.0874 | $20,869.93 |

**LIFO/FIFO Gain/(Loss) based on Dura:**     ($96,861.57)

Twist Bioscience Corp. - Movant Losses Based on Dura [1]

Class Period: December 13, 2019 - November 14, 2022

John Mitchell

**LIFO/FIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/13/2019 | 0.00 | | |
| | | | | |
| Purchase | 1/20/2021 | 100.00 | $207.5300 | ($20,753.00) |
| Purchase | 2/19/2021 | 100.00 | $148.0000 | ($14,800.00) |
| Purchase | 6/7/2021 | 200.00 | $101.9500 | ($20,390.00) |
| Purchase | 6/21/2021 | 200.00 | $114.5000 | ($22,900.00) |
| Purchase | 2/23/2022 | 200.00 | $50.3000 | ($10,060.00) |
| Purchase | 3/11/2022 | 100.00 | $44.0000 | ($4,400.00) |
| *Class Period Purchases Retained Through the Disclosure* | | **900.00** | | **($93,303.00)** |
| | | | | |
| Retained Shares [2] | | 900.00 | $25.9752 | $23,377.65 |

**LIFO/FIFO Gain/(Loss) based on Dura:**        ($69,925.35)

Twist Bioscience Corp. - Movant Losses Based on Dura [1]
Class Period: December 13, 2019 - November 14, 2022

David Joseph Primeau

**LIFO/FIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/13/2019 | 0.00 | | |
| | | | | |
| Purchase | 3/22/2021 | 50.00 | $137.8500 | ($6,892.50) |
| Purchase | 7/12/2021 | 8.00 | $126.0000 | ($1,008.00) |
| Purchase | 7/13/2021 | 2.00 | $122.2200 | ($244.44) |
| Purchase | 8/30/2021 | 20.00 | $109.0700 | ($2,181.40) |
| Purchase | 10/15/2021 | 20.00 | $113.6000 | ($2,272.00) |
| Purchase | 11/9/2021 | 100.00 | $128.0000 | ($12,800.00) |
| Purchase | 9/30/2022 | 100.00 | $37.4300 | ($3,743.00) |
| *Class Period Purchases Retained Through the Disclosure* | | **300.00** | | **($29,141.34)** |
| | | | | |
| Retained Shares [2] | | 300.00 | $25.9752 | $7,792.55 |

**LIFO/FIFO Gain/(Loss) based on Dura:**     ($21,348.79)

Twist Bioscience Corp. - Movant Losses Based on Dura [1]

Class Period: December 13, 2019 - November 14, 2022

**Randall Bradford Account 1**

LIFO/FIFO

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/13/2019 | 0.00 | | |
| Purchase | 8/12/2020 | 3.00 | $62.7425 | ($188.23) |
| Purchase | 9/18/2020 | 37.00 | $65.3499 | ($2,417.95) |
| Purchase | 12/11/2020 | 35.00 | $138.4913 | ($4,847.20) |
| Sale | 1/27/2021 | -75.00 | $153.5300 | $11,514.75 |
| *Class Period Shares Purchased and Sold Prior to the Disclosure* | | 0.00 | | $4,061.38 |
| Purchase | 2/3/2021 | 21.00 | $190.9853 | ($4,010.69) |
| Purchase | 2/8/2021 | 10.00 | $174.4250 | ($1,744.25) |
| Purchase | 2/11/2021 | 9.00 | $166.9572 | ($1,502.61) |
| Purchase | 2/16/2021 | 10.00 | $162.6400 | ($1,626.40) |
| Purchase | 2/23/2021 | 25.00 | $116.4550 | ($2,911.38) |
| Purchase | 8/11/2021 | 20.00 | $102.1057 | ($2,042.11) |
| *Class Period Purchases Retained Through the Disclosure* | | 95.00 | | ($13,837.45) |
| Retained Shares [2] | | 95.00 | $25.9752 | $2,467.64 |

**LIFO/FIFO Gain/(Loss) based on Dura:** ($11,369.80)

**Randall Bradford Accounts 2 & 3** [4]

LIFO/FIFO

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/13/2019 | 0.00 | | |
| Purchase | 12/31/2020 | 28.00 | $142.0300 | ($3,976.84) |
| Purchase | 8/6/2021 | 9.00 | $111.4300 | ($1,002.87) |
| *Class Period Purchases Retained Through the Disclosure* | | 37.00 | | ($4,979.71) |
| Retained Shares [2] | | 37.00 | $25.9752 | $961.08 |

**LIFO/FIFO Gain/(Loss) based on Dura:** ($4,018.63)

**Combined LIFO/FIFO Gain/(Loss) based on Dura:** ($15,388.43)

**Twist Bioscience Corp. - Movant Losses Based on Dura [1]**
**Class Period: December 13, 2019 - November 14, 2022**

Robert Basker

**LIFO/FIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/13/2019 | 0.00 | | |
| | | | | |
| Purchase | 10/12/2020 | 50.00 | $89.9800 | ($4,499.00) |
| Purchase | 1/20/2021 | 40.00 | $200.0000 | ($8,000.00) |
| *Class Period Purchases Retained Through the Disclosure* | | **90.00** | | **($12,499.00)** |
| | | | | |
| Retained Shares [2] | | 90.00 | $26.0137 | $2,341.24 |

**LIFO/FIFO Gain/(Loss) based on Dura:       ($10,157.76)**

[1] *Dura loss is the summation of the cost of Class Period purchases held through the Disclosure, proceeds of sales matched to purchases held through the Disclosure (if any), and the value of retained shares based on the 90-day look back average. The pled disclosure occurred on 11/15/2022 (the "Disclosure").*

[2] *Shares purchased during the Class Period and retained have been valued at the average close price each movant applied in the loss chart submitted with its initial papers. Movants PABF, Mitchell, Primeau and Bradford applied a lookback average of $25.9752, the average close price from November 15, 2022 - February 10, 2023, the deadline for motions seeking appointment as lead plaintiff. Movants UPR and Basker applied a lookback average of $26.0137, the average close price from November 15, 2022 - February 9, 2023. Movant Schreiber applied a lookback average of $26.0874, seemingly the average close price from November 15, 2022 - February 2, 2023. Movant Haney sold out during the 90 day lookback period and therefore did not retain any shares.*

[3] *Sales occurring during the 90-day lookback period are valued at the maximum of the actual sale price and the average price on the date of sale.*

[4] *The analysis for Account 2 and Account 3 were consolidated since all Twist Bioscience Corp. shares in Account 3 were transferred from Account 2.*