**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff*
*Policemen's Annuity and Benefit Fund of Chicago,*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EJD<br><br><u>CLASS ACTION</u><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

DECLARATION OF LESLEY E. WEAVER
CASE NO. 5:22-CV-08168-EJD

I, Lesley E. Weaver, declare as follows:

1.    I am a member in good standing of the bar of the State of California and of this Court.  I am a Partner of the law firm Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in further support of the Motion filed by Policemen's Annuity and Benefit Fund of Chicago ("PABF") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of BFA to serve as Lead Counsel for the Class; (3) any such further relief as the Court may deem just and proper; and (4) in opposition to the motion of the University of Puerto Rico Retirement System ("UPR").

2.    Attached as Exhibits 1 – 16 are true and correct copies of the following documents:

EXHIBIT 1:    Letter filed by UPR in *Karp v. Diebold Nixdorf, Inc.*, No. 1:19-cv-6180, ECF No. 22 (S.D.N.Y. filed Sept. 5, 2019) showing calculation of UPR's losses using actual purchase price of shares at 5–9.

EXHIBIT 2:    Calculation of losses using actual purchase price of shares submitted by UPR in *Utesch v. Lannett Company, Inc.*, No. 2:16-cv-05932, ECF No. 28-2 (E.D. Pa. filed Jan 26, 2017).

EXHIBIT 3:    Memorandum of Law in Further Support of the Motion of UPR for Consolidation, Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel and in Opposition to Competing Motions, *Ganues v. World Wrestling Entertainment, Inc.*, No. 3:14-cv-01070, ECF No. 38 (D. Conn. filed Oct. 14, 2014).

EXHIBIT 4:    List of UPR transactions submitted by UPR in *Ganues v. World Wrestling Entertainment, Inc.*, No. 3:14-cv-01070, ECF No. 18-6 (D. Conn. filed Sept. 23, 2014).

EXHIBIT 5:    Calculation of losses using actual purchase price of shares submitted by UPR in *Lang v. Tower Group International, Ltd.*, No. 1:13-cv-05852, ECF No. 10-2 (S.D.N.Y. filed Oct. 21, 2013).

EXHIBIT 6:    Calculation of losses using actual purchase price of shares submitted by UPR in *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 v. Ocwen Financial Corporation*, No. 9:14-cv-81057, ECF No. 17-4 at 3 (S.D. Fla. filed Oct. 14, 2014).

EXHIBIT 7:    Declaration of Julie Prag Vianale in Support of UPR's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel, including calculation of UPR's losses using actual purchase price of shares in Exs. A-B, *Carvelli v. Ocwen Financial Corporation*, No. 9:17-cv-80500, ECF No. 34-1 at 5–7, 9 (S.D. Fla. filed June 28, 2017).

EXHIBIT 8:    Calculation of losses using actual purchase price of shares submitted by UPR in *Gouet v. USA Technologies, Inc.*, No. 2:19-cv-04565, ECF No. 6-6 (D.N.J. filed Nov. 13, 2018).

EXHIBIT 9:    Calculation of losses using actual purchase price of shares submitted by UPR in *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Ryanair Holdings Plc*, No. 1:18-cv-10330, ECF No. 9-3 (S.D.N.Y. filed Jan. 7, 2019).

EXHIBIT 10:   Calculation of losses using actual purchase price of shares submitted by UPR in *Edwards v. McDermott International, Inc.*, No. 4:18-cv-04330, ECF No. 20-4 (S.D. Tex. filed Jan. 15, 2019).

EXHIBIT 11:   Memorandum of Law in Support of the Motion of UPR for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, *Wigginton v. Advance Auto Parts, Inc.*, No. 1:18-cv-00212, ECF No. 25 (D. Del. filed Apr. 9, 2018).

EXHIBIT 12:   List of UPR transactions submitted by UPR in *Wigginton v. Advance Auto Parts, Inc.*, No. 1:18-cv-00212, ECF No. 26-1 at 4 (D. Del. filed Apr. 9, 2018).

EXHIBIT 13:   Memorandum of Law in Further Support of the Motion of UPR for Appointment as Lead Plaintiff and Approval of Selection of Counsel and in Opposition to the Competing Motions, *Utesch v. Lannett Company, Inc.*, No. 2:16-cv-05932, ECF No. 28 (E.D. Pa. filed Jan 26, 2017).

EXHIBIT 14:   Chart of PABF's and UPR's losses calculated based on the recoverable loss method applied in *Mehedi v. View, Inc.*, 2022 WL 377406 (N.D. Cal. Feb. 8, 2022) prepared by counsel for PABF.

EXHIBIT 15:   Calculation of losses submitted by movant Joseph R. Tarzia and movant Loner Cesare, Yuanquin Xu, Luisiana Spinucci, and Steve Sciammas in *Markette v. XOMA Corporation*, No. 3:15-cv-03425, ECF Nos. 11-4 and 14-3 (N.D. Cal. filed Sept. 22, 2015).

EXHIBIT 16:   Reply Memorandum of Law of Utah Retirement Systems in Response to Competing Lead Plaintiff Motions, *Simco v. Aegean Marine Petroleum Network Inc.*, No. 1:18-cv-04993, ECF No. 66 (S.D.N.Y. filed Aug. 27, 2018).

* * *

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF LESLEY E. WEAVER
CASE NO. 5:22-CV-08168-EJD

2

Executed this 3rd day of March, 2023 at Oakland, California.

/s/ Lesley E. Weaver
Lesley E. Weaver