# WEAVER DECLARATION EXHIBIT 2

# EXHIBIT A

## UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM
## LOSS CALCULATIONS*

| Date | Transaction | Number Shares | Price | Dura |
|---|---|---|---|---|
| 06/17/2015 | Buy | 2,400 | 58.2587 | ($139,820.88) |
| 06/18/2015 | Buy | 500 | 59.4200 | ($29,710.00) |
| 06/18/2015 | Buy | 400 | 59.5351 | ($23,814.04) |
| 06/19/2015 | Buy | 700 | 59.4971 | ($41,647.97) |
| 09/01/2015 | Buy | 1,000 | 46.7057 | ($46,705.70) |
| 09/03/2015 | Buy | 1,000 | 57.5703 | ($57,570.30) |
| 09/22/2015 | Buy | 1,000 | 52.7340 | ($15,820.20) |
| 09/29/2015 | Buy | 1,000 | 43.8200 | $0.00 |
| 11/05/2015 | Buy | 4,000 | 37.8117 | $0.00 |
| 12/10/2015 | Sell | (1,200) | 39.8300 | $0.00 |
| 01/27/2016 | Buy | 1,000 | 27.6137 | $0.00 |
| 01/28/2016 | Buy | 1,300 | 24.6749 | $0.00 |
| 02/01/2016 | Sell | (300) | 26.8433 | $0.00 |
| 02/03/2016 | Buy | 800 | 23.3450 | $0.00 |
| 02/03/2016 | Buy | 200 | 23.9189 | $0.00 |
| 02/04/2016 | Sell | (1,100) | 26.3473 | $0.00 |
| 02/05/2016 | Buy | 1,000 | 23.7997 | $0.00 |
| 03/14/2016 | Buy | 1,700 | 20.6661 | $0.00 |
| 03/14/2016 | Buy | 100 | 21.1123 | $0.00 |
| 03/15/2016 | Buy | 3,100 | 20.2784 | $0.00 |
| 03/17/2016 | Buy | 1,000 | 18.6386 | $0.00 |
| 03/17/2016 | Buy | 1,000 | 18.2781 | $0.00 |

| Date | Transaction | Number Shares | Price | Dura |
|------|-------------|---------------|-------|------|
| 03/22/2016 | Sell | (2,000) | 20.3404 | $0.00 |
| 03/28/2016 | Buy | 2,600 | 17.2000 | $0.00 |
| 04/04/2016 | Sell | (700) | 18.5640 | $0.00 |
| 04/07/2016 | Sell | (1,200) | 19.2483 | $0.00 |
| 05/06/2016 | Buy | 2,300 | 18.1925 | $0.00 |
| 05/31/2016 | Sell | (1,800) | 24.4049 | $0.00 |
| 06/01/2016 | Sell | (700) | 24.4652 | $0.00 |
| 06/02/2016 | Sell | (2,800) | 24.7894 | $0.00 |
| 06/20/2016 | Sell | (2,800) | 25.3930 | $0.00 |
| 07/18/2016 | Sell | (1,100) | 29.3150 | $0.00 |
| 07/20/2016 | Sell | (4,100) | 30.0681 | $0.00 |
| 08/10/2016 | Sell | (1,000) | 32.3612 | $0.00 |
| 08/24/2016 | Sell | (1,000) | 39.0046 | $0.00 |
| 09/29/2016 | Buy | 2,800 | 26.9846 | ($75,556.88) |
| 10/10/2016 | Buy | 5,100 | 26.0509 | ($132,859.59) |
| 10/17/2016 | Buy | 2,000 | 22.3810 | ($44,762.00) |
| 10/18/2016 | Buy | 300 | 21.5258 | ($6,457.74) |
| 11/03/2016 | Buy | 3,500 | 18.1439 | ($63,503.65) |
| 11/08/2016 | Buy | 1,000 | 17.5474 | $0.00 |
| 11/09/2016 | Sell | (2,000) | 20.0262 | $20,026.20 |
| 11/10/2016 | Sell | (2,000) | 21.5454 | $43,090.80 |
| 01/25/2017 | Holdings to Cost | | 22.1864 | $377,168.18 |
| **TOTALS** | | | | **($237,943.77)** |

\* Losses were calculated using the *Dura* Last In First Out ("LIFO") method by subtracting the 90 day average share price – post class period—from the amount expended on those shares. The 90 day share price is calculated by taking the average closing share price during the 90 calendar days after the end of the Class Period. Since 90 days have not yet elapsed the price used for this loss sheet was the average closing price of Lannett Company, Inc., common stock from the end of the Class Period to January 25, 2017.