# WEAVER DECLARATION EXHIBIT 5

# **EXHIBIT B**

Loss Calculation
The University of Puerto Rico Retirement System

Tower Group International, Ltd.
Ticker:                TWGP
Cusip:                 G8988C105

| Date | Purchases Quantity | Purchases Price | Cost | Sales Quantity | Sales Price | Proceeds |
|---|---|---|---|---|---|---|
| 7/7/2011 | | | | 705 | $24.42 | $17,216 |
| 7/8/2011 | | | | 705 | $24.08 | $16,976 |
| 3/8/2012 | | | | 2,900 | $21.78 | $63,162 |
| 2/1/2013 | 800 | $19.83 | $15,861 | | | |
| 2/1/2013 | 1,600 | $19.83 | $31,722 | | | *Sales During Earlier Part of the Class |
| 2/1/2013 | 4,420 | $19.40 | $85,748 | | | Period In the Latter Two Complaints |
| 5/9/2013 | 1,310 | $19.44 | $25,471 | | | Not Considered In Loss Calculations |
| 5/9/2013 | 1,830 | $19.50 | $35,676 | | | Under LIFO. |
| 5/9/2013 | 5,840 | $19.41 | $113,367 | | | |
| 5/10/2013 | 3,170 | $19.34 | $61,293 | | | |
| 5/20/2013 | 1,470 | $19.25 | $28,298 | | | |
| 5/20/2013 | 1,080 | $19.28 | $20,817 | | | |
| 5/20/2013 | 430 | $19.27 | $8,288 | | | |
| 5/21/2013 | 480 | $19.35 | $9,288 | | | |
| 5/22/2013 | 2,500 | $19.77 | $49,414 | | | |
| **Total** | **24,930** | | **$485,242** | | | |

| | | |
|---|---|---|
| **Class Period:** | **5/9/11 - 9/17/13** | |
| Average Price (9/18 - 10/18) | $6.65 | |
| Total Cost | $485,242 | |
| Position Value [Holdings of 24,930 at $6.65] | $165,839 | |
| **Gain/(Loss)** | **($319,403)** | |

| | | |
|---|---|---|
| **Class Period:** | **5/9/11 - 10/7/13** | |
| Average Price (10/8 - 10/18) | $4.23 | |
| Total Cost | $485,242 | |
| Position Value [Holdings of 24,930 at $4.23] | $105,426 | |
| **Gain/(Loss)** | **($379,816)** | |