# WEAVER DECLARATION EXHIBIT 6

**West Palm Beach Firefighters' Pension Fund — FIFO/LIFO  Loss**
**Ocwen Financial Corporation (OCN)**
Class Period:          October 3, 2012 through August 11, 2014
Look-Back Price:     $26.7982    (through October 6, 2014)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | Sale | | 0 | $0.00 | $0 |
| | | | | | Applied to Pre-CP Hold: | | 0 | | $0 |
| | | | | | | | | | |
| Purchase | 05/17/13 | 1,100 | $43.57 | $47,928 | | | | | |
| Purchase | 06/19/13 | 1,000 | $44.90 | $44,899 | | | | | |
| Purchase | 06/26/13 | 100 | $41.64 | $4,164 | | | | | |
| Purchase | 11/05/13 | 1,000 | $51.99 | $51,987 | | | | | |
| Purchase | 12/16/13 | 300 | $55.88 | $16,764 | | | | | |
| Purchase | 01/23/14 | 1,000 | $47.84 | $47,837 | | | | | |
| Purchase | 02/12/14 | 1,000 | $38.27 | $38,273 | Sale | 05/30/14 | 400 | $35.17 | $14,068 |
| Purchase | 02/20/14 | 1,000 | $34.12 | $34,121 | Sale* | 09/18/14 | 1,000 | $28.81 | $28,814 |
| Purchase | 08/04/14 | 1,000 | $27.29 | $27,291 | Retained | | 6,100 | $26.80 | $163,469.02 |
| | | 7,500 | | $313,263 | | | 7,500 | | $206,351.04 |

*Post Class Period Sale; used higher of actual versus avg. sale price through date of sale*     **FIFO/LIFO Loss**     **($106,912)**

**Oklahoma Municipal Retirement Fund — FIFO/LIFO  Loss**
**Ocwen Financial Corporation (OCN)**

Class Period:          October 3, 2012 through August 11, 2014
Look-Back Price:     $26.7982    (through October 6, 2014)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | Sale | | 0 | $0.00 | $0 |
| | | | | | Applied to Pre-CP Hold: | | 0 | | $0 |
| Purchase | 06/26/13 | 14,240 | $41.28 | $587,802 | | | | | |
| Purchase | 06/26/13 | 2,960 | $41.28 | $122,183 | | | | | |
| Purchase | 06/26/13 | 4,250 | $41.28 | $175,432 | | | | | |
| Purchase | 11/14/13 | 90 | $51.25 | $4,612 | | | | | |
| Purchase | 12/10/13 | 175 | $57.26 | $10,021 | | | | | |
| Purchase | 04/29/14 | 15 | $37.91 | $569 | Sale | 03/26/14 | 1,050 | $39.90 | $41,896 |
| Purchase | 04/29/14 | 205 | $37.91 | $7,772 | Retained | | 20,885 | $26.80 | $559,680.41 |
| | | 21,935 | | $908,390 | | | 21,935 | | $601,576.88 |
| | | | | | | **FIFO/LIFO Loss** | | | **($306,813)** |

**University of Puerto Rico — FIFO/LIFO  Loss**
**Ocwen Financial Corporation (OCN)**

Class Period:        October 3, 2012 through August 11, 2014
Look-Back Price:     $26.7982    (through October 13, 2014)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | Sale | | 0 | $0.00 | $0 |
| | | | | | Applied to Pre-CP Hold: | | 0 | | $0 |
| | | | | | | | | | |
| Purchase | 05/14/13 | 3,700 | $43.57 | $161,211 | | | | | |
| Purchase | 06/19/13 | 1,900 | $44.90 | $85,308 | | | | | |
| Purchase | 06/26/13 | 2,200 | $41.64 | $91,611 | | | | | |
| Purchase | 07/01/13 | 2,200 | $42.29 | $93,036 | | | | | |
| Purchase | 11/05/13 | 1,000 | $51.99 | $51,987 | | | | | |
| Purchase | 12/10/13 | 1,000 | $56.00 | $56,003 | | | | | |
| Purchase | 12/16/13 | 100 | $55.74 | $5,574 | | | | | |
| Purchase | 12/16/13 | 1,300 | $55.88 | $72,644 | | | | | |
| Purchase | 01/22/14 | 2,200 | $49.13 | $108,093 | | | | | |
| Purchase | 01/23/14 | 1,000 | $47.38 | $47,379 | | | | | |
| Purchase | 02/03/14 | 1,000 | $43.00 | $43,004 | | | | | |
| Purchase | 02/11/14 | 1,500 | $38.09 | $57,132 | | | | | |
| Purchase | 02/12/14 | 1,100 | $38.27 | $42,100 | | | | | |
| Purchase | 02/19/14 | 1,000 | $36.80 | $36,798 | | | | | |
| Purchase | 02/20/14 | 1,000 | $34.12 | $34,121 | | | | | |
| Purchase | 02/20/14 | 1,000 | $35.20 | $35,200 | | | | | |
| Purchase | 05/05/14 | 1,000 | $33.70 | $33,703 | | | | | |
| Purchase | 05/06/14 | 1,000 | $32.29 | $32,291 | Sale | 08/01/13 | 1,200 | $51.01 | $61,213 |
| Purchase | 07/31/14 | 3,100 | $31.77 | $98,481 | Sale | 03/06/14 | 1,400 | $40.07 | $56,098 |
| Purchase | 08/01/14 | 1,100 | $29.00 | $31,900 | Sale | 05/29/14 | 1,400 | $34.68 | $48,552 |
| Purchase | 08/04/14 | 1,100 | $27.29 | $30,019 | Sale | 06/06/14 | 3,200 | $37.13 | $118,825 |
| Purchase | 08/05/14 | 1,100 | $26.40 | $29,040 | Retained | | 24,400 | $26.80 | $653,876.08 |
| | | 31,600 | | $1,276,634 | | | 31,600 | | $938,564.66 |
| | | | | | | **FIFO/LIFO Loss** | | | **($338,069)** |