# WEAVER DECLARATION EXHIBIT 7

## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KAREN A. CARVELLI, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff(s), | Case No. 9:17-cv-80500-RLR |
| v. | **CLASS ACTION** |
| OCWEN FINANCIAL CORPORATION, RONALD M. FARIS, and MICHAEL R. BOURQUE JR, | |
| Defendants. | |

## DECLARATION OF JULIE PRAG VIANALE IN SUPPORT OF THE UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Julie Prag Vianale, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney with the law firm of Vianale & Vianale, LLP proposed local counsel for the University of Puerto Rico Retirement System ("UPR Retirement System")

2.     I submit this Declaration in further support of the University of Puerto Rico Retirement System's Motion to: (i) appoint UPR Retirement System as Lead Plaintiff; (ii) approve UPR Retirement System's selection of Abraham, Fruchter and Twersky, LLP to serve as Lead Counsel; and (iii) grant such other further relief as the Court may deem proper.

3.     Attached as Exhibit A is a loss chart for the UPR Retirement System that details their losses in Ocwen Financial common stock.

4.     Attached as Exhibit B is a loss chart of the UPR Retirement System and the competing movants.

5.     Attached as Exhibit C is the Declaration of Maria Del Carmen Lopez in Further

Support of the University of Puerto Rico Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Cousnel and in Opposition to the Competing Motions.

6.      Attached as Exhibit D is a list of Covered Entities under PROMESA.

7.      Attached as Exhibit E are twelve press releases issued by Levi & Korsinsky LLP.

8.      Attached as Exhibit F is a screenshot of the Levi & Korsinsky webpage to join the Ocwen class action.

9.      Attached as Exhibit G is a screenshot of the Glancy Prongray & Murray, LLP Webpage.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2017                    Respectfully submitted,


                                        By: /s/Julie Vianale_____
                                        Julie Vianale
                                        **VIANALE & VIANALE, LLP**
                                        5550 Glades Road, Suite 500
                                        Boca Raton, Florida 33431
                                        Tel. (561) 392-4750
                                        Fax. (561) 961-5191

                                        *Proposed Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 28, 2017.

**/s/Julie Vianale**
Local Counsel

# EXHIBIT A

**Security:**       **Ocwen Financial Corp       COMMON STOCK**
**Security ID:**    **675746309**
**Fund:**           **UPR    University Of Puerto Rico Retirement System**

| Date | Trans | Number Shares | Price | Amount |
|---|---|---|---|---|
| 01/13/2015 | Holdings | 31,000 | | |
| 01/21/2015 | SALE | (3,700) | 8.0632 | $29,833.84 |
| 02/03/2015 | PURCHASE | 7,500 | 6.4400 | ($48,300.00) |
| 02/12/2015 | SALE | (10,200) | 9.0626 | $92,438.52 |
| 02/18/2015 | SALE | (2,500) | 10.0746 | $25,186.50 |
| 02/27/2015 | PURCHASE | 5,600 | 8.6780 | ($48,596.80) |
| 03/03/2015 | SALE | (2,400) | 8.9775 | $21,546.00 |
| 03/16/2015 | PURCHASE | 1,000 | 8.6696 | ($8,669.60) |
| 03/18/2015 | PURCHASE | 1,200 | 8.2612 | ($9,913.44) |
| 03/23/2015 | SALE | (1,800) | 8.8856 | $15,994.08 |
| 03/25/2015 | PURCHASE | 1,000 | 8.7050 | ($8,705.00) |
| 03/30/2015 | PURCHASE | 1,500 | 8.1166 | ($12,174.90) |
| 05/01/2015 | SALE | (4,700) | 10.1207 | $47,567.29 |
| 05/04/2015 | SALE | (2,200) | 10.7643 | $23,681.46 |
| 05/19/2015 | Purchase | 1,900 | 9.9912 | ($18,983.28) |
| 05/20/2015 | Purchase | 11,700 | 9.9608 | ($116,541.36) |
| 06/02/2015 | Purchase | 2,700 | 10.1886 | ($27,509.22) |
| 06/02/2015 | Purchase | 3,200 | 10.2000 | ($32,640.00) |
| 06/03/2015 | Purchase | 1,200 | 10.1314 | ($12,157.68) |
| 06/04/2015 | Purchase | 4,800 | 10.1960 | ($48,940.80) |
| 06/05/2015 | Purchase | 2,400 | 9.5531 | ($22,927.44) |
| 06/11/2015 | Sale | (1,300) | 10.7548 | $13,981.24 |
| 06/15/2015 | Sale | (4,600) | 10.7891 | $49,629.86 |
| 06/25/2015 | Purchase | 1,000 | 10.6067 | ($10,606.70) |
| 07/28/2015 | Sale | (3,500) | 11.0433 | $38,651.55 |
| 07/29/2015 | Sale | (1,200) | 11.3832 | $13,659.84 |
| 07/31/2015 | Purchase | 1,800 | 8.1471 | ($14,664.78) |
| 08/05/2015 | Purchase | 7,300 | 7.3234 | ($53,460.82) |
| 08/31/2015 | Sale | (3,600) | 7.3535 | $26,472.60 |
| 09/02/2015 | Sale | (2,500) | 7.5250 | $18,812.50 |
| 09/08/2015 | Sale | (3,300) | 8.2298 | $27,158.34 |
| 09/15/2015 | Purchase | 3,000 | 7.6919 | ($23,075.70) |
| 09/15/2015 | Purchase | 1,900 | 7.3390 | ($13,944.10) |
| 09/18/2015 | Purchase | 2,100 | 7.1410 | ($14,996.10) |
| 09/23/2015 | Purchase | 1,000 | 6.9545 | ($6,954.50) |
| 10/05/2015 | Sale | (5,700) | 7.7318 | $44,071.26 |
| 10/12/2015 | Purchase | 1,200 | 7.8949 | ($9,473.88) |
| 10/14/2015 | Purchase | 1,300 | 7.3128 | ($9,506.64) |
| 10/14/2015 | Purchase | 400 | 7.2950 | ($2,918.00) |

