# WEAVER DECLARATION EXHIBIT 8

# EXHIBIT D

**Class Period** 11/9/2017-9/10/2018
**Average Price:** $7.14
**(9/11/18-11/12/18)**

| | | | | Purchases | | | Sales | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Trade Type** | **Date** | | **Quantity** | **Price** | **Cost** | **Quantity** | **Price** | **Proceeds** |
| **UNIVERSITY OF PUERTO RICO** | | | | | | | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/10/2018 | | 831 | $11.81 | $9,812 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/10/2018 | | 357 | $11.81 | $4,217 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/10/2018 | | 782 | $11.95 | $9,348 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/10/2018 | | 154 | $12.13 | $1,867 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/10/2018 | | 692 | $12.03 | $8,321 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/10/2018 | | 385 | $11.95 | $4,601 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/11/2018 | | 624 | $12.08 | $7,540 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/11/2018 | | 385 | $12.05 | $4,639 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/11/2018 | | 180 | $12.08 | $2,174 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/11/2018 | | 846 | $12.21 | $10,327 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/14/2018 | | 116 | $11.60 | $1,346 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/14/2018 | | 1,081 | $11.70 | $12,646 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/14/2018 | | 770 | $11.92 | $9,178 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/14/2018 | | 2,152 | $11.82 | $25,427 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/14/2018 | | 308 | $11.62 | $3,579 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/14/2018 | | 866 | $12.13 | $10,504 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/15/2018 | | 169 | $11.60 | $1,960 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/15/2018 | | 2,242 | $11.62 | $26,046 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/16/2018 | | 1,347 | $11.87 | $15,990 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/16/2018 | | 384 | $11.88 | $4,560 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/17/2018 | | 714 | $11.95 | $8,530 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/17/2018 | | 384 | $11.95 | $4,589 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/17/2018 | | 16 | $11.95 | $191 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/17/2018 | | 384 | $11.95 | $4,589 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/18/2018 | | 230 | $11.87 | $2,730 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/18/2018 | | 768 | $11.90 | $9,139 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/18/2018 | | 415 | $11.89 | $4,935 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/18/2018 | | 384 | $11.95 | $4,589 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/18/2018 | | 154 | $11.85 | $1,825 | | | |

| | Trade Type | Date | | Purchases | | | Sales | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Quantity | Price | Cost | Quantity | Price | Proceeds |
| **UNIVERSITY OF PUERTO RICO** | | | | | | | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 5/23/2018 | | 2,210 | $11.00 | $24,310 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 6/28/2018 | | 811 | $13.74 | $11,140 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 6/28/2018 | | 76 | $13.91 | $1,057 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 6/29/2018 | | 817 | $14.00 | $11,438 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 6/29/2018 | | 906 | $13.95 | $12,635 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 8/17/2018 | | 779 | $16.33 | $12,723 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 8/17/2018 | | 85 | $16.20 | $1,377 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 8/20/2018 | | 483 | $16.31 | $7,877 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 8/20/2018 | | 335 | $16.43 | $5,502 | | | |
| UNIVERSITY OF PUERTO RICO | Buy | 8/20/2018 | | 168 | $16.43 | $2,759 | | | |
| | | | **TOTAL** | **24,790** | | **$306,019** | **0** | | **$0** |
| | | | Net Buyer | 24,790 | | | | | |
| | | | Net Cost | $306,019 | | | | | |
| | | | Average Price | $7.14 | | | | | |
| | | | Position Value | $177,077 | | | | | |
| | | | **Gain/(Loss)** | **($128,942)** | | | | | |