# WEAVER DECLARATION EXHIBIT 9

# EXHIBIT C

**Security Issuer:**                               **Ryanair Holdings plc**

**Security ID:**                                   **783513203**

**Fund:**                                   **UPR   University of Puerto Rico Retirement System Trust Fund**

| Date | Trans | Number Shares | LIFO Qty | FIFO Qty | Price | LIFO | FIFO |
|---|---|---|---|---|---|---|---|
| 07/11/2017 | Buy | 4 | 4 | 4 | 111.5625 | ($446.25) | ($446.25) |
| 07/11/2017 | Buy | 5 | 5 | 5 | 111.5360 | ($557.68) | ($557.68) |
| 07/11/2017 | Buy | 61 | 61 | 61 | 111.5721 | ($6,805.90) | ($6,805.90) |
| 07/11/2017 | Buy | 76 | 76 | 76 | 111.5500 | ($8,477.80) | ($8,477.80) |
| 07/11/2017 | Buy | 8 | 8 | 8 | 111.5575 | ($892.46) | ($892.46) |
| 07/12/2017 | Buy | 26 | 26 | 26 | 111.2065 | ($2,891.37) | ($2,891.37) |
| 07/12/2017 | Buy | 87 | 87 | 87 | 111.1507 | ($9,670.11) | ($9,670.11) |
| 07/13/2017 | Buy | 20 | 20 | 20 | 111.3005 | ($2,226.01) | ($2,226.01) |
| 07/13/2017 | Buy | 178 | 178 | 178 | 111.3299 | ($19,816.72) | ($19,816.72) |
| 07/13/2017 | Buy | 11 | 11 | 11 | 111.1382 | ($1,222.52) | ($1,222.52) |
| 07/13/2017 | Buy | 76 | 76 | 76 | 111.3950 | ($8,466.02) | ($8,466.02) |
| 07/13/2017 | Buy | 3 | 3 | 3 | 111.3767 | ($334.13) | ($334.13) |
| 07/13/2017 | Buy | 2 | 2 | 2 | 111.3950 | ($222.79) | ($222.79) |
| 07/13/2017 | Buy | 29 | 29 | 29 | 111.3800 | ($3,230.02) | ($3,230.02) |
| 07/14/2017 | Buy | 3 | 3 | 3 | 112.4600 | ($337.38) | ($337.38) |
| 07/14/2017 | Buy | 1 | 1 | 1 | 112.4500 | ($112.45) | ($112.45) |
| 07/14/2017 | Buy | 16 | 16 | 16 | 112.4688 | ($1,799.50) | ($1,799.50) |
| 07/17/2017 | Buy | 24 | 24 | 24 | 114.8546 | ($2,756.51) | ($2,756.51) |
| 07/18/2017 | Buy | 21 | 21 | 21 | 115.3324 | ($2,421.98) | ($2,421.98) |
| 07/18/2017 | Buy | 14 | 14 | 14 | 115.3500 | ($1,614.90) | ($1,614.90) |
| 07/18/2017 | Buy | 13 | 13 | 13 | 115.4015 | ($1,500.22) | ($1,500.22) |
| 07/18/2017 | Buy | 54 | 54 | 54 | 115.5206 | ($6,238.11) | ($6,238.11) |
| 07/18/2017 | Buy | 53 | 53 | 53 | 115.3642 | ($6,114.30) | ($6,114.30) |
| 07/19/2017 | Buy | 26 | 26 | 26 | 115.2100 | ($2,995.46) | ($2,995.46) |
| 07/19/2017 | Buy | 26 | 26 | 26 | 115.1750 | ($2,994.55) | ($2,994.55) |
| 07/19/2017 | Buy | 31 | 31 | 31 | 115.0952 | ($3,567.95) | ($3,567.95) |
| 07/19/2017 | Buy | 19 | 19 | 19 | 115.0711 | ($2,186.35) | ($2,186.35) |
| 07/20/2017 | Buy | 77 | 77 | 77 | 112.3977 | ($8,654.62) | ($8,654.62) |
| 07/20/2017 | Buy | 89 | 89 | 89 | 112.1509 | ($9,981.43) | ($9,981.43) |

