# WEAVER DECLARATION EXHIBIT 10

# EXHIBIT C

**Security:** McDermott International, Inc.    **COMMON STOCK**
**Security ID:** 580037109, 580037703
**Fund:** UPR   University of Puerto Rico Retirement System Trust Fund

| Date | Trans | Number Shares | LIFO Qty | FIFO Qty | Price | LIFO | FIFO |
|---|---|---|---|---|---|---|---|
| 01/24/2018 | Class Period Opening Balance 14,466.67 | | | | | | |
| 04/12/2018 | Sell | (733.33) | | | 19.9584 | | |
| 04/17/2018 | Buy | 1,266.67 | 1,266.67 | 1,266.67 | 18.8289 | ($23,849.94) | ($23,849.94) |
| 04/19/2018 | Buy | 7,466.67 | 7,466.67 | 7,466.67 | 18.4500 | ($137,760.00) | ($137,760.00) |
| 05/11/2018 | Sell | (0.66) | (0.66) | | 19.9880 | $13.28 | |
| 05/18/2018 | Buy | 2,800 | 2,800 | 2,800 | 22.6634 | ($63,457.52) | ($63,457.52) |
| 06/19/2018 | Buy | 500 | 500 | 500 | 20.0372 | ($10,018.60) | ($10,018.60) |
| 06/21/2018 | Buy | 1,200 | 1,200 | 1,200 | 20.3500 | ($24,420.00) | ($24,420.00) |
| 06/22/2018 | Buy | 300 | 300 | 300 | 20.8633 | ($6,258.99) | ($6,258.99) |
| 06/25/2018 | Buy | 1,900 | 1,900 | 1,900 | 20.4315 | ($38,819.85) | ($38,819.85) |
| 10/24/2018 | Buy | 3,600 | 3,600 | 3,600 | 12.4983 | ($44,993.88) | ($44,993.88) |
| 10/30/2018 | Buy | 3,300 | 3,300 | 3,300 | 12.4124 | ($40,960.92) | ($40,960.92) |
| 10/30/2018 | Class Period Ending Balance 36,066 | | | | | | |
| 01/02/2019 | Sell | (1,300) | (1,300) | (1,300) | 7.9126 | $10,286.40 | $10,286.40 |
| 01/08/2019 | Sell | (1,500) | (1,500) | (1,500) | 8.3050 | $12,457.50 | $12,457.50 |
| 01/14/2019 | Holdings to Cost | | 19,532.67 | 19,533.33 | 7.9486 | ($155,257.41) | ($155,262.65) |
| TOTALS | | | | | | ($212,525.11) | ($212,533.14) |

*All share quantities and prices reflect the May 10, 2018 1-for-3 reverse stock split*
*Post Class Sales are priced at the greater of the Actual Sales Price and Post Class Closing Average Price*