# WEAVER DECLARATION EXHIBIT 12

# EXHIBIT A

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, María Del Carmen López Fuentes, as Executive Director of the University of Puerto Rico Retirement System Trust Fund ("UPR Retirement"), hereby certify under penalties of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I am the Executive Director of UPR Retirement, and am duly authorized to execute this certification on its behalf.

2.      I have reviewed the Class Action Complaint for Violations of the Federal Securities Laws captioned *Wigginton v. Advance Auto Parts Inc. et al.*, Docket No.: 1:18-cv-00212 (D. Del.) and I have authorized the filing of UPR Retirement's Motion for Appointment as Lead Plaintiff.

3.      UPR Retirement did not purchase or otherwise acquire the securities that are the subject of this action at the direction of UPR Retirement's counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

4.      UPR Retirement is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      All of UPR Retirement's transactions in Advance Auto Parts Inc. securities during the period of November 14, 2016, and August 15, 2017, are attached as Schedule A.

6.      During the three years prior to the date of this certification UPR Retirement has sought to serve as a representative on behalf of a class in the following actions filed under the federal securities laws:

> *In re Ocwen Financial Corporation Securities Litigation*, No. 9:14-cv-81057 (S.D. Fla.);
>
> *Hall v. Rent-A-Center, Inc. et al.*, No. 4:16-cv-00978 (E.D. Tex.)

*Utesch v. Lannett Co.. et al.*, No. 2:16-cv-05932 (E.D. Pa.)

*Carvelli v. Ocwen Financial Corporation*, No. 9:17-cv-80500 (S.D. Fla.)[1]

*Warren Ganues, et al. v. World Wrestling Entertainment, Inc. et al.*, No. 3:14-cv-01070 (D. Conn.)

*West Palm Beach Firefighters' Pension Fund v. SCANA Corporation et al.*, Docket No. 3:17-cv-03141 (D.S.C)[2]

7.      UPR Retirement will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Executed this __3__ day of __April__, 2018.

María Del Carmen López Fuentes

---

[1] *Huseman v. Ocwen Financial Corporation et al.*, No. 9:17-cv-80729 (S.D. Fla.) was consolidated into the *Carvelli v. Ocwen Financial Corporation et al.*, case. *See Carvelli v. Ocwen Financial Corporation et al.*, No. 9:17-cv-80500 ECF No. 29 (S.D. Fla. Jun. 22, 2017).

[2] This case was consolidated with the *Fox v. SCANA Corporation et al.*, Docket No. 3:17-cv-03063 (D.S.C.); and *Evans v. SCANA Corporation et al.*, Docket No. 3:17-cv-02683 (D.S.C.); and captioned *West Palm Beach Firefighters' Pension Fund v. SCANA Corporation et al.*, Docket No. 3:17-cv-03141 (D.S.C) cases. UPR Retirement's motion was filed in all four of these cases.

2

## Schedule A

### Transactions in Advance Auto Parts, Inc. Securities During the Class Period



| Date | Trans | Number Shares | Price | Amount |
|------|-------|---------------|-------|--------|
| Pre Class Holdings | | 0 | | |
| 06/26/2017 | Buy | 2,200 | 122.1400 | ($268,708.00) |
| 06/27/2017 | Buy | 1,100 | 122.7746 | ($135,052.06) |
| 06/28/2017 | Buy | 1,000 | 119.3514 | ($119,351.40) |
| 07/05/2017 | Buy | 1,000 | 105.1332 | ($105,133.20) |
| 07/07/2017 | Buy | 1,200 | 102.0507 | ($122,460.84) |
| 07/10/2017 | Buy | 1,200 | 100.9240 | ($121,108.80) |
| 07/11/2017 | Buy | 300 | 101.1183 | ($30,335.49) |
| 07/11/2017 | Buy | 1,300 | 100.6247 | ($130,812.11) |
| 07/19/2017 | Buy | 1,000 | 100.8900 | ($100,890.00) |

3