# WEAVER DECLARATION EXHIBIT 14

**PABF and UPR Losses Based on Recoverable Loss Method Applied in Mehedi v. View, Inc. f/k/a CF Finance Acquisition Corp. II et al**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | # of Retained Shares | Price of Shares Prior to 11/15/2022 Disclosure | Value of Shares Prior to 11/15/2022 Disclosure (Column A Multiplied By Column B) | Close Price Average For The 90 Days Following The 11/15/2022 Disclosure [1,2] | Value of Retained Shares After the Disclosure (Column A Multiplied By Column D) | Recoverable Loss (Column C Less Column E) |
| PABF | 11,845.00 | $38.0000 | $450,110.00 | $25.975167 | $307,675.85 | $142,434.15 |
| UPR | 10,630.00 | $38.0000 | $403,940.00 | $25.975167 | $276,116.02 | $127,823.98 |

[1] Both PABF and UPR did not sell retained shares during the 90 day period following the November 15, 2022 disclosure and therefore shares are valued at the 90 day lookback average of $25.9752 per share (rounded to four decimal places).

[2] UPR incorrectly states in Exhibit A to its Memorandum of Points and Authorities in Opposition to the Competing Motions for Appointment as Lead Plaintiff that the 90 days after the alleged stock price decline is February 13, 2023. The 90 day period following the corrective disclosure on November 15, 2022 is February 12, 2023, which is a Sunday. Therefore, the end date of the 90 day period following the disclosure is the preceding Friday, February 10, 2023