# WEAVER DECLARATION EXHIBIT 15

# **EXHIBIT 3**

**Losses in XOMA Corporation (XOMA)**
**90-Day Price: $0.83**
**Class Period:11/06/2014 - 07/21/2015**
**Investors: Joseph R. Tarzia**



| | | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | MATCHED LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Units | Price | Cost | Transactio | Security | Date | Units | Price | Proceeds | |
| Purchase | Common Stock | 2/3/2015 | 800 | $3.52 | $2,816.79 | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 2700 | $3.52 | $9,506.67 | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 6619 | $3.52 | $23,305.41 | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 5800 | $3.45 | $20,019.99 | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 3481 | $3.46 | $12,054.25 | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 1600 | $3.46 | $5,529.99 | | | | | | | |
| Purchase | Common Stock | 2/6/2015 | 800 | $3.45 | $2,761.91 | | | | | | | |
| | | | | | | Sale | Common Stock | 2/6/2015 | (800) | $3.45 | ($2,757.94) | |
| | | | | | | Sale | Common Stock | 2/10/2015 | (2700) | $3.25 | ($8,765.08) | |
| | | | | | | Sale | Common Stock | 2/10/2015 | (6619) | $3.26 | ($21,573.85) | |
| | | | | | | Sale | Common Stock | 2/10/2015 | (5800) | $3.26 | ($18,904.41) | |
| | | | | | | Sale | Common Stock | 2/10/2015 | (3481) | $3.26 | ($11,345.91) | |
| | | | | | | Sale | Common Stock | 2/10/2015 | (1600) | $3.26 | ($5,215.01) | |
| | | | | | | Sale | Common Stock | 2/10/2015 | (800) | $3.26 | ($2,607.51) | $4,825.30 |
| Purchase | Common Stock | 2/17/2015 | 200 | $3.54 | $708.09 | | | | | | | |
| Purchase | Common Stock | 2/17/2015 | 13900 | $3.54 | $49,212.31 | | | | | | | |
| Purchase | Common Stock | 2/17/2015 | 200 | $3.54 | $708.09 | | | | | | | |
| Purchase | Common Stock | 2/17/2015 | 7700 | $3.54 | $27,261.50 | | | | | | | |
| Purchase | Common Stock | 2/24/2015 | 500 | $3.90 | $1,950.00 | | | | | | | |
| | | | | | | Sale | Common Stock | 2/24/2015 | (200) | $3.76 | ($752.00) | |
| | | | | | | Sale | Common Stock | 2/24/2015 | (13900) | $3.84 | ($53,375.01) | |
| | | | | | | Sale | Common Stock | 2/27/2015 | (200) | $3.78 | ($755.98) | |
| | | | | | | Sale | Common Stock | 2/27/2015 | (7700) | $3.75 | ($28,874.46) | |
| | | | | | | Sale | Common Stock | 2/27/2015 | (500) | $3.65 | ($1,825.02) | ($5,742.48) |
| Purchase | Common Stock | 3/6/2015 | 1,000 | $3.55 | $3,550.71 | | | | | | | |
| Purchase | Common Stock | 3/6/2015 | 1,000 | $3.55 | $3,550.72 | | | | | | | |
| Purchase | Common Stock | 3/6/2015 | 11600 | $3.55 | $41,180.27 | | | | | | | |
| Purchase | Common Stock | 3/6/2015 | 400 | $3.55 | $1,420.29 | | | | | | | |
| Purchase | Common Stock | 3/6/2015 | 400 | $3.53 | $1,413.95 | | | | | | | |
| Purchase | Common Stock | 3/6/2015 | 1,600 | $3.52 | $5,624.39 | | | | | | | |
| Purchase | Common Stock | 3/9/2015 | 1,000 | $3.52 | $3,519.89 | | | | | | | |
| | | | | | | Sale | Common Stock | 3/10/2015 | (1000) | $3.72 | ($3,719.94) | ($200.05) |
| Purchase | Common Stock | 3/11/2015 | 300 | $3.75 | $1,124.97 | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 700 | $3.75 | $2,624.92 | | | | | | | |
| | | | | | | Sale | Common Stock | 3/13/2015 | (1000) | $3.65 | ($3,650.04) | $99.85 |
| Purchase | Common Stock | 3/26/2015 | 900 | $3.63 | $3,266.90 | | | | | | | |
| Purchase | Common Stock | 3/26/2015 | 100 | $3.63 | $362.99 | | | | | | | |
| | | | | | | Sale | Common Stock | 3/26/2015 | (300) | $3.62 | ($1,085.98) | |
| | | | | | | Sale | Common Stock | 3/26/2015 | (700) | $3.60 | ($2,519.95) | |
| | | | | | | Sale | Common Stock | 3/26/2015 | (900) | $3.60 | ($3,240.39) | |
| | | | | | | Sale | Common Stock | 3/26/2015 | (100) | $3.61 | ($360.99) | |
| | | | | | | Sale | Common Stock | 3/26/2015 | (11600) | $3.63 | ($42,097.23) | |
| | | | | | | Sale | Common Stock | 3/26/2015 | (400) | $2.87 | ($1,147.97) | |
| | | | | | | Sale | Common Stock | 3/26/2015 | (400) | $2.87 | ($1,147.98) | |
| | | | | | | Sale | Common Stock | 3/26/2015 | (1600) | $3.62 | ($5,791.89) | |
| | | | | | | Sale | Common Stock | 3/26/2015 | (1000) | $3.62 | ($3,619.93) | ($642.09) |
| Purchase | Common Stock | 4/29/2015 | 1400 | $3.20 | $4,481.06 | | | | | | | |
| Purchase | Common Stock | 4/29/2015 | 11,800 | $3.20 | $37,768.93 | | | | | | | |
| Purchase | Common Stock | 4/29/2015 | 5,600 | $3.19 | $17,872.23 | | | | | | | |
| Purchase | Common Stock | 4/29/2015 | 1,200 | $3.19 | $3,829.76 | | | | | | | |
| Purchase | Common Stock | 4/30/2015 | 400 | $3.18 | $1,273.99 | | | | | | | |
| Purchase | Common Stock | 5/18/2015 | 1,800 | $3.45 | $6,212.82 | | | | | | | |
| Purchase | Common Stock | 5/18/2015 | 2,500 | $3.45 | $8,628.91 | | | | | | | |
| Purchase | Common Stock | 5/18/2015 | 1700 | $3.45 | $5,867.66 | | | | | | | |
| Purchase | Common Stock | 5/21/2015 | 300 | $3.44 | $1,031.70 | | | | | | | |
| Purchase | Common Stock | 5/21/2015 | 700 | $3.44 | $2,407.29 | | | | | | | |
| Purchase | Common Stock | 5/21/2015 | 400 | $3.43 | $1,370.00 | | | | | | | |

