JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ARIEL B. WINAWER (SBN 317821)
awinawer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendants
TWIST BIOSCIENCE CORPORATION, EMILY M.
LEPROUST, and JAMES M. THORBURN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EJD<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date:     March 21, 2024<br>Time:     9:00 a.m.<br>Judge:    Honorable Edward J. Davila<br>Dept:     4, 5th Floor |

Defendants Twist Bioscience Corporation ("Twist"), Emily M. Leproust, and James M. Thorburn (collectively, "Defendants") respectfully request that the Court take judicial notice of the documents described below and attached hereto pursuant to Federal Rule of Evidence 201, the incorporation by reference doctrine, and other applicable law. This Request for Judicial Notice is made in support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint").

## DISCUSSION

On a motion to dismiss pursuant to Fed. R. Civ. P 12(b)(6), "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). As detailed below, each of the documents described below and attached hereto is properly considered in connection with Defendants' Motion to Dismiss under (a) the incorporation by reference doctrine, (b) Fed. R. Evid. 201, which permits the Court to consider information subject to judicial notice, or (c) both of these doctrines.

**I.   DOCUMENTS INCORPORATED BY REFERENCE INTO THE COMPLAINT ARE APPROPRIATELY CONSIDERED ON A MOTION TO DISMISS**

In setting forth its allegations, Plaintiff expressly references and quotes from various documents. "[I]ncorporation by reference is a judicial doctrine that prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken or extinguish their claims." *In re Intel Corp. Sec. Litig.*, 2019 WL 1427660, at *6 (N.D. Cal. Mar. 29, 2019) (citing *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018)). "A defendant may seek to incorporate a document into the complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Id*

In accordance with this doctrine, Defendants request that the Court consider the following documents, true and correct copies of which are attached hereto:

| DOCUMENT | EXHIBIT NO. | COMPLAINT PARAGRAPH |
|---|---|---|
| Excerpts of the Scorpion Report, dated November 15, 2022 | 1 | ¶¶ 12, 197-201, 204-05 |
| Financial Accounting Standards Board's Accounting Standards Codification Topic 730 ("ASC 730") | 2 | ¶¶ 43, 51, 54-55 |
| PwC Accounting Standard Codification Guidance for ASC 730 | 3 | ¶¶ 49, 55 |
| Transcript of 2019 Cowen Health Care Conference, dated March 12, 2019 | 4 | ¶¶ 4, 28, 70, 158 |
| Excerpts of Twist Form 10-K filed with the Securities Exchange Commission ("SEC") on December 20, 2018 | 5 | ¶¶ 48, 53, 132 |
| Excerpts of Twist Form 10-K filed with the SEC on December 13, 2019 | 6 | ¶¶ 30, 48, 53, 113, 119-21, 132, 152-53 |
| Excerpts of Twist Form 10-K filed with the SEC on November 27, 2020 | 7 | ¶¶ 48, 53, 113, 132 |
| Excerpts of Twist Form 10-K filed with the SEC on November 23, 2021 | 8 | ¶¶ 48, 53, 113, 132, 157 |
| Excerpts of Twist Form 10-K filed with the SEC on November 28, 2022 | 9 | ¶¶ 47, 52, 189 |
| Twist Form 8-K filed with the SEC on December 19, 2018 | 10 | ¶ 133 |
| Twist Form 8-K filed with the SEC on December 11, 2019 | 11 | ¶¶ 114, 133 |
| Twist Form 8-K filed with the SEC on November 23, 2020 | 12 | ¶¶ 114, 133 |
| Twist Form 8-K filed with the SEC on November 22, 2021 | 13 | ¶¶ 114, 133 |
| Excerpts of Twist Prospectus and Prospectus Supplement filed with the SEC on June 3, 2020 | 14 | ¶¶ 16-19, 37-39, 99, 101-106, 109, 112-14, 116-21, 209-15, 220-23 |

