# EXHIBIT 1

**November 15, 2022 | Investigative report by Scorpion Capital | www.scorpioncapital.com**

# TWIST BIOSCIENCE (NASDAQ: TWST)

**A Cash-Burning Inferno That Is Not A Going Concern, Operating A Ponzi-Like Scheme That Will End In Bankruptcy. Just Another "Synthetic Biology" Swindle, This Time With An Absurd "Silicon DNA Chip" And Financials So Phony It May Be Criminal. Target Price: $0.**

**$2.1B market cap | $38/share | ADV 1.1MM shares | Short interest 11%** *per Capital IQ, 11/14/22*

- **Our third "synthetic biology" short report in a year, after Berkeley Lights (-90%) and Ginkgo Bioworks (-78%)**
- **The latest miniaturized "lab-on-a-chip" scam, just like Theranos, Berkeley Lights, and other failures**
- **A ticking time bomb that we believe is resorting to a Worldcom-esque accounting fraud, which sent the CEO, CFO, and accounting staff to prison**
- **Purported "Factory of the Future" in Oregon, which Twist claims to be ramping with ~$100MM of capex, appears deserted based on photographic and other evidence, leading us to believe it is a ruse for improper capitalization**
- **Twist's reported gross margins of 45% are simply implausible, and we think that they are actually negative**
- **Multiple competitors internally refer to Twist's price dumping and customer subsidy scheme as a "Ponzi"**
- **A commodity product in a commodity space with a furious price war and signs of saturation**
- **CFO's previous job was at a "prisoner leasing" company some compare to "a kind of modern slavery," that "employs" incarcerated females who allege exploitation and abuse; Twist appears to be a client**
- **Suspicious transactions with offshore Chinese entities that we find troubling in relation to the Foreign Corrupt Practices Act, involving its largest holder pre-IPO, which was implicated in one of the largest frauds in China**

1

*DISCLOSURES - THIS REPORT REPRESENTS THE CURRENT OPINIONS OF SCORPION CAPITAL LLC CONCERNING TWIST BIOSCIENCE CORPORATION (STOCK TICKER: TWST). Scorpion Capital LLC is short Twist Bioscience* (possibly along with or through its principals, members, partners, affiliates, employees, consultants, clients, investors, and/or related party entities or vehicles) and therefore stands to realize significant gains in the event that the price of its stock, bonds, options, and/or other securities decline or change. Although Scorpion Capital LLC does not expect to announce in the future any changes to its opinion concerning TWST, that is subject to change at any time. Following publication of this report, Scorpion Capital LLC (and/or its principals, members, partners, affiliates, employees, consultants, clients, investors, and/or related party entities or vehicles) intends to continue transacting in TWST's stock, and may cover its short position and/or be long, short, or neutral at any time hereafter regardless of the views stated herein. This report is for informational purposes only and does not constitute investment advice or a recommendation to purchase or sell any particular security or to pursue any particular investment or trading strategy. You agree that your use of Scorpion Capital LLC's research is at your own risk. You further agree to do your own research and due diligence before making any investment decision with respect to securities covered herein. You represent to Scorpion Capital LLC that you have sufficient investment sophistication to critically assess the information, analysis and opinions in this report. Prior to making any investment, you should consult with professional financial, legal and tax advisors to assist in due diligence as may be appropriate and determine the appropriateness of the risk associated with a particular investment. Scorpion Capital LLC cannot guarantee that any projection or opinion expressed in this report will be realized. Our opinions are held in good faith, and Scorpion Capital LLC has based them on the public information, sources, the interviewed individuals, and any social media posts cited in this report, but Scorpion Capital LLC cannot and does not provide any representations or warranties with respect to the accuracy of those materials. In no event shall Scorpion Capital LLC or any of its affiliates be liable for any claims, losses, costs or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or, consequential damages, arising out of or in any way connected with any information in this report. We believe the experts we spoke with are reliable sources of information with respect to Twist Bioscience. However, we cannot and do not provide any representations or warranties with respect to the accuracy of the information they have provided to us. The quotations of experts used in this article do not reflect all information they have shared with us, including, without limitation, certain positive comments and experiences with respect to Twist Bioscience. In addition, the experts have typically received compensation for their conversations with us and may have conflicts of interest or other biases with respect to Twist Bioscience, which may give them an incentive to provide us with inaccurate, incomplete or otherwise prejudiced information. The former employees of Twist Bioscience that we spoke with are by definition separated from the company and thus the information they have provided may be outdated. All experts agreed, both in writing and orally, to not provide any material non-public information or any information that they are obligated to keep confidential, and that their service as a consultant or their participation in our research calls does not violate any confidentiality agreement or other obligation they have with their employer or any person or entity. The quotations of experts used in this article are based on Scorpion Capital LLC conversations with such experts and may be paraphrased, truncated, and/or summarized solely at our discretion, and do not always represent a precise transcript of those conversations. We have not conducted any diligence or other verification with respect to any social media posts included in this article with respect to Twist Bioscience. Thus, we cannot and do not provide any representations or warranties with respect to the accuracy of such social media posts. Any social media posts used in this article may not reflect all information the persons posting have shared on social media, including, without limitation, certain positive comments and experiences with respect to Twist Bioscience. In addition, the persons posting may have conflicts of interest or other biases with respect to Twist Bioscience, which may give them an incentive to post inaccurate, incomplete or otherwise prejudiced information on social media.*

## Table of contents                                                                                    Pages

**Executive summary**                                                                                   **5-23**

**Introduction to the real Twist Bioscience.** We conducted 20 research interviews including ex-     **24-54**
executives and manufacturing employees, customers, competitors, and industry experts, as
well as a private investigator field visit to its purported "Factory of the Future" in Oregon.

**Part I: Twist is a ticking time bomb, a commodity synthetic DNA manufacturer and glorified**     **55-72**
CMO, operating an unsustainable Ponzi-like scheme based on price dumping and customer
subsidies to buy revenue and create the illusion of "growth."

**Part II: Twist's "DNA chip" narrative - 10,000X higher throughput and lower cost - is**            **73-108**
fraudulent, covering up a manual, labor-intensive, and fatally-flawed manufacturing process
crippled by errors, bottlenecks, and pitiful yields – thereby driving gross margins we estimate
to be negative, not unlike Theranos which claimed to run blood tests on its "chip" but wasn't.

