# EXHIBIT 4

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-03-12

# Cowen and Company Health Care Conference

## Company Participants

- Emily Marine Leproust, Chief Executive Officer

## Other Participants

- Doug Schenkel, Analyst

# MANAGEMENT DISCUSSION SECTION

### Doug Schenkel {BIO 7525126 <GO>}

All right. All right. Good morning. I'm Doug Schenkel, one of the Healthcare Analysts here are at Cowen. It's my pleasure to welcome you to this session with Twist Biosciences. From the company, we have Emily Leproust, the Chief Executive Officer. The plan is for Emily to, I think, use up probably most, if not, all of the next 30 minutes to just walk through the Twist story. And then, if we have time for couple questions, then we'll do some of them here, but if not, we do have a breakout next door in Salon D, where we'll have another half an hour to have a pretty interactive discussion. Jim Thorburn from the company, the Chief Financial Officer, is here as well.

So without further ado, Emily, thanks for being here. And let me hand it over to you.

### Emily Marine Leproust {BIO 19051513 <GO>}

Thank you very much, Doug, for the invitation and the introduction. Hi, it's great to be here. I'd start by saying that I would be making forward-looking statements in the next few slides. So for those of you who don't know Twist, we have a silicon platform to write DNA from scratch and benefit of the silicon is that we can miniaturize the chemistry, which gives us higher throughput over cost and (01:27) as per the number of applications. We are commercial. We have a number of products launched and in the process of being launched. And really the silicon technology is a platform that we can leverage for many applications that I will go through.

So in terms of strategy, initially we wanted to go after the synthetic biology market by selling genes. Then go after genomics with exome and custom-targeted sequencing and then extend into longer-term initiative in drug discovery and data storage. If we take a snapshot in time of where we are today, we are well in the commercialization for synthetic biology. We are in the middle of commercialization for genomics. We actually launched our product last year at AGBT, so we have now one full year of commercial activity. And biological drug discovery, we are at the proof of concept stage. And in data storage, we are just exiting the exploration. So in the next few slides, I'll go through each of those four areas.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-03-12

FINAL

Bloomberg Transcript

So another way to look at those four areas is to group the first two for SynBio and genomics into the core business of Twist. That is the revenue generation part of Twist. So the measure of success here is revenue growth. And so let's start with SynBio. So in SynBio, our customers are using our DNA, our synthetic genes to discover and develop biological drugs such as antibodies, TCR, DNA vaccines and so on. They are using our genes to develop bio-fabrication processes to make chemicals, so you can think of making nylons and plastics and specialty chemicals from fermentation instead of using oil as a source of carbon. And in agbio, our genes are used to modify plants to add the traits, increased resistance to extremes of weather, increased resistance to new disease and so on. The market size is $1.3 billion for SynBio for the other people that buy DNA, that's about a $300 million market and we are – we have almost 10% market share and growing. And there, we solve a problem for a customer where they are struggling to get access to the DNA they want. And then long term, we want to go after the maker (04:20) market. So those are people that can't afford to buy DNA. So they make their own DNAs from molecular cloning. And I don't know if some of you have cloned in the past, it's very tedious and at Twist, we say that friends don't let friends clone. And so, our goal is to over time capture that part of the market. So this is a relatively big market with unhappy customer and to capture that market, we have developed a new technology that is a better mousetrap. And here we're comparing on the right, the (05:02) which is the format that our competition uses to make oligos and you can make 96 oligos at the same time and turn that into one gene.

And what we've done is on the right, we've developed a silicon chip where on the same format, same footprint, we can make a million oligos and transform them into thousands of genes. So really, the silicon platform brings a much higher throughput and much lower cost, enabling us to make massive amount of genes and oligo synthesis at great speed. So when we look at the product of genes, it's a very competitive product. We have actually perfect (05:51). We see perfect DNA. The customer experience is excellent. We have built an e-commerce platform, which I'll highlight in a few slides, (06:05) and beautiful. So it's very easy to buy products from us. But in terms of cost, we're selling at $0.09 per day compared to $0.25 a day for the competition. So we're disruptive in terms of costs. We have great throughput, very reliable and now, we have a turnaround time which is extremely competitive compared to the rest of the marketplace.

