# EXHIBIT 12

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported) November 23, 2020**

# Twist Bioscience Corporation
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-38720 | 46-205888 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I. R. S. Employer Identification No.) |

**681 Gateway Boulevard**
**South San Francisco, CA 94080**
**(Address of principal executive offices, including ZIP code)**

**(800) 719-0671**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock | TWST | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02**       **Results of Operations and Financial Condition.**

On November 23, 2020, Twist Bioscience Corporation (the "Company") issued a press release announcing its financial results for the fourth quarter and fiscal year ended September 30, 2020. The full text of the press release issued in connection with the announcement is furnished as Exhibit 99.1 to this Current Report on Form 8-K.

The information furnished in this Item 2.02, including Exhibit 99.1, is being furnished and shall not be deemed to be "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section, nor shall it be deemed to be incorporated by reference into any registration statement or other document filed pursuant to the Securities Act of 1933, as amended, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01**       **Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press release dated November 23, 2020 titled "Twist Bioscience Reports Fourth Quarter and Full Year Fiscal 2020 Financial Results." |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: November 23, 2020

**Twist Bioscience Corporation**

/s/ Mark Daniels

Mark Daniels
Senior Vice President, Chief Legal Officer, Chief Ethics and Compliance Officer, and Secretary

Exhibit 99.1



**Twist Bioscience Reports Fourth Quarter and Full Year Fiscal 2020 Financial Results**

— Fiscal 2020 Revenues of $90.1M; Increase of 66% over $54.4M in Fiscal 2019 —

— Strong Growth in Synthetic Biology, NGS Businesses —

— Twist Biopharma Established 13 Partnerships, 8 with Milestones and/or Royalties in FY20 —

— Expect Revenue of $110M to $118M for Fiscal 2021 —

SOUTH SAN FRANCISCO, Calif. – November 23, 2020 – Twist Bioscience Corporation (NASDAQ: TWST), a company enabling customers to succeed through its offering of high-quality synthetic DNA using its silicon platform, today reported financial results and business highlights for the fourth quarter and full year fiscal 2020 ended September 30, 2020.

"We ended our fiscal year with record revenue and orders against the backdrop of a global pandemic and significant uncertainty," said Emily M. Leproust, Ph.D., CEO and co-founder of Twist Bioscience. "While we are proud of the new products we introduced to aid in the fight against COVID-19, which complemented our revenue, it was our core synthetic biology and next-generation sequencing (NGS) product lines that drove our overarching success.

"We have aggressive plans for growth and expansion in fiscal 2021 and beyond, continuing to build our foundation for sustained success across synthetic biology, NGS, biopharma and DNA data storage."

**FISCAL 2020 FINANCIAL RESULTS**
- **Orders:** Total orders received for fiscal 2020 were $116.7 million compared to $70.0 million for fiscal 2019.
- **Revenue:** Total revenues were $90.1 million for fiscal 2020 compared to $54.4 million for fiscal 2019.
- **Cost of Revenues:** Cost of revenues for fiscal 2020 was $61.4 million compared to $47.4 million for fiscal 2019.
- **Research and Development Expenses:** Research and development expenses for fiscal 2020 were $43.0 million compared to $35.7 million for fiscal 2019.
- **Selling, General and Administrative Expenses:** Selling, general and administrative expenses for fiscal 2020 were $103.3 million compared to $80.1 million for fiscal 2019.
- **Net Loss:** Net loss for fiscal 2020 was $139.9 million, or $3.57 per share, compared to $107.7 million, or $3.92 per share, for fiscal 2019.
- **Cash Position:** As of September 30, 2020, the company had $290.0 million in cash, cash equivalents and short term investments.

**FISCAL 2020 FOURTH QUARTER FINANCIAL RESULTS**
- **Orders:** Total orders received for the fourth quarter of fiscal 2020 were $42.7 million, compared to $20.0 million for the same period of fiscal 2019.
- **Revenue:** Total revenues were $32.4 million for the fourth quarter of fiscal 2020 compared to $15.7 million for the same period of fiscal 2019.

