# EXHIBIT 16

TABLE OF CONTENTS

**Filed Pursuant to Rule 424(b)(5)**
**Registration No. 333-238906**

**Prospectus supplement**
(To the Prospectus dated June 3, 2020)

# *4,545,454 shares*



# *Common stock*

Twist Bioscience Corporation is offering 4,545,454 shares of our common stock.

Our common stock is listed on the Nasdaq Global Select Market under the symbol "TWST." The last reported sale price of our common stock on the Nasdaq Global Select Market on February 10, 2022 was $61.64 per share.

|  | Per share | Total |
|---|---|---|
| Public offering price | $ 55.00 | $ 249,999,970 |
| Underwriting discounts and commissions(1) | $ 3.30 | $ 14,999,998 |
| Proceeds, before expenses, to us | $ 51.70 | $ 234,999,972 |

(1) See "Underwriting" for additional information regarding underwriting compensation.

We have granted the underwriters the right to purchase up to an additional 681,818 shares of common stock that we are offering at the public offering price, less the underwriting discounts and commissions within 30 days from the date of this prospectus supplement.

**Investing in our common stock involves significant risks. See the section titled "Risk factors" on page S-8 of this prospectus supplement and in the documents incorporated by reference in this prospectus supplement concerning factors you should consider before investing in our common stock.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus supplement or the accompanying prospectus. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the shares of common stock to purchasers on or about February 15, 2022.

*Joint book running managers*

**J.P. Morgan**

**Goldman Sachs & Co. LLC**

**Cowen**

**William Blair**

February 10, 2022

# Table of contents

## Prospectus supplement

|  | Page |
|---|---|
| About this prospectus supplement | S-iii |
| Prospectus supplement summary | S-1 |
| The offering | S-4 |
| Summary consolidated financial information | S-6 |
| Risk factors | S-8 |
| Cautionary statement regarding forward-looking statements | S-11 |
| Use of proceeds | S-13 |
| Dividend policy | S-14 |
| Capitalization | S-15 |
| Dilution | S-16 |
| Material U.S. federal income tax considerations for non-U.S. holders | S-17 |
| Underwriting | S-21 |
| Legal matters | S-31 |
| Experts | S-31 |
| Where you can find more information; incorporation by reference | S-31 |

## Prospectus

| About this prospectus | 1 |
|---|---|
| Twist Bioscience Corporation | 2 |
| Risk factors | 3 |
| Cautionary statement regarding forward-looking statements | 4 |
| Use of proceeds | 5 |
| Selling Securityholders | 6 |
| Description of our capital stock | 7 |
| Description of our debt securities | 11 |
| Description of our warrants | 12 |
| Description of our units | 13 |
| Plan of distribution | 14 |
| Legal matters | 15 |
| Experts | 15 |
| Where you can find additional information | 15 |
| Incorporation of certain information by reference | 16 |

We have not, and the underwriters have not, authorized anyone to provide you with any information other than the information contained in this prospectus supplement and the accompanying prospectus, including the documents incorporated by reference herein and therein, and any free writing prospectus we have authorized for use in connection with this offering. We take no responsibility for, and can provide no assurances as to the reliability of, any other information that others may give you. You should not assume that the information contained in this prospectus supplement, the accompanying prospectus, the documents incorporated by reference herein or therein, and in any free writing prospectus that we have authorized for use in connection with this offering is accurate as of any date other than the date of those respective documents. Our business, financial condition, liquidity, results of operations and prospects may have changed since those dates. You should read this

TABLE OF CONTENTS

# About this prospectus supplement

This document is part of the registration statement that we filed with the Securities and Exchange Commission, or the SEC, using a "shelf" registration process pursuant to which we may, from time to time, sell common stock or other securities, of which this offering is a part. This document consists of two parts. The first part is this prospectus supplement, including the documents incorporated by reference, which describes the specific terms of this offering and also adds to and updates the information contained in the accompanying prospectus and the documents incorporated by reference therein. The second part, the accompanying prospectus, including the documents incorporated by reference, gives more general information, some of which may not apply to this offering. Generally, when we refer to the "prospectus," we are referring to both parts combined. This prospectus supplement and any free writing prospectus we authorize for use in connection with this offering may add to, update or change information in the accompanying prospectus and the documents incorporated by reference into this prospectus supplement or the accompanying prospectus.

If information in this prospectus supplement is inconsistent with information contained in the accompanying prospectus or in any document incorporated by reference herein or therein that was filed with the SEC before the date of this prospectus supplement, the information in this prospectus supplement will be deemed to modify or supersede the information contained in the accompanying prospectus and such documents incorporated by reference herein or therein. This prospectus supplement, the accompanying prospectus, the documents incorporated by reference into each and any free writing prospectus we authorize for use in connection with this offering include important information about us, the shares and other information you should consider before purchasing the shares. See "Where you can find additional information; incorporation by reference" in this prospectus supplement.

This prospectus supplement does not constitute an offer to sell or the solicitation of an offer to buy any securities other than the securities described in this prospectus supplement or an offer to sell or the solicitation of an offer to buy such securities in any circumstances in which such offer or solicitation is unlawful. Persons outside the United States who come into possession of this prospectus supplement must inform themselves about, and observe any restrictions relating to, the offering of the common stock and the distribution of this prospectus supplement outside the United States.

We further note that the representations, warranties and covenants made by us in any agreement that is filed as an exhibit to any document that is incorporated by reference herein were made solely for the benefit of the parties to such agreement, including, in some cases, for the purpose of allocating risk among the parties to such agreements, and should not be deemed to be a representation, warranty or covenant to you. Moreover, such representations, warranties and covenants were accurate only as of the date when made. Accordingly, such representations, warranties and covenants should not be relied on as accurately representing the current state of our affairs.

When we refer to "Twist," "we," "our" and "us" in this prospectus supplement, we mean Twist Bioscience Corporation and its consolidated subsidiaries, unless otherwise specified.

"Twist Bioscience," is a registered trademark in the United States and, in some cases, in certain other countries, and our logo is an unregistered trademark of Twist Bioscience Corporation. All other brand names or trademarks appearing in this prospectus, and the information incorporated by reference herein, are the property of their respective holders. Solely for convenience, the trademarks and trade names in this prospectus, and the information incorporated by reference herein, are referred to without the ® and ™ symbols, but such references should not be construed as any indicator that their respective owners will not assert, to the fullest extent under applicable law, their rights thereto.

S-iii

TABLE OF CONTENTS

# Prospectus supplement summary

*This summary highlights certain information about us, this offering and selected information contained elsewhere in or incorporated by reference into this prospectus supplement or the accompanying prospectus. This summary is not complete and does not contain all of the information that you should consider before deciding whether to invest in our common stock. For a more complete understanding of our company and this offering, we encourage you to read and consider carefully the more detailed information in this prospectus supplement and the accompanying prospectus, including the information incorporated by reference in this prospectus supplement and the accompanying prospectus, and the information included in any free writing prospectus that we have authorized for use in connection with this offering, including the information under the heading "Risk factors" in this prospectus supplement on page S-8, the financial statements and related notes, and the other information that we incorporate by reference into this prospectus supplement, including the section "Risk factors" in our Quarterly Report on Form 10-Q for the quarter ended December 31, 2021.*

## Overview

At Twist Bioscience Corporation, we work in service of customers who are changing the world for the better. In fields such as health care, food and agriculture, industrial chemicals, academic research and data storage, by using our synthetic DNA tools, our customers are developing ways to improve lives and advance the sustainability of the planet. We believe that the faster our customers succeed, the better for all of us, and we believe Twist Bioscience is uniquely positioned to help accelerate their efforts.

