# EXHIBIT 17

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

FINAL

Bloomberg Transcript

# Q1 2019 Earnings Call

## Company Participants

- Emily Leproust, Chief Executive Officer, Co-Founder
- Jim Thorburn, Chief Financial Officer

## Other Participants

- Analyst
- Catherine Schulte, Analyst
- Doug Schenkel, Analyst

## Presentation

### Operator

Good day, ladies and gentlemen, and welcome to the Twist Bioscience Fiscal 2019 First Quarter Financial Results Conference Call. At this time, all participants are in a listen-only mode. Later we will conduct a question-and-answer session and instructions will follow at that time. (Operator Instructions) As a reminder, this conference call is being recorded.

I'd now like to introduce your host for today's conference Mr. Jim Thorburn, Chief Financial Officer. Sir, you may begin.

### Jim Thorburn  {BIO 1915133 <GO>}

Thanks, Jual. Good afternoon, everyone, and thank you for joining us today for Twist Bioscience conference call to review our fiscal 2019 first quarter financial results and business progress. Please review the press release we issued earlier today, which is available at our website, www.twistbioscience.com.

With me on today's call is Dr. Emily Leproust, CEO and Co-Founder of Twist. Emily will begin with a review of our progress. I will report on our financial and operational performance. Then Emily will discuss our upcoming milestones and directions. We will then open the call up for questions. As a reminder, this call is being recorded. The audio portion will be available on our investor website for the next two weeks.

During today's presentation, we will also make forward-looking statements within the meaning of the Federal Securities Laws. Forward-looking statements generally relate to future events or future financial or operating performance. Our expectations and beliefs regarding these matters may not materialize and actual results and financial periods are subject to risks and uncertainties that could cause actual results to differ materially from those projected.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

These risks include those set forth in the press release we issued earlier today as well as those more fully described in our filings with the SEC. The forward-looking statements in this presentation are based on information available to us as of the date here off and we disclaim any obligation to update any forward-looking statements except as required by law.

With that, I will now turn the call over to our Chief Executive and Co-Founder, Dr. Emily Leproust.

## Emily Leproust  {BIO 19051513 <GO>}

Thank you, Jim, and good afternoon, everyone. We remain focused on our vision to leverage our silicon platform to write DNA at an unprecedented scale, improving health and sustainability, with progress in all areas of our business.

In the first quarter of fiscal 2019, we reported revenues of $11.5 million for the quarter, an increase of 166% over the first quarter of fiscal 2018 and 37% over last quarter. Jim will provide specific financial details shortly, but I'd like to highlight a couple of important trends we are seeing in our revenue growth.

Beginning with SynBio, which is approximately 71,000 genes during the quarter compared to 45,000 genes in the same period last year, an increase of 60%. This is a slight increase in the number of genes over last quarter. However, we see an increase in the average length of genes shift and, as you know, longer genes bring in more revenue.

In addition, we can see that our e-commerce ordering system is enabling us to capture the long tail of the market in SynBio, it's excluding Ginko. In cooperation to the first quarter of 2018, our average order size for the first quarter of 2019 was 45% lower, as we are reaching customers with smaller orders.

However, in the same period, we received 3.5 times more, so overall non-Ginko revenues grew 92% year-over-year and 16% quarter-over-quarter. Also our turnaround time continues to improve with the average turnaround time for 1.8kb genes at 14 days. For 3.2kb genes, we have also less than 15 days.

Recall that in fiscal 2018, our turnaround time was an average of 15 days to 20 days. By sustaining that turnaround time and continuing to reduce it, we can enable further growth in SynBio, offering another competitive advantage to complement our disruptive price and unique customer experience.

On new product introductions, in January, we launch 5kb genes at the price significantly lower than our competitors. While we do not expect long genes to become a major source of revenue right away, this product introduction is important for three reasons: First, we become a more attractive vendor by offering a wider range of products. Second, longer genes produce more revenue, as we charge per base byte. Third, 5kb further enhances our GDP to grow in the buyers market.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

We also opened up our Twist API to any customer who would like to integrate within their workflow. For those of you that are not familiar, an API enabled our customer to connect directly to our system from theirs, automating all transaction with Twist, without going through the e-commerce platform.

