# EXHIBIT 27

**S&P Global**
Market Intelligence

# Twist Bioscience Corporation
# NasdaqGS:TWST
# FQ2 2022 Earnings Call Transcripts

## Thursday, May 05, 2022 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2022- | -FQ2 2022- | -FY 2022- | -FY 2023- |
|---|---|---|---|---|
| | CONSENSUS | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (1.03) | (1.27) | (4.92) | (4.85) |
| Revenue  (mm) | 38.22 | 45.25 | 194.64 | 255.09 |

Currency: USD
Consensus as of  Apr-13-2022 12:35 AM GMT



| - EPS (GAAP)  - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ2 2021 | (0.76) | (0.78) | NM |
| FQ3 2021 | (0.75) | (0.82) | NM |
| FQ4 2021 | (0.79) | (0.84) | NM |
| FQ1 2022 | (1.03) | (0.91) | NM |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ................................................................... 3

Presentation ...................................................................... 4

Question and Answer .............................................................. 10

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Angela Bitting**
*Chief ESG Officer & Senior VP of
Corporate Affairs*

**Emily Marine Leproust**
*Co-Founder, Chairman, President
& CEO*

**James M. Thorburn**
*Chief Financial Officer*

**ANALYSTS**

**Casey Rene Woodring**
*JPMorgan Chase & Co, Research
Division*

**Luke England Sergott**
*Barclays Bank PLC, Research
Division*

**Matthew Carlisle Sykes**
*Goldman Sachs Group, Inc.,
Research Division*

**Matthew Richard Larew**
*William Blair & Company L.L.C.,
Research Division*

**Thomas Peterson**
*Robert W. Baird & Co.
Incorporated, Research Division*

**Unknown Analyst**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the Twist Biosciences Fiscal 2022 Second Quarter Financial Results Conference Call. [Operator Instructions]

I would now like to turn the call over to your host, Angela Bitting, SVP of Corporate Affairs and Chief ESG Officer.

**Angela Bitting**
*Chief ESG Officer & Senior VP of Corporate Affairs*

Thank you, operator. Good afternoon, everyone. I would like to thank all of you for joining us today for Twist Biosciences' conference call to review our fiscal 2022 second quarter financial results and business progress. We issued our financial results release this afternoon, which is available at our website at www.twistbioscience.com.

With me on today's call are Dr. Emily Leproust, CEO and Co-Founder of Twist; and Jim Thorburn, CFO of Twist. Emily will begin with a review of our recent progress on Twist businesses. Jim will report on our financial and operational performance. Emily will come back to discuss our upcoming milestones, and directions, and we will then open the call for questions. [Operator Instructions]

As a reminder, this call is being recorded. The audio portion will be archived in the Investors section of our website and will be available for 2 weeks.

During today's presentation, we will make forward-looking statements within the meaning of the U.S. federal securities laws. Forward-looking statements generally relate to future events or future financial or operating performance. Our expectations and beliefs regarding these matters may not materialize, and actual results in financial periods are subject to risks and uncertainties that could cause actual results to differ materially from those projected. These risks include those set forth in the press release we issued earlier today as well as those more fully described in our filings with the Securities and Exchange Commission.

The forward-looking statements in this presentation are based on information available to us as of the date hereof, and we cannot, at this time, predict the full extent of the ongoing impact of the COVID-19 pandemic and any resulting business or economic impact. We disclaim any obligation to update any forward-looking statements, except as required by law.

With that, I'll now turn the call over to our Chief Executive Officer and Co-Founder, Dr. Emily Leproust.

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

Thank you, Angela, and good afternoon, everyone. During the second quarter, we continued to serve a growing list of customers, delivering record revenue of $48.1 million, and $55 million in orders. Of note, our revenue for the first half of fiscal 2022 is equal to our revenue in all of fiscal 2020 at $90.1 million, illustrating our rapid growth and continued commitment to executing quarter-over-quarter.

We have increased our revenue and customer base in the face of macro, supply chain disruption and market uncertainty, and have extended our employee base with our lowest turnover rate even in the midst of the great resignation. We have been successful to date, and we believe we will be successful moving forward because of our employee and unique culture where we use our grit to make an impact each day in service and trust of our customers and each other.

During the quarter, we added to our balance sheet in the midst of a difficult market where growth in stocks are out of favor. We see a robust opportunity and potential ROI that can result from investing in vertical market segments. At the same time, we are already tapping resources in a fiscally responsible

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

manner. We are working diligently to balance the drive to profitability with significant upside from new products and new markets, including data storage.

