# EXHIBIT 28

TABLE OF CONTENTS

## SCHEDULE 14A INFORMATION

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐   Preliminary Proxy Statement
☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒   Definitive Proxy Statement
☐   Definitive Additional Materials
☐   Soliciting Material Pursuant to § 240.14a-12

## Twist Bioscience Corporation

(Name of Registrant as Specified In Its Charter)

**N/A**

(Name of Person(s) Filing Proxy Statement if Other Than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒   No fee required.

☐   Fee paid previously with preliminary materials.

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.

TABLE OF CONTENTS

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth information regarding beneficial ownership of our common stock as of December 9, 2022 by:

(1)  each person or group of affiliated persons known by us to be the beneficial owner of more than 5% of our common stock;

(2)  each of our named executive officers;

(3)  each of our directors or director nominees; and

(4)  all executive officers and directors as a group.

We have determined beneficial ownership in accordance with the rules of the SEC and the information is not necessarily indicative of beneficial ownership for any other purpose. Unless otherwise indicated below, to our knowledge, the persons and entities named in the table have sole voting and sole investment power with respect to all shares that they beneficially own, subject to community property laws where applicable. To our knowledge, no person or entity except as set forth below, is the beneficial owner of more than 5% of the voting power of our common stock as of the close of business on December 9, 2022.

Under SEC rules, the calculation of the number of shares of our common stock beneficially owned by a person and the percentage ownership of that person includes both outstanding shares of our common stock then owned as well as any shares of our common stock subject to options held by that person that are currently exercisable or exercisable within 60 days of December 9, 2022 and shares issuable upon the settlement of RSU awards held by that person that will vest within 60 days of December 9, 2022. Shares subject to those options and RSU awards for a particular person are not included as outstanding, however, for the purpose of computing the percentage ownership of any other person. We have based percentage ownership of our common stock on 56,607,514 shares of our common stock outstanding as of December 9, 2022. Unless otherwise indicated, the address of each beneficial owner listed in the table below is c/o Twist Bioscience Corporation, 681 Gateway Boulevard, South San Francisco, California 94080.

| Name of beneficial owner | Common stock | Options exercisable within 60 days | RSU Awards vesting within 60 days | Aggregate number of shares beneficially owned | % |
|---|---|---|---|---|---|
| **5% or more stockholders**: | | | | | |
| ARK Investment Management LLC[1] | 6,676,908 | - | - | 6,676,908 | 11.80 |
| The Vanguard Group[2] | 4,323,608 | - | - | 4,323,608 | 7.64 |
| BlackRock, Inc.[3] | 4,333,902 | | | 4,333,902 | 7.66 |
| **Named executive officers and directors**: | | | | | |
| Emily M. Leproust | 125,979 | 508,468 | 4,320 | 638,767 | 1.12 |
| James M. Thorburn[4] | 17,880 | 52,865 | 1,386 | 72,131 | * |
| William Banyai | 235,068 | 334,942 | 1,444 | 571,454 | 1.00 |
| Patrick Finn | 18,726 | 36,397 | 1,444 | 56,567 | * |
| Nicolas Barthelemy | 19,044 | 23,549 | 3,491 | 46,084 | * |
| Nelson C. Chan | 5,587 | 38,396 | 3,491 | 47,474 | * |
| Robert Chess | 50,275 | 58,379 | 3,491 | 112,145 | * |
| Keith Crandell[5] | 76,047 | 22,858 | 3,491 | 102,396 | * |
| Jan Johannessen | 1,159 | 45,162 | 3,491 | 49,812 | * |
| Xiaoying Mai | 13,539 | 22,858 | 3,491 | 39,888 | * |
| Robert Ragusa | 1,412 | 12,270 | 486 | 14,168 | * |

51

TABLE OF CONTENTS

| Name of beneficial owner | Common stock | Shares beneficially owned | | | |
|---|---|---|---|---|---|
| | | Options exercisable within 60 days | RSU Awards vesting within 60 days | Aggregate number of shares beneficially owned | % |
| Melissa A. Starovasnik | 0 | 913 | 0 | 913 | * |
| Patrick Weiss | 15,406 | 42,021 | 1,444 | 58,871 | * |
| All current directors and executive officers as a group (15 persons) | 570,636 | 1,210,585 | 31,906 | 1,813,877 | 11.80 |

\*    Represents beneficial ownership of less than one percent of the outstanding shares of our common stock.

(1)    Based on a Form 13F filed by ARK Investment Management LLC ("ARK Investment Management") on October 17, 2022. The address of ARK Investment Management is 200 Central Avenue, St. Petersburg, FL 33701.

(2)    Based on a Schedule 13G filed by The Vanguard Group ("Vanguard") on February 10, 2022. The address for Vanguard is 100 Vanguard Blvd., Malvern, PA 19355.

(3)    Based on a Schedule 13G/A filed by BlackRock, Inc. ("BlackRock") on February 3, 2022. The address for BlackRock is 55 East 52nd Street, New York, NY 10055.

(4)    Includes 13,324 shares issuable upon the exercise of early-exercisable stock options, 7,364 of which would be vested and exercisable within 60 days after December 9, 2022.

(5)    Based on a Form 4 filed by Keith Crandell on February 10, 2022. Amount under "Common Stock" consists solely of shares indirectly and beneficially owned by Keith L. Crandell Trust.