**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Policemen's*
*Annuity and Benefit Fund of Chicago and*
*Lead Counsel for the Putative Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EJD<br><br>CLASS ACTION<br><br>**DECLARATION OF GEORGE N. BAUER IN SUPPORT OF (1) PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, AND (2) PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:  April 18, 2024<br>Time:  9:00 A.M.<br>Judge:  Honorable Edward J. Davila<br>Dept:  4, 5th Floor |

DECL. OF GEORGE N. BAUER IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND REQUEST
FOR JUDICIAL NOTICE
CASE NO. 5:22-cv-08168-EJD

I, George N. Bauer, hereby declare as follows:

1. I am an attorney with the law firm Bleichmar Fonti & Auld LLP, counsel for Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago and Lead Counsel for the Putative Class. I am an attorney duly licensed to practice in the State of New York and have been admitted to practice *pro hac vice* in this matter. I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Twist's 2023 Form 10-K, filed with the U.S. Securities and Exchange Commission on November 21, 2023, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1581280/000162828023039767/twst-20230930.htm. Excerpts of this document were attached to Defendants' Request for Judicial Notice as Ex. 29. (ECF No. 87-29.)

3. Attached hereto as Exhibit 2 is a true and correct copy of the biography of Kir Kahlon, Founder and Chief Investment Officer of Scorpion Capital, available at https://scorpioncapital.com/about.

4. Attached hereto as Exhibit 3 is a true and correct copy of an analyst report published by JMP Securities and relied on by the court in *In re Novatel Wireless Sec. Litig*, available on the public docket for *In re Novatel Wireless Sec. Litig*., No. 08-cv-01689 (S.D. Cal.), at ECF No. 291-9 (filed on February 14, 2011).

5. Attached hereto as Exhibit 4 is a true and correct copy of a transcript published by Thomson Reuters of the 2019 Cowen Healthcare Conference convened by Cowen on March 12, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 26, 2024, in White Plains, New York.

Dated: January 26, 2024                                          */s/ George N. Bauer*
                                                                            George N. Bauer

1