# EXHIBIT 2



# SCORPION CAPITAL

Our Research    About    Track Record    Press    Submit An Idea

Contact Us    Disclosures

## About

Subscribe for upcoming reports

Email Address

Sign Up



Kir Kahlon, Founder and Chief
Investment Officer

Kir Kahlon is the founder and Chief Investment Officer of Scorpion Capital. He has exclusively focused on shorts since 2013, with a particular focus on frauds and promotes, and directs the firm's idea generation and research activities.

Mr. Kahlon most recently worked for Seligman Investments, which manages ~$15 billion and is based in Silicon Valley and New York. Prior to Seligman, he worked with Tiger Global, a pre-eminent hedge fund, focusing exclusively on deep-dive investigative shorts. He began his career at the global management consulting firm Bain & Company, upon graduation from college, and entered the investment business in 2004 when he was hired by activist investor Carl Icahn. He graduated from UC Berkeley (BA) with Highest Honors in 1992 and Harvard Business School (MBA) in 1998.

© Scorpion Capital LLC. All Rights Reserved.

Disclaimer    |
contact@scorpioncapital.com