# EXHIBIT 3

# EXHIBIT "24"



Samuel Wilson
swilson@jmpsecurities.com
415-835-8967

Jonathan Curtis
jcurtis@jmpsecurities.com
415-835-3918

*Communications Equipment – Update*                                    July 20, 2007

# Novatel Wireless, Inc. [1]

Temporary Market Share Shift Coming at Sprint; Downgrading to Market Perform

## MARKET PERFORM                                                    NVTL $27.93

| Price | $27.93 | FY: Dec | | 2006A | 2007E | 2008E |
|---|---|---|---|---|---|---|
| Target Price | -- | Revenue (M) | 1Q | $40.2 | $109.8A | $106.0 |
| 52-Wk Range | $8.14 - $28.75 | | 2Q | $45.7 | $92.0 | $115.0 |
| Shares Out. (M) | 30.0 | | 3Q | $55.6 | $96.5 | $120.0 |
| Market Cap. (M) | $837.9 | | 4Q | $77.0 | $100.0 | $123.0 |
| Average Daily Vol. (000) | 1,481 | | FY | $218.4 | $398.3 | $464.0 |
| Float (M) | 30.1 | | | | | |
| Secular Growth Rate | 25% | | | 2006A | 2007E | 2008E |
| ROAE | 13.5% | EPS | 1Q | ($0.02) | $0.40A | $0.27 |
| | | | 2Q | $0.02 | $0.22 | $0.30 |
| LT Debt (M) | $0.0 | | 3Q | $0.04 | $0.24 | $0.32 |
| LT Debt/Total Cap. | 0.0% | | 4Q | $0.14 | $0.25 | $0.32 |
| Book Value/Share | $4.98 | | FY | $0.18 | $1.11 | $1.22 |
| Net Cash/Share | $3.61 | | P/E | 157.6x | 25.6x | 23.3x |
| | | | Previous FY | -- | NC | NC |
| Note: Price is intraday. | | | CY | $0.18 | $1.11 | $1.22 |
| | | | P/E | 157.6x | 25.6x | 23.3x |

*NC indicates no change to previous estimate.*
*Source: Company reports and JMP Securities*

## INVESTMENT HIGHLIGHTS

- **We are reducing our rating on Novatel Wireless from Market Outperform to Market Perform.** We have been able to confirm that Sprint is discontinuing the very popular Novatel U720 USB modem as the carrier awaits availability of Novatel's next-generation, small form factor wireless USB solution. Sprint was a 38% customer of Novatel in 2006 and has remained a very significant customer through 1H07. Sources indicate that the U720 end of life could come as early as July 23, and we have already picked up indications that it is harder to find the U720 in Sprint's channel now. This confirms our previous checks at Sprint indicating that the U720 product was an exceptionally popular product for Sprint. We believe Novatel's next-generation product will be available toward the end of September at Sprint, leaving the possibility for a two-month gap in Novatel's sell-in results at Sprint. In the interim period, Sprint will recommend Sierra Wireless' AirCard(R) 595U modem to its customers. This gap should lead to temporary market share shifts in the data card market and could be a positive for Sierra Wireless during the September quarter.

- **No change to estimates at this point, but less chance of an upside surprise during the September quarter.** Note: Our model is not yet updated from Novatel's already announced June quarter upside preannouncement, as we await full financial results. Investors should note that Novatel may have continued shipping final U720 product in July. We expect them to ship their next-generation product in September (both are in Novatel's third quarter). This suggests that the sell-in gap may only have timing, but no financial implications for Novatel. Nonetheless, given the importance of Sprint as a customer of Novatel, we believe this transition will make it more difficult for Novatel to deliver a revenue and EPS surprise during the September quarter.

- **Long term, we remain bullish on the data card market.** Our checks indicate that the wireless data card market is going through a rapid period of expansion. The product cycle issues at Novatel should be relatively short term. Longer-term investors could expect to see some volatility in 3G card vendors' stocks due to these sorts of transitions. Through 2H07, we expect to see strong end market demand in the overall market during the back to school and holiday seasons.

