# EXHIBIT 4

THOMSON REUTERS

# EDITED TRANSCRIPT

Twist Bioscience Corp at Cowen Health Care Conference

EVENT DATE/TIME: MARCH 12, 2019 / 3:20PM GMT

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



1

## MARCH 12, 2019 / 3:20PM GMT, Twist Bioscience Corp at Cowen Health Care Conference

### CORPORATE PARTICIPANTS

**Emily Leproust** *Twist Bioscience Corporation - CEO*

### CONFERENCE CALL PARTICIPANTS

**Doug Schenkel** *Cowen and Company - Analyst*

### PRESENTATION

**Doug Schenkel** *Cowen and Company - Analyst*

All right, good morning. I am Doug Schenkel, one of the healthcare analysts here at Cowen. It's my pleasure to welcome you to this session with Twist Biosciences. From the Company we have Emily Leproust, the Chief Executive Officer. The plan is for Emily to I think use up probably most if not all of the 30 minutes to just walk through the Twist story.

And then, if we have time for a couple questions, maybe we'll do some of them here. But if not, we do have a breakout next door in Salon D where we will have another half an hour to have a pretty interactive discussion. Jim Thorburn, From the Company, the Chief Financial Officer, is here as well. So without further ado, Emily, thanks for being here and let me hand it over to you.

**Emily Leproust** *Twist Bioscience Corporation - CEO*

Thank you very much, Doug, for the invitation and the introduction. It is great to be here. I'll start by saying that I will be making forward-looking statements in the next few slides. For those of you that don't know Twist, we have a silicon platform to write DNA from scratch. And the benefit of the silicon is that we can miniaturize the chemistry which gives us higher throughput of our cost and it allows us to go after a number of applications.

We are commercial; we have a number of products launched and in the process of being launched. And really the (inaudible) technologies is a platform that we can leverage for many applications that I will go through.

So in terms of strategy, initially we wanted to go after the synthetic biogene market by selling genes. Then go after genomics with exome and custom targeted sequencing and then exome into longer-term initiatives in drug discovery and data storage.

If we take a snapshot in time of where we are today, we are way in the commercialization of for synthetic biology. We are in the middle of commercialization for genomics. We actually launched our product last year at AGBT, so we have now one full-year of commercial activity. In biological drug discovery we are in the proof of concept stage and in data storage we are just exiting the exploration. So in the next few slides I'll go through each of those four areas.

So another way to look at those four areas is to group the first two, so syn bio and genomics into the core business of Twist. That is the revenue generation part of Twist. So the measure of success here is revenue growth. And so that starts with syn bio.

So in syn bio our customers are using our DNA, our synthetic genes, to discover and develop biological drugs such as antibodies, TCR, DNA vaccines and so on. They are using our genes to develop bio fabrication processes to make chemicals. So you can think of making nylons and plastics and specialty chemicals from fermentation instead of using oil as a source of [carbon]. And in [ag] bio our genes are used to modify plants and to add traits, increase resistance to extremes of weather, increase resistance to new disease and so on.

The market price is $1.3 billion for syn bio. (Inaudible) are the people that buy DNA. That's about a $300 billion million market and we have almost 10% market share and growing. And there we sold product for customers where they are struggling to get access to the DNA they want. And then long-term we want to go after the maker market. So those are people that can't afford to buy DNA so they make their own DNA through molecular cloning.

I don't know if some of you have cloned in the past, it's very tedious. And at Twist we say friends don't let friends clone. And so, our goal is to over time capture that part of the market. So this is a relatively big market and with unhappy customers. And to capture that market we developed a new technology that is a better mousetrap.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MARCH 12, 2019 / 3:20PM GMT, Twist Bioscience Corp at Cowen Health Care Conference

And here we are comparing on the right the 96 well plate, which is a format that our competition uses to make oligos, and you can make 96 oligos at the same time and turn that into one gene. And what we've done is on the right we've developed a silicon chip where, on the same format, same footprint, we can make 1 million oligos and transform them into thousands of genes. So really the silicon platform brings a much higher throughput and much lower cost, enabling us to make a massive amount of genes and oligo synthesis at great speed.

So when we look at the product of genes, it's a very competitive product. We have actually perfect quality, we ship perfect DNA. The customer experience is excellent. We have built an e-commerce platform, which I'll highlight in a few slides, that is intuitive, frictionless and beautiful. So it's very easy to buy products from us.

In terms of cost, we sell DNA at $0.09 per [base] compared to $0.25 per base for the competition. So we are disruptive in terms of cost. Great throughput, very reliable and now we have a turnaround time which is extremely competitive compared to the rest of the marketplace.

