**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Policemen's
Annuity and Benefit Fund of Chicago and
Lead Counsel for the Putative Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,

Defendants.

Case No. 5:22-cv-08168-EJD

CLASS ACTION

**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' MOTION TO DISMISS**

**CIVIL L.R. 7-3(d); 7-11**

Pursuant to Local Rules 7-3(d) and 7-11, and for the reasons set forth herein and in the accompanying Declaration of George N. Bauer ("Bauer Decl."), Plaintiff respectfully requests leave to file a supplemental submission regarding Defendants' Motion to Dismiss (ECF No. 86) to respond to authority that Plaintiff has not yet had an opportunity to address.[1]

On October 11, 2023, Plaintiff filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 83).  On December 6, 2023, Defendants filed a Motion to Dismiss the Amended Complaint (ECF No. 86), and on January 26, 2024, Plaintiff filed a brief in opposition to Defendants' Motion to Dismiss (ECF No. 93).  Defendants then filed a reply brief in further support of their Motion to Dismiss on February 23, 2024, in which they, among other things, cited for the first time *Ng v. Berkeley Lights, Inc.*, 2024 WL 695699 (N.D. Cal. Feb. 20, 2024) (*see* ECF No. 93, at 4), which was issued on February 20, 2024, almost a month after Plaintiff's opposition was filed on January 26, 2024.  On April 15, 2024, the Court vacated the April 18, 2024, hearing on Defendants' motion to dismiss.  (ECF No. 94.)  Because *Berkeley Lights* was issued after Plaintiff's opposition brief was filed and cited for the first time in Defendants' reply brief, and Plaintiff is now unable to address it during the previously scheduled hearing, Plaintiff respectfully requests leave to submit the attached supplemental submission to narrowly address Defendants' reliance on *Berkeley Lights*.[2]  *See T1 Payments LLC v. New U Life Corp.*, 2022 WL 195111, at *1–2 (D. Nev. Jan. 21, 2022) (granting motion for leave to file supplemental submission to address authority and evidence that came out after party filed its opposition); *Liberty Corp. Cap. Ltd. v. Steigleman*, 2020 WL 2097776, at *1–2 n. 1 (D. Ariz. May 1, 2020) (permitting sur-reply on motion to dismiss where Defendant "raises new arguments and relies on substantially new authority in her

---

[1] Capitalized terms not defined herein have the meanings in the Amended Complaint ("Complaint") (ECF No. 83).  Citations to "¶_" are to the Complaint.  Emphasis is added and citations are omitted unless otherwise stated.

[2] The proposed supplemental submission is attached to the accompanying Declaration of George N. Bauer as Exhibit 1.

1

Reply").

Plaintiff's counsel has conferred with Defendants' counsel as required by Local Rule 7-11(a), and Defendants' counsel has indicated that Defendants do not consent to the filing of a supplemental submission.  (Bauer Decl., ¶¶ 3–4.)

Dated: April 19, 2024

Respectfully submitted,

By: */s/ Joseph A. Fonti*
**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com
George N. Bauer (*pro hac vice*)
gbauer@bfalaw.com
Nancy A. Kulesa (*pro hac vice*)
nkulesa@bfalaw.com
Benjamin Burry (*pro hac vice*)
bburry@bfalaw.com
Joseph W. Baier (*pro hac vice*)
jbaier@bfalaw.com
7 Times Square, 27th Floor
New York, New York 10036
Tel: (212) 789-1340
Fax: (212) 205-3960

– and –

Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

*Counsel for Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago and Lead Counsel for the Putative Class*

John A. Kehoe (*pro hac vice*)
**KEHOE LAW FIRM, P.C.**
41 Madison Avenue, 31st Floor
New York, NY 10010
Telephone: (215) 792-6676
jkehoe@kehoelawfirm.com

2

*Additional Counsel for Lead Plaintiff*
*Policemen's Annuity and Benefit*
*Fund of Chicago*

3

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION
REGARDING DEFENDANTS' MOTION TO DISMISS - 5:22-cv-08168-EJD

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 19, 2024.

*/s/ Joseph A. Fonti*
Joseph A. Fonti

4

PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION
REGARDING DEFENDANTS' MOTION TO DISMISS - 5:22-cv-08168-EJD