**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Policemen's*
*Annuity and Benefit Fund of Chicago and*
*Lead Counsel for the Putative Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN, <br><br> Defendants. | Case No. 5:22-cv-08168-EJD <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF GEORGE N. BAUER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' MOTION TO DISMISS** |

I, George N. Bauer, hereby declare as follows:

1.     I am an attorney with the law firm Bleichmar Fonti & Auld LLP, counsel for Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago and Lead Counsel for the Putative Class. I am an attorney duly licensed to practice in the State of New York and have been admitted to practice *pro hac vice* in this matter.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.     Pursuant to Civil Local Rules 7-3 and 7-11, I submit this declaration in support of Plaintiff's Administrative Motion for Leave to File a Supplemental Submission Regarding Defendants' Motion to Dismiss.

3.     On Wednesday, April 17, 2024, I indicated to counsel for Defendants that in light of the Court vacating the hearing on Defendants' motion to dismiss (*see* ECF No. 94), Plaintiff intended to file an administrative motion seeking leave to file a supplemental submission.  I further indicated that the submission would be limited to addressing the Defendants' reply brief's reliance on *Ng v. Berkeley Lights*, 2024 WL 695699 (N.D. Cal. Feb. 20, 2024), which was issued after Plaintiff's opposition and which Plaintiff is now unable to address at oral argument.  I further requested, pursuant to Local Rule 7-11, that Defendants' counsel advise whether Defendants consent to the motion for leave.

4.     On Friday, April 19, 2024, counsel for Defendants indicated that Defendants do not consent to the filing of a supplemental submission.

5.     Attached hereto as Exhibit 1 is Plaintiff's proposed supplemental submission.

6.     Attached hereto as Exhibit 2 is a true and correct copy of the complaint filed in *Ng v. Berkeley Lights*, available on the public docket for *Ng v. Berkeley Lights*, Case No. 4:21-cv-09497-HSG (N.D. Cal.), at ECF No. 89 (filed on February 25, 2022).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on April 19, 2024, in White Plains, New York.

Dated: April 19, 2024                                    */s/ George N. Bauer*
                                                              George N. Bauer

DECL. OF GEORGE N. BAUER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' MOTION TO DISMISS
CASE NO. 5:22-cv-08168-EJD