**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>  v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>        Defendants. | Case No. 5:22-CV-08168-EJD<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINITRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' MOTION TO DISMISS**<br><br>Dept.: Courtroom 4, 5th Floor<br>Judge: Honorable Edward J. Davila |

WHEREAS, on October 11, 2023, Plaintiff filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 83);

WHEREAS, on December 6, 2023, Defendants filed a Motion to Dismiss the Amended Complaint (ECF No. 86), and on January 26, 2024, Plaintiff filed a brief in opposition to Defendants' Motion to Dismiss (ECF No. 93);

WHEREAS, Defendants then filed a reply brief in further support of their Motion to Dismiss on February 23, 2024, in which they, among other things, cited *Ng v. Berkeley Lights, Inc.*, 2024 WL 695699 (N.D. Cal. Feb. 20, 2024) (*see* ECF No. 93, at 4), which was issued on February 20, 2024, almost a month after Plaintiff's opposition was filed on January 26, 2024;

WHEREAS, on April 15, 2024, the Court vacated the April 18, 2024, hearing on Defendants' motion to dismiss (ECF No. 94);

WHEREAS, on April 19, 2024, Plaintiff filed an Administrative Motion for Leave to File a Supplemental Submission Regarding Defendants' Motion to Dismiss, specifically to address *Ng v. Berkeley Lights*;

Having considered the papers filed in support of Plaintiff's motion and for good cause shown, the Court hereby orders that Plaintiff's Administrative Motion for Leave to File a Supplemental Submission Regarding Defendants' Motion to Dismiss is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINITRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' MOTION TO DISMISS – 5:22-cv-08168-EJD

1