JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ARIEL B. WINAWER (SBN 317821)
awinawer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendants
TWIST BIOSCIENCE CORPORATION, EMILY M.
LEPROUST, and JAMES M. THORBURN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN, <br><br> Defendants. | Case No. 5:22-cv-08168-EJD <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' MOTION TO DISMISS** <br><br> Judge:     Honorable Edward J. Davila <br> Dept:     4, 5th Floor |

On April 19, 2024, Plaintiff filed an Administrative Motion for Leave to File a Supplemental Submission Regarding Defendants' Motion to Dismiss (the "Motion"). On April 23, 2024, Defendants filed an Opposition to Plaintiff's Motion. Having read the papers and considered the contentions of the parties, and the arguments of counsel, the Court **DENIES** Plaintiff's Motion.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. EDWARD J. DAVILA
United States District Judge