**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Policemen's
Annuity and Benefit Fund of Chicago and
Lead Counsel for the Putative Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

|  |  |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:22-cv-08168-EKL |
|  | <u>CLASS ACTION</u> |
| Plaintiff, |  |
| v. | **PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION** |
| TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN, |  |
| Defendants. |  |

PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION - 5:22-cv-08168-EKL

Plaintiff respectfully submits this Response to Defendants' Statement of Recent Decision, filed on April 11, 2025 (ECF No. 112).[1]  As a preliminary matter, Defendants' submission is procedurally improper under Local Civil Rule 7-3(d).  That Rule states that "*[b]efore the noticed hearing date*, counsel may bring to the Court's attention a relevant judicial opinion."  L.R. 7-3(d)(2).  But Defendants' supplemental submission comes nearly five months *after* the hearing on Defendants' motion to dismiss was held on November 13, 2024.  (*See* ECF No. 105.)

As to the substance, the out-of-circuit case cited in Defendants' submission, *Defeo v. IonQ, Inc.*, --- F.4th ----, 2025 WL 1035292 (4th Cir. Apr. 8, 2025),[2] is factually distinct from this case and does not support Defendants' motion to dismiss.  Here, analysts expressly connected the information disclosed for the first time in the Scorpion Report to the loss investors suffered.  (*See* ¶¶ 201–204; *see also* ECF No. 98.)  This is unlike *Defeo* (and unlike all the other cases cited in Defendants' papers).  In fact, the analysts in *Defeo* had the opposite reaction, with the Fourth Circuit noting that the analysts there did not "credit the Report as revealing any truth about IonQ's purported fraud," and instead focused on the Report's "inflammatory allegations," "egregious" misstatements, and cautioned that it was "not a particularly helpful analysis."  *Defeo*, 2025 WL 1035292, at *22.  That is in sharp contrast to the analysts' reactions here, which included that the report will "continue to be an overhang on the story and investor sentiment for a number of quarters," (¶ 202) and that "[Twist] has also been labelled as 'cash burning inferno' by a short selling company Scorpion Capital" and that "[t]he stock of the company reacted soon to this news and it tumbled" (¶ 204).

Accordingly, in light of these allegations, and the significant price drop on unusually high trading volume and the near complete corroboration of the Scorpion Report's revelations (*see* ECF No. 98 at 3–4), Plaintiff here, unlike in *Defeo*, has adequately alleged that the "market treat[ed] the allegations in [the Scorpion Report] as sufficiently credible to be acted upon as truth, and the inflation

---

[1] Capitalized terms not defined herein have the meanings in the Amended Complaint ("Complaint") (ECF No. 83).  Citations to "¶_" are to the Complaint.  Emphasis is added and citations are omitted unless otherwise stated.

[2] The *Defeo* case affirmed the District of Maryland decision cited in Defendants' motion to dismiss, *Leacock v. IonQ, Inc.*, 2023 WL 6308045 (D. Md. 2023).

1

PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION - 5:22-cv-08168-EKL

in the stock price attributable to the defendant[s'] misstatements [was] dissipated as a result." *In re BofI Holding, Inc. Sec. Litig.*, 977 F.3d 781, 792 (9th Cir. 2020).

Dated: April 11, 2025

Respectfully submitted,

By: */s/ Joseph A. Fonti*
**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com
George N. Bauer (*pro hac vice*)
gbauer@bfalaw.com
Nancy A. Kulesa (*pro hac vice*)
nkulesa@bfalaw.com
Benjamin Burry (*pro hac vice*)
bburry@bfalaw.com
Joseph W. Baier (*pro hac vice*)
jbaier@bfalaw.com
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

– and –

Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

*Counsel for Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago and Lead Counsel for the Putative Class*

John A. Kehoe (*pro hac vice*)
**KEHOE LAW FIRM, P.C.**
41 Madison Avenue, 31st Floor
New York, NY 10010
Telephone: (215) 792-6676
jkehoe@kehoelawfirm.com

*Additional Counsel for Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago*

2

PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION - 5:22-cv-08168-EKL

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 11, 2025.

/s/ Joseph A. Fonti
Joseph A. Fonti

3

PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION - 5:22-cv-08168-EKL