**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Tel: (415) 445-4003
Fax: (415) 445-4020

George N. Bauer (*pro hac vice*)
gbauer@bfalaw.com
75 Virginia Road
White Plains, New York 10603
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Policemen's
Annuity and Benefit Fund of Chicago and
Lead Counsel for the Putative Class*

**ORRICK, HERRINGTON &
  SUTCLIFFE LLP**
James N. Kramer (SBN 154709)
Alexander K. Talarides (SBN 268068)
405 Howard Street
San Francisco, CA 94105
Tel:  (415) 773-5700
Fax:  (415) 773-5759
jkramer@orrick.com
atalarides@orrick.com

*Counsel for Defendants Twist Bioscience
Corporation, Emily M. Leproust, and James
M. Thorburn*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN <br><br> Defendants. | ) <br> ) Case No.: 5:22-cv-08168-EKL <br> ) <br> ) <br> ) <br> ) <br> ) **STIPULATION AND [PROPOSED] ORDER REGARDING ADJOURNMENT OF CASE MANAGEMENT CONFERENCE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to Local Civil Rule 7-12 and Section II of the Standing Order for Civil Cases Before Judge Eumi K. Lee, Lead Plaintiff Policeman's Annuity and Benefit Fund of Chicago and Defendants Twist Bioscience Corporation, Emily M. Leproust, and James M. Thorburn ("Defendants" and together with Lead Plaintiff, the "Parties") jointly submit this Stipulation and Proposed Order:

WHEREAS, on October 11, 2023, Lead Plaintiff filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 83);

WHEREAS, on December 6, 2023, Defendants filed a motion to dismiss Lead Plaintiff's Amended Complaint (ECF Nos. 86–87), in response to which Lead Plaintiff filed an opposition on January 26, 2024 (ECF Nos. 90–92), and in further support of which Defendants filed a reply on February 23, 2024 (ECF No. 93);

WHEREAS, in April 2024, the Parties filed further supplemental submissions regarding Defendants' motion to dismiss (ECF Nos. 95–96, 97);

WHEREAS, a hearing on Defendants' motion to dismiss was held before the Court on November 13, 2024 (ECF No. 105);

WHEREAS, on December 16, 2024, a Clerk's Notice Resetting Zoom Hearing was entered on the case docket scheduling an Initial Case Management Conference for March 12, 2025 at 1:30 p.m. PT via Zoom (ECF No. 110);

WHEREAS, on March 5, 2025, a Clerk's Notice Resetting Case Management Conference was entered on the case docket resetting the Initial Case Management Conference for May 14, 2025, and ordering that the parties submit a Case Management Statement by April 30, 2025 (ECF No. 111);

WHEREAS, this action is governed by the Private Securities Litigation Reform Act ("PSLRA"), which states, in pertinent part, that "[i]n any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss."  15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, consistent with the stay imposed by the PSLRA, the Initial Case Management Conference and the deadline for the parties' Case Management Statement should be adjourned pending resolution of Defendants' motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that, subject to the Court's approval:

1.      Consistent with the PSLRA's requirement that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B), the Initial Case Management Conference set for May 14, 2025, and the deadline for the parties' Case Management Statement, currently set for April 30, 2025, are vacated, and will be reset after the Court resolves Defendants' motion to dismiss.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: April 25, 2025                    Respectfully submitted,

                                         By: /s/ George N. Bauer
                                         **BLEICHMAR FONTI & AULD LLP**
                                         George N. Bauer (*pro hac vice*)
                                         gbauer@bfalaw.com
                                         75 Virginia Road
                                         White Plains, New York 10603
                                         Tel: (212) 789-1340
                                         Fax: (212) 205-3960

                                         Lesley E. Weaver (SBN 191305)
                                         lweaver@bfalaw.com
                                         1330 Broadway, Suite 630
                                         Oakland, California 94612
                                         Tel: (415) 445-4003
                                         Fax: (415) 445-4020

                                         *Counsel for Lead Plaintiff Policeman's Annuity and Benefit Fund of Chicago and Lead Counsel for the Putative Class*


Dated: April 25, 2025                    By: /s/ Alexander K. Talarides
                                         **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                         James N. Kramer (SBN 154709)
                                         Alexander K. Talarides (SBN 268068)

2

405 Howard Street
San Francisco, CA 94105
Tel:  (415) 773-5700
Fax:  (415) 773-5759
jkramer@orrick.com
atalarides@orrick.com

*Counsel for Defendants Twist Bioscience Corporation, Emily M. Leproust, and James M. Thorburn*

## **ATTESTATION**

I, George N. Bauer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Adjournment of Case Management Conference.  In compliance with Local Civil Rule 5-1(i)(3), I hereby attest that Alexander K. Talarides has concurred with this filing.

*/s/ George N. Bauer*
George N. Bauer

STIPULATION AND [PROPOSED] ORDER REGARDING ADJOURNMENT OF CASE MANAGEMENT CONFERENCE
CASE NO.: 5:22-cv-08168-EKL

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____April 30_____, 2025        _____
HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

4