**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Tel: (415) 445-4003
Fax: (415) 445-4020

Joseph A. Fonti (*pro hac vice*)
George N. Bauer (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Policemen's
Annuity and Benefit Fund of Chicago and
Lead Counsel for the Putative Class*

**ORRICK, HERRINGTON &
  SUTCLIFFE LLP**
James N. Kramer (SBN 154709)
Alexander K. Talarides (SBN 268068)
M. Todd Scott (SBN 226885)
405 Howard Street
San Francisco, CA 94105
Tel:  (415) 773-5700
Fax:  (415) 773-5759

*Counsel for Defendants Twist Bioscience
Corporation, Emily M. Leproust, and James
M. Thorburn*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN<br><br>        Defendants. | Case No.: 5:22-cv-08168-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Civil Rule 7-12 and Sections V. and VI. of the Standing Order for Civil Cases Before Judge Eumi K. Lee, Lead Plaintiff Policeman's Annuity and Benefit Fund of Chicago ("Lead Plaintiff") and Defendants Twist Bioscience Corporation, Emily M. Leproust, and James M. Thorburn ("Defendants" and together with Lead Plaintiff, the "Parties") jointly submit this Stipulation and Proposed Order:

WHEREAS, on October 11, 2023, Lead Plaintiff filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 83);

WHEREAS, on December 6, 2023, Defendants filed a motion to dismiss Lead Plaintiff's Amended Complaint (ECF Nos. 86–87), in response to which Lead Plaintiff filed an opposition on January 26, 2024 (ECF Nos. 90–92), and in further support of which Defendants filed a reply on February 23, 2024 (ECF No. 93);

WHEREAS, a hearing on Defendants' motion to dismiss was held before the Court on November 13, 2024 (ECF No. 105);

WHEREAS, on September 3, 2025, the Court issued an Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (the "Motion to Dismiss Order"), which, among other things, granted Lead Plaintiff leave to amend and ordered that any such Second Amended Complaint be filed within 21 days of the Motion to Dismiss Order (ECF No. 117);

WHEREAS, Lead Plaintiff does not intend to file a Second Amended Complaint and instead intends to proceed on the operative Amended Complaint (ECF No. 83), as modified by the Motion to Dismiss Order;

WHEREAS, the Parties have conferred on a schedule for (i) Defendants to file an Answer to the Amended Complaint; (ii) conferring and submitting a Joint Case Management Statement pursuant to Fed. R. Civ. P. 26(f), Section VI of the Standing Order for Civil Cases Before Judge Eumi K. Lee, and Local Civil Rule 16; (iii) submitting ADR Certifications pursuant to ADR Local Rule 3-5; and (iv) setting a Case Management Conference with the Court;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned

1

counsel, that, subject to the Court's approval:

1. By no later than October 21, 2025, Defendants shall file an Answer to the Amended Complaint.

2. By no later than October 22, 2025, the Parties shall submit (i) a Joint Case Management Statement pursuant to Fed. R. Civ. P. 26(f), Section VI of the Standing Order for Civil Cases Before Judge Eumi K. Lee, and Local Civil Rule 16, and (ii) ADR Certifications pursuant to ADR Local Rule 3-5.

3. On November 5, 2025, at 1:30 pm PT, the Parties shall attend an initial Case Management Conference with the Court via Zoom.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: September 18, 2025                Respectfully submitted,


By*: /s/ George N. Bauer*
**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
George N. Bauer (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960
jfonti@bfalaw.com
gbauer@bfalaw.com

Lesley E. Weaver (SBN 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Tel: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Counsel for Lead Plaintiff Policeman's Annuity and Benefit Fund of Chicago and Lead Counsel for the Putative Class*


Dated: September 18, 2025                By: */s/ M. Todd Scott*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
James N. Kramer (SBN 154709)
Alexander K. Talarides (SBN 268068)

2

M. Todd Scott (SBN 226885)
405 Howard Street
San Francisco, CA 94105
Tel:  (415) 773-5700
Fax:  (415) 773-5759
jkramer@orrick.com
atalarides@orrick.com
tscott@orrick.com

*Counsel for Defendants Twist Bioscience Corporation, Emily M. Leproust, and James M. Thorburn*

## **ATTESTATION**

I, George N. Bauer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Case Management Conference.  In compliance with Local Civil Rule 5-1(i)(3), I hereby attest that M. Scott Todd has concurred with this filing.

*/s/ George N. Bauer*
George N. Bauer

3

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __October 2, 2025_____, 2025

_____
HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

4