JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

JAMES C. RUTTEN (SBN 201791)
james.rutten@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ACHYUT J. PHADKE (SBN 261567)
achyut.phadke@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants
TWIST BIOSCIENCE CORPORATION, EMILY M.
LEPROUST, and JAMES M. THORBURN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EKL<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTIES JOANNA LIPINSKI AND ERIC OSADA**<br><br>Date:    March 24, 2026<br>Time:    10:00 a.m.<br>Judge:   Honorable Susan van Keulen<br>Ctrm:    6, 4th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that, pursuant to Rule 37 of the Federal Rules of Civil Procedure ("Federal Rules") and Rule 7.2 of the Civil Local Rules for the U.S. District Court, Northern District of California,[1] on March 24, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Susan van Keulen, in Courtroom 6, United States District Court for the Northern District of California, 290 South 1st Street, San Jose, CA 95113, Defendants Twist Bioscience Corporation, Emily M. Leproust, and James M. Thorburn (collectively "Defendants") shall and hereby do move the Court for an order compelling non-parties Joanna Lipinski and Eric Osada to: (1) produce documents in response to Defendants' Subpoena to Produce Documents, Information or Objects; and (2) testify in response to Defendants' Subpoena to Testify at a Deposition in a Civil Action pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Dated:   February 10, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP
MUNGER, TOLLES & OLSON LLP

*/s James N. Kramer*
JAMES N. KRAMER

Attorneys for Defendants Twist Bioscience Corporation, Emily M. Leproust, and James M. Thorburn

---

[1] Defendants conferred and sought to follow Judge van Keulen's Civil & Discovery Referral Matters Standing Order. As Rule 7.6 regarding "Discovery Disputes" refers to disputes between the parties, specifically, and not with respect to a non-party, Defendants have followed the procedure as set forth under Local Rule 7-2 and Rule 37 of the Federal Rules.