# EXHIBIT 7

**From:** Rutten, James <James.Rutten@mto.com>
**Sent:** Wednesday, February 4, 2026 1:15 PM
**To:** Benjamin Burry <bburry@bfalaw.com>; Rosen, Olivia <orosen@orrick.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Phadke, Achyut <achyut.phadke@mto.com>; Franklin, Lyndsey <Lyndsey.Franklin@mto.com>; Scott, M. Todd <tscott@orrick.com>; Taylor, Robert <robert.taylor@orrick.com>; McKenna, Jeffrey W. <jmckenna@orrick.com>; Heckman, Curtis D. <checkman@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; David Leopard <dleopard@bfalaw.com>; Thomas Allen <tallen@bfalaw.com>; Joseph Fonti <jfonti@bfalaw.com>; George Bauer <gbauer@bfalaw.com>; Thayne Stoddard <tstoddard@bfalaw.com>
**Subject:** RE: Peters v. Twist Bioscience Corp., et al. - Plaintiff's RFPs, ESI, and Discovery

Sorry, apparently my finger inadvertently hit "send" before I had finished typing.  I meant to say:

Benjamin, following up on Monday's videoconference, I believe we were clear about this during the call, but for the depositions of Ms. Lipinski and Messrs. Osada and Whitty, Defendants do not intend to use any documents that are not available to Plaintiffs.  For example, we may use the Complaint and publicly available documents, but we would not use internal Twist documents that have not been produced to Plaintiff.  I think that was clear before, but I wanted to make sure that you all understood that.  Thanks.

**From:** Rutten, James
**Sent:** Wednesday, February 4, 2026 4:11 PM
**To:** 'Benjamin Burry' <bburry@bfalaw.com>; Rosen, Olivia <orosen@orrick.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Phadke, Achyut <achyut.phadke@mto.com>; Franklin, Lyndsey <Lyndsey.Franklin@mto.com>; Scott, M. Todd <tscott@orrick.com>; Taylor, Robert <robert.taylor@orrick.com>; McKenna, Jeffrey W. <jmckenna@orrick.com>; Heckman, Curtis D. <checkman@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; David Leopard <dleopard@bfalaw.com>; Thomas Allen <tallen@bfalaw.com>; Joseph Fonti <jfonti@bfalaw.com>; George Bauer <gbauer@bfalaw.com>; Thayne Stoddard <tstoddard@bfalaw.com>
**Subject:** RE: Peters v. Twist Bioscience Corp., et al. - Plaintiff's RFPs, ESI, and Discovery

Benjamin, following up on Monday's videoconference, I believe we were clear about this during the call, but for the depositions of Ms. Lipinski and Messrs. Osada and Whitty, Defendants do not intend to use any doc