# EXHIBIT 8

| | |
|---|---|
| **From:** | Homiak, Kevin <Homiak@wtotrial.com> |
| **Sent:** | Sunday, February 8, 2026 12:00 PM |
| **To:** | Benjamin Burry; James Rutten; George Bauer; jkehoe@kehoelawfirm.com; Joseph Fonti; Thayne Stoddard; Phadke, Achyut; Talarides, Alex; Winawer, Ariel; Kramer, James N.; Scott, M. Todd; Connaughty, Alison; Thomas Allen; David Leopard; Nancy A. Kulesa; Franklin, Lyndsey; Rosen, Olivia |
| **Cc:** | Bellamy, Galen; Connaughty, Alison; Christ, L. Alicia |
| **Subject:** | RE: Peters v. Twist Bioscience (Case No. 5:22-cv-08168-EKL) - Jeff Whitty's Objections to Deposition and Document Subpoena |

**[EXTERNAL]**

All,

I hope we made this clear in the letters with our objections, but we do not object to our clients being deposed. We only object to scheduling their depositions before the parties resolve (or the Court decides) the outstanding issues regarding Defendants' document productions—as doing so risks our clients being deposed multiple times.

We will hold off on filing our motions to quash while we await word from you regarding whether the parties have reached a compromise. Please let us know as soon as possible.

Thank you,

**Kevin Homiak | Partner**
**Wheeler Trigg O'Donnell LLP**

CLASSIFICATION: RESTRICTED

**From:** Benjamin Burry <bburry@bfalaw.com>
**Sent:** Friday, February 6, 2026 11:44 AM
**To:** Rutten, James <James.Rutten@mto.com>; Homiak, Kevin <Homiak@wtotrial.com>; George Bauer <gbauer@bfalaw.com>; jkehoe@kehoelawfirm.com; Joseph Fonti <jfonti@bfalaw.com>; Thayne Stoddard <tstoddard@bfalaw.com>; Phadke, Achyut <achyut.phadke@mto.com>; atalarides@orrick.com; awinawer@orrick.com; jkramer@orrick.com; tscott@orrick.com; Connaughty, Alison <Connaughty@wtotrial.com>; Thomas Allen <tallen@bfalaw.com>; David Leopard <dleopard@bfalaw.com>; Nancy A. Kulesa <nkulesa@bfalaw.com>; Franklin, Lyndsey <Lyndsey.Franklin@mto.com>; Olivia Rosen <orosen@orrick.com>
**Cc:** Bellamy, Galen <bellamy@wtotrial.com>; Connaughty, Alison <Connaughty@wtotrial.com>; Christ, L. Alicia <Christ@wtotrial.com>
**Subject:** RE: Peters v. Twist Bioscience (Case No. 5:22-cv-08168-EKL) - Jeff Whitty's Objections to Deposition and Document Subpoena

> **WARNING:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact the IS Department at i.s.dept@wtotrial.com

Jim,

To be clear, this is no different than Defendants previously proposed.  Whether Defendants use no documents or their own handpicked selection, the point is:  You are asking to prematurely take the depositions of these 3 witnesses before completing your productions of the witnesses' documents or the other documents bearing on

their accounts in the Complaint, which are in Defendants' exclusive control.  What's more, you intend to selectively reveal to the parties only the handful of documents most helpful to Defendants, without producing the related relevant discovery necessary for a complete or accurate picture, or indicating what documents were accessed and searched prior to the deposition.  This reinforces why these witnesses may be subject to additional depositions once the documents have been produced.  As we have said, that is highly inefficient and prejudicial.

Plaintiff did, however, propose on Monday a compromise to resolve the parties' impasse regarding these depositions whereby Defendants produce these witnesses' files as well as complete production in response to some (but not necessarily all) discovery requests prior to the depositions.  You stated that you are still considering that compromise.  If you accept it, that would obviate the need for the parties to go to the Court to resolve the issue.  We look forward to hearing from you.

