JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

JAMES C. RUTTEN (SBN 201791)
james.rutten@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 683-4056

ACHYUT J. PHADKE (SBN 261567)
achyut.phadke@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants
TWIST BIOSCIENCE CORPORATION, EMILY M.
LEPROUST, and JAMES M. THORBURN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EKL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTIES JOANNA LIPINSKI AND ERIC OSADA**<br><br>Date:    March 24, 2026<br>Time:    10:00 a.m.<br>Judge:   Honorable Susan van Keulen<br>Ctrm:    6, 4th Floor |

# [PROPOSED] ORDER

On February 10, 2026, Defendants Twist Bioscience Corporation, Emily M. Leproust, and James M. Thorburn (collectively "Defendants") filed Defendants' Motion to Compel Compliance with Subpoena to Non-Parties Joanna Lipinski and Eric Osada (the "Motion").

Having read the papers and considered the contentions of the parties, and the arguments of counsel, the Court **GRANTS** Defendants' Motion.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA, NO.: 5:22-CV-08168-EKL