UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY JOSEPH PETERS,

　　　　Plaintiff,

　　v.

TWIST BIOSCIENCE CORPORATION, et al.,

　　　　Defendants.

Case No.  22-cv-08168-EKL   (SVK)

**ORDER RE (1) DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENAS, AND (2) DEFENDANTS' ADMINISTRATIVE MOTION TO ADVANCE BRIEFING AND HEARING ON MOTION TO COMPEL**

Re: Dkt. Nos. 140, 143

On February 10, 2026, Defendants filed a motion to compel compliance with subpoenas issued to non-parties Joanna Lipinski and Eric Osada (the "Motion to Compel").  Dkt. 140.  On February 11, 2026, Defendants filed an administrative motion to advance the briefing and hearing on the Motion to Compel.  Dkt. 141.  It appears from Defendants' submissions in connection with these motions that counsel for Defendants have been in communication with counsel for the non-parties.

Under these circumstances, the Court finds that it would enhance efficiency and conserve resources for the issues raised in the Motion to Compel to be presented to the Court in a joint discovery dispute statement that complies with the undersigned's Civil and Discovery Referral Matters Standing Order.  The Court emphasizes the requirement that the affected parties engage in robust meet and confer efforts before submission of a joint statement.  The joint statement is due by **noon PST on February 20, 2026.**  The Court will set a hearing if necessary.

The Motion to Compel at Dkt. 140 and the administrative motion at Dkt. 141 are **TERMINATED.**

　　**SO ORDERED.**

Dated: February 12, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge