UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EKL (SVK)<br><br>**[PROPOSED] ORDER COMPELLING DEPOSITIONS OF JOANNA LIPINSKI AND ERIC OSADA**<br><br>Judge:  Honorable Susan van Keulen<br>Ctrm:   6, 4th Floor |

[PROPOSED] ORDER,
No.: 5:22-cv-08168-EKL (SVK)

On February 20, 2026, Defendants Twist Bioscience Corporation, Emily Leproust, and James Thorburn; Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago; and Non-Parties Joanna Lipinski and Eric Osada submitted a Joint Statement re Discovery Dispute.  Having considered the Joint Statement and the arguments and authorities presented therein, the Court **ORDERS** that the depositions of Ms. Lipinski and Mr. Osada shall take place prior to March 17, 2026.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

- 1 -

[PROPOSED] ORDER,
No.: 5:22-cv-08168-EKL (SVK)