Adam C. McCall (SBN 302130)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, California 94612
Tel: (415) 445-4003
Fax: (415) 445-4020

Joseph A. Fonti (*pro hac vice*)
Nancy A. Kulesa (*pro hac vice*)
George N. Bauer (*pro hac vice*)
Benjamin F. Burry (*pro hac vice*)
Thayne Stoddard (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Policemen's
Annuity and Benefit Fund of Chicago and
Lead Counsel for the Putative Class*

JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ARIEL B. WINAWER (SBN 317821)
awinawer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Defendants
Twist Bioscience Corporation, Emily M.
Leproust, and James M. Thorburn*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN<br><br>         Defendants. | Case Number: 5:22-cv-08168-EKL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFS' PRODUCTION OF DOCUMENTS**<br><br>Judge: Hon. Susan van Keulen |

**[PROPOSED] ORDER**

On February 20, 2026, Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago ("Plaintiff"); Joanna Lipinski and Eric Osada (the "Targeted FEs"); and Defendants Twist Bioscience Corporation ('Twist"), Emily M. Leproust, and James M. Thorburn (collectively, with Twist, "Defendants") filed a Joint Position Statement concerning discovery as to the six former employees ("FEs") referenced in the operative Complaint (ECF 83).

Having read the papers and considered the contentions of the parties, and the arguments of counsel, the Court **ORDERS** that Defendants complete production, prior to the FE depositions, of (i) the FE Witness Files,[1] and (ii) other documents pertinent to these individuals' depositions, including (but not necessarily limited to) those responsive to Plaintiff's RFPs 2, 10, 13, 17, and 25, served on Defendants on October 17, 2025.

**IT IS SO ORDERED.**

Dated: _____              _____
                                                    HONORABLE SUSAN VAN KEULEN
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] To avoid any confusion, FE "Witness Files" means the responsive Communications (as that term is defined in the Federal Rules) To, From, CC, or BCC these witnesses regardless of which "custodian" Defendants attribute them to, their laptops, Zoom accounts, as well as all documents associated with Twist's centralized files (such as Google Workspace, Twist Intranet, and other sources) that these FE witnesses authored, sent, received, or had access to during their employment at Twist.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFS' PRODUCTION OF DOCUMENTS - NO.: 5:22-CV-08168-EKL