| Date | Trans | Number Shares | Price | Amount |
|---|---|---|---|---|
| 10/15/2015 | Purchase | 100 | 7.3357 | ($733.57) |
| 10/27/2015 | Purchase | 4,700 | 6.8182 | ($32,045.54) |
| 10/29/2015 | Purchase | 1,500 | 6.7532 | ($10,129.80) |
| 11/03/2015 | Sale | (4,200) | 7.0991 | $29,816.22 |
| 11/11/2015 | Purchase | 3,300 | 6.6734 | ($22,022.22) |
| 11/20/2015 | Sale | (800) | 7.3050 | $5,844.00 |
| 12/02/2015 | Purchase | 1,200 | 6.8150 | ($8,178.00) |
| 12/02/2015 | Purchase | 1,300 | 6.5873 | ($8,563.49) |
| 12/04/2015 | Purchase | 1,200 | 6.3325 | ($7,599.00) |
| 12/08/2015 | Purchase | 400 | 6.0579 | ($2,423.16) |
| 12/16/2015 | Sale | (4,000) | 6.5282 | $26,112.80 |
| 01/05/2016 | Sale | (2,900) | 6.9200 | $20,068.00 |
| 01/06/2016 | Sale | (1,800) | 7.2113 | $12,980.34 |
| 01/26/2016 | Sale | (500) | 5.3000 | $2,650.00 |
| 01/26/2016 | Sale | (3,600) | 5.3050 | $19,098.00 |
| 01/29/2016 | Sale | (3,600) | 5.4250 | $19,530.00 |
| 02/17/2016 | Sale | (1,100) | 5.6850 | $6,253.50 |
| 03/08/2016 | Purchase | 600 | 2.6651 | ($1,599.06) |
| 03/08/2016 | Purchase | 3,000 | 2.6722 | ($8,016.60) |
| 03/09/2016 | Purchase | 400 | 2.6555 | ($1,062.20) |
| 03/10/2016 | Purchase | 6,100 | 2.8732 | ($17,526.52) |
| 03/10/2016 | Purchase | 7,700 | 2.8742 | ($22,131.34) |
| 03/11/2016 | Purchase | 8,200 | 2.8937 | ($23,728.34) |
| 03/14/2016 | Purchase | 600 | 2.9718 | ($1,783.08) |
| 03/14/2016 | Purchase | 3,400 | 2.9786 | ($10,127.24) |
| 03/15/2016 | Purchase | 15,000 | 2.7798 | ($41,697.00) |
| 03/17/2016 | Purchase | 1,300 | 2.6999 | ($3,509.87) |
| 03/18/2016 | Purchase | 300 | 2.7625 | ($828.75) |
| 03/23/2016 | Purchase | 1,600 | 2.6640 | ($4,262.40) |
| 03/23/2016 | Purchase | 3,400 | 2.5688 | ($8,733.92) |
| 03/28/2016 | Purchase | 2,800 | 2.4797 | ($6,943.16) |
| 03/30/2016 | Purchase | 1,500 | 2.4057 | ($3,608.55) |
| 03/31/2016 | Purchase | 1,600 | 2.4577 | ($3,932.32) |
| 04/25/2016 | Sale | (1,800) | 2.6975 | $4,855.50 |
| 04/28/2016 | Purchase | 10,700 | 2.1955 | ($23,491.85) |
| 08/08/2016 | Sale | (2,500) | 2.4600 | $6,150.00 |
| 08/10/2016 | Sale | (13,200) | 2.7974 | $36,925.68 |
| 08/11/2016 | Sale | (8,300) | 2.9655 | $24,613.65 |
| 08/16/2016 | Sale | (5,300) | 3.3791 | $17,909.23 |
| 08/31/2016 | Sale | (2,000) | 3.5700 | $7,140.00 |
| 09/01/2016 | Sale | (400) | 3.6180 | $1,447.20 |
| 09/02/2016 | Sale | (2,000) | 3.4222 | $6,844.40 |
| 10/13/2016 | Sale | (2,700) | 3.7051 | $10,003.77 |
| 10/18/2016 | Sale | (1,300) | 3.8501 | $5,005.13 |
| 10/27/2016 | Sale | (3,500) | 4.0900 | $14,315.00 |
| 10/28/2016 | Sale | (2,300) | 4.3094 | $9,911.62 |

| Date | Trans | Number Shares | Price | Amount |
|---|---|---|---|---|
| 11/16/2016 | Sale | (3,000) | 4.9228 | $14,768.40 |
| 11/17/2016 | Sale | (3,300) | 4.9647 | $16,383.51 |
| 11/28/2016 | Sale | (2,300) | 5.0772 | $11,677.56 |
| 01/12/2017 | Purchase | 3,900 | 5.0577 | ($19,725.03) |
| 01/18/2017 | Purchase | 1,000 | 4.7899 | ($4,789.90) |
| 02/23/2017 | Purchase | 4,300 | 4.5948 | ($19,757.64) |
| 02/23/2017 | Purchase | 1,000 | 4.4766 | ($4,476.60) |
| 02/24/2017 | Purchase | 3,900 | 4.1994 | ($16,377.66) |
| 04/03/2017 | Sale | (1,000) | 5.5598 | $5,559.80 |
| 04/04/2017 | Sale | (4,300) | 5.5411 | $23,826.73 |
| 04/05/2017 | Sale | (200) | 5.5313 | $1,106.26 |
| 04/05/2017 | Sale | (3,900) | 5.4271 | $21,165.69 |
| 04/06/2017 | Sale | (800) | 5.3459 | $4,276.72 |
| 04/07/2017 | Sale | (800) | 5.3625 | $4,290.00 |
| 04/10/2017 | Sale | (600) | 5.4546 | $3,272.76 |
| 04/11/2017 | Sale | (4,000) | 5.4462 | $21,784.80 |
| 04/20/2017 | Holdings | 48,500 | | |
| 04/26/2017 | SALE | (8,600) | 2.3012 | $19,790.32 |
| 04/27/2017 | SALE | (2,300) | 2.2857 | $5,257.11 |
| 04/28/2017 | SALE | (34,800) | 2.2929 | $79,792.92 |
| 05/01/2017 | SALE | (2,800) | 2.6426 | $7,399.28 |
| 06/20/2017 | Holdings | 0 | | |

# EXHIBIT B

# Movants Comparative Loss Chart

| Movant | FIFO |
|---|---|
| | |
| GP&M Randy D. McElhanon | ($134,533.37) |
| GP&M Ryan Huseman | ($38,548.21) |
| | |
| **GP&M** | **($173,081.58)** |
| | |
| UPR Retirement System (Jan 13, 2015 CP Start + Post Class Sales) | **($192,850.05)** |

# EXHIBIT C

## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF FLORIDA

KAREN A. CARVELLI, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

OCWEN FINANCIAL CORPORATION,
RONALD M. FARIS, and MICHAEL R.
BOURQUE JR,

Defendants.