| Date | Trans | Number Shares | LIFO Qty | FIFO Qty | Price | LIFO | FIFO |
|---|---|---|---|---|---|---|---|
| 07/20/2017 | Buy | 337 | 337 | 337 | 112.5906 | ($37,943.03) | ($37,943.03) |
| 07/20/2017 | Buy | 15 | 15 | 15 | 112.4473 | ($1,686.71) | ($1,686.71) |
| 07/20/2017 | Buy | 101 | 101 | 101 | 112.4029 | ($11,352.69) | ($11,352.69) |
| 07/21/2017 | Buy | 38 | 38 | 38 | 111.2863 | ($4,228.88) | ($4,228.88) |
| 07/21/2017 | Buy | 19 | 19 | 19 | 111.3768 | ($2,116.16) | ($2,116.16) |
| 07/21/2017 | Buy | 48 | 48 | 48 | 111.3952 | ($5,346.97) | ($5,346.97) |
| 07/21/2017 | Buy | 62 | 62 | 62 | 111.4413 | ($6,909.36) | ($6,909.36) |
| 07/21/2017 | Buy | 123 | 123 | 123 | 111.2508 | ($13,683.85) | ($13,683.85) |
| 07/24/2017 | Buy | 1,956 | 1,956 | 1,956 | 110.5173 | ($216,171.84) | ($216,171.84) |
| 07/25/2017 | Buy | 34 | 34 | 34 | 114.5271 | ($3,893.92) | ($3,893.92) |
| 07/25/2017 | Buy | 33 | 33 | 33 | 114.6642 | ($3,783.92) | ($3,783.92) |
| 07/26/2017 | Buy | 1 | 1 | 1 | 115.9500 | ($115.95) | ($115.95) |
| 07/26/2017 | Buy | 27 | 27 | 27 | 114.5900 | ($3,093.93) | ($3,093.93) |
| 07/26/2017 | Buy | 65 | 65 | 65 | 115.5448 | ($7,510.41) | ($7,510.41) |
| 07/27/2017 | Buy | 2 | 2 | 2 | 115.3850 | ($230.77) | ($230.77) |
| 07/27/2017 | Buy | 144 | 144 | 144 | 115.5775 | ($16,643.16) | ($16,643.16) |
| 07/27/2017 | Buy | 1 | 1 | 1 | 115.0200 | ($115.02) | ($115.02) |
| 07/27/2017 | Buy | 28 | 28 | 28 | 115.3582 | ($3,230.03) | ($3,230.03) |
| 09/21/2017 | Buy | 246 | 246 | 246 | 106.0485 | ($26,087.93) | ($26,087.93) |
| 09/22/2017 | Buy | 159 | 159 | 159 | 105.9474 | ($16,845.64) | ($16,845.64) |
| 09/22/2017 | Buy | 119 | 119 | 119 | 106.2750 | ($12,646.73) | ($12,646.73) |
| 09/25/2017 | Buy | 317 | 317 | 317 | 104.9967 | ($33,283.95) | ($33,283.95) |
| 09/26/2017 | Buy | 49 | 49 | 49 | 104.8451 | ($5,137.41) | ($5,137.41) |
| 11/15/2017 | Buy | 133 | 133 | 133 | 113.9745 | ($15,158.61) | ($15,158.61) |
| 11/16/2017 | Buy | 8 | 8 | 8 | 116.6313 | ($933.05) | ($933.05) |
| 11/16/2017 | Buy | 57 | 57 | 57 | 117.2721 | ($6,684.51) | ($6,684.51) |
| 11/17/2017 | Buy | 140 | 140 | 140 | 118.1286 | ($16,538.00) | ($16,538.00) |
| 11/20/2017 | Buy | 214 | 214 | 214 | 118.9714 | ($25,459.88) | ($25,459.88) |
| 11/22/2017 | Buy | 13 | 13 | 13 | 119.9315 | ($1,559.11) | ($1,559.11) |
| 11/27/2017 | Buy | 25 | 25 | 25 | 119.7660 | ($2,994.15) | ($2,994.15) |
| 11/30/2017 | Buy | 54 | 54 | 54 | 124.4480 | ($6,720.19) | ($6,720.19) |
| 12/01/2017 | Buy | 32 | 32 | 32 | 120.4781 | ($3,855.30) | ($3,855.30) |
| 12/04/2017 | Buy | 16 | 16 | 16 | 120.9656 | ($1,935.45) | ($1,935.45) |
| 12/05/2017 | Buy | 232 | 232 | 232 | 119.2517 | ($27,666.39) | ($27,666.39) |

| Date | Trans | Number Shares | LIFO Qty | FIFO Qty | Price | LIFO | FIFO |
|---|---|---|---|---|---|---|---|
| 02/06/2018 | Buy | 51 | 51 | 51 | 115.3496 | ($5,882.83) | ($5,882.83) |
| 03/13/2018 | Buy | 284 | 284 | 284 | 123.5075 | ($35,076.13) | ($35,076.13) |
| 03/14/2018 | Buy | 85 | 85 | 85 | 123.1148 | ($10,464.76) | ($10,464.76) |
| 03/15/2018 | Buy | 121 | 121 | 121 | 123.5189 | ($14,945.79) | ($14,945.79) |
| 03/16/2018 | Buy | 38 | 38 | 38 | 123.6900 | ($4,700.22) | ($4,700.22) |
| 03/19/2018 | Buy | 564 | 564 | 564 | 126.6421 | ($71,426.15) | ($71,426.15) |
| 03/19/2018 | Buy | 38 | 38 | 38 | 126.5900 | ($4,810.42) | ($4,810.42) |
| 03/20/2018 | Buy | 278 | 278 | 278 | 125.9813 | ($35,022.80) | ($35,022.80) |
| 03/20/2018 | Buy | 64 | 64 | 64 | 126.0600 | ($8,067.84) | ($8,067.84) |
| 03/21/2018 | Buy | 114 | 114 | 114 | 125.5937 | ($14,317.68) | ($14,317.68) |
| 03/21/2018 | Buy | 245 | 245 | 245 | 125.4182 | ($30,727.46) | ($30,727.46) |
| 03/22/2018 | Buy | 482 | 482 | 482 | 124.5435 | ($60,029.96) | ($60,029.96) |
| 03/22/2018 | Buy | 43 | 43 | 43 | 124.9500 | ($5,372.85) | ($5,372.85) |
| 03/23/2018 | Buy | 303 | 303 | 303 | 124.0585 | ($37,589.72) | ($37,589.72) |
| 03/23/2018 | Buy | 256 | 256 | 256 | 124.1939 | ($31,793.64) | ($31,793.64) |
| 03/26/2018 | Buy | 342 | 342 | 342 | 123.2398 | ($42,148.01) | ($42,148.01) |
| 06/07/2018 | Buy | 78 | 78 | 78 | 117.8359 | ($9,191.20) | ($9,191.20) |
| 07/09/2018 | Buy | 178 | 178 | 178 | 113.6940 | ($20,237.53) | ($20,237.53) |
| 09/10/2018 | Buy | 92 | 92 | 92 | 95.3029 | ($8,767.87) | ($8,767.87) |
| 12/28/2018 | Holdings to Cost | | 9,557 | 9,557 | 79.8897 | $763,505.86 | $763,505.86 |
| TOTALS | | | | | | ($347,165.39) | ($347,165.39) |