| Transaction | Security | Date | Units | Price | Cost | | Transaction | Security | Date | Units | Price | Proceeds | | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Sale | Common Stock | 5/22/2015 | (1400) | $3.36 | ($4,708.76) | | $100.23 |
| Purchase | Common Stock | 5/28/2015 | 5,900 | $3.38 | $19,951.40 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 14,500 | $3.48 | $50,465.59 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 1,800 | $3.48 | $6,264.70 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 3,388 | $3.48 | $11,791.54 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 5 | $3.48 | $17.41 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 300 | $3.48 | $1,044.11 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 5907 | $3.48 | $20,558.64 | rem: 5707 | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 100 | $3.48 | $347.50 | | | | | | | | | |
| Purchase | Common Stock | 6/2/2015 | 10,700 | $3.52 | $37,673.99 | | | | | | | | | |
| Purchase | Common Stock | 6/3/2015 | 3,400 | $3.54 | $12,045.66 | | | | | | | | | |
| Purchase | Common Stock | 6/3/2015 | 2800 | $3.57 | $10,000.39 | | | | | | | | | |
| Purchase | Common Stock | 6/3/2015 | 200 | $3.57 | $713.00 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/3/2015 | (11800) | $3.57 | ($42,118.45) | | |
| | | | | | | | Sale | Common Stock | 6/3/2015 | (5600) | $3.57 | ($19,988.41) | | ($630.24) |
| Purchase | Common Stock | 6/9/2015 | 700 | $3.56 | $2,494.92 | | | | | | | | | |
| Purchase | Common Stock | 6/24/2015 | 1,300 | $4.23 | $5,495.34 | rem: 1200 | | | | | | | | |
| Purchase | Common Stock | 6/24/2015 | 500 | $4.21 | $2,105.80 | | | | | | | | | |
| Purchase | Common Stock | 6/24/2015 | 3200 | $4.21 | $13,477.09 | | | | | | | | | |
| Purchase | Common Stock | 6/24/2015 | 2200 | $4.21 | $9,265.51 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (1200) | $4.56 | ($5,468.37) | | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (400) | $4.56 | ($1,822.79) | | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (1800) | $4.56 | ($8,202.56) | | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (2500) | $4.51 | ($11,274.79) | | ($1,497.39) |

|  | | |
|---|---|---|
| Class Period Common Stock Purchases | 148,000 |
| Total Costs | $517,931.94 |
| Shares Held Post-Class Period | 60000 |
| Total Sales | ($318,718.60) |
| MATCHED LOSS* | -$3,686.87 |
| UNMATCHED LOSS (Look-Back)** | $153,014.50 |
| Total Loss | $149,327.63 |

**Losses in XOMA Corporation (XOMA)**
**90-Day Price: $0.83**
**Class Period:11/06/2014 - 07/21/2015**
**Investors: Joseph R. Tarzia (on behalf of Frances Tarzia)**