REQUEST FOR JUDICIAL NOTICE
C.A. NO. 5:22-cv-08168-EJD

| DOCUMENT | EXHIBIT NO. | COMPLAINT PARAGRAPH |
|---|---|---|
| Excerpts of Twist Prospectus Supplement filed with the SEC on December 4, 2020 | 15 | ¶¶ 16-19, 37-39, 99, 101-106, 109, 112-14, 116-21, 209-15, 220-23 |
| Excerpts of Twist Prospectus Supplement filed with the SEC on February 14, 2022 | 16 | ¶¶ 16-19, 37-39, 99, 101-106, 109, 112-14, 116-21, 209-15, 220-23 |
| Transcript of Twist's February 7, 2019 Shareholder/Analyst Call | 17 | ¶ 26 |
| Transcript of Twist's April 30, 2019 Shareholder/Analyst Call | 18 | ¶¶ 135, 143 |
| Transcript of Twist's August 1, 2019 Shareholder/Analyst Call | 19 | ¶ 136 |
| Transcript of Twist's December 11, 2019 Shareholder/Analyst Call | 20 | ¶¶ 26, 137, 161 |
| Transcript of Twist's February 6, 2020 Shareholder/Analyst Call | 21 | ¶¶ 27, 104, 138 |
| Transcript of Twist's May 7, 2020 Shareholder/Analyst Call | 22 | ¶ 139 |
| Transcript of Twist's August 6, 2020 Shareholder/Analyst Call | 23 | ¶ 140 |
| Transcript of Twist's November 23, 2020 Shareholder/Analyst Call | 24 | ¶¶ 141, 144 |
| Transcript of Twist's February 4, 2021 Shareholder/Analyst Call | 25 | ¶¶ 145 |
| Transcript of Twist's November 22, 2021 Shareholder/Analyst Call | 26 | ¶¶ 110, 142, 157 |
| Transcript of Twist's May 5, 2022 Shareholder/Analyst Call | 27 | ¶¶ 162 |

Each of these documents is extensively referenced in the Complaint (as shown above) and/or forms the basis of Plaintiff's claims. Thus, the Court may consider these documents under the incorporation by reference doctrine.

REQUEST FOR JUDICIAL NOTICE
C.A. NO. 5:22-cv-08168-EJD

**II.     THE COURT MAY TAKE JUDICIAL NOTICE OF SEC FILINGS**

Furthermore, the foregoing SEC filings are judicially noticeable because they are public records. Pursuant to Fed. R. Evid. 201, "[p]ublic records, such as SEC filings, are properly the subject of judicial notice, and routinely considered in deciding a motion to dismiss in a securities case." *In re Extreme Networks, Inc. S'holder Derivative Litig.*, 573 F. Supp. 2d 1228, 1231 n.2 (N.D. Cal. 2008) (citations omitted); *In re Intel*, 2019 WL 1427660, at *7 ("SEC filings are routinely subject to judicial notice."); *see, e.g.*, *In re Violin Memory Sec. Litig.* 2014 WL 5525946, at *6 (N.D. Cal. Oct. 31, 2014) (taking judicial notice of SEC filing that was not referred to in the complaint); *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (on motion to dismiss, courts may consider "any matter subject to judicial notice, such as SEC filings").

In accordance with this rule, Defendants request that the Court take judicial notice of the previously listed SEC filings, as well as the following documents filed with the SEC, true and correct copies of which are attached hereto:

| DOCUMENT | EXHIBIT NO. |
|---|---|
| Excerpts of Twist Proxy Statement filed with the SEC on January 6, 2023 | 28 |
| Excerpts of the Twist Form 10-K filed with the SEC on November 21, 2023 | 29 |

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of, and/or consider pursuant to the incorporation by reference doctrine and the legal authorities cited herein, Exhibits 1 through 29 attached hereto, and consider them in connection with its adjudication of Defendants' contemporaneously filed Motion to Dismiss.

REQUEST FOR JUDICIAL NOTICE
C.A. No. 5:22-cv-08168-EJD

Dated:  December 6, 2023

JAMES N. KRAMER
ALEXANDER K. TALARIDES
M. TODD SCOTT
ARIEL B. WINAWER
Orrick, Herrington & Sutcliffe LLP


By        */s/ James N. Kramer*
          JAMES N. KRAMER
        Attorneys for Defendants
TWIST BIOSCIENCE CORPORATION, EMILY
   M. LEPROUST, and JAMES M. THORBURN

REQUEST FOR JUDICIAL NOTICE
C.A. No. 5:22-cv-08168-EJD