**Part III: In order to conceal the spiraling losses from its manufacturing meltdown and pricing**   **109-145**
scheme – and to prevent its Ponzi-like nature from becoming obvious - we believe that Twist
has resorted to Worldcom-esque accounting fraud, fabricating a 45% gross margin that it
promotes will rise to 60%. Negative gross margins would have shut off its access to ongoing
capital raises years ago - its only lifeline - and already thrown it into Chapter 7 liquidation.

**Part IV: Twist has no value proposition beyond price and is a bottom-tier vendor with a poor**    **146-170**
reputation, viewed as inferior to even Chinese vendors, due to escalating manufacturing
delays, product limitations, a lack of sample purity and quality control, and other problems
that have shut it out of pharma, clinical work, and anything FDA-related.

3

## Table of contents                                                          Pages

**Part V: Twist operates in a <u>commodity, crowded, hyper-competitive space</u> in which it ignited a furious price war and "race to the bottom," with a me-too offering and a <u>bottom-of-the-barrel price-seeking customer base</u>.**    **171-182**

**Part VI: Twist exhibits telling signs that its <u>"growth" is about to hit the wall</u> and that the end is near, beyond the accounting games that typically signal desperation: saturation in its tiny niche; competitive struggles; and an <u>impending flood of disruptive, venture-backed entrants</u> with newer DNA synthesis technologies, which even Twist's customers describe as an existential threat.**    **183-209**

**Part VII: Twist's management exhibits <u>striking red flags, with suspicious transactions</u> with opaque, offshore Chinese entities, and its largest holders at IPO appear to be a <u>cesspool of bad actors.</u>**    **210-236**

## Executive Summary

**Part I: <u>Twist is a ticking time bomb</u>, a commodity DNA manufacturer with a low quality, inferior product, operating an unsustainable <u>Ponzi-like scheme based on</u> <u>price dumping</u> and customer subsidies to buy revenue and create the illusion of "growth. Twist sells at uneconomic prices below its cost of goods, such as its marquee deal with Ginkgo Bioworks where we estimate it prices at ~10% of cost and has a negative 500% gross margin. Lacking any intellectual property, Twist's only innovation was launching a suicidal, unwinnable price war – "a race to the bottom" – with "insane" prices that even its low-cost Chinese competitors call "shocking." Competitors refer to Twist internally as a "Ponzi," and even a major customer was dismissive of its future, stating it could <u>"go bankrupt or collapse"</u> because of its pricing scheme.**

1. <u>**Introduction to the real Twist Bioscence; a house of cards resorting to an increasingly desperate cover-up.**</u> **We conducted <u>20 research interviews</u> including Twist ex-executives and manufacturing employees, customers, competitors, and DNA manufacturing experts, as well as a private investigator field visit to its purported "Factory of the Future" in Oregon. The entire Twist story rests on its "silicon DNA chip," which our investigation reveals is a farce – a fatally-flawed, decades-old technology that the CEO lifted from her previous employer. Far from being a "cost-effective, high-fidelity, high-throughput" platform, the so-called "chip" is an albatross around Twist's neck, with claims that are so flagrantly false as to constitute a hoax.**

2. **Twist's spiraling losses are due to an <u>unsustainable scheme that purchases "growth" with a price dumping strategy, by subsidizing customers</u> with prices 50-90%+ lower than the competition – well below its cost of goods, described to us as "shipping a $20 bill with every order." Similar to a Ponzi that "robs Peter to pay Paul" and requires a never-ending flow of new money to survive, Twist's giant giveaway is funded by one capital raise after another – with two competitors even stating that they use the label "Ponzi" internally to describe Twist, refusing to match its "shocking" prices and simply waiting it out until the scheme collapses.**

3. **Twist's <u>scorched-earth pricing strategy began at launch ~5 years ago</u>. Lacking any value proposition as a commodity vendor in a commodity space – a glorified CMO – Twist simply resorted to undercutting large US incumbents on one side and low-cost Asian competitors on the other. Twist came "out of the gate" being "shouty shouty" about their price, with ex-employees stating that the only way they could "break into the market" was by "cutting the price in half" – there's "not a very good way to differentiate synthetic DNA"; "the sequence is the sequence." They described it as textbook price dumping: "take market share" by slashing pricing and "assume you could raise the price later."**

## Executive Summary

**Part I: Twist is operating an unsustainable <u>Ponzi-like scheme based on price dumping</u> (cont'd)**

4. Twist's <u>prices are so "insane" that it is essentially giving its product away, a welfare-program</u> that leads it to be dependent on a <u>bottom-of-the-barrel customer base addicted to its 50-90% discounts</u>. As one example, an academic lab indicated they receive a 70% discount off already rock-bottom list pricing, and stated that even a 50% discount would not be large enough to stay - "they dug themselves in a hole by pushing low cost as their primary value proposition," according to a key competitor. Twist attempts to undercut even low-cost Chinese competitors – like taunting ISIS to a suicide bombing contest – with a Genscript executive telling us that Twist burst onto the scene with prices 90% lower than prevailing Asian prices, calling it reckless and mystifying, adding that he doubted their viability.

5. <u>Every competitor we interviewed expressed disbelief and skepticism at Twist's pricing scheme</u>, saying that they "never understood it" and that "Twist hadn't invented a better mousetrap…anyone that had deep technical knowledge in the space was kind of like, <u>how are you doing that? It didn't compute."</u> They stated Twist "put a lot of pressure" on the market and <u>ignited a price war</u> in a commodity space already operating with rock-bottom prices, with Chinese players responding by simply undercutting its quotes. An ex-Twist executive used the term "very predatory" to describe the "price matching" cycle that Twist kicked off.

6. With rampant discounting now the norm, Twist's only disruption was <u>wrecking the entire industry's economics</u> and devastating its cash flow in the process, like a suicide bomber blowing off its own limbs. An ex-employee stated that by <u>"selling below the cost of their product"</u> – again, textbook price dumping – Twist took <u>"too much value out of the market for it to be profitable for anybody."</u> He indicated that Twist won customers "solely" because of price and now has no way out of the price-death spiral it is trapped in: "once you displace pricing and that badly, it's impossible to lift it again"; "I don't think they've ever going to recover from that." Ominously for Twist, ex-employees and industry experts predict another "seismic shift in the DNA market" as disruptive new entrants collapse pricing another 70% from Twist's giveaway levels.