I'll skip these slides in the interest of time. So we've been commercial since 2016 and here on the right, I am showing the number of genes shipped in each of the last quarter for the last three fiscal years and we went from 6,000 genes shipped per month in 2016 to more than 23,000 genes shipped per month at the end of 2018. So a great growth to some of the top pharma companies, some of the top agbio and industrial companies. We even sell genes to Microsoft and I'll highlight that Ginkgo Bioworks is the largest user of genes in the world and we have a four-year contract with them.

As I mentioned earlier, we have a great e-commerce, which enables customers to be self-served and you can log in on our e-commerce and in five minutes, you can order a gene. Everything is there. You can even track your orders and we are leveraging this e-commerce to go after the long tail of customers, customers that only need a few genes. And to highlight that, when we compare the performance from our last quarter, Q1 2019 versus Q1 2018, in one year, we have 3.5x more orders and that's really – that massive growth is enabled through e-commerce. At the same time, the average size of the PO

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-03-12

FINAL

Bloomberg Transcript

(08:10) went down about 45% because the long tail customers have need for less genes. But overall, it's a 92% growth year-over-year. In the last quarter, we've also announced the launch of new products such as 5 kb genes, which enabled us to stop the maker to buyer conversion. And we also launched an API which (08:44) API there the Twist computers can be linked to the computers of the customer so that it becomes a very sticky relationship because from their own internal software, a customer can just click order from Twist.

Last, I'll mention a case study with Vanderbilt University. So Vanderbilt got a $28 million grant from DARPA, the Pandemic Prevention Platform and their goal is to be able to respond to a pandemic and have a DNA vaccine in 60 days. And a big part of that effort is in the middle. The ability to screen thousands of antibodies to find the one that would be the vaccine. And we are very happy to report the bottom left that in the first sprint that we did with them where we were able to ship hundreds of genes in nine days. And so this is significant because the average speed in the market is about 15 days. So we are significantly faster than that. average speed in the market is about 15 days, so they're significantly faster than that that in addition to being 2 times to 3 times a lower cost, and having the ability to make hundreds of (00:10:00) problem where our competition struggles to get that kind of scale. So it's a perfect example of something that could not have been done without the TWST platform.

Moving on to Genomics that is our second product line around targeted sequencing, so we're all familiar with sequencing where you can read every day the genome, so let's call whole genome sequencing, in targeted sequencing you focus on some genes that are important for what you're trying to do. And the main currently (00:10:39) applications is in cancer diagnostic. Our customer buy our kits to sequence tumor samples in order to provide actionable results to the patient around which therapies to give.

Targeted sequencing is a lot cheaper than whole genome sequencing, and so that's that that is the main attraction for our customers to do it. The market is well established. It's also be under our market where we provide to our customer library prep kits and capsule kits and in the capsule kit our DNA is used to go to the capture of those regions. The content for the capsule can either be catalogs such as Exome as well as Custom. And what we're finding is that the vast majority of our customers actually want custom content either with the Exome or without. So – our ability to customize kits is a key driver of

converting customers. And so we launched at AGBT last year, a couple of weeks ago we updated our product offering of at AGBT again where we launched a Fast Hybridization and Wash Kit. The stand up for targeted sequencing is to have a 16 hour hybridization which means that you have to take the sample out of an automated equipment onto incubate, and our new high buffer works as well in 15 minutes. So we move from 16 hours to 15 minutes which means that you can do everything on the same automation deck, so it's much more convenient. We've launched a number of other kits that help, I won't go into the details, but the idea is to have a workflow that is compatible with high-throughput sequencing; so meaning that in – with our products, you'll be able to multiplex hundreds or thousands of sample (13:01) which will be extremely important to our customers because now they can put (13:19) and they can lower the cost of each sample. So those were our product launches, which is very well received. In addition, we had four customer presentations to highlight the performance of our product. In the past, it used to be me or

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-03-12

people from Twist Inc. were great. And we lower your sequencing cost and now we don't have to do that because the Broad Institute and other customers are saying it for us. And in particular, the Broad, which is the leading genomics platform announced at the meeting that they switched their targeted sequencing to Twist. And the product they highlighted was in liquid biopsy. Thanks to the Twist product, they're able to do liquid biopsy at a very competitive price of sample, which enables reaching to a broader number of patients.