- **Cost of Revenues:** Cost of revenues for the fourth quarter of fiscal 2020 was $17.6 million compared to $12.4 million for the same period of fiscal 2019.
- **Research and Development Expenses:** Research and development expenses for the fourth quarter of fiscal 2020 were $11.7 million compared to $10.5 million for the same period of fiscal 2019.
- **Selling, General and Administrative Expenses:** Selling, general and administrative expenses for the fourth quarter of fiscal 2020 were $27.2 million compared to $24.4 million for the same period of fiscal 2019.
- **Net Loss:** Net loss for the fourth quarter of fiscal 2020 was $24.3 million, or $0.54 per share, compared to $31.2 million, or $0.96 per share, for the fourth quarter of fiscal 2019.

"Over the last year, we delivered on revenue, orders, margin and product pipeline in a very challenging environment," commented Jim Thorburn, CFO of Twist. "We have a strong balance sheet and momentum moving into fiscal 2021, and look forward to an exciting year ahead."

**Fiscal Fourth Quarter 2020 and Recent Highlights**
- Shipped products to approximately 2,200 customers in fiscal 2020, versus approximately 1,300 in fiscal 2019.
- Presented data on our Twist Custom Target Capture Panel, Fast Hybridization Enrichment System and our Target Enrichment for Infectious Disease at the American Society of Human Genetics 2020 Annual Meeting.
- Announced broad strategic partnership with Neogene Therapeutics, Inc. to leverage Neogene's proprietary expertise in targeting tumor neo-antigens, mutated proteins found in cancer cells due to cancer-associated DNA mutations, together with Twist's DNA synthesis platform and product lines to develop personalized chimeric antigen receptor (CAR) T cell therapies and T cell receptor (TCR) therapies for patients with cancer.
- Reported preclinical data demonstrating the potent neutralizing effects of multiple potential therapeutic antibodies identified by Twist Biopharma, both Immunoglobulin G (IgG) antibodies and substantially smaller single domain VHH "nanobodies," against SARS-CoV-2, the virus that causes COVID-19. These neutralizing effects were found to be comparable to or better than those seen with antibody candidates derived from patients who had recovered from COVID-19. The data were collected from studies conducted by Saint Louis University and independently verified by scientists at Colorado State University.
- Achieved significant milestones on our DNA data storage roadmap to miniaturize the silicon platform technology down to 150 nanometer pitch or less. Twist is now consistently able to synthesize DNA using five-micron devices at a 10 micron pitch. In addition, we have fabricated our next R&D-stage silicon chip with 300 nanometer devices on a one-micron pitch chip.

- Formed the DNA Data Storage Alliance with leading technology and synthetic biology companies to create a comprehensive industry roadmap designed to help the industry achieve interoperability between solutions and help establish the foundations for a cost-effective commercial archival storage ecosystem for the explosive growth of digital data.
- New Netflix Original Series 'Biohackers' stored in Twist's synthetic DNA.

**Fiscal 2021 Financial Guidance**

The following statements are based on Twist's current expectations for fiscal 2021. The following statements are forward-looking, and actual results could differ materially depending on market conditions and the factors set forth under "Forward-Looking Statements" below. Twist does not plan to update, nor does it undertake any obligation to update, this outlook in the future.

For the full fiscal year 2021, Twist provided the following financial guidance:
- Revenue expected in the range of $110 million to $118 million
  - Revenue from Ginkgo Bioworks expected to be approximately $11 to $12 million
  - Synbio revenue excluding Ginkgo Bioworks is expected to be in the range of $41 to $44 million
  - NGS revenue is estimated to be in the range of $54 to $58 million
  - Biopharma revenue is estimated to be approximately $4 million
- Gross margin is expected to be approximately 32% for fiscal 2021
- Operating expenses including R&D and SG&A are expected to be $174 million for the year
- Net loss expected in the range of $136 million to $141 million to reflect our increased investments in our commercial organization and research and development activities
  - R&D is expected to be approximately $60 million
  - Stock-based compensation is expected to be approximately $20 million
  - Depreciation is expected to be $7 million
  - Capital expenditures are expected to be $30 million, including expansion into "Factory of the Future"

**Fiscal 2021 First Quarter Financial Guidance**

For the first quarter of fiscal 2021, Twist provided the following financial guidance:
- Revenue expected in the range of $25 million to $26 million

**COVID-19 Considerations**

During the three months ended September 30, 2020, financial results of the Company were not significantly affected by the COVID-19 outbreak. However, the extent to which the COVID-19 outbreak affects Twist's future financial results and operations is subject to a high degree of uncertainty and will depend on future developments, including the duration, spread and treatment of the outbreak domestically and abroad.