We have developed a disruptive DNA synthesis platform to industrialize the engineering of biology that provides DNA for a wide range of uses and markets. The core of our platform is a proprietary technology that pioneers a new method of manufacturing synthetic DNA by "writing" DNA on a silicon chip. We have miniaturized traditional chemical DNA synthesis reactions to write over one million short pieces of DNA on each silicon chip, approximately the size of a large mobile phone. We have combined our silicon-based DNA writing technology with proprietary software, scalable commercial infrastructure and an e-commerce platform to create an integrated technology platform that enables us to achieve high levels of quality, precision, automation, and manufacturing throughput at a significantly lower cost than our competitors.

We have applied our unique technology to manufacture a broad range of synthetic DNA-based products, including synthetic genes, tools for next generation sample preparation, and antibody libraries for drug discovery and development, all designed to enable our customers to conduct research more efficiently and effectively. Additionally, we are expanding our footprint by harnessing our proprietary platform to disrupt and innovate within larger market opportunities, such as discovery partnerships for biologic drugs, and new applications for synthetic DNA, such as digital data storage, to expand the overall reach and impact of DNA-based products. We sell our synthetic DNA and synthetic DNA-based products to a global customer base of approximately 2,900 customers across a broad range of industries, and had orders of approximately $160 million in fiscal year 2021.

DNA is the fundamental building block of biology. The ability to design DNA and engineer biology, a field known as synthetic biology, is growing rapidly, and we believe this field represents one of the most exciting areas of growth and technological innovation in the 21st century. The ability to modify DNA to improve health and the sustainability of the planet is leading to a broad range of applications for synthetic DNA and synthetic DNA-based products across multiple industries, including:

- healthcare for the identification, prevention, diagnosis and treatment of disease (antibody discovery and optimization technology);

- chemicals and materials for cost-effective and sustainable production of new and existing specialty chemicals and materials, such as spider silk, nylon, rubber, fragrances, food flavors and food additives;

- food and agriculture for more effective and sustainable crop production;

- academic research for a broad range of applications; and

TABLE OF CONTENTS

• technology for potential use as an alternative long-term data storage medium.

The synthetic biology market is growing rapidly and is being fueled by increased access to affordable and innovative tools that enable new applications. We believe this is analogous to the trends seen in the next generation sequencing, or NGS, market, where declining costs of sequencing drove adoption, new applications and market expansion. Similarly, tools that combine advanced production technology with modern digital technology and software capabilities, such as our DNA synthesis platform, are driving growth and market creation for synthetic DNA and synthetic DNA-based products. According to BCC Research, in calendar year 2019, the market for synthetic biology products was approximately $5.3 billion and is expected to grow to $18.9 billion by calendar year 2024. Over the next five years, we expect the U.S. market for synthetic biology products to grow by approximately 25%, and the global market for NGS products to grow by approximately 20%. We believe this period of accelerated growth in the synthetic biology industry is in its early stages.

We currently generate revenue through two primary product lines: synthetic biology tools and NGS tools. In addition, we are leveraging our platform to expand our portfolio to include other synthetic DNA-based products and address additional market opportunities, including vertical market opportunities in biological drug discovery and development and digital data storage. In recent periods, we have grown our biopharma revenue. As of December 31, 2021, we had signed 42 revenue-generating partnerships. We have 39 completed programs and 52 active programs with 50 of the programs including milestones and/or royalties. Some of our partners include Boehringer Ingelheim GmbH, Takeda Pharmaceutical Company Limited, Adicet Bio, Kyowa Kirin, Invetx, Inc., and Neogene Therapeutics, Inc. In addition, we collaborate with companies that bring complementary technologies to expand our opportunities and reach.

Our currently marketed products target the synthetic DNA market, a sub-segment of the synthetic biology market, and NGS sample preparation, a large adjacent market opportunity. We currently estimate that the combined market opportunity for our products is approximately $3 billion globally. However, we believe our solution has the potential to materially expand our initial market by providing end users access to high-quality and lower cost tools, encouraging adoption and facilitating new applications for our products. Over the next five years, we believe successful introduction of these new applications will unlock market opportunities, which in the aggregate represent multiples of our current market opportunity, across data storage, biopharmaceuticals, liquid biopsy and existing markets.

As part of our synthetic biology offering, we have commercialized a custom DNA library solution which we believe can be leveraged to facilitate other proprietary tools to provide an end-to-end solution in biologics drug discovery and early development, from target to investigational new drug, or IND, application, adding value as a partner to biotechnology and pharmaceutical companies.

In fiscal year 2021 we served approximately 2,900 customers and reported $132.3 million in revenue, including $34.5 million in revenue to the chemicals and materials sector, $71.2 million in revenue to the healthcare sector, $25.3 million in revenue to the academic research sector and $1.3 million in revenue to the food and agriculture sector. In fiscal year 2021 we shipped NGS tools to over 1,343 customers and, of the 199 large NGS customers (each with potential revenue of $250,000 or more) we are tracking, approximately 88 customers adopted Twist's NGS tools during such period.

## COVID-19 considerations

In March 2020, the World Health Organization declared the COVID-19 outbreak to be a pandemic. During the twelve months ended September 30, 2021and the three months ended December 31, 2021, our revenues were not significantly affected by the COVID-19 pandemic. We did introduce important tools to fight the COVID-19 pandemic, although revenue from that product line has not been material. Similarly, to date we have not experienced a decline in revenue due to the impact of the COVID-19 pandemic on our customers. The extent to which the COVID-19 pandemic affects our future financial results and operations will depend on future developments which are highly uncertain and cannot be predicted, including the recurrence, severity and/or duration of the ongoing pandemic, and current or future domestic and international actions to contain and treat COVID-19.

S-2

TABLE OF CONTENTS

We are following public and private sector policies and initiatives to reduce the transmission of COVID-19 and we have taken and continue to take a variety of measures to ensure the availability and functioning of our critical infrastructure, to promote the safety and security of our employees and to support the communities in which we operate. These measures include increasing our inventory, requiring remote working arrangements for employees not integral in physically making and shipping our products or who do not need specialized equipment to perform their work, investing in personal protective equipment, and providing paid sick leave to affected employees. On July 20, 2020 we commenced weekly testing of our employees working on site and we have required that all U.S. employees be vaccinated as of October 25, 2021.

Due to the speed with which the situation may change, we are not able at this time to estimate the effect of COVID-19 on our financial results and operations, but the effect could be material for fiscal year 2022 and/or during any future period affected either directly or indirectly by this pandemic. For further discussion of the risks relating to COVID-19, see "We are subject to risks associated with COVID-19" under the section titled "Risk factors."

## Corporate information

We were incorporated in Delaware on February 4, 2013. Our principal executive offices are located at 681 Gateway Blvd., South San Francisco, CA 94080. Our telephone number at that location is (800) 719-0671. Our corporate website address is www.twistbioscience.com. The information contained on our website is not incorporated by reference into this prospectus, and you should not consider any information contained on, or that can be accessed through, our website to be part of this prospectus. We have included our website address only as an inactive textual reference and do not intend it to be an active link to our website.