It enables a direct digital communication between organizations, consistent with our efforts to provide a seamless user experience to these customers, and increasing the stickiness program.

To round up on synbio, I'd like to share an example of our ongoing work with one of our customers Vanderbilt University Medical Center. VUMC has entered the first of four strains in their ongoing grant from DARPA for the Pandemic Prevention Program, or P3.

The objective of P3 is to accelerate antibody discovery and ultimately to react to an outbreak and provide an antibody therapeutic in 60 days. We believe that we are the only company who can provide the massive scale of antibody synthesis at the speed needed to enable this project from VUMC.

We have been live tweeting the updates throughout the strains, and I'm happy to report that we shift the majority of their genes in nine business days. This is the perfect example of the scale and speed, our platform brings to improve health worldwide.

Moving to genomics and targeted NGS, in the first quarter of fiscal 2019, we shift our target enrichment products to 115 customers, with 18 of these customers now in production. Our revenue from NGS quadrupled quarter-over-quarter to $3.8 million, thanks in part to a large order from a single customer.

While we continue to increase our customer base and move them along the spectrum from product to production, it is important to note that large orders received by our customers can take some time to be utilized, and recurring revenues will not occur every quarter for every customer. Hence, we anticipate revenues to be initially lumpy, but we expect that they will smooth out over time as more and more customers scale-up.

Given the success in NGS and as we've received significant scale-up NGS orders more rapidly than we anticipated, we accelerated investment in this business to meet the demand. As a result, we made the decision, it was important to capture these large portion orders to drive customer adoption, and we decided to hire more people than we anticipated, to accommodate these near-term opportunities.

As such, we expect to have a higher than planned fixed cost in the next few quarters, while the variable cost remained as anticipated. We expect these investments to add about $600,000 to our quarterly fixed cost to capitalize on this rapidly growing market for Twist.

Over time, we expect to gain additional economies of scale as our investments in our manufacturing infrastructure and our production process lead to higher margins. One of

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

the investments, we are making involves meeting the requirement of ISO 13485 for our NGS quality management system.

During this ISO 13485 and 9001 certifications for our NGS is a great commercial advantage and it allows us to expand our NGS customer base since we now have the ability to support customers in more regulated markets that require these certification from their key supplier.

Finally, we expect to leverage e-commerce to scale the genomics business, improving the efficiency of the organization, and we remain on track to launch our e-commerce platform for NGS in the first half of calendar 2019.

Looking ahead, at a course in bio and NGS businesses, all those remains strongly ahead of revenues at $15.2 million this quarter, despite minimal Ginkgo orders due to phasing of their work. These strong orders at Ginkgo reflect typical NGS seasonality where a number of organizations and in particular in pharma had use it or lose it year-end budget and due to these strong orders, the revenue outlook for the next quarters remain positive.

Turning to biopharma vertical, we recently generated early technical proof-of-concept data for both our GPCR antibody library and our antibody bio-better program. For GPCR antibody library, we showed that we are able to both identify several higher antibodies against our specified GPCR target and that many of them were functional.

This is a remarkable achievement for a team that was strong at the beginning of June 2018 and took positions of the lab in September 2018. These are early and exciting data. We are now focused on generating additional data to complete a robust technical package that is needed to pursue potential revenue generating partnerships in the longer term. We intend to advance these programs internally, potentially through a non-dilutive discovery collaboration.

In our bio-better program, our team chose an existing PDL1 inhibitor with weak affinity to assess our platform capability in antibody optimization. Within a few short months, we discovered more than 50 diverse PDL1 inhibitors, some with nearly a hundredfold binding affinity increases when fully formatted into IgG antibodies.

While we know that the world may not need another PDL1 inhibitor, it is a powerful demonstration that our approach to antibody discovery, powered by our silicon-based DNA writing platform, enables the fast discovery and optimization of antibodies.

Once we build out our data package for both programs, we intend to begin marketing our capabilities to potential partners. While we do expect it to take some time to solidify these partnerships, we believe this preliminary data are early signs that our vision of seeking partnerships with long-term reach through potential for therapeutics growth will be a capital efficient way to create long-term value for shareholders.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

On DNA data storage, we continue to make solid progress in developing a platform that can synthesize DNA to store terabytes of data in one day. Currently, we are synthesizing DNA that will store megabytes of data. So this is a tremendous increase in capabilities, to increase, to accelerate our development of this digital data storage, we're pursing a non-dilutive funding. We did apply for last grant as we finished this quarter and the government has not yet communicated any updates on this program, but we remain hopeful that we will receive funding once the decision is made.