We remain committed to achieving adjusted EBITDA breakeven for the core business at $300 million in revenue, with the core business being defined as Synbio and NGS. When we reach that point, we expect to have options for data storage specifically that could further mitigate our spend.

We understand that particularly in this market environment, it is critical to both execute quarter-on-quarter to drive revenue growth and manage expenses to have a demonstrable path to profitability. We are doing both. And we are finding that our value proposition resonates in an environment where the funding for our customers is more difficult since we are the high-quality low-cost leader.

To review the second quarter, for Synbio, we reported revenues of $18.4 million, with strong order of $23.6 million, indicating continued growth ahead. We achieved several milestones in April to increase our gene capacity, which will allow us to accommodate both the ongoing absorption round as we bring up the Factory of the Future schedule for the beginning of July, with shipping from this facility starting in January 2023.

We announced a new 4-year supply agreement with Ginkgo that includes a minimum of $58 million in diverse product purchases over the lifetime of the contract. Over and above this minimum commitment, Ginkgo has the capability to access significantly more product from Twist to meet their needs moving forward.

As the synbio industry evolves, we continue to increase our revenue and expand both our customer base and market share, and therefore, we do not anticipate Ginkgo revenue will become material to us.

Last week, we launched commercially our Twist high-throughput antibody production of IgG product. This is an exciting gene to antibody production platform that enables customers to turn candidate DNA sequences into purified antibodies for therapeutic discovery and screening applications, and a product we believe has tremendous potential with a select number of customers.

To facilitate our continued growth, the Factory of the Future remains on track, and we expect to begin shipping products on this site in January of 2023. We stand ready to meet the needs of Ginkgo as well as many additional customers.

In parallel, we are advancing our enzymatic synthesis approach and one of Twist's early patent applications in this space published in April. Recall that we are developing a low-cost scarless enzymatic process to sensitize DNA that we expect to use for enterprise data storage offering. We expect to continue to use phosphoramidite chemistry as our primary method of DNA synthesis for the immediate and near term.

And once we develop, we will add applications that are amenable to enzymatic synthesis. This could be a decentralized OEM option or cell-free creation of blended DNA or other markets we are not serving today.

For NGS, we reported revenue of $23.1 million, and orders of $23.6 million. Last quarter, we talked about liquid biopsy and minimal residual disease. And during the quarter, we signed a partnership with C2i Genomics to develop reference materials for whole-genome cancer detection or minimal residual disease.

While we are not able to announce every customer, as some didn't want to share that we are part of their secret sauce, this is a great example of how we enable innovative workflows to ultimately benefit patients with cancer.

We continue to work with many liquid biopsy companies. We are developing new diagnostic tests for a wide range of cancers. As a whole, the industry has been slower to run commercially, though traction is building.

As Jim will share, we continue to expand the number of customers we serve in NGS, with the top 10 accounts resulting in about 1/3 of our revenues for the quarter. Our expanding customer base has decreased our reliance on any one customer, while positioning us to scale with the organizations as they commercialize and thus, scale their volume significantly.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Ultimately, knowing the application, we are focused on dominating the workflow between the sample and the sequencer. This includes library prep; target enrichment; beads, buffers, blockers, adapters; and all reagents for DNA and RNA workflows. We can customize those quickly. We offer off-the-shelf solutions for a wide variety of applications, and we are well positioned to capture the market share moving forward.

Moving to biopharma. We reported $6.6 million in revenue, and $7.8 million in order, a great quarter. We announced partnerships with MediSix and Kriya. In the second quarter, we added 5 new partners for Twist Biopharma, with 47 partners in total. We initiated 15 new programs, with 47 IT programs ongoing at the end of the second quarter. We completed 21 programs during the quarter for a total of 60 completed programs for Twist Biopharma.

Of our 107 total active and completed programs, 52 have milestones and royalties. I'd like to note that several of our new partners are focused on optimization projects, which typically do not include milestones and royalties. However, they are very good gateway projects that allow our biopharma team to demonstrate their expertise and can lead to larger agreements.

Twist Boston, as shown -- Abveris, has 81 projects underway, which, as a reminder, is our fee-for-service and typically takes 3 to 6 months to complete. During the second quarter, Twist Boston signed 9 new partnerships, accounting for 56 new discovery projects, and we continue to be impressed with the team.

We added 2 new Beacon machines in Boston. And as a reminder, the Boston team is a power user of the Beacon, which reduces the cycle time and increases capacity, enabling significant revenue per machine.