- **Novatel beyond our $27.50 price target.** Novatel recently passed our $27.50 price target, and we believe that given the product transition issues at Sprint, the risk-reward profile is now well balanced. As a result, we are downgrading the stock until we have clear signs the next-generation product is shipping to Sprint.

## FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER
## TO THE JMP FACTS AND DISCLOSURES SECTION



NOV-E-3916402

**EXHIBIT 24**
**PAGE 386**



## INVESTMENT RISKS

Novatel sells its products to wireless service providers, computer manufacturers, and other OEM equipment vendors. Despite efforts to grow its customer base, Novatel has remained exposed to significant customer concentration risks. For instance, in 2006, Sprint and Verizon Wireless combined for almost 58% of the company's revenues, up from 2005 when these customers accounted for a combined 39% of revenues. Should Novatel witness lose share at one of these key service provider accounts, its revenues could negatively impacted. In addition, our research suggests that the majority of Novatel's external wireless modems are sold to enterprises looking to facilitate mobile data access by remote and mobile employees. Should enterprises continue to restrain capital spending, particularly in the US market, which accounted for 68% of the companies 2006 sales, Novatel's business could perform below expectations. Finally, Novatel competes against a number of large, well-capitalized players with solid service provider relationships, acceptable technology, and excellent distribution capabilities. Novatel will need to continue its path of innovation and solid execution to keep its larger competitors out of key accounts.

## COMPANY DESCRIPTION

Novatel Wireless, Inc. develops 3G-based wireless access modems for use in computer and embedded applications. The company also offers software engineering, integration, and design services to its OEM design customers. The company sells its products and services to wireless network operators, infrastructure providers, distributors, and original equipment manufacturers. Novatel Wireless was founded in 1996 and is headquartered in San Diego, CA.

NOV-E-3916403

**EXHIBIT 24
PAGE 387**

FIGURE 1: Novatel Wireless – Income Statement Model ($MM, except per share data)