I'll skip the slide in the interest of time. So we have been commercial since 2016. And here on the right I am showing the number of genes shipped in each of the last quarter for the last three fiscal years. And we went from 6,000 genes shipped per month in 2016 to more than 23,000 genes shipped per month at the end of 2018.

So, great growth with some of the top (inaudible) companies with the top ag bio and industrial companies. We even sell genes to Microsoft. And I'll highlight that Ginkgo Bioworks is the largest user of genes in the world and we have a four-year contract with them.

As I mentioned earlier, we have great e-commerce which enables customers to be self-served. And you can login on our e-commerce and in 5 minutes you can order a gene. Everything is there. You can even track your orders. And we are leveraging this e-commerce to go after the long tail of customers, customers that only need a few genes.

And to highlight that, when we come payer the performance from our last quarter, Q1 2019 versus Q1 2018, in one year we had 3.5X more orders. And that's really -- that massive growth is enabled through e-commerce. At the same time the size of -- the average size of the PO went down about 45% because the long-term customers have a need for less genes, but overall it's 92% growth year-over-year.

In the last quarter we announced the launch of new products such as 5 kb genes, which enable us to start the maker to buyer conversion. And we will [slow] launch an API which [since the] API, the Twist computers can be linked to the computers of the customer so that it becomes a very sticky relationship because from their own internal software a customer can just click order from Twist.

Last I will mention a case study with Vanderbilt University. So Vanderbilt got a $28 million grant from DARPA, the pandemic prevention platform, and their goal is to be able to respond to a pandemic and have a DNA vaccine in 60 days. A big part of that effort is, in the middle, the ability to screen a large number of antibodies to find the one that would be the vaccine.

We are happy to report, at the bottom left, that in the first sprint that we did with them, we were able to ship hundreds of genes in nine days. And so, this is significant because the average speed to market is about 50 days, so we are significantly faster than that. That is in addition to being two to three times lower cost. And I think the ability to make hundreds of genes without any problem where our competition struggles to get that kind of scale. So it is a perfect example of something that could not have been done without the Twist platform.

Moving on to genomics, that is our second product line around targeted sequencing. So we are all familiar with sequencing where you can read every base of a genome, so that is called whole genome sequencing. In targeted sequencing you focus on some genes that are important for what you are trying to do. And the main -- currently for us the main application is in cancer diagnostic.

Our customers buy our kit to sequence tumor samples in order to provide actionable results to the patients around which therapies to give. Targeted sequencing is a lot cheaper than whole genome sequencing. And so, that is the main attraction for our customers to do it.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

And the market is well-established. It is a $0.5 billion market where we provide to our customers a laboratory prep kit and capture kit. And in the capture kit our DNA is used to go do the capture of those regions. The content for the capture can either be a catalog such as an exome as with a custom. And what we are finding is that the vast majority of our customers actually want custom content, either with the exome or without. So our ability to customize kits is a key driver of converting customers.

And so, we launched at AGBT last year. A couple of weeks ago we updated our product offering at AGBT again. We launched a fast hybridization and wash kit. The standard for targeted sequencing is to have a 16 [hour] hybridization, which means that you have to take the sample out of automated equipment onto -- to incubate. And our new (inaudible) works as well in 15 minutes. So we moved from 16 hours to 15 minutes, which means that we can do everything on the same automation deck so it's much more convenient.

We've launched a number of other kits that help -- I won't go into the details, but the idea is to have a workflow that is compatible with high throughput sequencing. So, it's -- meaning that with our products you'll be able to multiplex hundreds or thousands of samples per lane, which will be extremely important to our customers because now they can put more samples per lane and they can lower the cost of each sample.

So those were our product launches which is -- were very well received. In addition, we had four customer presentations to highlight the performance of our product. In the past it used to be me or people from Twist saying we are great and we'll lower your sequencing costs. And now we don't have to do that because the Broad Institute and other customers are saying it for us.

And in particular, Broad, which is the leading genomics platform, announced at the meeting that they switched their targeted sequencing to Twist and the product they highlighted was in liquid biopsy. Thanks to the Twist product they are able to do liquid biopsy at a very competitive price per sample, which enables reaching to a broader number of patients.

In addition, Helix showed that our products are currently used in direct-to-customer in genomics applications. And they showed that they started working with Twist in April and by October they had a validated assay that they are running routinely in production. And in those six months they were able to do three iterations. And that's -- another benefit of Twist is that we enable customers to quickly develop their assay and lower their R&D costs.