Thanks,
Benjamin

---

**From:** Rutten, James <James.Rutten@mto.com>
**Sent:** Thursday, February 5, 2026 10:29 PM
**To:** Homiak, Kevin <Homiak@wtotrial.com>; Benjamin Burry <bburry@bfalaw.com>; George Bauer <gbauer@bfalaw.com>; jkehoe@kehoelawfirm.com; Joseph Fonti <jfonti@bfalaw.com>; Thayne Stoddard <tstoddard@bfalaw.com>; Phadke, Achyut <achyut.phadke@mto.com>; atalarides@orrick.com; awinawer@orrick.com; jkramer@orrick.com; tscott@orrick.com; Connaughty, Alison <Connaughty@wtotrial.com>; Thomas Allen <tallen@bfalaw.com>; David Leopard <dleopard@bfalaw.com>; Nancy A. Kulesa <nkulesa@bfalaw.com>; Franklin, Lyndsey <Lyndsey.Franklin@mto.com>; Olivia Rosen <orosen@orrick.com>
**Cc:** Bellamy, Galen <bellamy@wtotrial.com>; Connaughty, Alison <Connaughty@wtotrial.com>; Christ, L. Alicia <Christ@wtotrial.com>
**Subject:** RE: Peters v. Twist Bioscience (Case No. 5:22-cv-08168-EKL) - Jeff Whitty's Objections to Deposition and Document Subpoena

Kevin – in regards to the objections you served to the deposition subpoenas for both Ms. Lipinski and Mr. Whitty (and, I assume, similar forthcoming objections you will serve on behalf of Mr. Osada), we have informed Plaintiff (see attached) that we will not use any documents at the depositions that are not also available to Plaintiff.  We will not, for example, use any internal Twist documents that have not been produced to Plaintiff.  We believe that that should substantially alleviate your expressed concerns about proceeding with the depositions now.  Accordingly, please confirm that your clients will appear for depositions on the noticed dates (or alternatively, if those dates are inconvenient, that they are willing to reschedule within the four-week period we previously offered).  Thank you.

---

**From:** Homiak, Kevin <Homiak@wtotrial.com>
**Sent:** Wednesday, February 4, 2026 6:03 PM
**To:** Rutten, James <James.Rutten@mto.com>; Benjamin Burry <bburry@bfalaw.com>; George Bauer <gbauer@bfalaw.com>; jkehoe@kehoelawfirm.com; Joseph Fonti <jfonti@bfalaw.com>; Thayne Stoddard <tstoddard@bfalaw.com>; Phadke, Achyut <achyut.phadke@mto.com>; atalarides@orrick.com; awinawer@orrick.com; jkramer@orrick.com; tscott@orrick.com; Connaughty, Alison <Connaughty@wtotrial.com>; Thomas Allen <tallen@bfalaw.com>; David Leopard <dleopard@bfalaw.com>; Nancy A. Kulesa <nkulesa@bfalaw.com>; Franklin, Lyndsey <Lyndsey.Franklin@mto.com>
**Cc:** Bellamy, Galen <bellamy@wtotrial.com>; Connaughty, Alison <Connaughty@wtotrial.com>; Christ, L. Alicia <Christ@wtotrial.com>
**Subject:** Peters v. Twist Bioscience (Case No. 5:22-cv-08168-EKL) - Jeff Whitty's Objections to Deposition and Document Subpoena

Good afternoon,

Attached please find Mr. Whitty's objections to Defendants' document and deposition subpoena.

Thank you,

**Kevin Homiak | Partner**
**Office** 303-244-1949 | **Cell** 505-385-2614
370 17th Street, Suite 4500, Denver CO 80202-5647
Homiak@wtotrial.com | Bio | wtotrial.com

Wheeler Trigg
O'Donnell

CLASSIFICATION: RESTRICTED

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.