Case No. 9:17-cv-80500-RLR

**CLASS ACTION**

**DECLARATION OF MARIA DEL CARMEN LOPEZ IN FURTHER SUPPORT OF
THE UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF
LEAD COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS**

I, María Del Carmen López, declare under the penalty of perjury as follows:

1.      I am the Executive Director and Chief Investment Officer of the University of Puerto Rico Retirement System ("UPR Retirement System").

2.      As Executive Director of the UPR Retirement System, I oversee approximately 45 employees and manage approximately $1.4 billion of assets. When necessary, I oversee outside counsel employed by the UPR Retirement System to assist with litigation matters. Additionally, I address and resolve any legal issues that affect the UPR Retirement System.

3.      The UPR Retirement System, in its role as lead plaintiff in *Utesch v. Lannett Co., et al.*, Docket No. 2:16-cv-05932-WB (E.D. Pa.), is currently overseeing class counsel in a complex class action brought for violations of federal securities laws.

4.      Attached as Schedule A to this Declaration are all of the UPR Retirement System's transactions in Ocwen Financial securities during the class period in this consolidated action.

5.      The UPR Retirement System is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. UPR if appointed lead plaintiff by the Court, will vigorously pursue its obligations as a lead plaintiff and class representative. As lead plaintiff UPR will actively supervise outside counsel in the best interests of the class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of June, 2017.

María Del Carmen López

3

## Schedule A

| Date | Trans | Number Shares | Price | Amount |
|---|---|---|---|---|
| 01/13/2015 | Holdings | 31,000 | | |
| 01/21/2015 | Sale | (3,700) | 8.0632 | $29,833.84 |
| 02/03/2015 | Purchase | 7,500 | 6.4400 | ($48,300.00) |
| 02/12/2015 | Sale | (10,200) | 9.0626 | $92,438.52 |
| 02/18/2015 | Sale | (2,500) | 10.0746 | $25,186.50 |
| 02/27/2015 | Purchase | 5,600 | 8.6780 | ($48,596.80) |
| 03/03/2015 | Sale | (2,400) | 8.9775 | $21,546.00 |
| 03/16/2015 | Purchase | 1,000 | 8.6696 | ($8,669.60) |
| 03/18/2015 | Purchase | 1,200 | 8.2612 | ($9,913.44) |
| 03/23/2015 | Sale | (1,800) | 8.8856 | $15,994.08 |
| 03/25/2015 | Purchase | 1,000 | 8.7050 | ($8,705.00) |
| 03/30/2015 | Purchase | 1,500 | 8.1166 | ($12,174.90) |
| 05/01/2015 | Sale | (4,700) | 10.1207 | $47,567.29 |
| 05/04/2015 | Sale | (2,200) | 10.7643 | $23,681.46 |
| 05/19/2015 | Purchase | 1,900 | 9.9912 | ($18,983.28) |
| 05/20/2015 | Purchase | 11,700 | 9.9608 | ($116,541.36) |
| 06/02/2015 | Purchase | 2,700 | 10.1886 | ($27,509.22) |
| 06/02/2015 | Purchase | 3,200 | 10.2000 | ($32,640.00) |
| 06/03/2015 | Purchase | 1,200 | 10.1314 | ($12,157.68) |
| 06/04/2015 | Purchase | 4,800 | 10.1960 | ($48,940.80) |
| 06/05/2015 | Purchase | 2,400 | 9.5531 | ($22,927.44) |
| 06/11/2015 | Sale | (1,300) | 10.7548 | $13,981.24 |
| 06/15/2015 | Sale | (4,600) | 10.7891 | $49,629.86 |
| 06/25/2015 | Purchase | 1,000 | 10.6067 | ($10,606.70) |
| 07/28/2015 | Sale | (3,500) | 11.0433 | $38,651.55 |
| 07/29/2015 | Sale | (1,200) | 11.3832 | $13,659.84 |
| 07/31/2015 | Purchase | 1,800 | 8.1471 | ($14,664.78) |
| 08/05/2015 | Purchase | 7,300 | 7.3234 | ($53,460.82) |
| 08/31/2015 | Sale | (3,600) | 7.3535 | $26,472.60 |
| 09/02/2015 | Sale | (2,500) | 7.5250 | $18,812.50 |
| 09/08/2015 | Sale | (3,300) | 8.2298 | $27,158.34 |
| 09/15/2015 | Purchase | 3,000 | 7.6919 | ($23,075.70) |
| 09/15/2015 | Purchase | 1,900 | 7.3390 | ($13,944.10) |
| 09/18/2015 | Purchase | 2,100 | 7.1410 | ($14,996.10) |
| 09/23/2015 | Purchase | 1,000 | 6.9545 | ($6,954.50) |
| 10/05/2015 | Sale | (5,700) | 7.7318 | $44,071.26 |
| 10/12/2015 | Purchase | 1,200 | 7.8949 | ($9,473.88) |
| 10/14/2015 | Purchase | 1,300 | 7.3128 | ($9,506.64) |
| 10/14/2015 | Purchase | 400 | 7.2950 | ($2,918.00) |