FARUQI & FARUQI LLP
ATTORNEYS AT LAW

| | OPEN TRANSACTIONS | | | | | | | CLOSE TRANSACTIONS | | | | | | MATCHED LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Units | Price | Cost | | Transactio | Security | Date | Units | Price | Proceeds | | |
| Purchase | Common Stock | 2/3/2015 | 1,000 | $3.51 | $3,511.65 | | | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 1500 | $3.51 | $5,267.46 | | | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 500 | $3.51 | $1,755.83 | | | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 1500 | $3.51 | $5,267.48 | | | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 700 | $3.51 | $2,455.15 | | | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 500 | $3.51 | $1,755.83 | rem:300 | | | | | | | | |
| Purchase | Common Stock | 2/4/2015 | 800 | $3.39 | $2,713.91 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 2/5/2015 | (1000) | $3.41 | ($3,410.03) | | $6.21 |
| Purchase | Common Stock | 2/6/2015 | 1000 | $3.49 | $3,489.89 | | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 2500 | $3.74 | $9,359.74 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 3/12/2015 | (1500) | $3.61 | ($5,420.06) | | |
| | | | | | | | Sale | Common Stock | 3/12/2015 | (500) | $3.58 | ($1,790.02) | | |
| | | | | | | | Sale | Common Stock | 3/16/2015 | (1500) | $3.76 | ($5,644.90) | | ($5.35) |
| Purchase | Common Stock | 3/17/2015 | 500 | $4.00 | $1,999.99 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 4/1/2015 | (700) | $3.64 | ($2,544.96) | | |
| | | | | | | | Sale | Common Stock | 4/20/2015 | (500) | $3.69 | ($1,844.02) | | |
| | | | | | | | Sale | Common Stock | 4/20/2015 | (800) | $3.69 | ($2,950.44) | | |
| | | | | | | | Sale | Common Stock | 4/20/2015 | (1000) | $3.69 | ($3,688.05) | | |
| | | | | | | | Sale | Common Stock | 4/20/2015 | (2500) | $3.69 | ($9,220.12) | | |
| | | | | | | | Sale | Common Stock | 4/20/2015 | (500) | $3.69 | ($1,844.02) | | ($780.55) |
| Purchase | Common Stock | 4/29/2015 | 4800 | $3.25 | $15,609.51 | | | | | | | | | |
| Purchase | Common Stock | 5/1/2015 | 1,200 | $3.12 | $3,741.87 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 5,500 | $3.53 | $19,424.09 | rem: 800 | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 200 | $3.53 | $706.33 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 1500 | $3.53 | $5,289.99 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 4,100 | $3.52 | $14,431.59 | | | | | | | | | |
| Purchase | Common Stock | 5/28/2015 | 100 | $3.52 | $351.50 | | | | | | | | | |

| Type | Security | Date | Shares | Price | Amount | | Type | Security | Date | Shares | Price | Amount | Match |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | Common Stock | 5/29/2015 | 1,000 | $3.63 | $3,634.00 | | | | | | | | |
| Purchase | Common Stock | 5/29/2015 | 1000 | $3.63 | $3,633.99 | | | | | | | | |
| Purchase | Common Stock | 5/29/2015 | 500 | $3.63 | $1,817.00 | | | | | | | | |
| Purchase | Common Stock | 6/3/2015 | 1,500 | $3.54 | $5,313.33 | | | | | | | | |
| Purchase | Common Stock | 6/3/2015 | 2000 | $3.54 | $7,084.45 | | | | | | | | |
| Purchase | Common Stock | 6/3/2015 | 600 | $3.54 | $2,125.34 | | | | | | | | |
| Purchase | Common Stock | 6/3/2015 | 200 | $3.54 | $708.44 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/3/2015 | (4800) | $3.53 | ($16,939.52) | |
| | | | | | | | Sale | Common Stock | 6/3/2015 | (1200) | $3.53 | ($4,234.88) | |
| | | | | | | | Sale | Common Stock | 6/3/2015 | (5500) | $3.53 | ($19,409.86) | |
| | | | | | | | Sale | Common Stock | 6/3/2015 | (200) | $3.50 | ($699.99) | |
| | | | | | | | Sale | Common Stock | 6/3/2015 | (1500) | $3.50 | ($5,249.90) | |
| | | | | | | | Sale | Common Stock | 6/3/2015 | (4100) | $3.50 | ($14,349.74) | |
| | | | | | | | Sale | Common Stock | 6/3/2015 | (100) | $3.50 | ($349.99) | $460.85 |
| Purchase | Common Stock | 6/5/2015 | 1,200 | $3.55 | $4,263.24 | | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 700 | $3.55 | $2,486.89 | | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 200 | $3.55 | $710.54 | | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 1400 | $3.55 | $4,973.78 | rem:1100 | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 200 | $3.55 | $710.54 | | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 500 | $3.55 | $1,773.50 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/8/2015 | (1000) | $3.54 | ($3,539.94) | $9.91 |
| Purchase | Common Stock | 6/9/2015 | 1300 | $3.51 | $4,565.47 | | | | | | | | |
| Purchase | Common Stock | 6/9/2015 | 700 | $3.51 | $2,458.33 | | | | | | | | |
| Purchase | Common Stock | 6/9/2015 | 1,600 | $3.51 | $5,619.03 | | | | | | | | |
| Purchase | Common Stock | 6/9/2015 | 400 | $3.51 | $1,404.76 | | | | | | | | |
| Purchase | Common Stock | 6/9/2015 | 1,000 | $3.51 | $3,511.90 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/10/2015 | (1000) | $3.54 | ($3,540.24) | |
| | | | | | | | Sale | Common Stock | 6/10/2015 | (500) | $3.57 | ($1,787.47) | |
| | | | | | | | Sale | Common Stock | 6/10/2015 | (1500) | $3.57 | ($5,362.40) | ($154.42) |
| Purchase | Common Stock | 6/22/2015 | 3000 | $4.08 | $12,249.69 | | | | | | | | |
| Purchase | Common Stock | 6/22/2015 | 2000 | $4.28 | $8,569.99 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/23/2015 | (2000) | $4.16 | ($8,313.05) | $256.94 |
| Purchase | Common Stock | 6/26/2015 | 1,000 | $3.95 | $3,948.59 | | | | | | | | |
| Purchase | Common Stock | 6/29/2015 | 1000 | $3.68 | $3,678.99 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (600) | $3.70 | ($2,221.96) | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (200) | $3.68 | ($735.99) | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (1200) | $3.68 | ($4,415.91) | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (700) | $3.86 | ($2,698.96) | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (200) | $3.77 | ($753.98) | |
| | | | | | | | Sale | Common Stock | 7/2/2016 | (1400) | $3.76 | ($5,267.91) | |
| | | | | | | | Sale | Common Stock | 7/8/2015 | (200) | $3.86 | ($772.99) | |
| | | | | | | | Sale | Common Stock | 7/8/2015 | (500) | $3.86 | ($1,932.46) | |
| | | | | | | | Sale | Common Stock | 7/8/2015 | (1300) | $3.86 | ($5,024.41) | |
| | | | | | | | Sale | Common Stock | 7/8/2015 | (700) | $3.85 | ($2,694.95) | $381.55 |
| Purchase | Common Stock | 7/16/2015 | 200 | $4.51 | $902.99 | | | | | | | | |
| Purchase | Common Stock | 7/16/2015 | 800 | $4.46 | $3,567.92 | | | | | | | | |
| Purchase | Common Stock | 7/17/2015 | 400 | $4.52 | $1,809.59 | | | | | | | | |
| Purchase | Common Stock | 7/20/2015 | 1600 | $4.56 | $7,289.83 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 7/20/2015 | (1600) | $4.55 | ($7,286.35) | |
| | | | | | | | Sale | Common Stock | 7/21/2015 | (400) | $4.42 | ($1,767.97) | $45.10 |