6

## Executive Summary

**Part II: Twist's "DNA chip" narrative - 10,000X higher throughput and lower cost - is fraudulent, covering up a manual, labor-intensive, and fatally-flawed manufacturing process crippled by errors, bottlenecks, and pitiful yields – thereby driving gross margins we estimate to be negative. Similar to Theranos which claimed to have a "lab-on-a-chip" but was secretly running blood tests on standard equipment, Twist's workflow requires the same steps as every other commodity DNA manufacturer, but with a crucial difference: it is a fiasco with radically higher costs than its competitors.**

1. **Twist's DNA production process is in such disarray that ex-manufacturing employees painted it as an operational meltdown, consistent with its losses: "I don't know how they an make it"; "their process and method are not sustainable." A longtime industry executive who has advised the CEO stated he was "shocked" after visiting their manufacturing operations: "When I went out there and saw what they were doing, I was shocked." He stated it's so-called "chip" was such an albatross and "boat anchor" that Twist's only hope was admitting failure and starting over – "an overengineered solution that they called a chip."**

2. **Twist represents their "platform" as automated and "industrialized" but ex-employees indicated it is simply a low-tech, manual body-shop: "the problem is that the whole process is labor intensive"; "what they do is very low margin" and takes "manual labor." Loading the "chip" requires crews of lab technicians working overnight shifts, followed by a long series of manual steps - "that's labor and you need people to do that in each tube" – such as operating liquid handling machines. Ex-staff stated it can take an entire day to fill up a "chip" as it's just a denser plastic well plate, followed by a "one-week process" where "people have to change plates and add things" – and this is just the first synthesis step, before the rest of a long workflow.**

3. **Contrary to Twist's claim of "increasing throughput" - the heart of the story - the "chip" is a massive bottleneck that actually slows down manufacturing with "customers frustrated because they cannot deliver on time." The higher density of Twist's miniatured plastic well plate – all that its "chip" is – has spectacularly backfired, by forcing week-long waits to batch orders, as they would lose even more money per run by only using part of its capacity.**

# <u>Executive Summary</u>

**Part II: Twist's "<u>DNA chip" narrative is fraudulent</u> (cont'd)**

4. Similar to Theranos claiming blood tests were done on their "lab-on-a-chip" while secretly doing them on regular equipment, Twist claims to have "proprietary semiconductor-based synthetic DNA manufacturing," while hiding that its <u>workflow is no different than widespread, commodity, 40-year old methods</u> that are "standard molecular biology," based on a decades-old method used by all of its competitors: "everyone uses phosphoramidite chemistry"; "the basis of everyone's DNA synthesis technology." The steps following synthesis are equally common, like PCR to stitch oligos together. An ex-manufacturing manager stated Twist's steps are the same "as they were in the '90's" and "at the same point that all the vendors are at"; "gene synthesis process is the same as it is everywhere else"; "nothing special."

5. <u>A fatal flaw in Twist's "chip" is that can only make negligible volumes of DNA</u>, rendering its claim of "throughput, scalability, and cost" an utter fiction. Twist therefore requires teams of technicians dedicated to amplification, through a process called tiling, where the material has to be scaled to >1000X its volume – yet another costly bottleneck, with personnel performing a long list of repetitive, manual tasks over 12-16+ hours. In other words, Twist's "chip" – a miniaturized well plate – is simply a self-defeating gimmick for the purposes of a stock promotion, which requires numerous compensatory steps.

6. The amplification workarounds needed to compensate for the chip's inability to produce sufficient volumes introduces <u>catastrophic fidelity, mutation, and error problems in its DNA sequences – the core of their spiraling manufacturing costs and their "Achilles heel."</u> Sequence errors are a costly, unsolved problem in DNA synthesis that plagues every manufacturer, but Twist has it in spades, which requires time-consuming error-correction and re-work to produce the sequences over and over again to get a usable one: "the error rate is really, really high and that makes [the oligos] not useful'; workarounds force "very long and arduous next generation sequencing" that's "expensive, "slow," and "requires a lot of high-level PhD's."

7. Manufacturing <u>error rates and pitiful yields are the key to understanding Twist's extreme losses</u>, and why it is doomed, forcing a dysfunctional, trial-and-error process where it has make multiple, duplicative orders to get one right:  "their problem is still error rates…and that's why they're losing money"; "a situation where you need to make multiples of everything just to be able to deliver." Ex-employees indicated Twist has re-make sequences a shocking number of times: "you sequence five and two of them are right…if it's a complicated sequence <u>you sequence 15 and maybe none of them are right.</u>"

## Executive Summary

## Part II: Twist's "DNA chip" narrative is fraudulent (cont'd)

8. As a result of the re-work and duplicative manufacturing caused by errors, it is simply <u>implausible that Twist has a positive gross margin. Twist is the equivalent of Tesla having to re-make a car 5-10 times</u> to get one right, and then discounting it at 95% off because that's the clearing price for junk – but with a crucial difference that makes the situation even more dire: Tesla in that scenario could re-use the parts, while Twist has to eat the variable cost of chips for each run as well as expensive reagents, enzymes, and other inputs on top of labor. Gen9, a failed company that used the same Agilent chip as Twist, experienced yields of only 30% and minus 30% gross margins, according to an-executive: "the cost of goods are pretty horrendous"; the gross margins "were pretty shitty…yeah, they were negative."

9. The sheer dysfunctionality of Twist's errors, yields, and re-work is such an anomaly that we wonder if there's another public manufacturing company with gross margins this catastrophic. A DNA manufacturing expert stated that the chip's fatal flaws mean that "you're definitely going bankrupt"; "you're going to lose money…it's something I don't think [investors] get…you're not long for this world."