In addition, Helix showed that our products are currently used in direct-to-customer genomics application and they showed that they started working with Twist in April and by October, they are the validated assay that they are running routinely in production and in those six months, they were able to do three iterations. So that's one of – another benefit of Twist is that we enable customers to quickly develop their assays and lower their R&D costs.

So kind of highlighting overall the key value proposition of our platform is first and foremost that we lower the cost of sequencing to our customer. Thanks to our performance. And as an example, when customer shared with us that (15:28) sample is increasing 50%, but because we save sequencing costs, he can keep his costs flat, which means that he has higher margin which he can use to lower costs and drive more volume. We can customize faster than the competition which Helix highlighted and enables our customer to (15:50) their assays quicker. And then we have a kit that we offer everything from A to Z. So they are the one – one-stop shop for the solution.

Finally, another key highlight of our product line for NGS is that we've achieved ISO 13485 certification. And our kits are used either in FDA-approved tests or in CLIA-certified lab and having a quality management system that certify to ISO 13485 really help the switch from (16:36) to Twist.

Speaking of NGS, speaking of conversion, now that we'll be in a market for more than a year, we have a good sense of what it takes to convert someone from our combinations with, everything starts from a pilot. And so far, we have not lost any pilot. And we share that in the last quarter Q1, we shipped more than hundred customers doing those pilots. And then, customer goes through the process of validations, scale up and ultimately get into production. It may take a few quarters to go from pilot to production. However, once the connection is done, usually those contracts are fairly big and the relationship is very sticky because we are (17:36) it's very hard to move us out. And we're very happy to report that out of the 74 big customers that we track and that are validating our products, we're already at least in 18 – we're already in 18 account, our products are used routinely in production. So great progress there.

Maybe one more – one mention of another case study that was shared at AGBT, one of our customers at the Children's Hospital of Philadelphia was able to get extremely degraded sample of blood spots from South America that were quite old – years old. And with our product because of the quality of our product, she was able to achieve outstanding results and enabling studies that would not have been possible in the past. So it's another example of great quality from the products that enable research that may not have been possible before.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-03-12

FINAL

Bloomberg Transcript

When we put together SynBio and NGS in terms of financial performance, here we are plotting the revenue growth over the last few years. So in the last quarter – sorry order growth, I'm sorry order growth. In Q1, our order growth was $15.2 million, which was more than double Q1 2018, which was $7.8 million, which itself was more than double the Q1 in 2016. So you can see a great growth. We have a long-term contract with Ginkgo and Ginkgo overall is becoming a smaller percentage of the business as we grow in other areas, but they're on track to meet the minimum commitment that they did to us for our four-year contract.

In terms of customer growth, we more than doubled our customer last year, which was more than triple the year before. And in terms of revenues, in Q1 2019 which we just reported, we had revenues of $11.5 million, which is more than where the company was in the whole of 2017 and we are guiding to $47 million to $49 million this year.

So, I'll say about our core business. Next few slides, I'll speak a little bit about our two verticals in drug discovery and data storage. Again, those are embedded free options for potentially big upside and in drug discovery, we have the opportunity to change the way drug discovery is done because of the DNA that we can make. Part of drug discovery is finding the right mutation that has a therapeutic effect. And what is typically done is creating a random diversity in a library and then going to fish the needle in the haystack. That is very time-consuming and there's a lot of work to find the one molecule. And because we don't make anything from scratch, there is no random synthesis, overall synthesis is explicit, we have the ability to make (21:29) of much higher quality to speed up the time to go from a target to a lead or hit our clinical candidate. So we're using that capability in-house to do things that are difficult to do. And the two things that we have identified as difficult to do, are developing bio-better drugs and developing antibodies for hard-to-drug target. I'll stop with the hard-to-drug target.

In particular, as a demonstration of the strength of the platform, we wanted to see if we could develop a functional antibody for a GPCR target. As you may know, GPCR are a very important class of target in pharma.

Third, a small molecule drug, target GPCR, those are the transmembrane proteins that tell the inside of the cell what's happening outside. And – but even though the third of the small molecule target GPCR, there's only two FDA-approved antibodies for GPCR, it's actually very hard to find antibodies. And so, we thought it would be a great challenge for us to demonstrate the power of our technology.

And I'm very happy to report that we hired a CSO in July last year and we got the lab in September. And by early January, we're taking one GPCR, one GPCR protein, we were able to find several nanomolar (23:15) antibodies that were antagonists. So, in a few months, we're able to functional antibodies and actually (23:25) for GPCR.