**Conference Call Information**

The company plans to hold a conference call and live audio webcast for analysts and investors today at 8:00 a.m. Eastern Time to discuss its financial results and provide an update on the company's business. The call can be accessed by dialing (866) 688-0947 (domestic) or (409) 217-8781 (international) and refer to the conference ID 2947139. A telephonic replay of the conference call will be available beginning approximately four hours after the call through November 30, 2020 and may be accessed by dialing (855) 859-2056 (domestic) or (404) 537-3406 (international). The replay conference ID is 2947139. The webcast replay will be available for two weeks.

Given the circumstances globally, it is recommended to dial-in at most 15 to 20 minutes prior to the call start to reduce waiting times. If a participant will be listen-only, they are encouraged to listen via the webcast on Twist's investor page.

**About Twist Bioscience Corporation**

Twist Bioscience is a leading and rapidly growing synthetic biology and genomics company that has developed a disruptive DNA synthesis platform to industrialize the engineering of biology. The core of the platform is a proprietary technology that pioneers a new method of manufacturing synthetic DNA by "writing" DNA on a silicon chip. Twist is leveraging its unique technology to manufacture a broad range of synthetic DNA-based products, including synthetic genes, tools for next-generation sequencing (NGS) preparation, and antibody libraries for drug discovery and development. Twist is also pursuing longer-term opportunities in digital data storage in DNA and biologics drug discovery. Twist makes products for use across many industries including healthcare, industrial chemicals, agriculture and academic research.

Follow us on Twitter | Facebook | LinkedIn | YouTube

**Investor Relations Information**

Twist uses the investor relations section on its website as a means of complying with its disclosure obligations under Regulation FD. Accordingly, investors should monitor Twist's investor relations website in addition to following Twist's press releases, SEC filings, and public conference calls and webcasts.

**Legal Notice Regarding Forward-Looking Statements**

This press release contains forward-looking statements. All statements other than statements of historical facts contained herein are forward-looking statements reflecting the current beliefs and expectations of management made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, including, but not limited to, statements under the headings "Fiscal 2021 Financial Guidance" and "Fiscal 2021 First Quarter Financial Guidance," future growth and expansion plans and Twist's other expectations regarding its future financial performance, the impact of the COVID-19 pandemic on Twist's future financial performance, and Twist's ability to address the challenges posed by the business and economic impacts of COVID-19 pandemic, diversification and revenue growth across all product categories, introduction of new products, the use of our products by the healthcare sectors for the potential detection and treatment of diseases, and expectations regarding newly announced partnerships. Such forward-looking statements involve known and unknown risks, uncertainties, and other important factors that may cause Twist's actual results, performance, or

achievements to be materially different from any future results, performance, or achievements expressed or implied by the forward-looking statements. Such risks and uncertainties include, among others, the risks and uncertainties of the duration, extent and impact of the COVID-19 pandemic, including any reductions in demand for our products (or deferred or canceled orders) globally or in certain regions; the ability to attract new customers and retain and grow sales from existing customers; risks and uncertainties of rapidly changing technologies and extensive competition in synthetic biology could make the products Twist is developing obsolete or non-competitive; uncertainties of the retention of significant customers; supply chain and other disruptions caused by the COVID-19 pandemic or otherwise; risks of third party claims alleging infringement of patents and proprietary rights or seeking to invalidate Twist's patents or proprietary rights; and the risk that Twist's proprietary rights may be insufficient to protect its technologies. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to Twist's business in general, see Twist's risk factors set forth in Twist's Annual Report on Form 10-Q filed with the Securities and Exchange Commission (SEC) on August 12, 2020 and subsequent filings with the SEC. Additional risk factors may be described in the "Risk Factors" section of Twist's Annual Report on Form 10-K to be filed with the SEC on or about November 25, 2020. In addition, many of the foregoing risks and uncertainties are, and could be, exacerbated by the COVID-19 pandemic and any worsening of global or regional business and economic environment as a result. We cannot at this time predict the extent of the impact of the COVID-19 pandemic and any resulting business or economic impact, but it could have a material adverse effect on our business, financial condition, results of operations and cash flows. Any forward-looking statements contained in this press release speak only as of the date hereof, and Twist Bioscience specifically disclaims any obligation to update any forward-looking statement, whether as a result of new information, future events or otherwise.