S-3

TABLE OF CONTENTS

# The offering

| | |
|---|---|
| **Common stock offered by us** | 4,545,454 shares. |
| **Common stock to be outstanding after the offering** | 55,279,998 shares (55,961,816 shares if the underwriters exercise in full their option to purchase additional shares of common stock). |
| **Option to purchase additional shares of common stock offered by us** | The underwriters have an option to purchase a maximum of 681,818 additional shares of common stock from us. The underwriters can exercise this option at any time within 30 days from the date of this prospectus supplement. |
| **Use of proceeds** | We intend to use our existing cash, cash equivalents and short-term investments together with the net proceeds from this offering to scale our investment in our research and development organization, which includes investing in pharmaceutical biologics drug discovery and in DNA data storage, to increase our investment in our commercial organization to support the growth of our NGS, synbio, pharmaceutical biologics drug discovery programs and our global expansion, to scale our NGS operations and to expand our capacity, and for the remainder to fund working capital and general corporate purposes. We may also use a portion of the net proceeds to in-license, acquire or invest in complementary businesses or products. However, we currently have no agreements or commitments to complete any such transaction. See "Use of proceeds" on page S-13 for additional information. |
| **Risk factors** | See "Risk factors" beginning on page S-8 of this prospectus supplement and the other information included in, or incorporated by reference into, this prospectus supplement for a discussion of certain factors you should carefully consider before deciding to invest in shares of our common stock. |
| **Nasdaq Global Select Market symbol** | "TWST". |

Except as otherwise indicated, all information in this prospectus supplement is based upon 50,734,544 shares of our common stock (including 1,493 unvested shares of restricted common stock subject to our repurchase right) outstanding as of December 31, 2021, and excludes:

• 2,939,462 shares of our common stock issuable upon exercise of stock options outstanding as of December 31, 2021 having a weighted-average exercise price of $27.78 per share;

• 1,605,345 shares of our common stock issuable upon the settlement of outstanding restricted stock units as of December 31, 2021;

• 1,690,739 shares of common stock reserved for future grant or issuance under our 2018 Equity Incentive Plan, or the 2018 Plan; and

• 604,552 shares of common stock reserved for future grant or issuance under our 2018 Employee Stock Purchase Plan, or the 2018 ESPP.

TABLE OF CONTENTS

Except as otherwise indicated, all information in this prospectus supplement assumes no exercise or settlement of outstanding options, restricted stock units or warrants after December 31, 2021 and no exercise of the underwriters' option to purchase additional shares of common stock being offered by us.

S-5

TABLE OF CONTENTS

TABLE OF CONTENTS

# Summary consolidated financial information

The following table sets forth our summary selected historical consolidated financial data for the periods ended and as of the dates indicated. The consolidated statements of operations and comprehensive loss data for the years ended September 30, 2019, 2020 and 2021 and the consolidated balance sheet data as of September 30, 2021 have been derived from, and should be read together with, our audited consolidated financial statements included in our Annual Report on Form 10-K for the year ended September 30, 2021, which is incorporated by reference herein. The consolidated statements of operations and comprehensive loss data for the three months ended December 31, 2021 and 2020, and the consolidated balance sheet data as of December 31, 2021 have been derived from, and should be read together with, our unaudited consolidated financial statements included in our Quarterly Report on Form 10-Q for the quarter ended December 31, 2021, which is incorporated by reference herein. Our historical results are not necessarily indicative of the results that may be expected in the future. The following summary consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our consolidated financial statements included in our Annual Report on Form 10-K for the year ended September 30, 2021 and our Quarterly Report on Form 10-Q for the quarter ended December 31, 2021, incorporated by reference in this prospectus supplement and the accompanying prospectus.

| (in thousands, except per share data) | 2019 | 2020 | 2021 | Three months ended December 31, 2020 | Three months ended December 31, 2021 |
|---|---|---|---|---|---|
| **Consolidated statements of operations and comprehensive loss data:** | | | | | |
| Revenues | $ 54,385 | $ 90,100 | $ 132,333 | $ 28,161 | $ 42,018 |
| Operating expenses: | | | | | |
| Cost of revenues | 47,426 | 61,406 | 80,620 | 18,162 | 27,056 |
| Research and development | 35,683 | 43,006 | 69,072 | 14,000 | 22,630 |
| Selling, general and administrative | 80,126 | 103,267 | 135,901 | 28,792 | 51,098 |
| Change in fair value of acquisition consideration | - | - | (534) | - | (2,826) |
| Litigation settlement | - | 22,500 | - | - | - |
| Total operating expenses | $ 163,235 | $ 230,179 | $ 285,059 | 60,954 | 97,958 |
| Loss from operations | $(108,850) | $(140,079) | $(152,726) | (32,793) | (55,940) |
| Interest income | 3,032 | 1,499 | 435 | 134 | 154 |
| Interest expense | (1,294) | (787) | (367) | (118) | (26) |
| Other income (expense), net | (265) | (182) | (1,370) | (77) | (156) |
| Loss before income taxes | $(107,377) | $(139,549) | (154,028) | (32,854) | (55,968) |
| Benefit from (provision for) income taxes | (292) | (382) | 1,930 | (46) | 10,405 |
| Net loss attributable to common stockholders | $(107,669) | $(139,931) | $(152,098) | (32,900) | (45,563) |
| Other comprehensive loss: | | | | | |
| Change in unrealized gain (loss) on investments | 49 | (34) | (14) | (8) | 277 |
| Foreign currency translation adjustment | 45 | (60) | 473 | 63 | (94) |
| Comprehensive loss | $(107,575) | $(140,025) | $(151,639) | $ (32,845) | $ (45,380) |
| Net loss per share attributable to common stockholders - basic and diluted(1) | $ (3.92) | $ (3.57) | $ (3.15) | $ (0.72) | $ (0.91) |
| Weighted average shares used in computing net loss per share attributable to common stockholders - basic and diluted(1) | 27,462 | 39,190 | 48,251 | 46,000 | 49,912 |

(1) See Notes 2 and 13 of the notes to our audited annual consolidated financial statements included in our annual report on Form 10-K for the year ended September 30, 2021 incorporated by reference herein in this prospectus supplement for a description of the method used to compute basic and diluted net loss per share attributable to common stockholders.

S-6

TABLE OF CONTENTS

| (In thousands) (unaudited) | As of September 30, 2021 | | As of December 31, 2021 | |
|---|---|---|---|---|
| **Consolidated balance sheet data:** | | | | |
| Cash, cash equivalents, and short-term investments | $ | 477,863 | $ | 301,859 |
| Working capital | | 483,443 | | 304,973 |
| Total assets | | 702,097 | | 786,167 |
| Total liabilities | | 121,276 | | 159,989 |
| Additional paid-in capital | | 1,190,828 | | 1,281,931 |
| Accumulated deficit | | (610,553) | | (656,116) |
| Total stockholders' equity | | 580,821 | | 626,178 |

# Risk factors

*Investing in our common stock involves risk. Before deciding whether to invest in our common stock, you should consider carefully the risks and uncertainties described below. You should also consider the risks, uncertainties and assumptions discussed under the heading "Risk factors" included in our quarterly report on Form 10-Q for the quarter ended December 31, 2021, which is on file with the SEC and is incorporated herein by reference, and which may be amended, supplemented or superseded from time to time by other reports we file with the SEC in the future. There may be other unknown or unpredictable economic, business, competitive, regulatory or other factors that could have material adverse effects on our future results. If any of these risks actually occurs, our business, business prospects, financial condition or results of operations could be seriously harmed. This could cause the trading price of our common stock to decline, resulting in a loss of all or part of your investment. Please also read carefully the section below titled "Cautionary statement regarding forward-looking statements."*