To continue to support our growth trajectory, today we announced the appointment of Martin Kunz, as Senior Vice President of Operations. Martin brings significant operational experience in DNA synthesis and I am confident he will be instrumental in our ongoing effort to make continuous process improvement across the board and introduce new products to support our growth.

In addition, we announced the promotion of several members of our management team: Mark Daniels to Chief Legal Officer and Paddy Finn to Senior Vice President of Commercial Operations. In addition, Patrick Weiss, previously SVP of Operations, will be moving over to manage innovation of Twist as SVP, R&D and General Manager of Date Storage.

Finally, as you may have seen, on January 29 we filed a demurrer and motion to strike Agilent's second amended complaint, challenging each of Agilent's legal claims, as well as a cross-complaint asserting six new counterclaims against Agilent. We also filed our answer and affirmative defences to Agilent's second amended complaint. For more details, there is a summary statement posted in the IR section of our website under News.

All of our filed documents are matter of public record and as you can understand, we cannot comment further on ongoing litigation.

With that, I'd like to turn the call over to Jim for review of our financials.

## Jim Thorburn  {BIO 1915133 <GO>}

All right. Thanks Emily. We had another strong quarter. Bookings were $15.2 million so that's sequential growth of 18%, year-over-year growth of 105%, book-to-bill ratio of 1.321. We're executing in our game plan of expanding SynBio reach beyond Ginkgo, expanding our global business, and aggressively scaling our NGS genomics products.

Our synbio orders for the quarter excluding Ginkgo rose to $7.3 million. Tremendous growth year-on-year of 58 and sequential 17, what's notable as we're seeing very strong orders from EMEA and the U.S. markets. Our Ginkgo orders for the quarter were 0.5 million.

As we highlighted on our last call, we expect to see Ginkgo decline as a percentage of total revenue as we continue to scale in synbio, non-Ginkgo, obviously, and NGS. I'll note that Ginkgo has placed orders early this quarter and our Ginkgo annual revenue

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

FINAL

Bloomberg Transcript

projections are on track for approximately $8 million to $8.5 million which is consistent with our Gingko contract.

I'll cover NGS genomics. Our genomics products are doing extremely well. And as Emily highlighted, we have a very, very strong competitive advantage which is translating into orders with robust traction as the order volume scales when our clients move from pilot to production.

The funnel for our larger opportunities continues to build and we have approximately 16 potential customers and pilot up from 11 in December. We have 28 in validation up from 24 and 18 have now adopted. Consequently, we saw extremely strong orders in Q1 from NGS, $7.4 million which is 70% sequential growth in 2000% growth year-on-year.

I'll note that one of our key customers placed great order on us. It was $3 million which helped propel this growth and just really highlights the opportunities ahead of those in NGS as we scale this business. We're making great progress as a team, supporting pilot, scaling, and the adoption process for key accounts.

And we've increased our investment in sales field -- feet on the street, technical support, and operations to support our success in this area. It's worth noting that we have broad interest beyond these key customers and received total orders in excess of 100 from 100 accounts in the quarter and we continue to do well in scaling our NGS business globally. Europe booked $1 million -- just over $1 million as notable Asia booked $2 million of NGS in the quarter.

We continue to see strong order growth this quarter, and focus on providing terrific support for our growing customer base. If you're attending AGBT, you'll hear from some of our customers have our target enrichment products and providing real solutions and benefits in multiple areas.

I'm now going to briefly touch on regions. America, very strong quarter in terms of bookings, great execution by the sales team, and marketing. EMEA had a fabulous quarter, booked nearly $5 million. That's a record. APAC, it's nice to see APAC get over $1 million. All of it is NGS. And I'd say our sales and marketing team and product teams are doing a terrific job in executing, expanding the pipeline and converting that to bookings.