Turning to data storage. You will recall that in December, we demonstrated the synthesis on a 1 micron pitch array. Now we have a fully integrated CMOS chip with electronic control at 1 macron pitch. The next step is to debug the system to achieve synthesis up to 1 gigabyte of data in a single run. And we remain encouraged by the technical progress that we are making as DNA synthesis on this chip will translate into an aerial density capability of 100 million Oligos per square centimeter, an entity that is significantly higher than any competitor. We expect this chip once functioning at production scale to enable limited early access customer engagements, and we look forward to sharing details in the near future.

In parallel, we continue to work on the design of our next chip designated Alpha, which will enable cross density inflection point that we believe will accelerate growth in early access markets. As we previously said, we expect our first offering to be essentially our archive solution, where customers can store data for 100 years or more without migration, maintenance or energy. As the technology matures and increasing automation can be realized, we expect to introduce an accessible archive solution targeted towards data center environment.

With the technology moving forward, we are building the ecosystem and relationships that we believe will serve Twist well as we enter the market. In February, we became a supporter of the Digital Preservation Coalition, a membership-based organization enabling its customers to deliver resilient long-term access to digital content and services. Engaging with the Digital Preservation Coalition provides access to archivists with precious data to store and will help us navigate this important initial market.

In addition, in April, we announced that we are now a voting member of the Storage Networking Industry Association, known as SNIA. SNIA is made up of member companies spanning the storage market and is globally recognized as Lean trusted authority for storage leadership, standouts and technology expertise. We are already engaged as an active member of the organization and believe our involvement will be critical to our ecosystem activities and will help inform our product road map.

Finally, the DNA Data Storage Alliance is gaining momentum, as evidenced by over 50 member organizations at this time. The ecosystem is building nicely, and it's come a long way from the 4 founding companies in just 18 months.

I'd like to point out that in every aspect of our approach to data storage, we have built novel technologies and expanded our engineering sophistication. We have augmented our team with experts from the data storage field, and we remain committed to introducing our initial solution at the right time.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Data storage is a very large market opportunity, spanning from individual and small businesses to enterprise and ultimately, hyperscale customers, all seeking to address their anticipated archive storage needs. We believe the early access market for data storage includes media and entertainment, digital preservation, health care as well as big science, and we are building those relationships today.

On the ESG front, S&P Global recently issued a report in Twist, which we encourage you to review. It evaluates Twist not only from a single point in time, but takes into consideration our ongoing activities. As a reminder, we released our inaugural ESG report in January, and I encourage you to review it to glean a better understanding of our culture and sustainability initiatives, which are so important to the work we did at Twist.

And now I'd like to turn it over to Jim to review our financials.

**James M. Thorburn**
*Chief Financial Officer*

All right. Thank you, Emily. We have another good quarter at Twist. Revenue was $48.1 million, sequential growth of 15% and year-over-year growth of 54%. Orders were $55 million, a sequential increase of 11%, and 32% year-over-year. And our gross margin for the second quarter was 38.3%.

We shipped to approximately 2,000 customers for the quarter, growing from approximately 1,800 in the first quarter of fiscal '22, and we ended the quarter with cash and investments of approximately $604 million.

Now I'll provide more color on orders. NGS orders for the second quarter were $23.6 million, which is an increase of 27% year-over-year and up sequentially from $21.8 million. And during the quarter, we received orders from approximately 750 NGS customers. And the top 10 accounts placed orders of approximately $8 million, confirming that we're seeing continued diversification of our customer footprint.

Our pipeline for larger opportunities continues to scale. We are now tracking 231 accounts, up from 225 noted in our last earnings call, and 104 have adopted Twist, an increase from 96% last quarter.

Now turning to synbio. We saw robust growth in our synbio orders, which includes genes, DNA preps, IgG, libraries and Oligo pools, which rose to $23.6 million in the second quarter. That is sequential growth of approximately 6%, and year-over-year growth of 16%. The major contributors to growth this quarter include health care and industrial chemicals.

Now to Biopharma. We continue to scale our Biopharma business as orders rose to $7.8 million for the second quarter, and that includes Twist Boston, and up from $5.6 million in quarter 1, and $2.6 million in the second quarter of last year.

As Emily mentioned, for our Twist Biopharma antibody platform, we have 47 partners with 47 active programs, and have 52 milestone and royalty programs.

Before moving to revenue, please note orders may not translate into revenue, but will provide a trend line for each product group.

NGS product revenue was $23.1 million in the second quarter, a 36% growth year-over-year, and sequential growth of 20%. This brings our first half fiscal '22 revenue to $42.3 million from NGS. With the continued growth in our pipeline and bookings, we believe we're well positioned to achieve our NGS revenue guidance of $94 million to $96 million for fiscal '22. And in quarter 2, the top 10 accounts accounted for approximately 33% of our revenue.