## Novatel Wireless, Inc.
Income Statement Model

| 13-May-07 | | FY2006 | | | | | FY2007E | | | | | FY2008E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year Ends in December | FY2005 | Q1 | Q2 | Q3 | Q4 | FY2006 | Q1 | Q2E | Q3E | Q4E | FY2007E | Q1E | Q2E | Q3E | Q4E | FY2008E |
| ( in $MM except EPS) | | Mar-06 | Jun-06 | Sep-06 | Dec-06 | | Mar-07 | Jun-07 | Sep-07 | Dec-07 | | Mar-08 | Jun-08 | Sep-08 | Dec-08 | |
| Total Revenues | 161.7 | 40.2 | 45.7 | 55.6 | 77.0 | 218.4 | 103.8 | 92.0 | 98.6 | 100.0 | 398.3 | 109.0 | 116.0 | 120.0 | 123.0 | 464.0 |
| Cost of Sales | 115.6 | 31.2 | 34.0 | 40.9 | 56.4 | 162.6 | 75.7 | 63.5 | 68.8 | 69.5 | 275.5 | 73.9 | 80.5 | 84.0 | 86.1 | 324.5 |
| Gross Profits | 46.2 | 9.0 | 11.7 | 14.6 | 20.6 | 55.8 | 34.2 | 28.5 | 29.7 | 30.5 | 122.8 | 32.1 | 34.5 | 36.0 | 36.9 | 139.5 |
| Research & Development | 20.5 | 6.2 | 6.5 | 8.1 | 8.2 | 29.0 | 8.4 | 10.0 | 10.1 | 10.2 | 38.6 | 10.3 | 10.6 | 10.8 | 11.2 | 42.9 |
| Sales, Marketing & Admin | 15.1 | 4.8 | 5.7 | 5.4 | 7.3 | 23.2 | 8.0 | 9.2 | 9.3 | 9.4 | 35.9 | 9.6 | 9.9 | 10.3 | 10.6 | 40.4 |
| Operating Expenses | 35.7 | 11.1 | 12.2 | 13.5 | 15.4 | 52.3 | 16.4 | 19.2 | 19.4 | 19.6 | 74.6 | 19.9 | 20.5 | 21.1 | 21.8 | 83.3 |
| Operating Income | 10.6 | -2.1 | -0.6 | 1.1 | 5.2 | 3.6 | 17.7 | 9.3 | 10.3 | 11.0 | 48.3 | 12.2 | 14.0 | 14.9 | 15.1 | 56.2 |
| Net Interest Income & Other Income | 2.0 | 1.2 | 1.5 | 0.4 | 1.2 | 4.3 | 1.2 | 1.3 | 1.3 | 1.3 | 5.1 | 1.4 | 1.4 | 1.5 | 1.5 | 5.7 |
| Pretax Income | 12.6 | -0.9 | 0.9 | 1.5 | 6.3 | 7.9 | 19.0 | 10.6 | 11.6 | 12.3 | 53.4 | 13.6 | 15.4 | 16.4 | 16.6 | 61.9 |
| Income Tax Expense | 1.4 | -0.3 | 0.3 | 0.5 | 1.9 | 2.4 | 6.9 | 3.8 | 4.1 | 4.4 | 19.1 | 4.3 | 5.5 | 5.8 | 5.9 | 22.0 |
| Net Income | 11.1 | -0.6 | 0.6 | 1.1 | 4.4 | 5.5 | 12.1 | 6.8 | 7.5 | 7.9 | 34.3 | 8.7 | 9.9 | 10.5 | 10.7 | 39.9 |
| Operating EPS | $0.37 | ($0.02) | $0.02 | $0.04 | $0.14 | $0.18 | $0.40 | $0.22 | $0.24 | $0.25 | $1.11 | $0.27 | $0.30 | $0.32 | $0.32 | $1.22 |
| Non Operating Items | | | | | | | | | | | | | | | | |
| Stock Option Expense | | 2.2 | 2.4 | 2.7 | 2.6 | 10.0 | 2.5 | | | | 2.5 | | | | | 0.0 |
| Change in Tax Liability | 0.0 | -1.5 | -1.9 | -0.6 | -0.8 | -4.8 | -0.5 | | | | -0.5 | | | | | 0.0 |
| Net Income with Non-Op | 11.1 | -1.3 | 0.1 | -0.9 | 2.4 | 0.3 | 10.1 | 6.8 | 7.5 | 7.9 | 32.3 | 8.7 | 9.9 | 10.5 | 10.7 | 39.9 |
| GAAP EPS | $0.37 | ($0.05) | $0.00 | ($0.03) | $0.08 | $0.01 | $0.34 | $0.22 | $0.24 | $0.25 | $1.05 | $0.27 | $0.30 | $0.32 | $0.32 | $1.21 |
| Shares Outstanding (MM) | 30.3 | 29.4 | 30.2 | 30.0 | 30.2 | 29.9 | 30.1 | 30.6 | 31.1 | 31.6 | 30.8 | 32.1 | 32.6 | 33.1 | 33.6 | 32.8 |
| Margin Breakout | | | | | | | | | | | | | | | | |
| Gross Margin | 28.5% | 22.3% | 25.5% | 26.3% | 26.7% | 25.6% | 31.1% | 31.0% | 30.2% | 30.5% | 30.8% | 30.3% | 30.0% | 30.0% | 30.0% | 30.1% |
| Research & Development | 12.7% | 15.5% | 14.3% | 14.6% | 10.6% | 13.3% | 7.6% | 10.9% | 10.4% | 10.2% | 9.7% | 9.7% | 9.2% | 9.0% | 9.1% | 9.2% |
| SG&A | 9.4% | 12.1% | 12.5% | 9.7% | 9.4% | 10.6% | 7.3% | 10.0% | 9.6% | 9.4% | 9.0% | 9.1% | 8.6% | 8.6% | 8.6% | 8.7% |
| Operating Expenses | 22.0% | 27.6% | 26.8% | 24.3% | 20.1% | 23.9% | 14.9% | 20.9% | 20.1% | 19.6% | 18.7% | 18.7% | 17.8% | 17.6% | 17.7% | 17.9% |
| Operating Margin | 6.6% | -5.2% | -1.3% | 1.9% | 6.7% | 1.6% | 16.1% | 10.1% | 10.7% | 11.0% | 12.1% | 11.5% | 12.2% | 12.4% | 12.3% | 12.1% |
| Non-Operating Income | 1.2% | 3.0% | 3.3% | 0.8% | 1.5% | 2.0% | 1.1% | 1.4% | 1.3% | 1.3% | 1.3% | 1.3% | 1.2% | 1.2% | 1.2% | 1.2% |
| Pretax Margin | 7.7% | -2.3% | 2.1% | 2.6% | 8.2% | 3.6% | 17.3% | 11.5% | 12.0% | 12.3% | 13.4% | 12.8% | 13.4% | 13.6% | 13.5% | 13.3% |
| Taxes | 11.2% | 32.0% | 32.0% | 29.6% | 30.7% | 30.5% | 36.4% | 35.5% | 35.5% | 35.5% | 35.8% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| Net Margin | 6.9% | -1.6% | 1.4% | 1.9% | 5.7% | 2.5% | 11.0% | 7.4% | 7.6% | 7.9% | 8.6% | 8.3% | 8.6% | 8.8% | 8.7% | 8.6% |
| Q-to-Q Growth | | | | | | | | | | | | | | | | |
| Revenues | | -18% | 14% | 22% | 39% | | 43% | -16% | 5% | 4% | | 6% | 6% | 4% | 3% | |
| Operating Income | | -77% | 73% | 288% | 378% | | 244% | -47% | 11% | 6% | | 12% | 15% | 6% | 1% | |
| Net Income | | -617% | 202% | 68% | 308% | | 176% | -43% | 10% | 6% | | 11% | 14% | 6% | 2% | |
| Year-to-Year Growth | | | | | | | | | | | | | | | | |
| Revenues | 66% | 24% | 16% | 32% | 58% | 35% | 174% | 102% | 74% | 30% | 82% | -4% | 25% | 24% | 23% | 16% |
| Operating Income | -22% | -160% | -114% | -74% | 533% | -66% | 942% | 1724% | 857% | 112% | 1261% | -31% | 50% | 44% | 38% | 16% |
| Net Income | -21% | -124% | -78% | -80% | 3517% | -51% | 2027% | 970% | 599% | 81% | 526% | -27% | 46% | 41% | 35% | 16% |