So kind of highlighting overall the key value proposition of our platform is first and foremost that we lower the cost of sequencing to our customer thanks to our performance. And as an example, when customers shared with us that his number of sample is increasing 50%. But because we [sell] sequencing cost he can keep his cost flat, which means he has higher margin which he can use to lower costs and drive more volume.

We can customize faster than the competition, which Helix highlighted, and enabled our customer to update their assays quicker. And then we have a kit that -- we will throw everything from A-Z, so they have a one-stop-shop for the solution.

Finally, another key highlight of our product line for NGS is that we've achieved ISO 13485 certification. And our kits are used either in FDA approved tests or in a CLIA certified labs and I think (inaudible) management stands at 35 to (inaudible) really helps the switch from (inaudible) to Twist.

Speaking of NGS -- speaking of conversion, now we -- now that we've been in the market for more than a year we have a good sense of what it takes to convert someone from our competition to Twist. Everything starts from a pilot and so far we have not lost any pilot and we shared that theme in the last quarter, Q1. We shipped to more than 100 customers during those pilots. And then customers go through the process of validation, scale up and ultimately get into production.

It may take a few quarters to go from pilots to production. However, once the promotion is done usually those contract are fairly big and the relationship is very sticky because we are evaluating it on assay, it's very hard to move us out. We are very happy to report that out of the 74 big customers that we track and that are validating our product, we are already in (inaudible) 18 -- we're within 18 accounts our products are used routinely in production. So great progress there.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

MARCH 12, 2019 / 3:20PM GMT, Twist Bioscience Corp at Cowen Health Care Conference

Maybe one more -- one mention of (inaudible). [Know that] yesterday that [WestShel] at AGBT, one of our customers at Children's Hospital of Philadelphia was able to get extremely degraded sample of blood spots from South America that were quite old, years old, and result probably because of the (inaudible) for products, she was able to assume funding results and enabling studies that wouldn't have been possible in the past. So, that is an example of great (inaudible) from the products that enable research that may not have been possible before.

When we put together syn bio and NGS in terms of financial performance, here we are plotting the revenue growth over the last few years. So in the last quarter -- sorry, all the growth, sorry, all the growth -- in Q1, all the growth was $15.2 million, which was more than double Q1 2018, which was $7.8 million, which itself was (inaudible) Q1 in 2016. So you can see great growth.

We have a long-term contract with Ginkgo and Ginkgo overall is becoming a smaller percentage of the business as we grow in other areas. But they are on track to meet the minimum commitment that they did to us for our [four-year] contract.

In terms of customer growth, we more than doubled our customers last year, which was more than triple the year before in terms of revenue. In Q1 2019, which we just reported, we had revenues of $11.5 million, which is more than where the Company was in all of 2017 and we are guiding to $47 million to $49 million this year.

So that's all I'll say about our core business. On the next few slides I will speak a little bit about our two verticals in drug discovery and data storage. Again, those are embedded free options for potentially big upside. And in drug discovery we have the opportunity to challenge the way drug discovery is done because of the DNA that we can make.

Part of drug discovery is finding the right mutation that has a therapeutic effect. And what is typically done is creating a random velocity in a library and then going to fish the needle in the haystack. That is very time-consuming and is a lot of work to find the one molecule. And because we don't make anything from scratch there's no random synthesis -- however, synthesis is explicit. We have the ability to make libraries of much higher quality to speed up the time to go from a target to a lead or a hit or a clinical candidate.

So we are using that capability in-house to do things that are difficult to do. And the two things that we have identified as difficult to do are developing biobetter drugs and developing antibodies or hard to drug targets. I will start with the hard to drug targets.

In particular, as a demonstration of the strength of the platform, we wanted to see if we could develop a functional antibody for a GPCR target. As you may know, GPCR are a very important class of targets in pharma. A third of small molecule drugs target GPCR, those are the transmembrane proteins that tell of the outside of the cell -- sorry, tell the inside of the cell what's happening outside.

And -- but even though the cell of the small molecule targeted GPCR, there are only two FDA approved antibodies for GPCR. It's actually very hard to find antibodies. And so, we thought this would be a great challenge for us to demonstrate the power of our technology.

And I'm very happy to report that we hired a CSO in July last year and we built the lab in September. And by early January we were taking one GPCR -- one GPCR protein, we were able to find several nanomolar (inaudible) antibodies that were antagonists. So in a few months we were able to find functional antibodies and (inaudible) binders for GPCR.