4

| Date | Trans | Number Shares | Price | Amount |
|---|---|---|---|---|
| 10/15/2015 | Purchase | 100 | 7.3357 | ($733.57) |
| 10/27/2015 | Purchase | 4,700 | 6.8182 | ($32,045.54) |
| 10/29/2015 | Purchase | 1,500 | 6.7532 | ($10,129.80) |
| 11/03/2015 | Sale | (4,200) | 7.0991 | $29,816.22 |
| 11/11/2015 | Purchase | 3,300 | 6.6734 | ($22,022.22) |
| 11/20/2015 | Sale | (800) | 7.3050 | $5,844.00 |
| 12/02/2015 | Purchase | 1,200 | 6.8150 | ($8,178.00) |
| 12/02/2015 | Purchase | 1,300 | 6.5873 | ($8,563.49) |
| 12/04/2015 | Purchase | 1,200 | 6.3325 | ($7,599.00) |
| 12/08/2015 | Purchase | 400 | 6.0579 | ($2,423.16) |
| 12/16/2015 | Sale | (4,000) | 6.5282 | $26,112.80 |
| 01/05/2016 | Sale | (2,900) | 6.9200 | $20,068.00 |
| 01/06/2016 | Sale | (1,800) | 7.2113 | $12,980.34 |
| 01/26/2016 | Sale | (500) | 5.3000 | $2,650.00 |
| 01/26/2016 | Sale | (3,600) | 5.3050 | $19,098.00 |
| 01/29/2016 | Sale | (3,600) | 5.4250 | $19,530.00 |
| 02/17/2016 | Sale | (1,100) | 5.6850 | $6,253.50 |
| 03/08/2016 | Purchase | 600 | 2.6651 | ($1,599.06) |
| 03/08/2016 | Purchase | 3,000 | 2.6722 | ($8,016.60) |
| 03/09/2016 | Purchase | 400 | 2.6555 | ($1,062.20) |
| 03/10/2016 | Purchase | 6,100 | 2.8732 | ($17,526.52) |
| 03/10/2016 | Purchase | 7,700 | 2.8742 | ($22,131.34) |
| 03/11/2016 | Purchase | 8,200 | 2.8937 | ($23,728.34) |
| 03/14/2016 | Purchase | 600 | 2.9718 | ($1,783.08) |
| 03/14/2016 | Purchase | 3,400 | 2.9786 | ($10,127.24) |
| 03/15/2016 | Purchase | 15,000 | 2.7798 | ($41,697.00) |
| 03/17/2016 | Purchase | 1,300 | 2.6999 | ($3,509.87) |
| 03/18/2016 | Purchase | 300 | 2.7625 | ($828.75) |
| 03/23/2016 | Purchase | 1,600 | 2.6640 | ($4,262.40) |
| 03/23/2016 | Purchase | 3,400 | 2.5688 | ($8,733.92) |
| 03/28/2016 | Purchase | 2,800 | 2.4797 | ($6,943.16) |
| 03/30/2016 | Purchase | 1,500 | 2.4057 | ($3,608.55) |
| 03/31/2016 | Purchase | 1,600 | 2.4577 | ($3,932.32) |
| 04/25/2016 | Sale | (1,800) | 2.6975 | $4,855.50 |
| 04/28/2016 | Purchase | 10,700 | 2.1955 | ($23,491.85) |
| 08/08/2016 | Sale | (2,500) | 2.4600 | $6,150.00 |
| 08/10/2016 | Sale | (13,200) | 2.7974 | $36,925.68 |
| 08/11/2016 | Sale | (8,300) | 2.9655 | $24,613.65 |
| 08/16/2016 | Sale | (5,300) | 3.3791 | $17,909.23 |
| 08/31/2016 | Sale | (2,000) | 3.5700 | $7,140.00 |
| 09/01/2016 | Sale | (400) | 3.6180 | $1,447.20 |
| 09/02/2016 | Sale | (2,000) | 3.4222 | $6,844.40 |
| 10/13/2016 | Sale | (2,700) | 3.7051 | $10,003.77 |
| 10/18/2016 | Sale | (1,300) | 3.8501 | $5,005.13 |
| 10/27/2016 | Sale | (3,500) | 4.0900 | $14,315.00 |

| Date | Trans | Number Shares | Price | Amount |
|---|---|---|---|---|
| 10/28/2016 | Sale | (2,300) | 4.3094 | $9,911.62 |
| 11/16/2016 | Sale | (3,000) | 4.9228 | $14,768.40 |
| 11/17/2016 | Sale | (3,300) | 4.9647 | $16,383.51 |
| 11/28/2016 | Sale | (2,300) | 5.0772 | $11,677.56 |
| 01/12/2017 | Purchase | 3,900 | 5.0577 | ($19,725.03) |
| 01/18/2017 | Purchase | 1,000 | 4.7899 | ($4,789.90) |
| 02/23/2017 | Purchase | 4,300 | 4.5948 | ($19,757.64) |
| 02/23/2017 | Purchase | 1,000 | 4.4766 | ($4,476.60) |
| 02/24/2017 | Purchase | 3,900 | 4.1994 | ($16,377.66) |
| 04/03/2017 | Sale | (1,000) | 5.5598 | $5,559.80 |
| 04/04/2017 | Sale | (4,300) | 5.5411 | $23,826.73 |
| 04/05/2017 | Sale | (200) | 5.5313 | $1,106.26 |
| 04/05/2017 | Sale | (3,900) | 5.4271 | $21,165.69 |
| 04/06/2017 | Sale | (800) | 5.3459 | $4,276.72 |
| 04/07/2017 | Sale | (800) | 5.3625 | $4,290.00 |
| 04/10/2017 | Sale | (600) | 5.4546 | $3,272.76 |
| 04/11/2017 | Sale | (4,000) | 5.4462 | $21,784.80 |
| 04/20/2017 | Holdings | 48,500 | | |
| 04/26/2017 | SALE | (8,600) | 2.3012 | $19,790.32 |
| 04/27/2017 | SALE | (2,300) | 2.2857 | $5,257.11 |
| 04/28/2017 | SALE | (34,800) | 2.2929 | $79,792.92 |
| 05/01/2017 | SALE | (2,800) | 2.6426 | $7,399.28 |
| 06/20/2017 | Holdings | 0 | | |

6

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KAREN A. CARVELLI, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff(s), | Case No. 9:17-cv-80500-RLR |
| v. | **CLASS ACTION** |
| OCWEN FINANCIAL CORPORATION, RONALD M. FARIS, and MICHAEL R. BOURQUE JR, | |
| Defendants. | |

**DECLARATION OF MARIA DEL CARMEN LOPEZ IN FURTHER SUPPORT OF
THE UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF
LEAD COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS**

I, María Del Carmen López, declare under the penalty of perjury as follows:

1. I am the Executive Director and Chief Investment Officer of the University of Puerto Rico Retirement System ("UPR Retirement System").

2. As Executive Director of the UPR Retirement System, I oversee approximately 45 employees and manage approximately $1.4 billion of assets. When necessary, I oversee outside counsel employed by the UPR Retirement System to assist with litigation matters. Additionally, I address and resolve any legal issues that affect the UPR Retirement System.

3. The UPR Retirement System, in its role as lead plaintiff in *Utesch v. Lannett Co., et al.*, Docket No. 2:16-cv-05932-WB (E.D. Pa.), is currently overseeing class counsel in a complex class action brought for violations of federal securities laws.

4. Attached as Schedule A to this Declaration are all of the UPR Retirement System's transactions in Ocwen Financial securities during the class period in this consolidated action.

5. The UPR Retirement System is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. UPR if appointed lead plaintiff by the Court, will vigorously pursue its obligations as a lead plaintiff and class representative. As lead plaintiff UPR will actively supervise outside counsel in the best interests of the class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of June, 2017.