| | | | |
|---|---|---|---|
| Class Period Common Stock Purchases **53,900** | Total Costs **$195,943.93** | Shares Held Post-Class Period **11000** | Total Sales **($157,707.44)** |

| | |
|---|---|
| **MATCHED LOSS*** | **$220.24** |
| **UNMATCHED LOSS (Look-Back)**** | **$28,870.54** |
| **Total Loss** | **$29,090.78** |

**Losses in XOMA Corporation (XOMA)**
**90-Day Price: $0.83**
**Class Period:11/06/2014 - 07/21/2015**
**Investors: Joseph R. Tarzia (on behalf of Nicola Tarzia)**



FARUQI & FARUQI LLP
ATTORNEYS AT LAW

| | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | | | MATCHED LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Units | Price | Cost | | Transactio | Security | Date | Units | Price | Proceeds | |
| Purchase | Common Stock | 5/11/2015 | 200 | $3.71 | $742.23 | | | | | | | | |
| Purchase | Common Stock | 5/11/2015 | 700 | $3.71 | $2,597.80 | | | | | | | | |
| Purchase | Common Stock | 5/11/2015 | 4,100 | $3.71 | $15,215.71 | | | | | | | | |
| Purchase | Common Stock | 5/11/2015 | 500 | $3.71 | $1,855.56 | | | | | | | | |
| Purchase | Common Stock | 5/11/2015 | 600 | $3.71 | $2,226.69 | | | | | | | | |
| Purchase | Common Stock | 5/11/2015 | 1900 | $3.71 | $7,051.16 | | | | | | | | |
| Purchase | Common Stock | 5/11/2015 | 100 | $3.72 | $372.39 | | | | | | | | |
| Purchase | Common Stock | 5/11/2015 | 1,900 | $3.63 | $6,896.61 | rem:900 | | | | | | | |
| Purchase | Common Stock | 5/21/2015 | 2,000 | $3.42 | $6,843.80 | | | | | | | | |
| Purchase | Common Stock | 5/21/2015 | 3,000 | $3.42 | $10,265.69 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 5/27/2015 | (200) | $3.24 | ($647.99) | |
| | | | | | | | Sale | Common Stock | 6/5/2015 | (700) | $3.47 | ($2,425.96) | |
| | | | | | | | Sale | Common Stock | 6/5/2015 | (4100) | $3.47 | ($14,227.14) | ($191.60) |
| Purchase | Common Stock | 6/22/2015 | 1,900 | $4.09 | $7,761.99 | | | | | | | | |
| Purchase | Common Stock | 6/22/2015 | 100 | $4.08 | $407.86 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/23/2015 | (500) | $4.17 | ($2,084.97) | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (600) | $3.72 | ($2,233.95) | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (1900) | $3.73 | ($7,086.86) | $393.86 |
| Purchase | Common Stock | 7/16/2015 | 2000 | $4.60 | $9,208.79 | | | | | | | | |
| Purchase | Common Stock | 7/16/2015 | 5,500 | $4.60 | $25,294.50 | | | | | | | | |
| Purchase | Common Stock | 7/16/2015 | 500 | $4.60 | $2,297.50 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (100) | $4.62 | ($461.74) | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (1900) | $4.62 | ($8,773.09) | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (2000) | $4.62 | ($9,234.83) | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (3000) | $4.66 | ($13,973.75) | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (1900) | $4.66 | ($8,850.04) | |
| | | | | | | | Sale | Common Stock | 7/16/2015 | (100) | $4.66 | ($465.79) | ($1,319.24) |
| | | Class Period Common Stock Purchases | 25,000 | Total Costs | $99,038.28 | | | | Shares Held Post-Class Period | 8000 | Total Sales | ($70,466.11) | MATCHED LOSS* | -$1,116.98 |
| | | | | | | | | | | | | UNMATCHED LOSS (Look-Back)** | $23,037.72 |
| | | | | | | | | | | | | Total Loss | $21,920.74 |