9

## Executive Summary

**Part III: In order to conceal the spiraling losses from its pricing scheme and manufacturing meltdown - and to prevent its Ponzi-like nature from being self-evident - we believe that Twist has <u>resorted to Worldcom-esque accounting fraud</u>. Our research leads us to conclude that its reported gross margin of 45% - projected to rise to over 60% - is simply false, and that its actual gross margin is negative. We believe that <u>Twist concocts a positive gross margin</u> by 1) misclassifying COGS as R&D expense, and 2) misclassifying COGS as capital expenditure, in part <u>via two vehicles: a) its purported "Factory of the Future,"</u> where Twist implausibly claims to have already spent ~$90MM, and which we think is simply a cover; and <u>b) its "DNA Storage Initiative,"</u> where Twist claims to be spending $40MM, on a vaporous program with barely any staff. Twist's gross margin "progress" is central to the narrative and its ability to raise capital.**

1. **During our research, we were <u>troubled by a massive discrepancy</u>: ex-employees, competitors, and industry experts provided overwhelming color that Twist sells below its cost of goods, due to 1) its reckless customer subsidy and discounting scheme, and 2) the turmoil in its manufacturing operations. However, Twist's financials report an <u>unusually high gross margin for a commodity manufacturer</u> – a margin that steadily, smoothly increases every year. The CFO frequently pushes the gross margin narrative, asserting recently that "there's no reason that it should not be <u>a 60-plus precent gross margin business."</u>**

2. **As we studied Twist's reported gross margin, we noted <u>a number of striking anomalies</u>, and concluded that that Twist has every motive to fabricate the figure. Its stock price and ability to stay alive via frequent capital raises hinge on two metrics: revenue growth and gross margin. Gross margin achievements feature prominently in earnings releases and guidance, and the centrality of gross margin to Twist's narrative is apparent during quarterly earnings calls, with <u>"gross margin" mentioned 15 times on the last one</u>. Both the CEO and CFO promote gross margin progress, and questions by sell-side analysts indicate a fixation on the issue, with Twist predictably establishing a beat-and-raise narrative around the number.**

3. **We think that <u>Twist's gross margin is negative</u>, and believe that the company has concealed this secret via expense misclassification and improper capitalization. Misclassifying expenses, particularly as capex, is <u>one of the oldest accounting frauds in the book – causing Worldcom's rapid collapse</u> into bankruptcy when it was revealed, and landing its CEO, CFO, and various accounting staff in prison. We note that Worldcom's fraud began by shifting labor costs and only later metastasized into capitalizing various expenses.**

## Executive Summary

**Part III: We believe that Twist has <u>resorted to Worldcom-esque accounting fraud</u> (cont'd)**

4. **We believe that shifting direct manufacturing costs to <u>R&D expenses is the first mechanism</u>, with Twist's historical and recently exploding R&D costs straining credibility for a commodity DNA manufacturer. Twist reported R&D expenses of $110MM in the last 12 months - a staggering 60% of revenue. We find it inconceivable that LTM R&D is actually equivalent to COGS – also 60% of revenue. We note that Twist is not a drug development company; has no clinical pipeline or R&D programs like a traditional biotech; runs no clinical trials; and has no real product pipeline beyond tinkering with a legacy micro-array it calls a "chip."**

5. **We believe that the second mechanism is <u>misclassifying COGS as capital expenditure</u>. Twist spent little on capex for most of its life, but capex suddenly spiked in 2021, and then went parabolic in the last 12 months. Capex in the last four quarters is almost double what Twist in its entirety since 2017. We find the sudden spike troubling, as Twist has historically been a low capex business – about $2 to $5MM per quarter. Comments by Twist's CFO state that the bulk of the recent capex is for their new, so-called "Factory of the Future" in Wilsonville, Oregon –  about $88MM through FY2022, based on our total of figures provided on calls. We further noted various discrepancies across the CFO's comments, and were further stunned to find no detail for the expenditure in SEC filings, given its vast scale.**

6. **We think that Twist's explanation for the capex spike <u>– the "Factory of the Future" - defies common sense and is a ruse. We sent a private investigator to the Wilsonville, Oregon facility</u>, and encountered a deserted parking lot and a few employees milling around a makeshift entrance area. Our finding is consistent with recent pictures of the facility's interior from Twist's postings on its Facebook page and elsewhere, which indicate no evidence of almost ~$100MM of PP&E and lab equipment. Our opinion is further based on an analysis of Twist's job postings for the facility, and LinkedIn profiles of staff who we believe are mostly seconded from its Bay Area-headquarters and there for kabuki theater. We emphasize that Twist is leasing the Oregon facility for a negligible amount, and that the massive capex is not for greenfield construction.**

7. **We are therefore not surprised that despite talking up the Factory of the Future's ability to turbocharge growth, reverse epic losses, and cure world hunger, the CEO and CFO have <u>already begun to talk down expectations</u>. Ex-employees, competitors, and industry experts shared our skepticism of the company's claims, with one describing the factory as just a <u>"story that I think Wall Street wants to hear"</u>; that it's "unnecessary and won't change their costs"; that he'd be "shocked" if they're out of capacity in San Francisco; and that it will simply "add a bunch of new costs and redundancies."**

11

## Executive Summary

**Part III: We believe that Twist has <u>resorted to Worldcom-esque accounting fraud</u> (cont'd)**

8. **The second mechanism by which we believe Twist is misclassifying COGS as capital expenditure is its <u>"DNA Data Storage" program</u>, which the CFO indicated accounts for another $40MM of spend and is utterly vaporous, with no clear explanation for it even is; descriptions that change wildly depending on the day; nothing to show for it despite talking it up for years; and what we estimate to be about only five staff members even supposedly allocated to it.**

## Executive Summary

**Part IV: Twist has <u>no value proposition beyond price and is a bottom-tier vendor</u> with a poor reputation, viewed as inferior to even Chinese vendors, due a) delays and lead-time problems in delivering sequences, which customer indicate are rapidly deteriorating, consistent with color suggesting an operational meltdown; b) major product limitations vs. competitors, regarding sequence length and complexity; c) a lack of sample purity and quality control; d) inability to manufacture larger, consistent lot sizes required by real customers like pharma; e) an inability to deliver at higher-quality GMP standards. As a result, Twist is essentially <u>shut out of larger customers</u> like big pharma and anything that is mission-critical and FDA-related, relegated to smaller academic labs and biotech startups -  the <u>"emperor has no clothes"</u> and <u>"scares the living heck out of anyone in the clinical space"</u> who would be <u>"scared to death" of being "censured by the FDA"</u> for using an "inconsistent panel."**