In addition, as I mentioned, we want to show that we can do bio-better. So as an example, we took a PDL1 inhibitor that was a bad binder and it's just the humans who are able to increase by 1000x the affinity to make it better than a nominal binder. So I know that the world does not need another PDL-1 inhibitor; that was not the point. The point was to

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-03-12

demonstrate the capability to take a bad binder and very quickly optimize it. And so, now the goal of Twist is to take that data and the data that we're generating since to go look for partners that will want to find (24:17) reserves so that we will do the drug discovery for them in exchange for insurance policy and in exchange for (24:30) therapeutic. So is there a partnership, obviously we can have the opportunity to pin out some assets into (24:46).

To finish, I'll say a few words about data storage. In DNA, which is the archival of data is an extremely large market, it's a big opportunity, and most of that – all of the archival today is done on electronic media, with a tape or hard drive or in the cloud. And those electronic media are very volatile, actually a hard drive. Our tape, actually a hard drive, there is a 2% failure every year. And so if you have data that is important, you have to constantly move it from one hard drive to the next and make sure you keep it.

There's a better way to do it and that is using DNA. DNA is our hard drive, our data is in our DNA and DNA is stable for thousands of years. You can find a mammoth in the ground that's 20,000 years old, and you crack the bone and take the DNA and put in a sequencing machine, and it's there. So it's a little hard drive that's 28,000 years old. So we want to harvest that ability. The way it works conceptually is simple. If you have a file, which is a bunch of zeros and ones, you can convert a file into a genome that has ACGT. And then on our silicon platform, we can make that DNA from scratch. So we can make a file as a small piece of DNA that can be stored for years or centuries, as long as you want. And if you want the file back, you just PCI it out and then sequence it on an (26:38) machine and decode it back. We've done a lot of demonstration with Illumina and – with Microsoft and the EPFL and (26:50) Columbia University and it was great. 100% of the bytes you anchored are recovered. The next – so it works. It's permanent. It's very dense. You can store all the data in the Internet. If you make it in DNA, it will fit in a shoe box. It's very, very dense information. What we need to improve before the commercial launch is to reduce the cost of that storage. Today, if you compare to tape in purple and a hard drive in orange, DNA is quite expensive. It's about $1,000 for one megabyte of data, so it's expensive. But that is using the current silicon platform and we're working on a new silicon platform which have higher densities, which will enable us to go down the curve, the price curve and be competitive with tape and hard drive. So we're working on that.

To conclude, we have a great management team. We have a strong momentum started in 2013, 2016 launched our first product, (28:11) demonstration on data storage with Microsoft launched our NGS pipeline. We have a four-year contract with Ginkgo. We've launched our e-commerce for SynBio. We have demonstrated that we can develop functional antibodies (28:27) an IPO.

In terms of growth driver that we are looking for, the next few years, we're looking for progress in multiple areas. The first is absolutely leverage the power of e-commerce to reach more and more customer (28:51). Similarly for NGS, a push for more and more pilots and convert those customers into production. We have a number of new product introductions we want to do for teams. From a operations point of view, we are launching a production in China for NGS products so that we can have products made in China for China. China has a huge opportunity for us in NGS and being able to produce locally will really help to capture that market.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-03-12

FINAL

Now that we have shown that we can develop functional antibodies, we want to establish partnerships in drug discovery and then longer term, we want to reach partnership and revenue from data storage as we lower the cost of storing data in DNA. And in the longer-term as we are profitable and we will be able to potentially use our own capital to develop our own proprietary drug and keep more of the economic value creation from our drug discovery and development.

So to conclude, we have a great technology with silicon. We are the first DNA – first company to write the DNA of silicon. The DNA that we make have broad applications in many markets, like SynBio, genomics and so on. Those markets grow very – are growing very fast. And as a result, our revenues are growing very fast as well.

Last year, 2018, we grew from $10.8 million to $25 million of revenue. And again this year, we are guiding to $47 million to $49 million. We have a unique value proposition around speed and cost and quality. You don't have to choose to – we have I think great dynamics where we don't need FDA approval or reimbursement, our customers do. And then finally, we have a great team and great investors to achieve our goal and then to execute.

So I think we have 22 second left. So it's right on time.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

Bloomberg Transcript