**CONTACTS:**

Investor Contact:
Argot Partners
Maeve Conneighton
212-600-1902
maeve@argotpartners.com

Media Contact:
Angela Bitting
925- 202-6211
media@twistbioscience.com

# # #

**Twist Bioscience Corporation**
**Condensed Consolidated Statements of Operations**
**(Unaudited)**
**(in thousands, except per share data)**

| | Three months ended September 30, | | Twelve months ended September 30, | |
|---|---|---|---|---|
| | **2020** | **2019** | **2020** | **2019** |
| Revenues | $ 32,432 | $ 15,736 | $ 90,100 | $ 54,385 |
| Operating expenses: | | | | |
| Cost of revenues | 17,578 | 12,386 | 61,406 | 47,426 |
| Research and development | 11,636 | 10,496 | 43,006 | 35,683 |
| Selling, general and administrative | 27,185 | 24,423 | 103,267 | 80,126 |
| Litigation settlement | — | — | 22,500 | — |
| Total operating expenses | $ 56,399 | $ 47,305 | $ 230,179 | $ 163,235 |
| Loss from operations | $ (23,967) | $ (31,569) | $(140,079) | $(108,850) |
| Interest income | 112 | 789 | 1,499 | 3,032 |
| Interest expense | (143) | (288) | (787) | (1,294) |
| Other income (expense), net | (57) | (2) | (182) | (265) |
| Provision for income taxes | (263) | (111) | (382) | (292) |
| Net loss attributable to common stockholders | $ (24,318) | $ (31,181) | $(139,931) | $(107,669) |
| Net loss per common share, basic and diluted | $ (0.54) | $ (0.96) | $ (3.57) | $ (3.92) |
| Weighted average shares used in computing net loss per share attributable to common stockholders— basic and diluted | 44,778 | 32,573 | 39,190 | 27,462 |

**Twist Bioscience Corporation**
**Condensed Consolidated Balance Sheets**
**(unaudited)**
**(in thousands)**

| | September 30, 2020 | September 30, 2019 |
|---|---|---|
| Assets | | |
| Cash and cash equivalents | $ 93,667 | $ 46,735 |
| Short-term investments | 196,335 | 91,372 |
| Accounts receivable, net | 26,376 | 12,104 |
| Inventories | 12,289 | 7,330 |
| Prepaid expenses and other current assets | 6,203 | 2,594 |
| Total current assets | 334,870 | 160,135 |
| Property and equipment, net | 25,466 | 20,835 |
| Operating lease right-of-use assets | 33,699 | — |
| Other non-current assets | 4,847 | 6,024 |
| Total assets | $ 398,882 | $ 186,994 |
| Current liabilities | | |
| Accounts payable | $ 4,830 | $ 9,760 |
| Accrued liabilities | 18,846 | 16,444 |
| Current portion of long-term debt | 3,333 | 3,333 |
| Current portion of operating lease liabilities | 6,409 | — |
| Other current liabilities | 2,611 | 817 |
| Total current liabilities | 36,029 | 30,354 |
| Operating lease liabilities, net of current portion | 24,837 | — |
| Long-term debt, net of current portion | 1,403 | 4,400 |
| Other non-current liabilities | 351 | 158 |
| Total liabilities | 62,620 | 34,912 |
| Total stockholders' equity (deficit) | $ 336,262 | $ 152,082 |
| Total liabilities and stockholders' equity | $ 398,882 | $ 186,994 |