## Risks related to COVID-19 pandemic

### *We are subject to risks associated with COVID-19.*

Our global operations expose us to risks associated with COVID-19 that has spread globally. In the past year, the continued spread of COVID-19 has led to disruption to business and economic activity and related uncertainty and volatility in the global capital markets, which increases the cost of, and adversely impacts access to, capital and increases economic uncertainty. The COVID-19 pandemic has caused an economic slowdown and will likely continue to impact business and economic activity globally. While our financial results for the fiscal year 2021 and three months ended December 31, 2021 have not been significantly affected by the COVID-19 outbreak, impacts from COVID-19 may, in the future, adversely affect our operations, supply chains, distribution systems and customer demand, including as a result of impacts associated with preventive and precautionary measures that we, other businesses and governments are taking or may take in the future. Due to the health risks caused by the COVID-19 pandemic to employees who operate and monitor our internal controls and due to the previous requirement and potential future requirements that a large number of employees work remotely, the COVID-19 pandemic impact on staffing could cause challenges for the effective operation of our internal controls. The unanticipated loss or unavailability of key employees due to the COVID-19 outbreak could harm our ability to operate or execute our business strategy. We may not be successful in finding and integrating suitable successors in the event of key employee loss or unavailability. The effectiveness of our sales teams may be negatively impacted by the lack of travel and their reduced ability to engage with decision-makers. Our NGS business may be negatively impacted by the sequencing capacity dedicated to COVID-19 related orders. Our shipments may be subject to higher freight costs. Our customers may delay payments for shipments received. A significant portion (approximately 19%) of our business is in the academic markets and the demand for our products in this customer segment have been affected by a reduction in their research grants and may continue to be so affected in the future. Supply chain disruptions may result in the lack of raw materials, delay in the release of new products or compressed margins due to an increase in material costs. Due to these impacts and measures, we may experience significant and unpredictable reductions in demand for our products and our customers may postpone or cancel their existing orders. Due to the COVID-19 pandemic, we and many other employers in the United States and Europe have required all employees whose duties can be performed remotely, to work from home and not to go into our offices. This increase in employee telecommuting activity could increase the risk of a security breach of our information technology systems. If the COVID-19 pandemic continues and business and economic conditions persist or worsen, we may experience a decline in sales activities and customer orders or cancelations of existing orders, and it remains uncertain what impact these declines will have on future sales and customer orders once conditions begin to improve. In addition to existing travel restrictions, some countries have closed their borders to U.S. travelers and may continue to impose or further expand travel restrictions and impose or resume prolonged quarantines, which would significantly impact our ability to support our business operations and customers in those locations and the ability of our employees to access their places of work to produce products, or significantly hamper our products from moving through the supply chain. For example, we may face a shortage of dry ice and other materials which are essential to delivering our products to our customers due to the increased demand

TABLE OF CONTENTS

for such products due to the COVID-19 vaccination distribution, COVID-19 testing and COVID-19 antibody development. As a result, given the evolving nature of the business and economic conditions in response to the virus, and the uncertainty as to how quickly and effectively mitigation measures, such as vaccines, will be widely available and adopted by the public, the COVID-19 pandemic may negatively affect our revenue growth, and it is uncertain how materially COVID-19 will affect our global operations if these impacts persist or worsen over an extended period of time. Any of these impacts would have an adverse effect on our business, financial condition and results of operations, and at this point, the extent of the impact of COVID-19 remains uncertain. In addition, our ability to raise capital in the future may also be negatively affected.

## Risks related to our common stock and this offering

***Our share price may be volatile, and you may be unable to sell your shares at or above the offering price.***

The market price of our common stock is likely to be volatile and could be subject to wide fluctuations in response to many risk factors listed in this section, and others beyond our control, including:

• actual or anticipated fluctuations in our financial condition and operating results, including fluctuations in our quarterly and annual results;

• announcements of technological innovations by us or our competitors;

• overall conditions in our industry and the markets in which we operate;

• addition or loss of significant customers, or other developments with respect to significant customers;

• changes in laws or regulations applicable to our products;

• actual or anticipated changes in our growth rate relative to our competitors;

• announcements by us or our competitors of significant acquisitions, strategic partnerships, joint ventures or capital commitments;

• additions or departures of key personnel;

• competition from existing products or new products that may emerge;

• issuance of new or updated research or reports by securities analysts;

• fluctuations in the valuation of companies perceived by investors to be comparable to us;

• disputes or other developments related to proprietary rights, including patents, litigation matters, and our ability to obtain intellectual property protection for our technologies;

• announcement or expectation of additional financing efforts;

• sales of our common stock by us or our stockholders;

• share price and volume fluctuations attributable to inconsistent trading volume levels of our shares;

• the expiration of contractual lock-up agreements with our executive officers, directors and stockholders;

• the severity and duration of the COVID-19 pandemic, as well as its impact on our operations and the economy as whole; and

• general economic and market conditions.

Furthermore, the stock markets have experienced price and volume fluctuations that have affected and continue to affect the market prices of equity securities of many companies. These fluctuations often have been unrelated or disproportionate to the operating performance of those companies. These broad market and industry fluctuations, as well as general economic, political and market conditions such as recessions, interest rate changes or international currency fluctuations, may negatively impact the market price of our common stock. If the market price of our common stock after this offering does not exceed the public offering price, you may not

TABLE OF CONTENTS

realize any return on your investment in us and may lose some or all of your investment. In the past, companies that have experienced volatility in the market price of their stock have been subject to securities class action litigation. We may be the target of this type of litigation in the future. Securities litigation against us could result in substantial costs and divert our management's attention from other business concerns, which could seriously harm our business.

***Purchasers of shares of our common stock in this offering will experience immediate and substantial dilution in the book value of their investment.***

If you purchase shares of our common stock in this offering, you will incur immediate and substantial dilution in the as adjusted net tangible book value of your stock because the price that you pay will be substantially greater than the net tangible book value per share of the shares you acquire. To the extent we raise additional capital by issuing equity securities, our stockholders will experience substantial additional dilution. For a further description of the dilution that you will experience immediately after this offering, see the section of this prospectus supplement titled "Dilution."

***We have broad discretion in the use of the net proceeds from this offering and our existing cash and may not use them effectively.***

Our management will have broad discretion in the application of the net proceeds from this offering, including for any of the purposes described in the section titled "Use of proceeds," as well as our existing cash and cash equivalents, and you will be relying on the judgment of our management regarding such application. You will not have the opportunity, as part of your investment decision, to assess whether the net proceeds are being used appropriately. Because of the number and variability of factors that will determine our use of the net proceeds from this offering, their ultimate use may vary substantially from their currently intended use. Our management might not apply the net proceeds or our existing cash in ways that ultimately increase the value of your investment. If we do not invest or apply the net proceeds from this offering or our existing cash and cash equivalents in ways that enhance stockholder value, we may fail to achieve expected business and financial results, which could cause our stock price to decline. We may also use a portion of the net proceeds to in-license, acquire or invest in complementary businesses or products. However, we currently have no agreements or commitments to complete any such transaction. Pending their use, we may invest the net proceeds from this offering in short-term, investment-grade, interest-bearing securities. These investments may not yield a favorable return to our stockholders.