I'd like to note that in terms of orders that will not directly translate into revenue for the following quarter, but more by providing information orders we provide a trend line for each of the product groups, and currently both synbio and NGS are growing. We anticipate both NGS and Ginkgo orders to be lumpy over the next quarter as we continue to win large orders such as $3 million, we mentioned earlier.

In terms of revenue, we reported another quarter of robust revenue $11.5 million, which is a 37% sequential growth and 166% year-on-year growth. Our first quarter synbio revenue, which includes our genes, oligo pools and library product was $7.7 million, compared to $4.1 million in the same period last year, representing year-on-year growth of $3.6 million or 88% and growth of sequential 3%.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

FINAL

Bloomberg Transcript

Our gene products are doing well with Q1 revenue of $6.5 million compared to $3.1 in the first quarter of 2018, year-over-year growth of 110% and sequential growth of 7%. It's worth noting that Ginkgo did decline from Q4 to Q1 for 3.2 to 2.7. That illustrates that the gene group, gene business excluding Ginkgo set a record of $3.8 million compared to $1.6 million in Q1 2018, an increase of 138% for the year, and sequential growth of 31%.

The feedback from our customer base is very positive due to our competitive turnaround and the times, and as Emily's said, we've improved those affordable pricing, expansion of our sales organization, and the advantage of our e-commerce platform.

We are very encouraged by our synbio growth, and excited to highlight we have delivered consistent growth in both total revenue and customer accounts over the last year. We've seen our synbio customer account, customer accounts excluding Ginkgo increased from 249 in Q1, to 497 in Q1, 2019. Revenue for synbio customer excluding Ginkgo per quarter was 10,400 in Q1 2018 and 10,100 in Q1 2019. This indicates that we're reaching the long-tail of the market.

There is a quite note in Ginkgo, Ginkgo currently our largest customer for genes accounted for $2.7 million of revenue in Q1, which is 80% year-on-year growth. As noted earlier, Ginkgo did declined sequentially. As highlighted earlier, we're going to see $8 million to $8.5 million this year.

Our next-generation sequencing products that are launched in 2018 are doing extremely well generating $3.8 million in revenue for the quarter, which is above our internal forecast as more customers adopt. We're projecting our revenue and customer account will scale and this year we are anticipating our next-generation sequencing product revenue to be between $19 million and $20 million. And so far as noted earlier, 18 customers have adopted Twist is either a primary supplier for panels or the primary supplier for new panels.

Just briefly touching regional commentary, U.S. had a strong quarter again roughly around 9 million. U.S. is about 75% of our total global business. EMEA revenue is 2.4, which is 121% increase year-over-year flat last quarter versus the highlight there were very strong book-to-bill ratio to 2:1 and we're going to see strong growth in EMEA. Q1 revenue in APAC was $0.4 million compared to $0.2 million in the same period in fiscal 2018. We are going to see strong growth in APAC as the NGS orders converted to revenue.

Just one point, in terms of segment diversification, Healthcare, segment rose to about $4 million, this is about 38%-odd of our total segment revenues -- total revenue. What's driving that? Excuse me, is the NGS and synbio product just primarily NGS diagnostics.

Now moving down the P&L. Our gross margin loss for the first quarter was negative 3% or loss of $0.4 million. As Emily highlighted, we accelerated our operational ramp, ahead of plans and confronted inefficiencies of accelerating the NGS scaling. This included having to recalibrate some of our equipment and recruiting staff at the end of the year.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

FINAL

Bloomberg Transcript

The impact of that has been incurred incremental one-time costs close to $0.7 million in the quarter. So normalizing those one-time costs out, we would have positive margin to $0.3 million.

Our operating expenses excluding the costs of revenue for the first quarter increased to $22.5 million from $19 million, our R&D investments increased to $7.3 million from $6.1 million. A lot of this was related to our investment in biopharma, which is -- the team is making significant progress.

SG&A increased to $15.3 million in the first quarter compared to $13 million in the fourth. We add at 12 to our sales organization and we're now about 85 in sales and marketing. In addition, we had one-time fees of about $0.7 million associated with moving from private to public company sectors and with higher stock based comp. In summary, our operating loss for the quarter was $22.9 million which included $1.4 million of one-time items and stock based comp of $1.9 million.

Just quickly touching on the balance sheet. Accounts receivable increased to $7 million. That's primarily driven by the higher revenue. Our DSOs were 59 days and we ended cash with cash in the bank of $130.2 million.