Our synbio product revenue for the quarter was approximately $18.4 million, a 3% sequential increase, and a 42% increase year-over-year. Some of the highlights include shipping to approximately 1,400 synbio customers, and that's up from 1,330 in the last quarter. Genes revenue was $14.2 million, up from $13.5 million in the first quarter, and $9 million in the second quarter of fiscal '21. We shipped approximately 124,000 genes in the quarter.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now to Biopharma, our revenue for the quarter was approximately $6.6 million as compared to $1.3 million in the second quarter of fiscal '21, and we served 79 customers, including 55 through Twist Boston.

In terms of revenue breakdown by industry. Health care in quarter 2 was $24.1 million, up from $16.6 million in the second quarter of fiscal '21. Industrial Chemical revenue is $14.1 million versus $8.7 million in the second quarter of fiscal '21. Even though we're operating in a pandemic where many academic labs were impacted globally, our academic revenue was $9.5 million versus $5.6 million in the second quarter of fiscal '21, reflecting our continued focus on growing the long tail of the market.

I will now briefly cover our regional progress for fiscal '22. Our investment in building out our global commercial organization has reflected in strong international growth. EMEA second quarter revenue was $15.2 million versus $10 million in the second quarter of fiscal '21. APAC continues to deliver strong growth, with revenue increasing to $4.5 million, up from $2.7 million in the second quarter of fiscal '21. In the U.S., including Americas, revenue was $28.5 million for the second quarter versus $18.6 million for the same period of fiscal '21.

Now moving down the P&L. Our gross margin for the quarter was approximately $18.5 million or 38.3% of revenue as compared to 35.5% in quarter 1 fiscal '22.

Now to operating expense. Our Q2 operating expense, which includes R&D, SG&A and change in fair value and mark-to-market adjustments of acquisitions, was approximately $79.2 million as compared to $70.9 million in the first fiscal quarter of '22.

To break it down further, R&D for the quarter was $31.2 million, an increase from $22.6 million in quarter 1, primarily due to increased spend associated with biopharma, including Abveris and Revelar, IgG and data storage. SG&A in the second quarter was $54 million as compared to $51 million in the first quarter. And the increase is due to approximately $3 million of stock-based comp.

Start-up costs for the Factory of the Future in G&A or $2 million, including facility lease expense of approximately $1.1 million. Change in fair value of contingent considerations and indemnity holdbacks for the quarter resulted in a gain of $6 million versus a gain of $2.8 million in quarter 1. Stock-based compensation for the quarter was $22.2 million. Depreciation was $2.5 million for the second quarter, and amortization was $1.5 million, primarily associated with acquisition amortization of intangibles.

Our net loss before tax was approximately $60.8 million as compared to $56 million for quarter 1, primarily due to increased investment in R&D and higher stock-based compensation, offset by higher gross margin.

CapEx for the quarter was $22 million, mostly associated with our Factory of the Future investment. Given the global supply chain challenges, we have strategically increased our inventory to $45 million compared to $40 million at the end of quarter 1.

I'll now provide updated financial guidance for fiscal 2022. We enjoyed strong bookings in quarter 2. Our customer base continues to expand, and our Twist Boston team that joined us through the acquisition of Abveris is doing very well. We negotiated in our 4-year contract with Ginkgo, and we're optimistic about opportunities and at the same time, more SARS-CoV-2 variants continue to emerge.

For the year, we're increasing our revenue guidance, which is now expected to be in the range of $191 million to $199 million, up from the previous guidance range of $189 million to $198 million.

synbio revenue is estimated to be approximately 71% to 73%, and that's up from previous guidance of $70 million to $72 million. NGS revenue is estimated to be in the range of $94 million to $96 million, consistent with our previous guidance. Biopharma revenue, including Twist Boston, is estimated to be in the range of approximately $26 million to $30 million.

Our gross margin for the year is projected to be approximately 37%, which reflects costs associated with our Portland ramp-up for our Factory of the Future.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Operating expenses, which includes R&D, SG&A and mark-to-market adjustments, are expected to be approximately $335 million for the year, including $130 million in R&D expenses as we previously guided, including approximately $40 million of DNA data storage spend.

Mark-to-market adjustments for the year is projected to be $9 million favorable. Our net loss guidance before taxes for the year will be approximately $260 million to $265 million, which includes stock-based compensation of close to $85 million. And this is an increase from our last projection of $74 million. Depreciation is projected to be $13 million. Amortization of intangibles is projected to be $5 million, reflecting the cost of amortizing Abveris intangibles.