Source: Company reports and JMP Securities (Contact your JMP salesperson for a full Excel model.)

EXHIBIT 24
PAGE 388



## JMP FACTS AND DISCLOSURES

**Analyst Certification:**
The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances or events that may subsequently come to my/our attention. Signed, Samuel Wilson, Jonathan Curtis

**Publicly Traded Companies Mentioned in This Report:**
Novatel Wireless, Inc. (1), NVTL, $27.93, Market Perform; Sierra Wireless Inc. (1), SWIR, $27.59, Market Outperform.

**JMP Securities Disclosure Definitions:**
(1) JMP Securities currently makes a market in this security. (2) JMP Securities has received compensation for banking or other services rendered to this company in the past 12 months. (3) JMP Securities was manager or co-manager of a public offering for this company in the past 12 months. (4) JMP Securities participated as an underwriting or selling group member of a public offering by this company in the past 12 months. (5) JMP Securities and/or its affiliates have obtained a position of at least 1% in the equity securities of this company during the ordinary course of its/their business/investments. (6) An officer of JMP Securities is a director or officer of this company. (7) The analyst covering this company (as defined in NASD Rule 2711) or a member of the analyst's household has a financial interest in this company. (8) The analyst covering this company or a member of the analyst's household serves as an officer, director, or advisory board member of this company.

**JMP Securities Investment Opinion Definitions:**
Strong Buy (SB): JMP Securities expects the stock price to appreciate 20% or more on an absolute basis over the next 6 months.
Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in-line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.
Sell (S): JMP Securities views the stock as a source of funds

**JMP Securities Research Ratings and Investment Banking Services:** (as of July 2, 2007)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Rating | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| Strong Buy | Buy | 34 | 14% | | | | | |
| Market Outperform | Buy | 110 | 46% | Buy | 144 | 60% | 2 | 1% |
| Market Perform | Hold | 81 | 34% | Hold | 81 | 34% | 1 | 1% |
| Market Underperform | Sell | 16 | 7% | Sell | 16 | 7% | 0 | 0% |
| Sell | Sell | 0 | 0% | | | | | |
| TOTAL: | | 241 | 100% | | 241 | 100% | 3 | 1% |

**Stock Price Chart of Rating and Target Price Changes:**
Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. If the latest date is different than the report date, then the price is as of the previous day's close. The action reflected in this note is not annotated in the stock price chart. Source: FactSet and JMP Securities.