In addition, as I mentioned, we want to show that we can do bio better. So, as an example, we took a PD-L1 inhibitor that was a bad binder and in just a few months we were able to increase by 1,000X the affinity to make it a better than a normal (inaudible). So I know that the world does not need another PD-L1 inhibitor, but that was not the point. The point was to demonstrate the capability to take a bad binder and very quickly optimize it.

And so now the goal of Twist is to take that data and the data that we are generating since to go look for partners that will want to sign deals with us so that we will do the drug discovery for them in exchange for a fee and in exchange for reach through and royalties to the eventual therapeutic. So either a partnership or we're also looking at the opportunity to spin out some assets into newcos.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## MARCH 12, 2019 / 3:20PM GMT, Twist Bioscience Corp at Cowen Health Care Conference

To finish, I'd like to say a few words about data storage. In DNA, which is the archival of data, is an extremely large market, a big opportunity. And also that all of the archival today is done on electronic media with a tape or hard drive or in the cloud. And those electronic media are very volatile -- actually a hard drive or tape -- actually a hard drive there is a (inaudible) failure every year. So if you have data that's very important you have to constantly move it from one hard drive to the next to make sure you keep it.

There's a better way to do it and that is using DNA. DNA is our hard drive, our data is in our DNA and DNA is stable for thousands of years. You can find a mammoth in the ground that's 20,000 years old and you crack the bone and take the DNA and put it in a sequencing machine and it is there. So it's a little hard drive that's 20,000 years old.

So we want to [invest] that ability. The way it works conceptually is simple. If you have a file which is a bunch of zeros and ones, you can (inaudible) the file into a genome that has ACGT and then on our silicon platform we can make that DNA from scratch. So we can make a file as a small piece of DNA that can be stored for years or centuries, as long as you want. And if you want the file back you just fish it right out and then sequence it on an (inaudible) machine and decode it back.

We have done a lot of demonstration with Illumina and -- sorry, with Microsoft and the EPSL and the [University of Washington] and Columbia University and it worked great. Hundreds and hundreds of byte you encode are recovered. The next -- so it works, it's permanent, it's very dense. You could store all the data in the Internet, if you make it in DNA, to fit in a shoebox. It is very, very dense information.

What we need to improve before a commercial launch is to review the cost of that storage. Today if you compare to tape in purple and hard drive in orange, DNA quite expensive. It's about $1,000 for 1 megabyte of data. So it's expensive but that is using the current silicon platform. And we are using on a new silicon platform which has higher density which would enable us to go down the price curve and be competitive with tape and hard drive. So we are working on that.

To conclude, we have a great management team. We have strong momentum, started in 2013; 2016 launched our first product. This is a demonstration on data storage with Microsoft. Launched our NGS pipeline. We have a four-year contract with Ginkgo. We've launched our e-commerce for syn bio. We have demonstrated that we can develop functional antibodies and last October we've done an IPO.

In terms of growth drivers we are looking for, the next few years we are looking for progress in multiple areas. The first is absolutely leverage the power of e-commerce to reach more and more customers for syn bio. Similarly for NGS approve for more and more pilots and (inaudible) customers into production. We have a number of new product introductions we want to do for genes.

From an operations point of view we are launching a production in China of our NGS products so that we can have products made in China for China. China is a huge opportunity for us in NGS and being able to produce locally will really help us capture that market. Now that we have shown that we can develop functional integrity we want to establish partnerships in drug discovery.

And then longer-term we want to reach partnership and revenue from data storage as we lower the cost of storing data in DNA. And in the longer term, as we are profitable and we'll be able to potentially use our own capital to develop our own proprietary drug and keep more of the economic value equation from our drug discovery and development.

So to conclude, we have a great technology with silicon. We are the first company to write DNA on silicon. The DNA we make has broad applications in many markets like syn bio, genomics and so on. Those markets are growing very fast and, as a result, our revenues are growing very fast as well. Last year 2018 we grew from $10.8 million to $25 million of revenue. And again, this year we are guiding to $47 million to $49 million.

We have a unique value proposition around speed and cost and quality. You don't have to choose two. We are a (inaudible) grade dynamic where we don't need FDA approval or involvement, our customers do. And finally, we have a great team and great investors to achieve our goal and to execute. So I think we have 22 seconds left. Right on time.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## MARCH 12, 2019 / 3:20PM GMT, Twist Bioscience Corp at Cowen Health Care Conference

**Doug Schenkel** *Cowen and Company - Analyst*

Well, luckily we have half an hour blocked off next door. So why don't we pick up this (inaudible)?

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON REUTERS'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019 Thomson Reuters. All Rights Reserved.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

 THOMSON REUTERS

7