_____
María Del Carmen López

## Schedule A

| Date | Trans | Number Shares | Price | Amount |
|---|---|---|---|---|
| 01/13/2015 | Holdings | 31,000 | | |
| 01/21/2015 | Sale | (3,700) | 8.0632 | $29,833.84 |
| 02/03/2015 | Purchase | 7,500 | 6.4400 | ($48,300.00) |
| 02/12/2015 | Sale | (10,200) | 9.0626 | $92,438.52 |
| 02/18/2015 | Sale | (2,500) | 10.0746 | $25,186.50 |
| 02/27/2015 | Purchase | 5,600 | 8.6780 | ($48,596.80) |
| 03/03/2015 | Sale | (2,400) | 8.9775 | $21,546.00 |
| 03/16/2015 | Purchase | 1,000 | 8.6696 | ($8,669.60) |
| 03/18/2015 | Purchase | 1,200 | 8.2612 | ($9,913.44) |
| 03/23/2015 | Sale | (1,800) | 8.8856 | $15,994.08 |
| 03/25/2015 | Purchase | 1,000 | 8.7050 | ($8,705.00) |
| 03/30/2015 | Purchase | 1,500 | 8.1166 | ($12,174.90) |
| 05/01/2015 | Sale | (4,700) | 10.1207 | $47,567.29 |
| 05/04/2015 | Sale | (2,200) | 10.7643 | $23,681.46 |
| 05/19/2015 | Purchase | 1,900 | 9.9912 | ($18,983.28) |
| 05/20/2015 | Purchase | 11,700 | 9.9608 | ($116,541.36) |
| 06/02/2015 | Purchase | 2,700 | 10.1886 | ($27,509.22) |
| 06/02/2015 | Purchase | 3,200 | 10.2000 | ($32,640.00) |
| 06/03/2015 | Purchase | 1,200 | 10.1314 | ($12,157.68) |
| 06/04/2015 | Purchase | 4,800 | 10.1960 | ($48,940.80) |
| 06/05/2015 | Purchase | 2,400 | 9.5531 | ($22,927.44) |
| 06/11/2015 | Sale | (1,300) | 10.7548 | $13,981.24 |
| 06/15/2015 | Sale | (4,600) | 10.7891 | $49,629.86 |
| 06/25/2015 | Purchase | 1,000 | 10.6067 | ($10,606.70) |
| 07/28/2015 | Sale | (3,500) | 11.0433 | $38,651.55 |
| 07/29/2015 | Sale | (1,200) | 11.3832 | $13,659.84 |
| 07/31/2015 | Purchase | 1,800 | 8.1471 | ($14,664.78) |
| 08/05/2015 | Purchase | 7,300 | 7.3234 | ($53,460.82) |
| 08/31/2015 | Sale | (3,600) | 7.3535 | $26,472.60 |
| 09/02/2015 | Sale | (2,500) | 7.5250 | $18,812.50 |
| 09/08/2015 | Sale | (3,300) | 8.2298 | $27,158.34 |
| 09/15/2015 | Purchase | 3,000 | 7.6919 | ($23,075.70) |
| 09/15/2015 | Purchase | 1,900 | 7.3390 | ($13,944.10) |
| 09/18/2015 | Purchase | 2,100 | 7.1410 | ($14,996.10) |
| 09/23/2015 | Purchase | 1,000 | 6.9545 | ($6,954.50) |
| 10/05/2015 | Sale | (5,700) | 7.7318 | $44,071.26 |
| 10/12/2015 | Purchase | 1,200 | 7.8949 | ($9,473.88) |
| 10/14/2015 | Purchase | 1,300 | 7.3128 | ($9,506.64) |
| 10/14/2015 | Purchase | 400 | 7.2950 | ($2,918.00) |



4



| Date | Trans | Number Shares | Price | Amount |
|---|---|---|---|---|
| 10/15/2015 | Purchase | 100 | 7.3357 | ($733.57) |
| 10/27/2015 | Purchase | 4,700 | 6.8182 | ($32,045.54) |
| 10/29/2015 | Purchase | 1,500 | 6.7532 | ($10,129.80) |
| 11/03/2015 | Sale | (4,200) | 7.0991 | $29,816.22 |
| 11/11/2015 | Purchase | 3,300 | 6.6734 | ($22,022.22) |
| 11/20/2015 | Sale | (800) | 7.3050 | $5,844.00 |
| 12/02/2015 | Purchase | 1,200 | 6.8150 | ($8,178.00) |
| 12/02/2015 | Purchase | 1,300 | 6.5873 | ($8,563.49) |
| 12/04/2015 | Purchase | 1,200 | 6.3325 | ($7,599.00) |
| 12/08/2015 | Purchase | 400 | 6.0579 | ($2,423.16) |
| 12/16/2015 | Sale | (4,000) | 6.5282 | $26,112.80 |
| 01/05/2016 | Sale | (2,900) | 6.9200 | $20,068.00 |
| 01/06/2016 | Sale | (1,800) | 7.2113 | $12,980.34 |
| 01/26/2016 | Sale | (500) | 5.3000 | $2,650.00 |
| 01/26/2016 | Sale | (3,600) | 5.3050 | $19,098.00 |
| 01/29/2016 | Sale | (3,600) | 5.4250 | $19,530.00 |
| 02/17/2016 | Sale | (1,100) | 5.6850 | $6,253.50 |
| 03/08/2016 | Purchase | 600 | 2.6651 | ($1,599.06) |
| 03/08/2016 | Purchase | 3,000 | 2.6722 | ($8,016.60) |
| 03/09/2016 | Purchase | 400 | 2.6555 | ($1,062.20) |
| 03/10/2016 | Purchase | 6,100 | 2.8732 | ($17,526.52) |
| 03/10/2016 | Purchase | 7,700 | 2.8742 | ($22,131.34) |
| 03/11/2016 | Purchase | 8,200 | 2.8937 | ($23,728.34) |
| 03/14/2016 | Purchase | 600 | 2.9718 | ($1,783.08) |
| 03/14/2016 | Purchase | 3,400 | 2.9786 | ($10,127.24) |
| 03/15/2016 | Purchase | 15,000 | 2.7798 | ($41,697.00) |
| 03/17/2016 | Purchase | 1,300 | 2.6999 | ($3,509.87) |
| 03/18/2016 | Purchase | 300 | 2.7625 | ($828.75) |
| 03/23/2016 | Purchase | 1,600 | 2.6640 | ($4,262.40) |
| 03/23/2016 | Purchase | 3,400 | 2.5688 | ($8,733.92) |
| 03/28/2016 | Purchase | 2,800 | 2.4797 | ($6,943.16) |
| 03/30/2016 | Purchase | 1,500 | 2.4057 | ($3,608.55) |
| 03/31/2016 | Purchase | 1,600 | 2.4577 | ($3,932.32) |
| 04/25/2016 | Sale | (1,800) | 2.6975 | $4,855.50 |
| 04/28/2016 | Purchase | 10,700 | 2.1955 | ($23,491.85) |
| 08/08/2016 | Sale | (2,500) | 2.4600 | $6,150.00 |
| 08/10/2016 | Sale | (13,200) | 2.7974 | $36,925.68 |
| 08/11/2016 | Sale | (8,300) | 2.9655 | $24,613.65 |
| 08/16/2016 | Sale | (5,300) | 3.3791 | $17,909.23 |
| 08/31/2016 | Sale | (2,000) | 3.5700 | $7,140.00 |
| 09/01/2016 | Sale | (400) | 3.6180 | $1,447.20 |
| 09/02/2016 | Sale | (2,000) | 3.4222 | $6,844.40 |
| 10/13/2016 | Sale | (2,700) | 3.7051 | $10,003.77 |
| 10/18/2016 | Sale | (1,300) | 3.8501 | $5,005.13 |
| 10/27/2016 | Sale | (3,500) | 4.0900 | $14,315.00 |