**Losses in XOMA Corporation (XOMA)**
**90-Day Price: $0.83**
**Class Period:11/06/2014 - 07/21/2015**
**Investors: Joseph R. Tarzia (on behalf of Joseph Tarzia)**

| | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | | | MATCHED LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Units | Price | Cost | | Transactio | Security | Date | Units | Price | Proceeds | |
| Purchase | Common Stock | 2/3/2015 | 19,600 | $3.51 | $68,805.99 | | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 400 | $3.51 | $1,402.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 2/10/2015 | (19600) | $3.27 | ($64,080.79) | |
| | | | | | | | Sale | Common Stock | 2/10/2015 | (400) | $3.27 | ($1,307.77) | $4,819.43 |
| Purchase | Common Stock | 3/11/2015 | 2,100 | $3.76 | $7,897.00 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 2,900 | $3.76 | $10,905.93 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 3,000 | $3.76 | $11,282.00 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 700 | $3.76 | $2,632.46 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 3300 | $3.76 | $12,410.20 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 1,000 | $3.76 | 3760.67 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 2,000 | $3.76 | 7521.33 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 100 | $3.75 | 375.2 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 2,100 | $3.75 | 7879.2 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 700 | $3.76 | 2632.46 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 500 | $3.75 | 1876 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 1,400 | $3.75 | 5,252.80 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 200 | $3.75 | $750.40 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 3/12/2015 | (2100) | $3.60 | ($7,550.08) | |
| | | | | | | | Sale | Common Stock | 3/12/2015 | (2900) | $3.60 | ($10,439.80) | |

| Transaction | Security | Date | Units | Price | Cost | | Transaction | Security | Date | Units | Price | Proceeds | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Sale | Common Stock | 3/26/2015 | (3000) | $3.60 | ($10,790.11) | | $1,268.07 |
| Purchase | Common Stock | 4/10/2015 | 500 | $3.84 | $1,921.62 | | | | | | | | | |
| Purchase | Common Stock | 4/10/2015 | 500 | $3.84 | $1,921.61 | | | | | | | | | |
| Purchase | Common Stock | 4/10/2015 | 2000 | $3.84 | $7,686.46 | | | | | | | | | |
| Purchase | Common Stock | 6/22/2015 | 500 | $4.00 | $2,000.34 | | | | | | | | | |
| Purchase | Common Stock | 6/22/2015 | 5000 | $4.00 | $20,003.33 | | | | | | | | | |
| Purchase | Common Stock | 6/22/2015 | 9500 | $4.00 | $38,006.32 | rem:1500 | | | | | | | | |
| Purchase | Common Stock | 6/22/2015 | 5000 | $4.08 | $20,409.49 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/23/2015 | (700) | $4.16 | ($2,908.95) | | |
| | | | | | | | Sale | Common Stock | 6/23/2015 | (3300) | $4.15 | ($13,694.74) | | |
| | | | | | | | Sale | Common Stock | 6/23/2015 | (1000) | $4.20 | ($4,199.93) | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (2000) | $3.74 | ($7,480.34) | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (100) | $3.75 | ($374.52) | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (2100) | $3.74 | ($7,853.85) | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (700) | $3.73 | ($2,610.95) | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (500) | $3.72 | ($1,859.95) | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (1400) | $3.71 | ($5,193.90) | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (200) | $3.79 | ($757.13) | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (500) | $3.79 | ($1,892.83) | | |
| | | | | | | | Sale | Common Stock | 7/15/2015 | (500) | $4.36 | ($2,179.95) | | $1,407.77 |

| Class Period Common Stock Purchases | **63,000** | Total Costs | **$237,332.81** | Shares Held Post-Class Period | **22000** | Total Sales | **($145,175.59)** | MATCHED LOSS* | $7,495.27 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | UNMATCHED LOSS (Look-Back)** | $66,370.52 |
| | | | | | | | | Total Loss | $73,865.79 |

**Losses in XOMA Corporation (XOMA)**
**90-Day Price: $0.83**
**Class Period:11/06/2014 - 07/21/2015**
**Investors: Joseph R. Tarzia (on behalf of Maria Casulo)**