1. **Ex-employees, customers, and competitors indicate that Twist has <u>no value proposition beyond price, and describe them as a bottom-tier commodity vendor with a poor reputation</u> – inferior to even cheap Chinese players like Genscript - due to severe lead time and quality control problems, as well as numerous product limitations around sequence length and type. A major pharma customer bluntly stated that "they don't offer anything innovative" and was dismissive of their future, stating <u>Twist may "go bankrupt or collapse"</u> because of its insane pricing. An industry executive friendly with the CEO stated it's "well known" that Twist's product is inferior and its quality struggles are a "fairly known problem." An ex-Twist director-level employee indicated that <u>Twist has "no advantage" or differentiation.</u>**

2. **Customers indicate Twist is <u>far slower vs. competitors at delivering DNA sequences</u>, a sharp contrast to its claim of a "high throughput silicon platform." Novartis, a large and frustrated customer, summarized a recurring theme: <u>"they ask for a really long time"; "always been slower than competitors"</u> who deliver in 2-4 weeks vs. Twist at 8-10; can't meet timelines, and now only give them simple orders which even then take 2 months. An ex-Twist employee, a customer via his new employer, is <u>"rarely using Twist now"</u> after delays and quality problems, stating they've shifted to two Chinese vendors that are cheaper and "significantly faster" – delivering orders in 3-4 weeks vs. 2-3 months at Twist: "Definitely <u>we were frustrated, so we just walked away</u>."**

13

# <u>Executive Summary</u>

**Part IV: Twist has <u>no value proposition beyond price</u> and is a bottom-tier vendor (cont'd)**

3. **Customers indicate that Twist's <u>situation is deteriorating, with recently escalating delays and quality issues</u>:** "it's getting worse…I can notice…<u>it's just getting worse</u>"; Twist is already "one month" slower than competitors like IDT and Chinese vendors, who are "very cheap and very fast," delivering in 3 days; "they can rarely keep their delivery time…it's <u>always delayed</u>." Abbvie, a large pharma company, confirmed Twist's delays, indicating 4-5 week lead times and highlighted the recent deterioration. A manufacturing expert stated that "it takes them very long these days" due to errors which force "multiple builds, that's where you find they're losing money on every order." An ex-employee outlined an <u>operational meltdown</u> with customers leaving due to missed order dates or incomplete orders, indicating that Twist misses promised turnaround times for ~30% of  orders, due to quality failures that require DNA samples to be re-manufactured.

4. **<u>Competitors provided identical color</u> to that from customers and ex-employees. IDT, its key US competitor, stated they've <u>"positioned themselves as a commodity provider"</u> like an <u>"In and Out Burger"</u> and that even <u>Ginkgo Bioworks, their marquee deal, only resorts to Twist for "very low-priority screening projects."</u> An executive at Twist's key Chinese competitor, Genscript, stated that its reputation among customers was of over-promising and under-delivering, and that they "cannot deliver on time." Similar to IDT's observations, Genscript is seeing customers switch back, after being seduced for a time by Twist's fire-sale prices, after tiring of order delays, the lack of GMP capabilities, and total failure in its antibody business.**

5. **Twist is <u>handicapped by major product limitations</u> vs. competitors, such as its inability to make longer sequences as well as those with higher complexity. An ex-manufacturing employee stated that Twist has "issues in regard to getting that [longer] gene to you"; a "major thing that was wrong"; "we would have to admit failure because our processes were not good enough." An ex- manufacturing manager commented that more complex sequences 'become more difficult to synthesize…we're not even going to try these…we know that our process can't make these." A large pharma customer confirmed that Twist can only make small oligos, while serious applications require ones that are 5-20X longer: "they cannot come up with these really long oligos"; "you only use that in the early, early stages of discovery which is mostly in academia."**

# Executive Summary

**Part IV: Twist has <u>no value proposition beyond price</u> and is a bottom-tier vendor (cont'd)**

6  **In addition to delays, customers described <u>a lack of sample purity and quality control</u>. A major customer, one of the largest genomics centers in Europe, stated that the purity of Twist oligos "isn't as high," stating that customers are "better off going through someone like IDT…you'll get much higher purity and much better performance." An ex-IDT sales manager characterized their entire product line as a commodity that struggles with quality, quantity, consistency, mutations, sequence length, and other problems that create <u>"substantial headache" and "substantial expense" for customers</u>. Even Twist's bread-and-butter customers – small, price-sensitive academic labs and biotech startups, hooked on steep discounts and making-do with inferior sequences – were sharply critical. One such academic lab stated Twist's samples lack uniformity and quality control, detailing a recent and "surprising" defect that Twist couldn't figure out despite repeated attempts – <u>"seemed like it was going to ruin our experiment"</u>; "we still don't totally understand it."**

7.  **Twist is essentially <u>locked out of larger customers like big pharma</u>, who revealed a critical reason why they can't use Twist in the clinic, where the real volumes and revenue are, and why its claim of a "high-throughput" platform is absurd: it is <u>incapable of manufacturing the larger lot sizes pharma companies need</u>. As a result, they'd have order from different lots, creating major headaches as lot consistency is "very important," given the time and expense to qualify every new lot: "it doesn't make sense because people in the lab lose time, and this means money and time."**

8.  **Customers and competitors indicated that Twist's lack of GMP capabilities, quality control, purity, and lot consistency makes it a <u>non-starter for anything FDA-related</u>. A large pharma customer dismissed Twist's non-GMP sequences as basically useless and only relevant for low-value work in academia or early-stage biotech, indicating that 80% of order volumes are for GMP-standard product. A competitor elaborated that Twist's quality control and sample purity issues are so severe that the <u>"emperor has no clothes"</u> - a reputation in the market for low-quality sequences with consistency problems; misleading marketing that would get a grad student called out; and that Twist <u>"scares the living heck out of anyone in the clinical space"</u> who would be <u>"scared to death" of being "censured by the FDA"</u> for using an "inconsistent panel."**