***Future sales of our common stock in the public market, or the perception that such sales could occur, could cause our stock price to fall.***

The sale of a substantial number of shares of our common stock or other equity-related securities in the public markets, or the perception that such sales could occur, could depress the market price of our common stock and impair our ability to raise capital through the sale of additional equity securities. We may sell large quantities of our common stock at any time pursuant to this prospectus supplement or in one or more separate offerings. We cannot predict the effect that future sales of common stock or other equity-related securities would have on the market price of our common stock.

***The estimates of market opportunity and forecasts of market growth included in this prospectus supplement may prove to be inaccurate, and even if the market in which we compete achieves the forecasted growth, our business could fail to grow at similar rates, if at all.***

Market opportunity estimates and growth forecasts are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate. For example, several of the reports rely on discussions with industry thought leaders, employ projections of future applications of synthetic biology and next generation sequencing technology in major end-user market segments and by technology type, and incorporate data from secondary sources such as company websites as well as industry, trade and government publications. The estimates and forecasts in this prospectus supplement relating to the size and expected growth of our market may prove to be inaccurate. Even if the market in which we compete meets the size estimates and growth forecasted in this prospectus supplement, our business could fail to grow at the rate we anticipate, if at all.

TABLE OF CONTENTS

# Cautionary statement regarding forward-looking statements

This prospectus supplement and the accompanying prospectus, including the documents that we incorporate by reference, contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, or the Exchange Act. These statements relate to, among other matters, the risks and uncertainties of the duration, extent and impact of the COVID-19 pandemic, including any reductions in demand for our products (or deferred or canceled orders) globally or in certain regions; the ability to attract new customers and retain and grow sales from existing customers; risks and uncertainties of rapidly changing technologies and extensive competition in synthetic biology could make the products Twist Bioscience is developing obsolete or non-competitive; the retention of employees of acquired companies and the ability of Twist Bioscience to successfully integrate acquired companies and to achieve expected benefits; supply chain and other disruptions caused by the COVID-19 pandemic or otherwise; risks of third party claims alleging infringement of patents and proprietary rights or seeking to invalidate Twist Bioscience's patents or proprietary rights; and the risk that Twist Bioscience's proprietary rights may be insufficient to protect its technologies. Forward-looking statements are also identified by the words "believe," "will," "may," "estimate," "continue," "anticipate," "intend," "should," "plan," "expect," "predict," "could," "potentially" and variations of such words and similar expressions. You should not rely upon forward-looking statements as predictions of future events. Such statements are based on management's expectations as of the date of this filing and involve many risks and uncertainties that could cause our actual results, events or circumstances to differ materially from those expressed or implied in our forward-looking statements. Such risks and uncertainties include:

• our ability to increase our revenue and our revenue growth rate;

• our ability to accurately estimate capital requirements and our needs for additional financing;

• our estimates of the size of our market opportunities;

• our ability to increase DNA production, reduce turnaround times and drive cost reductions for our customers;

• our ability to effectively manage our growth;

• our ability to successfully enter new markets and manage our international expansion;

• our ability to protect our intellectual property, including our proprietary DNA synthesis platform;

• costs associated with defending intellectual property infringement and other claims;

• the effects of increased competition in our business;

• our ability to keep pace with changes in technology and our competitors;

• our ability to successfully identify, evaluate and manage any future acquisitions of businesses, solutions or technologies;

• the success of our marketing efforts;

• a significant disruption in, or breach in security of, our information technology systems and resultant interruptions in service and any related impact on our reputation;

• our ability to attract and retain qualified employees and key personnel;

• the effects of natural or man-made catastrophic events, including those resulting from the COVID-19 pandemic;

• the effectiveness of our internal controls;

• changes in government regulation affecting our business;

• uncertainty as to economic and market conditions and the impact of adverse economic conditions; and

• other risk factors included under the section titled "Risk Factors", in this prospectus supplement and in our quarterly report on Form 10-Q for the quarter ended December 31, 2021 and our subsequent filings with the SEC.

TABLE OF CONTENTS

Such forward-looking statements are based on management's expectations and involve many risks and uncertainties that could cause our actual results, events or circumstances to differ materially from those expressed or implied in our forward-looking statements. Given these risks and uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements. Readers are urged to carefully review and consider all of the information in this prospectus supplement, including the documents incorporated by reference herein, the accompanying prospectus, including the documents incorporated by reference therein, and any free writing prospectus that we have authorized for use in connection with this offering. We undertake no obligation to update any forward-looking statements made in this prospectus supplement to reflect events or circumstances after the date of this prospectus supplement or to reflect new information or the occurrence of unanticipated events, except as required by law. We may not actually achieve the plans, intentions or expectations disclosed in our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures or investments we may make.

S-12

TABLE OF CONTENTS

## Use of proceeds

We estimate that the net proceeds from the sale of the shares of common stock that we are selling in this offering, after deducting the underwriting discounts and commissions and estimated offering expenses payable by us, will be approximately $234.2 million, or approximately $269.4 million if the underwriters exercise in full their option to purchase additional shares of common stock.

We intend to use our existing cash, cash equivalents and short-term investments together with the net proceeds from this offering to scale our investment in our research and development organization, which includes investing in pharmaceutical biologics drug discovery and in DNA data storage, to increase our investment in our commercial organization to support the growth of our NGS, synbio, pharmaceutical biologics drug discovery programs and our global expansion, to scale our NGS operations and to expand our capacity, and for the remainder to fund working capital and general corporate purposes. We may also use a portion of the net proceeds to in-license, acquire or invest in complementary businesses or products. However, we currently have no agreements or commitments to complete any such transaction.

This expected use of the net proceeds from this offering represents our intentions based upon our current plans and business conditions, which could change in the future as our plans and business conditions evolve, including as a result of the impact of the COVID-19 pandemic on our financial results and operations and its impact on our ability to access capital on favorable terms or at all. As of the date of this prospectus supplement, we cannot predict with certainty all of the particular uses for the proceeds to be received upon the completion of this offering or the actual amounts that we will spend on the uses set forth above. As a result, our management will retain broad discretion over the allocation of the net proceeds from this offering.

Pending the application of the net proceeds as set forth above, we intend to invest the net proceeds in short-term, interest-bearing, investment-grade securities.

TABLE OF CONTENTS

# Capitalization

The following table sets forth our cash, cash equivalents and short-term investments and capitalization as of December 31, 2021 on:

• an actual basis; and

• an as adjusted basis, giving effect to the sale and issuance of shares of our common stock in this offering after deducting underwriting discounts and commissions and estimated offering expenses payable by us.

You should read this table along with our consolidated financial statements and related notes and the other financial information incorporated by reference into this prospectus supplement or the accompanying prospectus.

| (In thousands, except share and per share data) | As of December 31, 2021 | |
| --- | --- | --- |
| | Actual | As adjusted |
| Cash, cash equivalents and short-term investments | $ 301,859 | $ 536,039 |
| Long-term debt, net of current portion | $ - | $ - |
| Stockholders' equity: | | |
| Preferred stock, $0.00001 par value - 10,000,000 shares authorized; no shares issued or outstanding | - | - |
| Common stock, $0.00001 par value - 100,000,000 shares authorized, 50,734,544 shares issued and outstanding, actual; 100,000,000 shares authorized, 55,279,998 shares issued and outstanding, as adjusted | - | - |
| Additional paid-in capital | 1,281,931 | 1,516,111 |
| Accumulated other comprehensive income | 363 | 363 |
| Accumulated deficit | (656,116) | (656,116) |
| Total stockholders' equity | 626,178 | 860,358 |
| Total capitalization | $ 626,178 | $ 860,358 |

Except as otherwise indicated, all information in this prospectus supplement is based upon 50,734,544 shares of our common stock (including 1,493 unvested shares of restricted common stock subject to our repurchase right) outstanding as of December 31, 2021, and excludes:

• 2,939,462 shares of our common stock issuable upon exercise of stock options outstanding as of December 31, 2021 having a weighted-average exercise price of $27.78 per share;

• 1,605,345 shares of our common stock issuable upon the settlement of outstanding restricted stock units as of December 31, 2021;

• 1,690,739 shares of common stock reserved for future grant or issuance under our 2018 Equity Incentive Plan, or the 2018 Plan; and

• 604,552 shares of common stock reserved for future grant or issuance under our 2018 Employee Stock Purchase Plan, or the 2018 ESPP.