Now moving to guidance for fiscal 2019 as highlighted, we're seeing very robust demand for products particularly NGS. And we're upping our guidance. Our revenue range from the year will year $47 million to $49 million, Ginkgo will be $8 million to 8.5 million, non-Ginkgo will be $20 million to $20.5 million and NGS is estimated to be approximately $19 million to $20 million.

Our net loss guidance for the year is $92 million to $94 million, number of items contributing to this. The guidance we gave last time was $80 million to $82 million, so a number of items contributing to this. Increase stock based comp of approximately $7 million, that's a non-cash item. One-time charges of $1.4 million in quarter one has associated to transitioning from private to public and the cost I mentioned on NGS ramps, we are increasing on our NGS operational side. We are riding resources there, 600 to a quarter and we are putting more wood behind the RO by offering our investment in Biopharma, so Biopharma R&D will increase from $5 million to $6.5 million for the year.

Overall, business going well. Booking is strong. We are doing good job, executing in terms of the NGS pipeline. We are seeing tremendous growth opportunity there. We are on track to be gross margin positive this year. And the team has done a good job of executing, we're upbeat on the future. I would now turn the call over to Emily.

### Emily Leproust  {BIO 19051513 <GO>}

Thank you, Jim. We set aggressive milestones at the end of calendar 2018, and we remain on track to meet them. Beginning with overall revenue, we experienced significant growth as revenue grew from $3.5 million in Q3 to $8.5 million in Q4 to $11.5 million in Q1 across all product categories and geographic regions.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

To reiterate the guidance that Jim just provided, we are increasing our revenue guidance to $47 million to $49 million, but we do expect that both NGS and Ginkgo would be lumpy.

I believe it is the strength of our platform to have these three diversified opportunities with Ginkgo, SynBio and NGS as each of their phasing and seasonality balance each other and contribute to overall growth.

Looking at SynBio, we expect continued momentum as we service our current accounts and take market share in this area. We are implementing and executing our new product introduction roadmap and, in January, we introduced genes up to 5kb at a disruptive price and we now offer customers the opportunity to use our Twist API.

Similarly on NGS, orders and revenues are well on track to reach our objective this year as customers continue to validate our superior performance. We received ISO 13485 certification for our quality management systems for NGS Target Enrichment Panels and we have invested in longer term capacity. Now, we're focused on improving our overall operations efficiency to improve our gross margin. Finally, we expect to launch our e-commerce solution for NGS in the first half of 2019.

For Biopharma, we generated early proof-of-concept data from our own wholly-owned GPCR library and antibody optimization software. Once we generate a robust data package, we intend to advance the programs through non-dilutive collaborations and longer term seek revenue-generating partnerships.

In Data Storage, we intend to execute on our roadmap to increase synthesis density on our silicon platform, which will reduce the cost of DNA storage, while we pursue non-dilutive sources of funding for these ethical opportunities. Finally, we selected a site in China to launch our backend production for NGS as well as other products by the end of 2019.

With that, let's open up the call for questions. Jual?

## Questions And Answers

### Operator

Thank you. (Operator Instructions) Our first question comes from Tycho Peterson with JPMorgan. Your line is now open.

### Q - Analyst

Hi. This is Aleny [ph] on for Tycho. Thanks for taking the question. Maybe to start-off, I was wondering in terms of your academic end-market exposure. You mentioned in the past, you have around the 25% exposure to that market. I was just wondering if you're seeing any impact from the government shutdown over the last couple of weeks.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

### A - Emily Leproust  {BIO 19051513 <GO>}

Thank you for the question. No, we have not seen any impact from the government shutdown. If anything, we had really, really strong end of year bookings, which is used somewhat to seasonality from pharma but we can't see any impact from the government shutdown, and which bodes well for us looking forward in terms of revenue.

### Q - Analyst

Great. And then, I was just wondering you've talked a bit of quarter-to-quarter volatility in terms of the cadence of order patterns. Your largest customer, I was just wondering, how we should think about that over the course of this year?