Projected CapEx for fiscal '22 is expected to be in the range of $90 million to $100 million, associated with increased investment in our Biopharma business.

We ended the quarter with approximately $604 million in cash and investments on the balance sheet.

We'd like to thank all our investors for their recent support. We believe fiscal year '22 is the high-water mark for cash usage. And as we continue to execute, we believe we have the cash runway to achieve adjusted EBITDA breakeven for the core business at $300 million revenue per year.

And with that, I'll turn the call back to Emily.

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

Thank you, Jim. As we move through the second half of our fiscal year, we intend to continue to focus on execution and revenue generation while pursuing opportunities to disrupt markets. We will also focus on company expenses and driving through our profitability for the core business.

In July, we expect to begin our production qualification in the Factory of the Future, an exciting and important step to serve our customers as well as tap into the DNA maker's market, and we remain focused on reducing overall turnaround time, especially for genes, while exploring new product offerings.

For NGS, we expect a strong second half, driven by continued customer growth and commercial execution. We expect to add more tools that enable our customers to perform groundbreaking research while we leverage our sales team to expand our market share and on the market between the sample and the sequencer, particularly in the area of liquid biopsy, MRD and RNA.

In Biopharma, we will continue to add partnerships and programs and move up the value chain, both for our service offerings and for our internally generated antibodies. In addition, we are planning an integrated portfolio of antibody discovery and optimization offerings as we integrate the Twist Boston team with our biopharma group.

The combined solution truly differentiates Twist from the rest of the pack, and we look forward to cross-selling as well as broadening our reach as soon as the earnout is achieved.

In Data Storage, we have a road map to reach terabyte scale. We have our first fully integrated CMOS chip with electronic control in-house and are actively developing the system to achieve synthesis up to 1 gigabyte of data in a single run. We believe we will be able to generate initial revenue from these chip once fully optimized through a central archive solution.

And in parallel, we are working on the Alpha chip and increasing the density per square centimeter to drive down the cost significantly with an eye to have an accessible archive solution.
With that, let's open the call for questions. Operator?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

Our first question comes from Matthew Sykes with Goldman Sachs.

**Matthew Carlisle Sykes**
*Goldman Sachs Group, Inc., Research Division*

Maybe the first one just on synbio and a bit longer term, but how should we think about the fact of the feature coming online next year in terms of accelerating that synbio growth? Are there certain capacity constraints that you're dealing with right now that can be alleviated, or the speed of the turnaround time, either one of those factors could help accelerate that synbio growth as we look into '23.

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

Very much, Matt. That's a great question. So we do not have today capacity issues. We have extended a little bit of capacity in San Francisco so our sales demand we're able to catch it. And we -- the Factory of the Future will have even more capacity. So as we are successful in grabbing market share, we'll continue to, whenever the others are there, be able to test them and produce them.

In addition to that, I'd like to suggest in your question, the fact that we have -- we will have a faster turnaround time will give us an opportunity to really expand into new markets where we don't really serve today and at a market that is very time sensitive. And especially in the maker's market, we believe there is a significant portion of that maker's market, at least times that we'll be able to convert.

So again, 2 objectives for the Factory of the Future in synbio. One is, as we are more successful, take more market share, continue to make sure we have the capacity; and two, expand into the rapid gene market.

I will add, in addition to that, we have a robust road map of products we want to launch around GMP DNA, around protein, around RNA. They all start from making DNA. And so the fact of the future will also be a great foundation for us to expand into those additional markets.

**Matthew Carlisle Sykes**
*Goldman Sachs Group, Inc., Research Division*

Great. And then just a second question on Biopharma. Assuming you're generating gross margin on the upfront fees and the fee for service. Therefore, should we really look at in terms of initial success of this program, adding just more and more programs.

Obviously, the larger economic work comes with the commercial success of a drug and the royalties. But how should we think about sort of your building of the initial programs and the potential revenue growth rate of those programs as they add?

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

Yes. So we are very much focused on the upfront first. As you mentioned, there is some good margin there, and that enables us to pay the bills. So we're definitely not subsidizing anybody else's drug discovery. And so if we just get upfront payment, it's great, and we've guided a significant revenue growth this year just on the upfront.

But in addition to that, indeed, we are accumulating stacking up a bunch of milestones or royalties, which should provide some significant economic return in the future. However, because those are difficult to anticipate in terms of exact timing and amount, at this point, we are not guiding on those. And so any milestones or royalties we would get above and beyond upfront payments would be upside.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Next question comes from Luke Sergott with Barclays.