**JMP Disclaimer:**
JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading and investment banking departments, as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. This data has been prepared by JMP Securities LLC for information purposes only and is based on information available to the public from sources, which we believe to be reliable, but we do not guarantee its accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. This data is neither intended nor should be considered as an offer to sell, or solicitation or basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, JMP Asset Management LLC and their respective partners, directors, officers and associates, may have a long or short position in, may act as a market maker for, or purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed or seek to perform investment banking, advisory, or other services for, and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. © Copyright 2007. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of the NASD, ARCA, NASDAQ, and SIPC.

4

NOV-E-3916405

**EXHIBIT 24**
**PAGE 389**

## JMP SECURITIES LLC



600 Montgomery Street, Suite 1100, San Francisco, CA 94111-2713, www.jmpsecurities.com

**James F. Wilson, CFA**
**Director of Equity Research**
**(415) 835-8975**

**Business Services**
Business and Professional Services
James F. Wilson, CFA    (415) 835-8975
   Cynthia A. Rubin, CFA    (415) 835-3939

Human Resource & Finance/Accounting Services
Kevane A. Wong    (415) 835-8976

Financial Processing and Outsourcing
David M. Scharf    (415) 835-8942

Real Estate and Property Services
William C. Marks    (415) 835-8944
   Susan Gutierrez    (415) 835-3909

**Consumer**
Hotels & Resorts
William C. Marks    (415) 835-8944

Housing
James F. Wilson, CFA    (415) 835-8975
   Cynthia A. Rubin, CFA    (415) 835-3939

Housing Supply Chain
James F. Wilson, CFA    (415) 835-8975
   Cynthia A. Rubin, CFA    (415) 835-3939

Lifestyle Retailing and Products
Kristine Koerber    (415) 835-8962
   Jennifer Bennett    (415) 835-8932

**Financial Services**
Commercial Real Estate Finance
Steven C. DeLaney    (415) 869-4430

Consumer Finance
John Hecht    (415) 835-3912
   Jeannette Daroosh    (415) 835-8996

Mortgage REITs
Steven C. DeLaney    (415) 869-4430

Residential Mortgage Finance
Steven C. DeLaney    (415) 869-4430

John Hecht    (415) 835-3912
   Jeannette Daroosh    (415) 835-8996

Specialty Finance
John Hecht    (415) 835-3912
   Jeannette Daroosh    (415) 835-8996

**Healthcare**
Biotechnology
Charles C. Duncan, PhD    (212) 906-3510
   Felicia Miller, PhD    (212) 906-3505
   Ashley Mlinac    (415) 835-8965

Adam Cutler    (212) 906-3530
   Ritu Baral    (212) 906-3531

Medical Devices
Anthony Ostrea, CFA    (212) 906-3545

**Technology**
Communications Equipment
Samuel Wilson    (415) 835-8967
   Jonathan Curtis    (415) 835-3918

Consumer Technology Products & Services
Ingrid Ebeling    (415) 835-8904

Enterprise/Application Software
Patrick Walravens    (415) 835-8943
   Monti S. Saroya    (415) 835-3922

Industrial Technology
Jason Simon, CFA    (415) 835-8934
   Bryce Dille, CFA    (415) 835-8916

Infrastructure Software & Services
Denny C. Fish, Jr.    (415) 835-3934

Internet
William S. Morrison    (415) 835-8979

Semiconductors
Krishna Shankar    (415) 835-8971
   Peter J. Bussi    (415) 835-3975

**For Additional Information**

Mark Lehmann
Director of Equities
(415) 835-3908

Erin Seidemann
Vice President, Publishing
(415) 835-3970

NOV-E-3916406

**EXHIBIT 24**
**PAGE 390**