| Date | Trans | Number Shares | Price | Amount |
|---|---|---|---|---|
| 10/28/2016 | Sale | (2,300) | 4.3094 | $9,911.62 |
| 11/16/2016 | Sale | (3,000) | 4.9228 | $14,768.40 |
| 11/17/2016 | Sale | (3,300) | 4.9647 | $16,383.51 |
| 11/28/2016 | Sale | (2,300) | 5.0772 | $11,677.56 |
| 01/12/2017 | Purchase | 3,900 | 5.0577 | ($19,725.03) |
| 01/18/2017 | Purchase | 1,000 | 4.7899 | ($4,789.90) |
| 02/23/2017 | Purchase | 4,300 | 4.5948 | ($19,757.64) |
| 02/23/2017 | Purchase | 1,000 | 4.4766 | ($4,476.60) |
| 02/24/2017 | Purchase | 3,900 | 4.1994 | ($16,377.66) |
| 04/03/2017 | Sale | (1,000) | 5.5598 | $5,559.80 |
| 04/04/2017 | Sale | (4,300) | 5.5411 | $23,826.73 |
| 04/05/2017 | Sale | (200) | 5.5313 | $1,106.26 |
| 04/05/2017 | Sale | (3,900) | 5.4271 | $21,165.69 |
| 04/06/2017 | Sale | (800) | 5.3459 | $4,276.72 |
| 04/07/2017 | Sale | (800) | 5.3625 | $4,290.00 |
| 04/10/2017 | Sale | (600) | 5.4546 | $3,272.76 |
| 04/11/2017 | Sale | (4,000) | 5.4462 | $21,784.80 |
| 04/20/2017 | Holdings | 48,500 | | |
| 04/26/2017 | SALE | (8,600) | 2.3012 | $19,790.32 |
| 04/27/2017 | SALE | (2,300) | 2.2857 | $5,257.11 |
| 04/28/2017 | SALE | (34,800) | 2.2929 | $79,792.92 |
| 05/01/2017 | SALE | (2,800) | 2.6426 | $7,399.28 |
| 06/20/2017 | Holdings | 0 | | |

6

# EXHIBIT D

**Covered Entities**

The Financial Oversight and Management Board for Puerto Rico, at its meeting on September 30th, 2016, designated the following entities as initial covered entities subject to oversight under the Puerto Rico Oversight, Management and Economic Stability Act.

*The list of entities below corresponds to the entities included in the Commonwealth's 2014 Comprehensive Annual Financial Report, adjusted to reflect entities that have been merged, eliminated or created since publication. The component units, subsidiaries or successors of each entity listed below also are designated as covered entities.*

1. Commonwealth of Puerto Rico (Primary Government)[1]
2. 9-1-1 Service Governing Board
3. Additional (Electronic) Lottery
4. Agricultural Enterprises Development Administration
5. Automobile Accidents Compensation Administration
6. Cardiovascular Center Corporation of Puerto Rico and the Caribbean
7. Commonwealth of Puerto Rico Regional Center Corporation
8. Company for the Integral Development of the "Península de Cantera"
9. Corporation for the "Caño Martin Peña" Project (ENLACE)
10. Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico
11. Culebra Conservation and Development Authority
12. Economic Development Bank for Puerto Rico
13. Employees' Retirement System (ERS)
14. Employment and Training Enterprises Corporation
15. Farm Insurance Corporation of Puerto Rico
16. Fine Arts Center Corporation
17. Fiscal Agency and Financial Advisory Authority (AAFAF)
18. Governmental Development Bank for PR (GDB) [2]
19. Institute of Puerto Rican Culture
20. Institutional Trust of the National Guard of Puerto Rico
21. Judiciary Retirement System (JRS)
22. Land Authority of Puerto Rico
23. Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads
24. Model Forest
25. Municipal Revenue Collection Center (CRIM)
26. Musical Arts Corporation
27. Port of the Americas Authority
28. PR Aqueduct and Sewer Authority (PRASA) [3]
29. PR Electric Power Authority (PREPA) [4]
30. PR Highways and Transportation Authority (HTA)
31. PR Infrastructure Finance Authority (PRIFA)
32. PR Maritime Shipping Authority
33. PR Medical Services Administration (ASEM)
34. PR Sales Tax Financing Corporation (COFINA)
35. Public Building Authority (PBA)
36. Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives (COSSEC)
37. Puerto Rico and Municipal Islands Transport Authority
38. Puerto Rico Conservatory of Music Corporation
39. Puerto Rico Convention Center District Authority (PRCCDA)
40. Puerto Rico Council on Education
41. Puerto Rico Health Insurance Administration (HIA / ASES) [5]
42. Puerto Rico Industrial Development Company (PRIDCO)
43. Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority (AFICA)
44. Puerto Rico Integrated Transit Authority (PRITA) [6]
45. Puerto Rico Land Administration
46. Puerto Rico Metropolitan Bus Authority (AMA)

47. Puerto Rico Municipal Finance Agency (MFA)
48. Puerto Rico Ports Authority
49. Puerto Rico Public Broadcasting Corporation
50. Puerto Rico Public Private Partnerships Authority (PPP)
51. Puerto Rico School of Plastic Arts
52. Puerto Rico Telephone Authority
53. Puerto Rico Tourism Company
54. Puerto Rico Trade and Export Company
55. Solid Waste Authority
56. Special Communities Perpetual Trust
57. State Insurance Fund Corporation (SIF)
58. Teachers' Retirement System (TRS)
59. The Children's Trust Fund (CTF)
60. Traditional Lottery
61. Unemployment Insurance Fund
62. University of Puerto Rico (UPR) [7]
63. University of Puerto Rico Comprehensive Cancer Center

## Footnotes

(1) Includes, all departments, offices, programs, etc. and all funds related to Governmental and Business Activities of the Primary Government such as the General Fund Operating Budget and Non-Budgetary Funds.