F&F FARUQI & FARUQI LLP
ATTORNEYS AT LAW

| | OPEN TRANSACTIONS | | | | | | | CLOSE TRANSACTIONS | | | | | | MATCHED LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Units | Price | Cost | | Transactio | Security | Date | Units | Price | Proceeds | |
| Purchase | Common Stock | 2/3/2015 | 1,500 | $3.51 | $5,266.90 | | | | | | | | |
| Purchase | Common Stock | 2/3/2015 | 5,800 | $3.51 | $20,365.36 | | | | | | | | |
| Purchase | Common Stock | 2/4/2015 | 2,200 | $3.38 | $7,445.77 | rem: 700 | | | | | | | |
| | | | | | | | Sale | Common Stock | 2/5/2015 | (1500) | $3.39 | ($5,089.89) | ($13.23) |
| Purchase | Common Stock | 2/6/2015 | 500 | $3.50 | $1,749.94 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 2/24/2015 | (5800) | $3.85 | ($22,322.77) | |
| | | | | | | | Sale | Common Stock | 2/24/2015 | (2200) | $3.85 | ($8,467.25) | |
| | | | | | | | Sale | Common Stock | 2/24/2015 | (500) | $3.85 | ($1,924.38) | ($2,963.09) |
| Purchase | Common Stock | 3/11/2015 | 2,000 | $3.74 | $7,483.57 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 200 | $3.74 | $748.35 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 3,400 | $3.74 | $12,722.07 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 1,400 | $3.74 | $5,229.00 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 800 | $3.75 | $3,001.91 | | | | | | | | |
| Purchase | Common Stock | 3/11/2015 | 200 | $3.74 | $747.00 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 3/12/2015 | (2000) | $3.61 | ($7,210.07) | |
| | | | | | | | Sale | Common Stock | 3/12/2015 | (200) | $3.58 | ($716.01) | |
| | | | | | | | Sale | Common Stock | 4/20/2015 | (3400) | $3.69 | ($12,540.25) | |
| | | | | | | | Sale | Common Stock | 4/20/2015 | (1400) | $3.69 | ($5,163.63) | |
| | | | | | | | Sale | Common Stock | 4/20/2015 | (800) | $3.69 | ($2,950.65) | |
| | | | | | | | Sale | Common Stock | 4/20/2015 | (200) | $3.69 | ($737.66) | $613.63 |
| Purchase | Common Stock | 4/29/2015 | 900 | $3.25 | $2,925.90 | | | | | | | | |
| Purchase | Common Stock | 4/29/2015 | 500 | $3.25 | $1,625.50 | | | | | | | | |
| Purchase | Common Stock | 4/29/2015 | 500 | $3.25 | $1,625.50 | | | | | | | | |
| Purchase | Common Stock | 4/29/2015 | 500 | $3.25 | $1,625.50 | | | | | | | | |
| Purchase | Common Stock | 4/29/2015 | 900 | $3.25 | $2,925.89 | | | | | | | | |
| Purchase | Common Stock | 4/29/2015 | 1,700 | $3.25 | $5,526.70 | rem: 700 rem:300 | | | | | | | |
| Purchase | Common Stock | 5/1/2015 | 600 | $3.11 | $1,863.93 | | | | | | | | |
| Purchase | Common Stock | 5/1/2015 | 300 | $3.09 | $925.50 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/8/2015 | (900) | $3.53 | ($3,175.95) | |
| | | | | | | | Sale | Common Stock | 6/8/2015 | (500) | $3.57 | ($1,785.47) | |

| Transaction | Security | Date | Units | Price | Cost | | Transaction | Security | Date | Units | Price | Proceeds | | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Sale | Common Stock | 6/8/2015 | (500) | $3.51 | ($1,755.03) | | ($676.02) |
| Purchase | Common Stock | 6/22/2015 | 1000 | $4.29 | $4,289.99 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/23/2015 | (500) | $4.30 | ($2,149.97) | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (900) | $3.71 | ($3,337.94) | | $102.48 |
| Purchase | Common Stock | 7/17/2015 | 100 | $4.64 | $463.99 | | | | | | | | | |
| Purchase | Common Stock | 7/17/2015 | 700 | $4.54 | $3,177.93 | | | | | | | | | |
| Class Period Common Stock Purchases | | | 25,700 | Total Costs | $91,736.20 | | | Shares Held Post-Class Period | | 4400 | Total Sales | ($79,326.92) | MATCHED LOSS* | -$2,936.23 |
| | | | | | | | | | | | | | UNMATCHED LOSS (Look-Back)** | $11,687.22 |
| | | | | | | | | | | | | | Total Loss | $8,750.99 |

**Losses in XOMA Corporation (XOMA)**
**90-Day Price: $0.83**
**Class Period:11/06/2014 - 07/21/2015**
**Investors: Joseph R. Tarzia (on behalf of Anthony Tarzia)**



| | | | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | | MATCHED LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Units | Price | Cost | | Transactio | Security | Date | Units | Price | Proceeds | | |
| Purchase | Common Stock | 2/4/2015 | 10,000 | $3.37 | $33,709.99 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 4/24/2015 | (10000) | $3.69 | ($36,889.33) | | ($3,179.34) |
| Purchase | Common Stock | 4/30/2015 | 100 | $3.12 | $312.00 | | | | | | | | | |
| Purchase | Common Stock | 4/30/2015 | 100 | $3.12 | $312.01 | | | | | | | | | |
| Purchase | Common Stock | 4/30/2015 | 800 | $3.12 | $2,496.00 | | | | | | | | | |
| Purchase | Common Stock | 4/30/2015 | 8,700 | $3.12 | $27,144.26 | | | | | | | | | |
| Purchase | Common Stock | 5/1/2015 | 2300 | $3.06 | $7,047.99 | rem:1300 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 7/1/2015 | (100) | $3.60 | ($360.00) | | |
| | | | | | | | Sale | Common Stock | 7/7/2015 | (100) | $3.72 | ($372.00) | | |
| | | | | | | | Sale | Common Stock | 7/7/2015 | (800) | $3.80 | ($3,039.94) | | ($707.60) |
| Class Period Common Stock Purchases | | | 22,000 | Total Costs | $71,022.25 | | | Shares Held Post-Class Period | | 11,000 | Total Sales | ($40,661.27) | MATCHED LOSS* | -$3,886.94 |
| | | | | | | | | | | | | | UNMATCHED LOSS (Look-Back)** | $25,102.20 |
| | | | | | | | | | | | | | Total Loss | $21,215.27 |