15

## Executive Summary

**Part V: Twist operates in a <u>commodity, crowded, hyper-competitive space</u> with a me-too offering and has self-selected for a <u>bottom-of-the-barrel price-seeking customer base</u>. Even its competitors bemoan that the entire space is in a "race to the bottom" with a furious price war, "tons of players," "very low barrier to entry," "very low switching cost," and "always someone willing to do it for less margin." In particular, Twist's nascent antibody discovery service – its purported growth driver – is also a commodity and already a failed business, with ex-employees in the division calling it "very generic and nothing special." Twist now finds itself <u>stuck with a customer base dependent on ever-increasing discounts</u> to stay. Multiple competitors indicate that <u>Twist was only able take share among their worst customers</u>, who they were happy to cede, given its low-price, low-quality positioning.**

1. **Twist's customers bluntly stated that it <u>operates in a commodity, crowded space, with a me-too offering</u>** across its entire product line whether oligo pools, synthetic genes, NGS, or antibody discovery. Abbvie summarized the ambivalence we encountered even from larger customers: "[T]here's really no big difference. We could switch anytime if needed"; oligos are a "total commodity, "very, very cheap," "very easy to make," and "it's just the same thing." A major research center emphasized that Twist's NGS offering is also a commodity: "quite a crowded market"; "it's a commodity"; "other companies [are] developing platforms that might have similar functionality." An academic lab conveyed indifference even between Twist vs. cheap Chinese competitors: "sometimes we buy from Twist, and sometimes we use some other people like Genscript"; "always found [Genscripts's] stuff pretty good."

2. **Even Twist's key <u>competitors candidly bemoan that the entire space is just a price-driven commodity</u>.** An executive at a major Asian competitor stated that the market is the worst of all worlds: a commodity in terms of "price erosion," but with a high cost to manufacture. The executive characterized Twist as focusing on the worst, most commodity end of the DNA synthesis space – "not a successful strategy" – and described the savage price war: <u>"a lot of competition in the market"; "people expect the price to drop and drop</u>, so we keep dropping it"; "we cannot charge a lot of money"; "we cannot say we are truly differentiated" – adding that he was being unusually honest. Danaher's IDT division echoed the despair: "you can go to a lot of places for" gene synthesis, NGS, and oligo pools; "I don't know that there's any one place really sticking out…it's hard to get people to make changes; a "crowded market" with "lots of people making double-stranded DNA."

16

## <u>Executive Summary</u>

**Part V: Twist operates in a <u>commodity, crowded, hyper-competitive space</u> with a me-too offering and has self-selected for a <u>bottom-of-the-barrel price-seeking customer base</u> (cont'd)**

3. <u>Ex-employees corroborated the color from Twist's customers and competitors</u>. A former employee in a senior role stated that there are "tons of players" with <u>"very low barrier to entry"</u> and "always someone willing to do it for less margin." He continued that "everybody who's a customer in this space has at least two key suppliers"; "lot of little local suppliers"; "very low switching cost"; "it's all molecular biology" and "the methods are well published." Another ex-employee stated Twist has "no advantage" and that their offering is a commodity any vendor can offer using traditional DNA synthesis on plastic well plates.

4. Twist's <u>antibody discovery offering – its purported growth driver – is similarly a commodity</u> and already a failed business. An ex-employee who played a senior role in this division stated that it's "a typical, traditional hybridoma service" that's "very generic and nothing special." He repeated that "the reality is this is nothing special…it's just like any other biotech company that provides antibody engineering or library services….so, there's not much of a differentiator."

5. Given that Twist sells low-quality sequences via a scorched-earth pricing and discounting strategy, it is not surprising that it has <u>ended up with bottom-of-the-barrel price-seeking customer base</u>. A longtime executive in the space stated that its customers are therefore academics and startups: "where I haven't seen them get much traction is…quality controlled places like pharma," adding that Twist's lack of quality control would be "a disaster for a pharma company," suggesting its quality was inferior to even Chinese players – and that the problems preventing it from selling into pharma were specific to Twist, as its competitors all sell there. Twist's customers confirmed that its product limitations make it relevant only for smaller customers and that it has no value proposition beyond price: "Twist is not a big vendor…they have their market, which is laboratories in universities and smaller startups…."

6. Competitors indicate that <u>Twist took only their worst customers, given its low-price, low-quality positioning</u>. An ex-Agilent executive stated that they "freaked a little bit because they screwed up the market" with their discounting, but that "then we knew right away that they couldn't compete our quality level, so it was a non-issue. Danaher/IDT indicated the same, describing Twist as "a lower quality provider" that is "not as reliable," leading IDT to just be patient until Twist unravels – "we actively avoided going head-to-head with customers that we knew Twist was offering insane prices [to]." He added that IDT has remained rational and "still commands a price premium," and is therefore profitable vs. Twist's losses.

## Executive Summary

**Part VI: Twist exhibits <u>telling signs that its "growth" is about to hit the wall</u>, beyond the accounting games that typically signal desperation: a) saturation in its tiny niche of price-sensitive, smaller customers, particularly in NGS; b) struggles in competing against large incumbents that own the market; c) a miniscule TAM, as it lacks the capability to compete in the largest part of the NGS market, which is already shrinking as pricing collapses; d) an <u>imminent flood of disruptive, venture-backed entrants</u> with newer DNA synthesis technologies. Competitors provided various data points illustrating the depth of Twist's struggles: <u>"I still have many friends there, and the mood isn't so great"</u>; "much harder to gain traction"; not having "much of an impact"; a face-plant in its new antibody offering; and competitors "having a substantial amount of success at winning back the customers" that Twist lured with discounts. Even Twist's customers ticked off a list of new players that pose a looming existential threat: "20 different companies developing different technologies."**

**1. Twist exhibits <u>telling signs that growth that has peaked and saturation is imminent</u>, beyond the accounting games that typically signal desperation. LinkedIn indicates that headcount has barely grown over 6 months and that its job opening growth has crashed. Ex-employees and competitors indicated that Twist's <u>growth is beginning to hit the wall</u>, as it has saturated its tiny niche of price-sensitive customers such as academic labs and startups. We spoke with an ex-Twist employee now at its key competitor, which provides him with a unique vantage point. He indicated that Twist took "a lot of share in the beginning" but is now struggling to find growth: "Nowadays it's <u>much harder to gain traction</u>…it's much more competitive": a "plateau of NGS-specific customers within the last year"; "I still have many friends there, and <u>the mood isn't so great</u>"; "there was an exponential curve of customer acquisition that I don't believe is continuing."."**