TABLE OF CONTENTS

# Dilution

If you invest in our common stock in this offering, your ownership interest will be diluted to the extent of the difference between the public offering price per share of our common stock and the as-adjusted net tangible book value per share of our common stock immediately after this offering. We calculate net tangible book value per share by dividing the net tangible book value (our tangible assets less our total liabilities) by the number of outstanding shares of our common stock.

The historical net tangible book value of our common stock as of December 31, 2021 was $478 million, or $9.42 per share, based on 50,734,544 shares of common stock outstanding as of December 31, 2021.

After giving effect to the sale of shares of our common stock in this offering at the public offering price of $55.00 per share, and after deducting underwriting discounts and commissions and estimated offering expenses, our as-adjusted net tangible book value as of December 31, 2021 would have been $712 million, or $12.88 per share. This represents an immediate increase in net tangible book value of $3.46 per share to existing stockholders and an immediate dilution in net tangible book value of $42.12 per share to new investors purchasing shares of our common stock in this offering.

The following table illustrates the dilution:

| | | |
|---|---|---|
| Public offering price per share | | $ 55.00 |
| Historical net tangible book value per share as of December 31, 2021 | $9.42 | |
| Increase in net tangible book value per share attributable to this offering | 3.46 | |
| As-adjusted net tangible book value per share after giving effect to this offering | | 12.88 |
| Dilution per share to new investors participating in this offering | | $ 42.12 |

If the underwriters exercise their option to purchase 681,818 additional shares of our common stock in full at the public offering price of $55.00 per share, and after deducting underwriting discounts and commissions and estimated offering expenses payable by us, the as-adjusted net tangible book value would be approximately $13.36 per share, representing an immediate increase in net tangible book value of approximately $3.94 per share to existing stockholders and an immediate dilution in net tangible book value of $41.64 per share to new investors purchasing shares of our common stock in this offering.

The foregoing calculations exclude the following shares as of December 31, 2021:

• 2,939,462 shares of our common stock issuable upon exercise of stock options outstanding as of December 31, 2021 having a weighted-average exercise price of $27.78 per share;

• 1,605,345 shares of our common stock issuable upon the settlement of outstanding restricted stock units as of December 31, 2021;

• 1,690,739 shares of common stock reserved for future grant or issuance under our 2018 Equity Incentive Plan, or the 2018 Plan; and

• 604,552 shares of common stock reserved for future grant or issuance under our 2018 Employee Stock Purchase Plan, or the 2018 ESPP.

To the extent that any options are exercised, new options are issued or we otherwise issue additional shares of common stock in the future at a price less than the public offering price, there may be further dilution to purchasers of our common stock in this offering.

TABLE OF CONTENTS

# Legal matters

The validity of the issuance of our common stock offered in this prospectus supplement and the accompanying prospectus will be passed upon for us by Orrick, Herrington & Sutcliffe LLP, San Francisco, California. Latham & Watkins LLP, Menlo Park, California, is acting as counsel for the underwriters in connection with this offering.

# Experts

The financial statements incorporated in this Prospectus by reference to the Annual Report on Form 10-K for the year ended September 30, 2021 have been so incorporated in reliance on the report (which contains an adverse opinion on the effectiveness of internal control over financial reporting) of PricewaterhouseCoopers LLP, an independent registered public accounting firm, given on the authority of said firm as experts in auditing and accounting.

# Where you can find more information; incorporation by reference

## Available information

We filed with the SEC a registration statement on Form S-3 under the Securities Act with respect to the shares of common stock offered hereby. This prospectus supplement and the accompanying prospectus, which constitutes a part of the registration statement, does not contain all of the information set forth in the registration statement or the exhibits filed with the registration statement. For further information about us and the common stock offered hereby, we refer you to the registration statement and the exhibits filed with the registration statement. Statements contained in this prospectus supplement and the accompanying prospectus regarding the contents of any contract or any other document that is filed as an exhibit to the registration statement are not necessarily complete, and each such statement is qualified in all respects by reference to the full text of such contract or other document filed as an exhibit to the registration statement.

We are subject to the information and reporting requirements of the Exchange Act and, in accordance with this law, are required to file periodic reports, proxy statements and other information with the SEC. We file annual, quarterly and current reports, proxy statements and other information with the SEC. Our SEC filings are available to the public at the SEC's website at http://www.sec.gov.

## Incorporation by reference

The SEC allows us to "incorporate by reference" information that we file with them. Incorporation by reference allows us to disclose important information to you by referring you to those other documents. The information incorporated by reference is an important part of this prospectus supplement and the accompanying prospectus, and information that we file later with the SEC will automatically update and supersede this information. We filed a registration statement on Form S-3 under the Securities Act with the SEC with respect to the securities being offered pursuant to this prospectus supplement and the accompanying prospectus. This prospectus supplement and the accompanying prospectus omit certain information contained in the registration statement, as permitted by the SEC. You should refer to the registration statement, including the exhibits, for further information about us and the securities being offered pursuant to this prospectus supplement and the accompanying prospectus. Statements in this prospectus supplement and the accompanying prospectus regarding the provisions of certain documents filed with, or incorporated by reference in, the registration statement are not necessarily complete and each statement is qualified in all respects by that reference. The documents we are incorporating by reference are (other than those documents or the portions of those documents not deemed to be filed):

• Our Annual Report on Form 10-K for the year ended September 30, 2021, as filed with the SEC on November 23, 2021;

• Our Quarterly Report on Form 10-Q for the quarter ended December 31, 2021, as filed with the SEC on February 9, 2022;

TABLE OF CONTENTS

- Our Current Reports on Form 8-K and Form 8-K/A, as applicable, filed with the SEC on November 22, 2021,  November 23, 2021 and December 2, 2021;

- The information in Part III of our Annual Report on Form 10-K for the fiscal year ended September 30, 2021 (other than information furnished rather than filed), as incorporated by referenced to our Proxy Statement, filed with the SEC on January 4, 2022;

- The description of our common stock contained in our registration statement on Form 8-A, which was filed with the SEC on October 25, 2018, including any amendment or report filed for the purpose of updating such description; and

- All documents filed by Twist Bioscience Corporation under Sections 13(a), 13(c), 14 or 15(d) of the Exchange Act, that are filed (excluding, however, information we furnish to the SEC) by us after the date of the prospectus and prior to the termination of this offering.

Any statement contained in this prospectus supplement and the accompanying prospectus, or in a document all or a portion of which is incorporated by reference, shall be modified or superseded for purposes of this prospectus supplement to the extent that a statement contained in this prospectus supplement and the accompanying prospectus, any applicable prospectus supplement and any related free writing prospectus or any document incorporated by reference modifies or supersedes such statement. Any such statement so modified or superseded shall not, except as so modified or superseded, constitute a part of this prospectus supplement and the accompanying prospectus.