### A - Jim Thorburn  {BIO 1915133 <GO>}

Yeah. That's why -- it's a good question. Thank you. That's why we've given guidance for the year in terms of the rate revenue guidance in the range of $47 million to $49 million. We've already delivered $11.5 million already this year. The bookings are strong. And we tried to help to swing Ginkgo should be roughly about $2 million this quarter. And we'll see some lumpiness in NGS. But right now, we're going to have a strong quarter two, I guess, quarter two. And I would just keep the range of guidance between $47 million to $49 million right now for the year.

### Q - Analyst

Okay. And then separately, in terms of plans to launch your back-end production facility in China in the first half of this year, I was just wondering what impact you're expecting from that over the course of this year? Or do you think it'll take a couple of quarters to start seeing that sort of kick-in?

### A - Jim Thorburn  {BIO 1915133 <GO>}

So as a back-end production in China, we plan to stop production in the second half of the year. The benefit of that production is that we'd be able to serve the Chinese market with production in China. In the meantime, we can serve that market from, from the U.S. So as you mentioned, we are seeing some good order growth there.

So we can serve the Chinese market now and we'll be able to serve even better once we have the backend production. But we have a very strong offering in the U.S., but globally as well in EMEA and back in China.

### A - Emily Leproust  {BIO 19051513 <GO>}

Yeah. The demand for our product and we're seeing that that demand increased. There's a lot of customers coming in from China and Asia, particularly for NGS. What's incredible is the performance in Europe as well. The bookings of almost $5 million and we're seeing that strong bookings continue into this quarter. So we're very encouraged by global growth.

### Q - Analyst

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

Great. Thank you.

## Operator

Thank you. And our next question comes from Doug Schenkel with Cowen. Your line is now open.

### Q - Doug Schenkel  {BIO 7525126 <GO>}

Hey. Good afternoon. Emily and Jim, thank you for taking my questions. Starting on the impact of making the 5kb products available to your broader customer base, could you just talk about the impact, both in terms of I guess the revenue and orders? And then maybe as, if not, more importantly, whether or not this has already put you in a position to open up new accounts, given that you've broadened your competitive breadth?

### A - Emily Leproust  {BIO 19051513 <GO>}

Yeah. So, essentially, it's a great opportunity for us to be able to serve more broadly customer needs. And so people that are currently buying genes, there were the segments of the market that we could not serve, because we were not making those genes available except for Ginkgo.

And so definitely, now that we can serve the broader wallet share of that other customer. But -- and those are customers who already asked, and we just can take more of their budget. Where in addition there is the vast majority of 5kb genes are not purchased and they are made, so people are buyers of small fragments.

And then they -- hundred of fragments together themselves. They are buyers of small fragment and they are makers of 5kb genes. So that is an opportunity for us to reach to new customers that are maker and to conserve them through -- and help them become buyers. And the overall benefits to Twist that we can get to more people. For new customers, we get higher revenue per gene than we used to and we will get potentially higher margins as of 5kb the bigger margins volume.

### A - Jim Thorburn  {BIO 1915133 <GO>}

Doug, I think what is interesting as you look at the bookings this last quarter was $15 million of bookings of that $0.5 million was Gingko. It just highlights that we are executing, expanding beyond Ginkgo and synbio and obviously, doing well in NGS.

### Q - Doug Schenkel  {BIO 7525126 <GO>}

Got it. All right. That's all very helpful background and a good way of putting it in perspective, Jim. What percentage of customers were on your e-commerce platform during the quarter? I'm just wondering how quickly that's evolving now that you've opened that up?

### A - Jim Thorburn  {BIO 1915133 <GO>}

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

The vast majority of our orders are through e-commerce. I don't have the exact percentage, but it's more than 90% of the transactions were done through e-commerce.

## Q - Doug Schenkel  {BIO 7525126 <GO>}

Okay. And last one. It's really I guess a guidance question, you increased your net loss guidance by $12 million at the midpoint I believe. I think you went from $80 million to $82 million to $92 million to $94 million. So, based on your comments, I mean some of this is just public company, new times of expenses that probably - new types of expenses that probably go away.

But in your prepared remarks as well as in the press release you also talked about the opportunity to invest more in growth and hire more folks on your team to address stronger than anticipated demand. Yet you increased revenue guidance by only $1 million at the midpoint relative to prior guidance and that's even though you beat consensus expectations by $2 million in the quarter. It just seems like there's a little bit of a disconnect there.