**Luke England Sergott**
*Barclays Bank PLC, Research Division*

Can you just update us on what your cash burn was on an organic basis ex the raise? Just trying to get a sense there of how you guys are thinking about that through the rest of the year.

**James M. Thorburn**
*Chief Financial Officer*

Yes. For the total year, if you just step back and look at the loss we're projecting, loss is about $260 million. That does include approximately $84 million for stock-based comp. It does include about $13 million for depreciation. And then for amortizations, about $5 million for amortization.

In terms of CapEx, we're projecting approximately $90 million to $100 million for CapEx. So that should help you frame the cash burn. So if you step back and look at that, it's approximately around about $260 million for the year.

I mean, obviously, a good chunk of that is being invested in ramping up R&D for biopharma, reinvesting in the core business. We're investing about $40 million in Data Storage. And obviously, for overall CapEx, the bulk of the CapEx investment, approximately $75 million of the $100 million this year is for the Factory of the Future.

**Luke England Sergott**
*Barclays Bank PLC, Research Division*

All right. That's great. That's helpful. On the Factory of the Future, you're talking about the breakeven for your base business at $300 million. Can you give us the assumptions by segment from a revenue and margin perspective?

**James M. Thorburn**
*Chief Financial Officer*

Yes. I mean overall, we're forecasting approximately 50-50 split between NGS and Synbio, and we're targeting gross margin about 50% to 52%.

**Luke England Sergott**
*Barclays Bank PLC, Research Division*

Okay. All right. And then last one for me on the Twist high-throughput antibody production, or the THAP program, how integrated is that with the TAO. And on the new customers into that program, how many are new-to-Twist customers versus just coming from the TAO program?

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

Yes. Thanks, Luke, for the question. So it's 2 different products than -- so what you're describing, one is TAO, where someone comes to us where they have an antibody. And using TAO, we'll design more sequences, make more sequence, make those variants in-house, screen them in-house, and then give them an answer for a better antibody for whichever improvement they want. It could be improvement in expression, improvement in binding, whatever. And so that is basically a service.

The new product we've launched, which is an antibody synthesis offering, customers go on the website, they choose which variant they want. Then they upload those variant. We just synthesize them, and then the customer will do all the work of screening out for the function they want.

So in -- basically, it serves a very similar purpose. It is very complementary. But in one case, with TAO, Twist does all the work. And with the case of synthesis from the website, the customer does all the work.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So in the end, it's all the same customers that we are reaching out, but we're trying to offer them a as broad a menu as possible.

If you want to do the work yourself, go on the website, help yourself. No problem. If you don't have enough capacity, we think we have an advantage in being faster. Let us do TAO, and we'll do the working for you as a service.

**Operator**

Our next question comes from Rachel Vatnsdal with JPMorgan.

**Casey Rene Woodring**
*JPMorgan Chase & Co, Research Division*

This is Casey Woodring on for Rachel. First one, how should we model the cadence of gross margins following the opening of the Factory of the Future, understanding that there's going to be some underutilized capacity at the open? How long will it take to ramp to those gross margins that you just called out, the 50% to 52%? And then again, when do you think you can get to 60% gross margin for the total company?

**James M. Thorburn**
*Chief Financial Officer*

Yes. So in terms of modeling our gross margins. For this year, gross margin guidance we've given is 37%. We will give updated guidance for next year as we continue to ramp the Factory of the Future.

I mean overall, we're targeting for Factory of the Future $300 million revenue, about 50% to 52% gross margin, adjusted EBITDA breakeven. And that's for the core business, and that's for NGS and Synbio. As we continue to scale towards $500 million, we're projecting gross margins in the range of 55% to 60%. And that's based on a 50-50 split in terms of revenue between Synbio and NGS.

**Casey Rene Woodring**
*JPMorgan Chase & Co, Research Division*

Okay. And then you've previously mentioned for enzymatic that the error rates there will be equal or lower to that of the standard chemical approach. So I'm just wondering what are the technical milestones that you'll need to hit to achieve that? And then what is ultimately giving you confidence that you can meet or beat those error rates?

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

That's a great question. There's a few things that we're trying to optimize. Error rate is definitely one of them, and linked to our rate is the length of the DNA. Another parameter that we want to optimize as well is the speed of the different reaction steps. And then last but not least, and probably most important is the overall cost of the reactions to synthesize an Oligo. So it's a multivariable optimization.

In terms of the milestones, we have to optimize the enzymes. We have to optimize the linkers and the buffers for the chemistry and the debugging. Today, there's a lot of factors. And to really help us in optimizing all of those factors, we've developed an NGS-based platform. And so that NGS-based platform is greatly accelerating the speed at which we can try all of those different conditions.