(2) To avoid any confusion, component units of GDB such as Public Finance Corporation (PFC), Housing Finance Authority (HFA), and the Tourism Development Fund (TDF) are specifically listed as covered entities.

(3) To avoid any confusion, subsidiaries of PRASA such as PRASA Holdings, LLC and Zumfiber, LLC are specifically listed as covered entities.

(4) To avoid any confusion, component units of PREPA such as PREPA Holdings, LLC and Puerto Rico Irrigation Systems are specifically listed as covered entities.

(5) The designation of HIA/ASES as a covered entity covers both Proprietary and Agency Funds.

(6) To avoid any confusion, component units of PRITA such as Puerto Rico Metropolitan Bus Authority (AMA) and Puerto Rico and Municipal Islands Transport Authority are specifically listed as covered entities.

(7) To avoid any confusion, component units of UPR, such as UPR Plaza Universitaria (Desarrollos Universitarios), are specifically listed as covered entities.

# EXHIBIT E

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Reminds Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 - OCN

 **Accesswire** May 23, 2017

**NEW YORK, NY / ACCESSWIRE / May 23, 2017 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information, **go to:** http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=1, or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that, throughout the class period, Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial, you have until June 20, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Reminds Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 - OCN

 **Accesswire** June 12, 2017

**NEW YORK, NY / ACCESSWIRE / June 12, 2017 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information **go to:** http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=1 or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that throughout the class period Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial you have until June 20, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 – OCN

**Business Wire** May 26, 2017

NEW YORK--(BUSINESS WIRE)--

The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information **go to:**

http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=2

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.comor by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that throughout the class period Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial you have until June 20, 2017**to request that the Court appoint you as lead plaintiff. Your ability to

share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

View source version on businesswire.com: http://www.businesswire.com/news/home/20170526005617/en/

# INVESTOR ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 - OCN

 Accesswire June 7, 2017

**NEW YORK, NY / ACCESSWIRE / June 7, 2017 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information, **go to:** http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=1, or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that, throughout the class period, Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial, you have until June 20, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP

# DEADLINE TODAY: Levi & Korsinsky, LLP Reminds Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 - OCN

 **Accesswire** June 20, 2017

**NEW YORK, NY / ACCESSWIRE / June 20, 2017 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information, **go to:** http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=1, or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that, throughout the class period, Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial, you have until June 20, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll-Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP

# DEADLINE TOMORROW: Levi & Korsinsky, LLP Reminds Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 – OCN

**GlobeNewswire** • June 19, 2017

NEW YORK, June 19, 2017 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information **go to:**

http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=3

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.comor by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that throughout the class period Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial you have until June 20, 2017**to request that the Court appoint you as lead plaintiff. Your ability to

share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

# INVESTOR ALERT: Levi & Korsinsky, LLP Reminds Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 - OCN

 **Accesswire** June 14, 2017

**NEW YORK, NY / ACCESSWIRE / June 14, 2017 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information, **go to: http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=1**, or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that, throughout the class period, Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial, you have until June 20, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Reminds Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 - OCN

 **Accesswire** June 16, 2017

**NEW YORK, NY / ACCESSWIRE / June 16, 2017 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information **go to: http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=1** or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that throughout the class period Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial you have until June 20, 2017**to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017

**Business Wire** May 8, 2017

NEW YORK--(BUSINESS WIRE)--

The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information **go to:**

http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=2

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.comor by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that throughout the class period Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial you have until June 20, 2017**to request that the Court appoint you as lead plaintiff. Your ability to

share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170508005970/en/

# INVESTOR ALERT: Levi & Korsinsky, LLP Reminds Shareholders of Ocwen Financial Corporation of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 - OCN

 **Accesswire** May 9, 2017

**NEW YORK, NY / ACCESSWIRE / May 9, 2017 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information, **go to:** http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=1, or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that, throughout the class period, Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial, you have until June 20, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP

# EQUITY ALERT: Levi & Korsinsky, LLP Reminds Shareholders of Ocwen Financial Corporation of Commencement of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 - OCN

 **Accesswire** May 15, 2017

**NEW YORK, NY / ACCESSWIRE / May 15, 2017 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchasedor otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information **go to: http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=1** or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that throughout the class period Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial you have until June 20, 2017**to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
30 Broad Street - 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Toll Free: (877) 363-5972
Fax: (212) 363-7171
www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP

# INVESTOR ALERT: Levi & Korsinsky, LLP Reminds Shareholders of Ocwen Financial Corporation of Commencement of a Class Action Lawsuit and a Lead Plaintiff Deadline of June 20, 2017 – OCN

**GlobeNewswire** • May 16, 2017

NEW YORK, May 16, 2017 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Ocwen Financial Corporation** ("Ocwen Financial") (OCN) **between May 11, 2015 and April 19, 2017. You are hereby notified** that a securities class action lawsuit has been commenced in the United States District Court for the Southern District of Florida. To get more information **go to:**

http://www.zlk.com/pslra-sb/ocwen-financial-corporation?wire=3

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.comor by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that throughout the class period Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

**If you suffered a loss in Ocwen Financial you have until <u>June 20, 2017</u>**to request that the Court appoint you as lead plaintiff. Your ability to

share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

# EXHIBIT F

WE GIVE SHAREHOLDERS A VOICE

# Ocwen Financial Corporation (OCN) Information Request Form

Levi & Korsinsky announces the commencement of a class action lawsuit in the United States District Court for the Southern District of Florida on behalf of shareholders of Ocwen Financial Corporation (NYSE : OCN) who purchased shares **between May 11, 2015 and April 19, 2017**.

The complaint alleges that throughout the Class Period defendants made false and/or misleading statements and/or failed to disclose that: (1) Ocwen engaged in significant and systemic misconduct at nearly every stage of the mortgage servicing process; (2) the above-mentioned conduct, when it became known, would subject the Company to heightened regulatory scrutiny and potential criminal sanctions; (3) consequently, Ocwen's public statements were materially false and misleading at all relevant times.