**Losses in XOMA Corporation (XOMA)**
**90-Day Price: $0.83**
**Class Period:11/06/2014 - 07/21/2015**
**Investors: Joseph Tarzia (on behalf of the S.M. Lorenti Trust)**



| | | | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | | MATCHED LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Units | Price | Cost | | Transactio | Security | Date | Units | Price | Proceeds | | |
| Purchase | Common Stock | 6/5/2015 | 2,000 | $3.55 | $7,099.80 | | | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 4,700 | $3.55 | $16,684.53 | | | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 2,001 | $3.53 | $7,063.53 | | | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 5,600 | $3.54 | $19,824.00 | | | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 300 | $3.54 | $1,061.97 | | | | | | | | | |
| Purchase | Common Stock | 6/5/2015 | 5,399 | $3.54 | $19,085.47 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 6/5/2015 | (2000) | $3.59 | ($7,189.86) | | |
| | | | | | | | Sale | Common Stock | 6/5/2015 | (4700) | $3.59 | ($16,872.69) | | |
| | | | | | | | Sale | Common Stock | 6/5/2015 | (2001) | $3.59 | ($7,183.46) | | |
| | | | | | | | Sale | Common Stock | 6/5/2015 | (5600) | $3.59 | ($20,103.63) | | |
| | | | | | | | Sale | Common Stock | 6/5/2015 | (300) | $3.59 | ($1,076.98) | | |
| | | | | | | | Sale | Common Stock | 6/5/2015 | (5399) | $3.59 | ($19,382.05) | | ($989.37) |

| Purchase | Common Stock | 6/9/2015 | 10,000 | $3.52 | $35,200.00 | | | | | | | |
| Purchase | Common Stock | 6/9/2015 | 5000 | $3.52 | $17,599.50 | | | | | | | |
| | | | | | | Sale | Common Stock | 6/10/2015 | (10000) | $3.57 | ($35,699.34) | |
| | | | | | | Sale | Common Stock | 6/10/2015 | (5000) | $3.57 | ($17,849.67) | ($749.51) |
| Purchase | Common Stock | 7/10/2015 | 1,000 | $4.46 | $4,458.80 | | | | | | | |
| Purchase | Common Stock | 7/15/2015 | 7,000 | $4.50 | $31,500.00 | | | | | | | |
| Purchase | Common Stock | 7/15/2015 | 3,000 | $4.50 | 13,499.70 | | | | | | | |
| Class Period Common Stock Purchases | | | 46,000 | Total Costs | $173,077.30 | | Shares Held Post-Class Period | 11,000 | | Total Sales | ($125,357.68) | MATCHED LOSS* | -$1,738.88 |

| | UNMATCHED LOSS (Look-Back)** | $40,312.79 |
| --- | --- | --- |
| | Total Loss | $38,573.91 |

**Losses in XOMA Corporation (XOMA)**
**90-Day Price: $0.83**
**Class Period:11/06/2014 - 07/21/2015**
**Investors: Joseph Tarzia (on behalf of Sarah M. Lorenti)**



**F&F FARUQI & FARUQI LLP**
ATTORNEYS AT LAW

| | | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | MATCHED LOSS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction | Security | Date | Units | Price | Cost | Transactio | Security | Date | Units | Price | Proceeds | |
| Purchase | Common Stock | 6/12/2015 | 1000 | $3.67 | $3,669.90 | | | | | | | |
| Purchase | Common Stock | 6/12/2015 | 4900 | $3.67 | $17,982.51 | | | | | | | |
| Purchase | Common Stock | 6/12/2015 | 10100 | $3.65 | $36,821.53 | | | | | | | |
| Purchase | Common Stock | 6/15/2015 | 600 | $3.63 | $2,178.00 | | | | | | | |
| Purchase | Common Stock | 6/25/2015 | 38400 | $4.25 | $163,064.35 | rem:22400 | | | | | | |
| | | | | | | Sale | Common Stock | 7/2/2015 | (1000) | $3.74 | ($3,739.93) | |
| | | | | | | Sale | Common Stock | 7/16/2015 | (4900) | $4.53 | ($22,197.08) | |
| | | | | | | Sale | Common Stock | 7/16/2015 | (10100) | $4.55 | ($45,954.15) | $23,229.71 |
| Class Period Common Stock Purchases | | | 55,000 | Total Costs | $223,716.29 | | Shares Held Post-Class Period | 39,000 | | Total Sales | ($71,891.16) | MATCHED LOSS* $23,229.71 |

| | UNMATCHED LOSS (Look-Back)** | $123,347.10 |
| --- | --- | --- |
| | Total Loss | $146,576.81 |

| **TOTAL LIFO LOSS:** | **$489,321.91** |
| --- | --- |

*Under a LIFO calculation, the last (or most recently) purchased shares are matched against the first (or least recently) sold shares during the class period. Transactions that can be matched must have strictly occurred during the class period.