**2. Twist is becoming <u>especially saturated in NGS</u> – the bulk of its revenue and its driver of recent growth. Competitors indicate that Twist is struggling, particularly in the small number of whale accounts that drive the entire NGS space: "…there's been <u>no traction</u>, no loss of business [to Twist] in what I would consider those whale accounts." An ex-employee stated that Twist's NGS trajectory isn't sustainable and that it lacks the ability to play in the largest segment of the NGS market due to a key weakness: an inability to make primers, which are "a huge portion of the [NGS] market," which means "they are lacking in the ability to grow."**

18

## Executive Summary

**Part VI: Twist exhibits <u>telling signs that its "growth" is about to hit the wall</u> (cont'd)**

3. Twist's <u>Chinese competitors provided market intelligence similar to US ones</u>, stating that Twist hasn't had "much of an impact" on the market and that they no longer see it as a threat or even as a "major competitor." Genscript called out Twist's  nascent, <u>much-hyped antibody discovery business as a flop</u>, listing a number of antibody discovery customers who worked with Twist, only to now return, and indicated that these customers painted Twist's antibody efforts as a face-plant – that they couldn't come up with antibody leads nor honor timelines, taking 7-8 months before failing. We encountered widespread derision of Twist's antibody hype – from ex-employees and other experts – such as a longtime industry executive who called their hopes "naïve" as it's unrealistic "to switch over from a tool company to a drug discovery company and make antibodies."

4. IDT, another key competitor, provided <u>additional evidence of Twist's struggles and saturation</u>, stating that Twist initially took "substantial" share – "especially in NGS" – given their "insane prices," but that IDT is now <u>"having a substantial amount of success at winning back the customers</u> they had lost several years before," due to frustrations with Twist's lead times and quality. He observed that "there's definitely a change in customer attitude happening" away from Twist – despite is radically lower prices – and large players have all "released new chemistry" that eliminated Twist's momentary advantage within its little niche in NGS. He continued that he's "not bullish about their NGS products" and described a race to the bottom in pricing – "it's a much more competitive space.".

5. A recurring theme during our research interviews was <u>Twist's difficulty in competing against large incumbents that own the market</u> – which is why it's only option for entering the market was discounts and customer subsidies. These larger players are now actively using their fly swatter, and Twist is starting to struggle.  For example, a major customer stated that it plans to reduce its spend with Twist in favor of larger vendors that are "dominating more and more of the market," adding that the <u>competitive environment is "very hard right now" for smaller players like Twist</u> – it's "very difficult for smaller ones."

6. Twist's <u>total addressable market is tiny, particularly in NGS</u>, and helps to explain why Twist is fast approaching saturation. The NGS market is composed of two segments: hybrid-capture and amplicon sequencing. Hybrid-capture is the smaller of the two, with one former employee saying it's "hundreds of millions…probably less than $500 million" with Twist attempting to compete for a small pie against Agilent, Roche, and IDT. In addition, Twist is locked out of most of the NGS market because its technology can't make enough mass for primers, nor other key components of the NGS workflow like prep kits – "this is well known" – thereby dooming them to a little niche with only a "fixed amount of space": "they don't have the core competency"; space is "owned by their competition like Roche."

19

## Executive Summary

**Part VI: Twist exhibits <u>telling signs that its "growth" is about to hit the wall</u> (cont'd)**

7. While Twist, like every "synthetic biology" company, promotes TAM figures in the tens of billions, its insane <u>pricing has already nuked its addressable market size</u>. With Twist discounting in some cases by >90%, volumes have to increase parabolically just for the TAM to stay flat – and comments Twist and key partners like Ginkgo indicate volume growth is modest while prices have collapsed. Ginkgo and Twist announced a new deal in April 2022, in which Ginkgo's CEO stated that "over the past four years, we ordered approximately one billion base pairs of synthetic DNA from Twist" – a comical $15MM in 4 years from the "dominant" player in the space, assuming pricing we believe to 1.5 cents per base pair.

8. Twist has <u>one of the most horrific competitive positions we have seen</u> – which helps to explain its mind-bending losses. One side, it competes with cheap Chinese players like Genewiz and Genscript, which recently released its own "silicon DNA chip" with 8x the capacity of Twist's. On the other, it competes against larger established players like Danaher/IDT, Roche, Agilent, and others. And we're ignoring the swarm of smaller, local players proliferating Google ads adverting the lowest price per base pair. Yet it gets worse: <u>an impending flood of disruptive, venture-backed entrants with newer DNA synthesis technologies</u> and approaches that can produce longer sequences, at even lower prices, with better quality.

9. Ex-employees and industry experts stated these <u>disruptive entrants pose a looming existential threat</u>. We note that Twist's customers appear to be well-aware of emerging players and are following them closely. An early and key Twist customer stated that Twist basically has no intellectual property, and that there are <u>"20 different companies developing different technologies</u> which have proof of principle…or have the potential to compete quite dramatically with Twist." In particular, he and others mentioned <u>DNA Script, Molecular Assembly, Evonetix, and Elegen Bio</u>, stating that "they can produce oligos twice as long as Twist's…there are lots of new companies coming into the space"; that <u>Twist is "no different from about 45 other companies"</u>; and that newer "enzymatic DNA methods will replace the oligo pools produced" by Twist as "it's going to be super cheap." Industry experts also pointed out the <u>existential threat from whole genome sequencing</u> – as costs plummet to sequence an entire genome, there's no need to buy a Twist NGS panel to sequence part of it.