Upon request, we will provide, without charge, to each person, including any beneficial owner, to whom a copy of this prospectus supplement and the accompanying prospectus is delivered a copy of the documents incorporated by reference into this prospectus supplement. You may request a copy of these filings, and any exhibits we have specifically incorporated by reference as an exhibit in this prospectus supplement and the accompanying prospectus, at no cost by writing or telephoning us at the following:

Twist Bioscience Corporation
681 Gateway Blvd.
South San Francisco, CA 94080
Telephone: (800) 719-0671

You may also access these documents, free of charge on the SEC's website at www.sec.gov or on the "Investors" page of our website at www.twistbioscience.com. Information contained on our website is not incorporated by reference into this prospectus supplement and the accompanying prospectus, and you should not consider any information on, or that can be accessed from, our website as part of this prospectus supplement or the accompanying prospectus.

This prospectus supplement and the accompanying prospectus is part of a registration statement we filed with the SEC. We have incorporated exhibits into this registration statement. You should read the exhibits carefully for provisions that may be important to you.

We have not authorized anyone to provide you with information other than what is incorporated by reference or provided in this prospectus supplement and the accompanying prospectus. We are not making an offer of these securities in any state where such offer is not permitted. You should not assume that the information in this prospectus supplement and the accompanying prospectus or in the documents incorporated by reference is accurate as of any date other than the date on the front of this prospectus supplement and the accompanying prospectus or those documents.

S-32

TABLE OF CONTENTS

**PROSPECTUS**



# Twist Bioscience Corporation

**Common Stock**
**Preferred Stock**
**Debt Securities**
**Warrants**
**Units**

From time to time, we may offer and sell any combination of the securities described in this prospectus in one or more offerings. The securities we may offer may be convertible into or exercisable or exchangeable for other securities. We may offer the securities separately or together, in separate classes, series and in amounts, at prices and on terms that will be determined at the time the securities are offered.

In addition, from time to time, the selling securityholders to be named in a prospectus supplement may offer our securities. We will not receive any of the proceeds from the sale of securities by the selling securityholders.

This prospectus describes some of the general terms that may apply to these securities. Each time securities are sold, the specific terms and amounts of the securities being offered, and any other information relating to the specific offering and, if applicable, the selling securityholders, will be set forth in a supplement to this prospectus. We may also authorize one or more free writing prospectuses to be provided to you in connection with these offerings. The prospectus supplement and any related free writing prospectus may also add, update or change information contained in this prospectus. You should carefully read this prospectus, the applicable prospectus supplement and any related free writing prospectus, as well as any documents incorporated by reference, before you invest in any of the securities being offered. This prospectus may not be used to sell our securities unless accompanied by a prospectus supplement.

Our common stock is traded on the Nasdaq Global Select Market under the symbol "TWST". The applicable prospectus supplement will contain information, where applicable, as to any other listing, if any, of the securities covered by the applicable prospectus supplement.

We or any selling securityholders may offer and sell our securities to or through one or more underwriters, dealers and agents, or directly to purchasers, on a continuous or delayed basis. The names of any underwriters, dealers or agents and the terms of the arrangements with such entities will be stated in the accompanying prospectus supplement. See the sections of this prospectus entitled "About this Prospectus" and "Plan of Distribution" for more information.

**Investing in our securities involves a high degree of risk. You should review carefully the risks and uncertainties referenced under the heading "Risk Factors" on page 3 of this prospectus as well as those contained in the applicable prospectus supplement and any related free writing prospectus, and in the other documents that are incorporated by reference into this prospectus or the applicable prospectus supplement.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

**The date of this prospectus is June 3, 2020.**

TABLE OF CONTENTS

We are responsible for the information contained and incorporated by reference in this prospectus, in any accompanying prospectus supplement, and in any related free writing prospectus we prepare or authorize. We have not authorized anyone to give you any other information, and we take no responsibility for any other information that others may give you. If you are in a jurisdiction where offers to sell, or solicitations of offers to purchase, the securities offered by this documentation are unlawful, or if you are a person to whom it is unlawful to direct these types of activities, then the offer presented in this document does not extend to you. The information contained in this document speaks only as of the date of this document, unless the information specifically indicates that another date applies. Neither the delivery of this prospectus or any accompanying prospectus supplement, nor any sale of securities made under these documents, will, under any circumstances, create any implication that there has been no change in our affairs since the date of this prospectus, any accompanying prospectus supplement or any free writing prospectus we may provide you in connection with an offering or that the information contained or incorporated by reference is correct as of any time subsequent to the date of such information. You should assume that the information in this prospectus or any accompanying prospectus supplement, as well as the information incorporated by reference in this prospectus or any accompanying prospectus supplement, is accurate only as of the date of the documents containing the information, unless the information specifically indicates that another date applies. Our business, financial condition, results of operations and prospects may have changed since those dates.

TABLE OF CONTENTS

## ABOUT THIS PROSPECTUS

This prospectus is part of a registration statement we filed with the Securities and Exchange Commission (SEC), as a "well-known seasoned issuer" as defined in Rule 405 under the Securities Act of 1933, as amended (the Securities Act), using a "shelf" registration process. Under this process, we and/or the selling securityholders to be named in a prospectus supplement may sell any combination of the securities described in this prospectus from time to time in one or more offerings. Before purchasing any securities, you should read this prospectus and any applicable prospectus supplement together with the additional information described under the heading "Where You Can Find Additional Information" and "Incorporation of Certain Information by Reference."

This prospectus only provides you with a general description of the securities we may offer. Each time we or the selling securityholders sell a type or series of securities under this prospectus, we or the selling securityholders, as the case may be, will provide a prospectus supplement that will contain more specific information about the terms of the offering, including the specific amounts, prices and terms of the securities offered, and, if applicable, the selling securityholders. We may also authorize one or more free writing prospectuses to be provided to you that may contain material information relating to these offerings. This prospectus may not be used to sell our securities unless accompanied by a prospectus supplement. Each such prospectus supplement and any free writing prospectus that we may authorize to be provided to you may also add, update or change information contained in this prospectus or in documents incorporated by reference into this prospectus. If this prospectus is inconsistent with the prospectus supplement, you should rely upon the prospectus supplement.

This prospectus contains summaries of certain provisions contained in some of the documents described herein, but reference is made to the actual documents for complete information. All of the summaries are qualified in their entirety by the actual documents. Copies of some of the documents referred to herein have been filed, will be filed or will be incorporated by reference as exhibits to the registration statement of which this prospectus is a part, and you may obtain copies of those documents as described below under the heading "Where You Can Find Additional Information."

This prospectus incorporates by reference, and any prospectus supplement or free writing prospectus may contain and incorporate by reference, market data and industry statistics and forecasts that are based on independent industry publications and other publicly available information. Although we believe these sources are reliable, we do not guarantee the accuracy or completeness of this information and we have not independently verified this information. In addition, the market and industry data and forecasts that may be included or incorporated by reference in this prospectus, any prospectus supplement or any applicable free writing prospectus may involve estimates, assumptions and other risks and uncertainties and are subject to change based on various factors, including those discussed under the heading "Risk Factors" contained in this prospectus, the applicable prospectus supplement and any applicable free writing prospectus, and under similar headings in other documents that are incorporated by reference into this prospectus. Accordingly, investors should not place undue reliance on this information.