I'm just wondering if this is just a function of the fact that it's early in the year and you might want to get another quarter under your belt similar to what you saw in Q1 before you more meaningfully pump-up the topline guide.

## A - Jim Thorburn  {BIO 1915133 <GO>}

So, it's a good question there, Doug. So, the investments -- couple of years of investment. One is biopharma as $1.5 million. Team are executing well in biopharma. We have no revenue forecast for biopharma.

The second area is NGS from an operational point of view. And quite frankly, we saw large orders coming in, in the last quarter. So we took a risk and skill ahead to support the potential for delivering more in the future. I mean, obviously, as we go down the year, we're consolidating into a new facility and we want to make sure we're well-positioned to consolidate into new facility and scale next year. We are -- one of the things we're dealing with, Doug, is if you look at this funnel for large customers for NGS that keeps growing.

We're doing a good job as a team converting, 18 have adopted. So we need to get more visibility and to how that translates into revenue as the year progresses. So there is a little bit of a disconnect, but we want to under promise and over deliver that's our internal goals here. We're comfortable with the -- giving the revenue guidance that we've given in terms of $47 million to $49 million. We did break it out for everybody, just to give more granularity in terms of how much is Ginkgo, how much is synbio and how much is NGS. Hopefully you find that helpful.

## A - Emily Leproust  {BIO 19051513 <GO>}

Yeah. Doug, if I can add to Jim, I'm not increasing guidance a lot, but we have the capacity now available through the funnel transform.

## Q - Doug Schenkel  {BIO 7525126 <GO>}

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

Understood. Thanks for all that detail.

### Operator

Thank you. And our next question will be from Catherine Schulte with Baird. Your line is now open.

### Q - Catherine Schulte {BIO 19803386 <GO>}

Hi. Thanks for the question. Earlier this week, the SynBio company announced a large agreement for [indiscernible] synthetic development. This is a company that press released was an early adopter of your platform, any comments on that deal or just your general thoughts on the potential opportunity of that application?

### A - Jim Thorburn {BIO 1915133 <GO>}

I think, its one more example of SynBio becoming an important technology for clinical growth. There was also, this week the announcement of the first luxury watch where the bracelet for the watch was made out of spider silk. That was a $3 million watch and not accessible for everybody.

But over time, you've seen more and more of the stories coming out and what I'm excited about that we're talking less about the technology. Technology is important, but we're now talking more about the applications. And so that deal is just one more example of things to come. And I think, it's quite exciting and it's great for us to see that our customers are growing and making progress.

### Q - Catherine Schulte {BIO 19803386 <GO>}

Okay. And then on Biopharma GPCR side, what additional data you need before you think you would be ready for a potential partnership and what's the timeline we should expect around that data and timing of a potential partnership?

### A - Emily Leproust {BIO 19051513 <GO>}

Yeah. So, what we have so far is we've been able to show that we had another antibodies that have great binding affinities, and that they are functional. The next layer of data is characterization of those antibodies around immunogenicity, accessibility, solubility and druggability and so on. So, that's one area of the data package, another area is expansion to other target and other examples to show that the platform is universal.

And then, working with people to have some of those data generating not at Twist only, but also with overlap, which will increase the credibility and the value our offering. So in Biopharma, it's a, it takes time. Although, there the team is ahead, we anticipate that absolutely and so it's great to be ahead and, so in the next few quarters we'll keep you updated as to further progress.

### Q - Catherine Schulte {BIO 19803386 <GO>}

Great. Thank you.

Company Name: Twist Bioscience Corp
Company Ticker: TWST US Equity
Date: 2019-02-07

## Operator

Thank you. I'm not showing any further questions at this time. I'd like now to turn the call back over to Emily Leproust for any closing remarks.

### A - Emily Leproust {BIO 19051513 <GO>}

Thank you, Jual. We'll continue to execute on our plans going forward and we believe that DNA will write the future. So, we look forward to seeing some of you at the AGBT Conference at the end of February and as well as the Taiwan Conference in March. So with that, thank you very much.

## Operator

Ladies and gentlemen, thank you for participating in today's conference. This does conclude today's program and you may all disconnect. Everyone have a great day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*