So instead of testing one condition on one mutant at the same time, we're able to test thousands or even hundreds of thousands of different mutants. And so right now, we are cranking the -- cranking through all those -- through all those experiments to optimize the condition.

So absolutely, you're correct that the error rate and length is important, but so too are the speed of the reactions as well as the overall cost. And we are quite encouraged with our progress so far. And of note, a few weeks ago, our first patent got published. And it's that, that I'm sure is one of the avenues that we're following to get a very innovative linker that provides a scarless DNA at a very low cost.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Our next question comes from Puneet Souda with SVB Securities.

**Unknown Analyst**

Have Michael on for Puneet. Congrats on the quarter. I just want to ask one quick question regarding pricing. So obviously, it's an important lever for Twist. But with the inflationary environment, we're wondering if you could give any thoughts on how you're thinking about potential price list.

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

That's a great question. Evidently, a topic that we spend a lot of time on. We, at this -- historically, we have been the high-quality price leader, and that has been setting us really well in making sure that we are growing faster than the market. And so we are looking at all the opportunities to differentiate ourselves.

So one is the price. The other is the throughput that we have, the user experience that we provide. At the same time, we are seeing price increases all around. Fortunately, our variable cost is -- it's quite small, as you know. That's one of the advantages we have. So when our own supplier increase prices, the effect is mitigated.

But we also understand that a great way to boost revenue and boost margin is to raise prices. So we are patiently studying the market, looking at what we can do. And our goal is definitely to deliver continued revenue growth, margin growth, market share growth, and pricing is a key element of that. So I can assure you that we're spending a lot of time on it.

**Unknown Analyst**

Got it. And then when it comes to liquid biopsy, I was wondering if you could provide any updates on the number of customers you're serving and how much you see liquid biopsy contributing to the overall NGS guide?

**James M. Thorburn**
*Chief Financial Officer*

Yes. So overall, I mean, as a highlight, the pipeline of our overall larger NGS customers continues to scale, number of doctors increased. In terms of liquid biopsy, approximately, we're tracking about 20 key liquid biopsy customers. And I mean, we've obviously been adopted in a number of their tests. So as their test volume increases, our volume increase.

But what's exciting for us is just the huge opportunity we see in NGS based on the value of our product. And in terms of guidance for this year, we've always said the second half is a bit stronger, and we feel good about we're positioned for the $94 million to $96 million for NGS. And you saw our bookings increase sequentially this last quarter. So the pipeline increased sequentially. And the number of liquid biopsy customers we're tracking, as I said earlier, is about 20.

**Operator**

Our next question comes from Catherine Schulte with Baird.

**Thomas Peterson**
*Robert W. Baird & Co. Incorporated, Research Division*

This is Tom on for Catherine. Maybe I wanted to touch on academic markets. Jim, I think you touched on it in your prepared remarks, but any impact from Omicron in the quarter? And how are research activities -- activity levels trending? And kind of what are your expectations here for the remainder of the year?

**James M. Thorburn**
*Chief Financial Officer*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It's a good question. The quarter was interesting. It started off actually, from an ordering point of view, January was very -- was low. However, as we saw the quarter proceed, activity picked up in February, and we had a really strong March. Overall, from an academic point of view, we continue to add a number of customers overall to the business, but also academic has held up extremely well.

And in terms of outlook, as we expand our portfolio and as we continue to expand the customer base, we believe that we're well positioned to continue growing aggressively in this space. Particularly when the Factory of the Future comes on, we'll be able to offer a much faster turnaround time. And that really addresses the long tail of the market, the $1.4 billion opportunity, and when we start seeing revenue from Factory of the Future in January next year.

**Thomas Peterson**
*Robert W. Baird & Co. Incorporated, Research Division*

Okay. Great. That's helpful. And then switching over to Biopharma. Are you still expecting Revelar to submit an IND for its COVID antibody in the first half of this calendar year?

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

Yes. Thank you for the question. We -- Revelar is an independent company so we let them make their own announcement. But the objective of submitting for an IND in the first half of this year is still the objective.

**Operator**

Our next question comes from Matt Larew with William Blair.

**Matthew Richard Larew**
*William Blair & Company L.L.C., Research Division*

Just from the time that the Factory of the Future sort of opens in July and when you start shipping in January of '23. So what are the key steps and hurdles that you need to clear from a validation, quality control standpoint?

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

Great question. So we're following the classic and the industrial steps of IQ, OQ, PQ. So IQ is installation qualification. So you can think of it as these instruments plugged. OQ is operational qualification. And so that is, is the robot moving the way you expect it to move? And then PQ is performing -- performance qualification. Do you get the DNA that you expect out of it?