On April 20, 2017, the U.S. Consumer Financial Protection Bureau announced that it was suing Ocwen, and several states issued cease-and-desist orders against the Company.

If you suffered a loss in Ocwen Financial Corporation you have until **June 20, 2017** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**To receive more information, please fill out the form.**



**SEE IF YOU QUALIFY FOR MONETARY REWARD**

*Levi & Korsinsky, LLP doesn't shar
information with others. There is n
obligation to submit. Your submiss
NOT establish an attorney-client r*

NAME *

EMAIL ADDRESS *

DAYTIME PHONE

EVENING PHONE

ADDRESS

CITY/STATE/ZIP

SHARES OWNED

PURCHASE DATE

LOSS

*This submission does not create an attorney-client relationship. If we believe that you might be an appropriate lead plaintiff, we will contact you to discu whether to establish an attorney-client relationship.*

☑ **Yes I'd Like to Join Action**

*This letter confirms that you have retained Levi & Korsinsky, LLP to represent you as a named plaintiff i shareholder action involving Ocwen Financial Corpor*

*We agree to advance all expenses in the litigation, whi means that you are not liable to pay any of the expens the lawsuit, whether attorneys' fees or costs. Regardle the result, we will never ask you to directly pay for an attorneys' fees or costs. Should we obtain a favorable result, we may ask the court to award us compensatio be paid by the defendants or as a portion of any class benefit, but, again, we will never ask you to directly p any of the costs of this litigation.*

*As the client you are entitled to direct the litigation in way you deem proper, and may at any time order us t dismiss the case or opt-out. Should you choose to do sc will never ask you to reimburse us directly for any leg fees or expenses. During the course of this litigation, u may employ and/or work with other law firms to prosecute your case.*

*We look forward to representing you and other Ocwe Financial Corporation shareholders.*

*Sincerely,*

*Levi & Korsinsk*

*Joseph Levi*

AGREED: Sign Name *Clear*

I'm In!

**TOLL FREE: 877-363-5972**
**FAX: 212-363-7171**





# T H E   P O W E R H O U S E

*"[P]laintiff's [counsel] went the distance... did real work...
took on real contingency risk and... obtained an injunction..."*

*- Vice Chancellor J. Travis Laster in Steinhardt v. Howard-Anderson, C.A. No. 5878-VCL (Del. Ch. 2010)*

*"...a model for how [the] great legal profession should conduct itself."*

*- Justice Timothy S. Driscoll in Grossman v. State Bancorp, Inc.,Index No. 600469/2011
(Nassau Cnty., New York Supreme Court 2011)*

## $79M

*Freudenberg v. E*TRADE Financial Corp., et al., 07 CV 8538 (S.D.N.Y. 2007), Co-Lead Counsel
Selected from a crowded field as Co-Lead Counsel, we achieved a landmark $79 million common
fund settlement for the benefit of E*Trade's shareholders in an action relating to the
misrepresentation of the risk associated with E*Trade's investment in subprime mortgage-backed
securities.*



 

All Rights Reserved. © 2017 Levi & Korsinsky LLP | 30 Broad St., 24th FL New York, NY 10004

Attorney Advertising. No part of this website or any of its content or images may be reproduced, copied, modified or adapted,without the prior express written consent of Levi & Ko
Prior results do not guarantee a similar outcome. Read the complete Terms and Conditions & Privacy here.

# EXHIBIT G

# GLANCY PRONGAY & MURRAY LLP
### ATTORNEYS AT LAW

Search

Home » Join Action

## Join Action

---

**Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws**

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by Glancy Prongay & Murray LLP ("GPM"), retains GPM to file an action under the federal securities laws to recover damages and to seek other relief against Ocwen Financial Corporation. GPM will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Ocwen Financial Corporation Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by GPM.

**Ocwen Financial Corporation**

Red * indicates a required field.

**First Name ***          **Middle Initial**          **Last Name ***

**If representing a Corporation, Trust, Partnership or other entity, Name of Entity**

**If representing an Entity, Position at Entity**

**Mailing Address ***

**City ***          **State/Province ***          **ZIP/Postal Code ***

**Country ***

United States ▼

**Phone ***          **Fax**

**Email ***          **Email (verify) ***

**Are you a current or former employee of the company? ***

- Select - ▼

☐ I currently hold shares of the company involved in this investigation or action.

**Plaintiff certifies that:**

1. Plaintiff has reviewed the Complaint and authorizes its filing and/or the filing of a Lead Plaintiff motion on Plaintiff's behalf.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below (note: if you have more than 10 buy or sell trades, or wish to submit your

trades as a PDF or Excel file, please email these separately to shareholders@glancylaw.com).

**Shares Purchased**

| Number of Shares: | Buy Date: | | | Price per Share: |
|---|---|---|---|---|
| | Year ▼ | Month ▼ | Day ▼ | $ |
| | Year ▼ | Month ▼ | Day ▼ | $ |
| | Year ▼ | Month ▼ | Day ▼ | $ |
| | Year ▼ | Month ▼ | Day ▼ | $ |
| | Year ▼ | Month ▼ | Day ▼ | $ |

**Shares Purchased (additional)**

**Shares Sold**

| Number of Shares: | Sell Date: | | | Price per Share: |
|---|---|---|---|---|
| | Year ▼ | Month ▼ | Day ▼ | $ |
| | Year ▼ | Month ▼ | Day ▼ | $ |
| | Year ▼ | Month ▼ | Day ▼ | $ |
| | Year ▼ | Month ▼ | Day ▼ | $ |
| | Year ▼ | Month ▼ | Day ▼ | $ |

**Shares Sold (additional)**

7.  I have not sought to serve, or served, as a representative party on behalf of a class under the federal security laws during the last three years, except if detailed below.

I declare under penalty of perjury that the foregoing are true and correct statements.*

☐ yes

By clicking on the button below, I certify that I am authorized to sign this form, and I intend to sign and execute this agreement and retain Glancy Prongay & Murray LLP to proceed on Plaintiff's behalf, on a contingent fee basis.*

☐ yes

The Complaint and Retention Agreement provided to me are incorporated by reference.

**Signature**

Clear signature

Draw your signature above using your mouse

Signed pursuant to California Civil Code Section 1633. 1, et seq. - Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

**Date of Signing:** 06/26/2017

Submit

Disclaimer    Privacy Policy    Sitemap

Copyright © Glancy Prongay & Murray LLP 2003-2017. All rights reserved.

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
phone: (310) 201-9150
toll-free: (888) 773-9224
info@glancylaw.com