**Under a LIFO calculation, unmatched purchased shares retained during the class period (those which are not offset by matching sales) are matched against a value equal to the 90 day post-class period average price.

| **90- Day Period Price =** | 0.831429 |
| --- | --- |

# EXHIBIT 3

| | | | | | | | | | | Value Retained | Approximate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date of Purchase | Shares Purchased | Price per Share | Cost | Date Sold | Shares Sold | Price per Share | Proceeds | Shares Retained | (@ $0.91) | Loss |
| | | | | | | | | | | | |
| Cesare, Loner | 1/20/2015 | 10,000 | ($3.59) | ($35,899.00) | 4/20/2015 | 28,000 | $ 3.70 | $ 103,728.80 | | | |
| | 2/17/2015 | 200 | ($3.53) | ($706.00) | 4/29/2015 | 30,000 | $ 3.34 | $ 100,071.00 | | | |
| | 2/19/2015 | 10,000 | ($3.84) | ($38,399.00) | 5/18/2015 | 1,590 | $ 3.44 | $ 5,469.60 | | | |
| | 2/20/2015 | 20,000 | ($3.99) | ($79,814.00) | 5/18/2015 | 25,000 | $ 3.40 | $ 85,050.00 | | | |
| | 2/23/2015 | 8,000 | ($4.22) | ($33,759.20) | 5/18/2015 | 5,040 | $ 3.41 | $ 17,186.90 | | | |
| | 5/6/2015 | 17,000 | ($3.21) | ($54,529.20) | 5/18/2015 | 10,370 | $ 3.43 | $ 35,535.92 | | | |
| | 5/8/2015 | 18,000 | ($3.70) | ($66,600.00) | | | | | | | |
| | 5/11/2015 | 20,000 | ($3.69) | ($73,800.00) | | | | | | | |
| | 5/28/2015 | 17,000 | ($3.49) | ($59,319.80) | | | | | | | |
| | 6/4/2015 | 15,000 | ($3.61) | ($54,129.00) | | | | | | | |
| | 6/16/2015 | 4,000 | ($3.87) | ($15,493.20) | | | | | | | |
| | 6/22/2015 | 10,000 | ($4.24) | ($42,390.90) | | | | | | | |
| | 7/13/2015 | 2,000 | ($4.66) | ($9,319.80) | | | | | | | |
| | 7/17/2015 | 5,000 | ($4.53) | ($22,639.00) | | | | | | | |
| | | 156,200 | | ($586,798.10) | | 100,000 | | $ 347,042.22 | 56,200 | $51,142.00 | ($188,613.88) |
| | | | | | | | | | | | |
| Xu, Yuanquin | 7/20/2015 | 30,000 | ($4.55) | ($136,500.00) | | | | | 30,000 | $27,300 | ($109,200.00) |
| | | | | | | | | | | | |
| Spinucci, Luisiana | 1/20/2015 | 10,000 | ($3.60) | ($36,000.00) | 4/17/2015 | 9,708 | $ 3.73 | $ 36,210.84 | | | |
| | 2/18/2015 | 8,000 | ($3.59) | ($28,720.00) | 4/27/2015 | 3,593 | $ 3.48 | $ 12,503.64 | | | |
| | 2/19/2015 | 5,000 | ($3.87) | ($19,350.00) | 4/29/2015 | 19,699 | $ 3.15 | $ 62,051.85 | | | |
| | 2/23/2015 | 10,000 | ($4.17) | ($41,700.00) | 5/18/2015 | 20,000 | $ 3.42 | $ 68,400.00 | | | |
| | 5/6/2015 | 20,000 | ($3.22) | ($64,400.00) | 5/18/2015 | 500 | $ 3.40 | $ 1,700.00 | | | |
| | 5/8/2015 | 10,000 | ($3.70) | ($37,000.00) | 5/18/2015 | 4,500 | $ 3.40 | $ 15,300.00 | | | |
| | 5/11/2015 | 10,000 | ($3.69) | ($36,900.00) | | | | | | | |
| | 5/28/2015 | 10,000 | ($3.49) | ($34,900.00) | | | | | | | |
| | 6/4/2015 | 10,000 | ($3.60) | ($36,000.00) | | | | | | | |
| | 6/16/2015 | 10,000 | ($3.90) | ($39,000.00) | | | | | | | |
| | 7/13/2015 | 3,500 | ($4.80) | ($16,800.00) | | | | | | | |
| | | 106,500 | | ($390,770.00) | | 58,000 | | $ 196,166.33 | 48,500 | $44,135 | ($150,468.67) |
| | | | | | | | | | | | |
| Sciammas, Steven | 7/15/2015 | 40,000 | ($4.39) | ($175,600.00) | | | | | 40,000 | $36,400.00 | ($139,200.00) |
| | | | | | | | | | | | |
| | | | | | | | | | | TOTAL | ($587,482.55) |

Xoma, November 6, 2014- July 21, 2015