20

## Executive Summary

**Part VII: Twist's <u>management exhibits striking red flags, with suspicious transactions with opaque, offshore Chinese entities</u>, and its largest holders at IPO appear to be a <u>cesspool of bad actors</u>. Aside from the CEO being sued by and settling with her previous employer, the CFO previously worked at a controversial player in the "prisoner leasing" industry, which Twist may still use as a vendor per an ex-employee. Twist's largest holder at IPO was a mysterious Chinese entity we believe is linked to an "unprecedented" $12.7B fraud in China. We detail a troubling "Side Letter" transaction with this entity that reeks of FCPA risks, and a plethora of other investors with concerning histories.**

1. **<u>Twist CFO Jim Thorburn's background is troubling</u>, as immediately prior to Twist he was the Chief Sales Officer of Televerde, a controversial player in the <u>"prisoner-leasing" industry</u>, staffing its call centers with incarcerated women. An ex-employee stated that Twist is a customer and spends "a couple of million bucks a year at most." Televerde is the subject of extensive journalistic scrutiny, including a recent 15-month investigation. The allegations are gruesome, with one article stating that "many compare this to <u>a kind of modern slavery</u>," noting the irony as "federal trade law bans importing goods made by forced prison labor." Prisoners allegedly make <u>10-50 cents an hour</u>, working for an intermediary that "sells prisoners to private companies that want cheap or captive labor." The articles quote women alleging <u>abuse, exploitation, and retaliation</u> while "working" for Televerde, describing a disturbing hierarchy of "Televerde girls" and alleging 13 hour days working in "trailers with no air conditioning…risk[ing] some women becoming sick from the heat."**

2. **We are alarmed by a <u>suspicious transaction between Twist and a mysterious Cayman Islands-domiciled entity called Ever Alpha L.P.</u>, which was listed in Twist's IPO prospectus as its largest holder with 14.9% of the shares. The prospectus indicated that Ever Alpha invested $70MM in Twist's Series D Preferred financing, making it the largest investor in the round, The investment was accompanied by a highly unusual, opaque "Side Letter" between Twist, Ever Alpha, and "certain other parties" that appeared to commit Twist to investing $25MM over three years into an entity in China. The "certain other parties" were not disclosed, nor was the Chinese entity. A transaction with an <u>offshore Chinese entity that invests $70MM with $25MM round-tripped back raises obvious concerns relating to the Foreign Corrupt Practices Act</u>.**

# Executive Summary

## Part VII: Striking red flags among Twist's management and largest holders at IPO (cont'd)

3. **Ever Alpha L.P., per a search in the Cayman Islands corporate registry. was a de novo entity that had only been formed about only two months prior to Twist's Series D, and is linked by a daisy chain of offshore Caribbean entities to one in China, which we believe to be Guangfa Securities aka GF Securities. GF was implicated in a $12.7B fraud in China, centered on one of China's largest public pharma firms, Kangmei Pharmaceutical, which overstated its cash balance by $4.3 billion "using false documents." The fraud was "unprecedented in China" - with the ex-Chairman of Kangmei sentenced to 12 years. GF executives were sanctioned, banned from securities underwriting, and/or "publicly condemned by the Securities Bureau." Two of the sanctioned individuals - Lin Zhihai and Qin Li - appear to be listed in Twist's prospectus as having "voting and dispositive power over the shares held by Ever Alpha Fund L.P."**

4. **Given that Kangmei's ex-Chairman was sentenced to 12 years in prison after it overstated its cash balance by $4.3B "using false documents," we were tunned to see a 2017 press release from Twist stating that Kangmei Group was actually an investor in the company. We could locate no subsequent disclosures from Twist stating whether $25MM of the Ever Alpha L.P. investment was recycled back – and if so, to whom?**

5. **We spoke with an ex-Twist employee involved with its activities in China, who indicated that "an investment was made," but "production never really kicked off" and Twist bailed on manufacturing in China. As we asked about the side letter and the $25MM, the ex-employee became instantly uncomfortable: "I didn't even know the letter was disclosed to the public. Even within Twist, we really downplayed that…I don't feel comfortable elaborating on that one, unfortunately." We asked if the side letter was a touchy topic because it reflected something improper, to which the ex-employee chuckled and said "I think you're a smart guy. You figure it out. I just really don't want to go on that topic, because even within Twist, [redacted] was not allowed to talk about it to other employees." Box of now-forgotten corruption.**

6. **We note that GF Securities – the entity that sits at the top of Ever Alpha and was sanctioned for its involvement with the Kangmei fraud – still sits on Twist's board of directors, via a 35-year old representative named Xiaoying Mai, who conveniently serves on the audit committee, and strikes us as the kind of puppet that's ideal for this sort of thing. When we asked the ex-Twist employee what she's doing there, the ex-employee stated that Emily – Twist's CEO – "wants to be the only channel to talk to her" and that others inside Twist were "instructed directly by the CEO, Emily, that "[redacted] should not disclose…details to her directly."**

## <u>Executive Summary</u>

**Part VII: Striking <u>red flags among Twist's management and largest holders</u> at IPO (cont'd)**

7. **As we examined other names in <u>Twist's pre-IPO investor list, we noticed a plethora of opaque Chinese and other offshore entities</u>. For example, 3W Partners Capital strikes us another front, as does another investor, NFT Investment Limited, for which the first search hits are from the ICIJ Offshore Leaks Database concerning the Panama Papers database, which state it's based in British Anguilla. Another hit is from the Securities and Futures Commission of Hong Kong, which states it's based in Hong Kong. The website listed for it in the Hong Kong registry goes to a dead website parked at GoDaddy.com. We find it <u>troubling that both 3W Partners and NFT Investment Limited appear to have the same address in Hong Kong, suggesting that they are linked.</u>.**

8. **Ever Alpha Fund L.P. aka GF Securities, Kangmei, 3W Partners, and NFT Investment are the <u>not the only fish swimming in Twist's cesspool of investors. Another of its largest holders at IPO was Paladin Capital</u>, which quickly dumped its shares, and was founded by Michael Steed, who appears to go to some lengths to obscure his past in his bio. We discovered that Steel worked for Ullico, the captive insurance arm of various labor unions. Detailing <u>the fraud at Ullico and Steed's role</u> is beyond the scope of this report, but all one has to do is google terms like "Ullico" – the name Steed left off his bio – along with "Steed," "fraud," "organized crime," "insider trading," and "government hearings" to open a <u>Pandora's Box of now-forgotten corruption.</u>**