Unless otherwise mentioned or unless the context requires otherwise, throughout this prospectus, any applicable prospectus supplement and any related free writing prospectus, the words "Twist", "we", "us", "our", the "company" or similar references refer to Twist Bioscience Corporation and its subsidiaries; and the term "securities" refers collectively to our common stock, preferred stock, warrants, debt securities, or any combination of the foregoing securities.

We own various U.S. federal trademark registrations and applications and unregistered trademarks, including our corporate logo. This prospectus and the information incorporated herein by reference contains references to trademarks, service marks and trade names owned by us or other companies. Solely for convenience, trademarks, service marks and trade names referred to in this prospectus and the information incorporated herein, including logos, artwork, and other visual displays, may appear without the ® or TM symbols, but such references are not intended to indicate, in any way, that we will not assert, to the fullest extent under applicable law, our rights or the rights of the applicable licensor to these trademarks, service marks and trade names. We do not intend our use or display of other companies' trade names, service marks or trademarks to imply a relationship with, or endorsement or sponsorship of us by, any other companies. All trademarks, service marks and trade names included or incorporated by reference into this prospectus, any applicable prospectus supplement or any related free writing prospectus are the property of their respective owners.

1

TABLE OF CONTENTS

**RISK FACTORS**

Investing in our securities involves a high degree of risk. Before making a decision to invest in our securities, you should carefully consider the risks described under the heading "Risk Factors" in the applicable prospectus supplement and any related free writing prospectus, and discussed under "Part I, Item 1A. Risk Factors" contained in our most recent annual report on Form 10-K and in "Part II, Item 1A. Risk Factors" in our most recent quarterly report on Form 10-Q filed subsequent to such Form 10-K, as well as any amendments thereto, which are incorporated by reference into this prospectus and the applicable prospectus supplement in their entirety, together with other information in this prospectus and the applicable prospectus supplement, the documents incorporated by reference herein and therein, and any free writing prospectus that we may authorize for use in connection with a specific offering. See "Where You Can Find Additional Information."

TABLE OF CONTENTS

**CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS**

This prospectus, any prospectus supplement and any related free writing prospectus, including the information incorporated by reference herein and therein, contain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, or the Exchange Act. Any statements about our expectations, beliefs, plans, objectives, assumptions or future events or performance are not historical facts and may be forward-looking. These statements are often, but are not always, made through the use of words or phrases such as "anticipate," "believe," "contemplate," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "target," "will," "would," or the negative of these words or other comparable terminology. Accordingly, these statements involve estimates, assumptions and uncertainties which could cause actual results to differ materially from those expressed in them.

Given these uncertainties, you should not place undue reliance on these forward-looking statements as actual events or results may differ materially from those projected in the forward-looking statements due to various factors, including, but not limited to, those set forth under the heading "Risk Factors" in any applicable prospectus supplement, the documents incorporated by reference therein or any free writing prospectus that we authorized. Our actual future results may be materially different from what we expect. We qualify all of the forward-looking statements contained in this prospectus, in the documents incorporated by reference herein and in any prospectus supplement by these cautionary statements. These forward-looking statements speak only as of the date on which the statements were made and are not guarantees of future performance. Although we undertake no obligation to revise or update any forward-looking statements, whether as a result of new information, future events or otherwise, you are advised to review any additional disclosures we make in the documents we subsequently file with the SEC that are incorporated by reference in this prospectus and any prospectus supplement. See "Where You Can Find Additional Information."

TABLE OF CONTENTS

**LEGAL MATTERS**

Unless the applicable prospectus supplement indicates otherwise, the validity of the securities being offered by this prospectus will be passed upon by Orrick, Herrington & Sutcliffe LLP, San Francisco, California. Additional legal matters may be passed upon for us or any underwriters, dealers or agents by counsel that we will name in the applicable prospectus supplement.

**EXPERTS**

The financial statements incorporated in this Prospectus by reference to the Annual Report on Form 10-K for the year ended September 30, 2019, have been so incorporated in reliance on the report of PricewaterhouseCoopers LLP, an independent registered public accounting firm, given on the authority of said firm as experts in auditing and accounting.

**WHERE YOU CAN FIND ADDITIONAL INFORMATION**

We file annual, quarterly and current reports, proxy statements and other information with the SEC. Our SEC filings are available to the public at the SEC's website at www.sec.gov.

We have filed with the SEC a registration statement on Form S-3 relating to the securities covered by this prospectus. This prospectus is a part of the registration statement and does not contain all the information in the registration statement. Other documents establishing the terms of the offered securities are or may be filed as exhibits to the registration statement or documents incorporated by reference in the registration statement. Whenever a reference is made in this prospectus to a contract or other document of ours, the reference is only a summary and you should refer to the exhibits that are a part of the registration statement for a copy of the contract or other document. You may review a copy of the registration statement through the SEC's website, as provided above.

TABLE OF CONTENTS

**INCORPORATION OF CERTAIN INFORMATION BY REFERENCE**

The SEC allows us to "incorporate by reference" the information from other documents we file with the SEC, which means that we can disclose important information to you by referring you to those documents instead of having to repeat the information in this prospectus. The information incorporated by reference is considered to be part of this prospectus, and later information that we file with the SEC will automatically update and supersede this information. We incorporate by reference the documents listed below and any future filings we make with the SEC under Sections 13(a), 13(c), 14, or 15(d) of the Exchange Act on or after the date of this prospectus (other than, in each case, documents or information deemed to have been furnished and not filed in accordance with SEC rules) until the termination of the registration statement of which this prospectus is a part:

- Our Annual Report on Form 10-K for the year ended September 30, 2019, as filed with the SEC on December 13, 2019;

- Our Quarterly Reports on Form 10-Q for the quarters ended December 31, 2019, and March 31, 2020, filed on February 10, 2020, and May 13, 2020, respectively;

- Our Current Reports on Form 8-K filed with the SEC on October 25, 2019, October 29, 2019, December 18, 2019, January 8, 2020, January 13, 2020, January 27, 2020, February 6, 2020 (first report filed on such date under Items 1.01 and 9.01), February 7, 2020, and February 20, 2020 (in each case, except for information contained therein which is furnished rather than filed); and

- The description of our common stock contained in our registration statement on Form 8-A, which was filed with the SEC on October 25, 2018, including any amendment or report filed for the purpose of updating such description.

Any statement contained in this prospectus, or in a document all or a portion of which is incorporated by reference, shall be modified or superseded for purposes of this prospectus to the extent that a statement contained in this prospectus, any applicable prospectus supplement and any related free writing prospectus or any document incorporated by reference modifies or supersedes such statement. Any such statement so modified or superseded shall not, except as so modified or superseded, constitute a part of this prospectus.

Upon request, we will provide, without charge, to each person, including any beneficial owner, to whom a copy of this prospectus is delivered a copy of the documents incorporated by reference into this prospectus. You may request a copy of these filings, and any exhibits we have specifically incorporated by reference as an exhibit in this prospectus, at no cost by writing or telephoning us at the following:

Twist Bioscience Corporation
681 Gateway Blvd.
South San Francisco, CA 94080
Telephone: (844) 362-8978

You may also access these documents, free of charge on the SEC's website at www.sec.gov or on the "Investor Relations" page of our website at www.twistbioscience.com. Information contained on our website is not incorporated by reference into this prospectus, and you should not consider any information on, or that can be accessed from, our website as part of this prospectus or any accompanying prospectus supplement.