So that's the broad framework that we follow. It's a lot more complicated because it's a system. And so there are multiple pieces of equipment with very sophisticated software to track all the orders and direct the flow of orders through the different instruments. But basically, that's the framework.

We are very experienced in doing it. We have moved the fab within the Bay Area multiple times. So that's something that we've done multiple times. There is an additional complication of, one, it's in a different state. But it's only a day trip away from engineers. And then two, we also are bringing on board a number of new employees that we have to train. And to help in that way, today, we've had a number of Twisters there in San Francisco that have volunteered to relocate and with the initial nucleus of employees in Portland. So those are the metrics, IQ, OQ, PQ, and then hiring of people.

And then once we've done that, the next step is ramping. Ramping up of capacity, ramping down of turnaround time as the number of practice runs increase. And then at some point, it will be ready, and we'll flip the switch on the software that will do load balancing between the different fabs. And so some others will come in and some of them will be treated in San Francisco, some will be treated in Portland and then we'll be off to the races.

**Matthew Richard Larew**
*William Blair & Company L.L.C., Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Okay. That's great. And on Biopharma, you've talked about sort of the conversation with customers becoming easier sort of building a brand. I think in the past you've sort of referenced being the drug discoverer of last resort. I'm just curious, just given funding dynamics, market dynamics, if that "last resort" might be happening a little earlier in the process. And given the focus on cash for some small biotechs, how open are you to discussions around the balance between the fee-for-service rate and the downstream economics?

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

That's a great question. So the discoverer of last result is still a great opener for us. And so we're definitely maintaining our leveraging that brand as much as we can. And then as you know, as we've discussed in the past, once people tried it, once they've had experience with the speed and quality of the antibodies that they get at the end. The next projects, we get easy stuff, and people are willing to pay more.

In terms of our ability or our willingness to be flexible on economic terms, we are very flexible. But there's definitely a red line where any deal has to pay for our cost, right? So the bare minimum. We're not going to do a deal that's not a gross margin positive. We're not in the business of subsidizing our customers' research.

However, pay now or pay later, if there's an opportunity to be flexible and maybe get more of the downstream economy instead of all upfront, I think we'll definitely be flexible and open to negotiations.

**Operator**

Our next question comes from Vijay Kumar with Evercore ISI.

**Unknown Analyst**

This is Alexandra on for Vijay. I just wanted to start on R&D expense. You guys broke out that $40 million for DNA data storage. And I was wondering if we could expect to see a revenue contribution this year?

**James M. Thorburn**
*Chief Financial Officer*

For DNA data storage? No, we're still in development in DNA data storage, as Emily highlighted. So this year and next year is development. We are seeing a lot of interest in the product. The alliance continues to scale. Technology development is going well. The more research we do in the market, particularly archival, we announced the 100-year archival product solution.

So we feel good with our -- from a development point of view. And over the next few years or next year, we'll be able to give you updates in terms of how we're progressing. But our goal is to monetize data storage as quickly as we can.

**Unknown Analyst**

Okay. And if I could just follow up on the Alpha chip. Could you give some color around that and the cost metric on it as well as when we can expect further generation chip.

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

That's a great question. So we signal that we're in the design of the Alpha chip. So that's the first part of the design, production and then debug cycle. In terms of cost, I think you referred to the cost of storing data. The ultimate goal of the Alpha chip would be to be in the terabyte scale so we'll be able to sell terabytes of storage to our customers.

And we're in the process of doing market discovery in terms of the price that we'll be able to achieve. So I don't want to signal too soon what the price would be. Although what we can say is that we'll definitely be competitive when looking at the total cost of ownership versus technology that are available today.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So today, we are competing for, again, tape, hard drive and flash memory. And when you store data for 100 years, the total cost of ownership increases substantially over time because data needs to be migrated, maintained and energy needs to be spent over that 100-year period. And so with DNA, we have an opportunity to be very competitive against that total cost of ownership. So that is the ZIP code in which we'll be for the price of storage terabytes of data.

**Operator**

And I'm not showing any further questions at this time. I'd like to turn the call back to Emily for any closing remarks.

**Emily Marine Leproust**
*Co-Founder, Chairman, President & CEO*

Thank you, operator. And thanks for joining us today. We look forward to seeing you -- or actually seeing some of you in person at the UBS conference in New York and the William Blair conference in Chicago and the Goldman Sachs conference in Southern California. Until then, thank you so much for attending today.

**Operator**
Ladies and gentlemen, this does conclude today's presentation. You may now disconnect, and have a wonderful day.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.