Adam C. McCall (SBN 302130)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, California 94612
Tel: (415) 445-4003
Fax: (415) 445-4020

Joseph A. Fonti (*pro hac vice*)
Nancy A. Kulesa (*pro hac vice*)
George N. Bauer (*pro hac vice*)
Benjamin F. Burry (*pro hac vice*)
Thayne Stoddard (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Policemen's
Annuity and Benefit Fund of Chicago and
Lead Counsel for the Putative Class*

JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ARIEL B. WINAWER (SBN 317821)
awinawer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      +1 415 773 5700
Facsimile:      +1 415 773 5759

*Attorneys for Defendants
TWIST BIOSCIENCE CORPORATION, EMILY
M. LEPROUST, and JAMES M. THORBURN*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EKL<br><br>**FIRST JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE**<br><br>Judge:      Honorable Eumi K. Lee<br>Dept:      7, 4th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, and Section V of the Standing Order for Civil Cases Before Judge Eumi K. Lee, Lead Plaintiff Policeman's Annuity and Benefit Fund of Chicago ("Lead Plaintiff") and Defendants Twist Bioscience Corporation ("Twist"), Emily M. Leproust, and James M. Thorburn (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on November 22, 2025, the Court issued a Case Management and Scheduling Order setting the deadline to complete the initial Alternative Dispute Resolution ("ADR") session as March 4, 2026 (ECF No. 129);

**WHEREAS**, the Parties have met and conferred in good faith regarding the scheduling of an initial private mediation with their mutually agreed-upon mediator;

**WHEREAS**, the earliest date on which all Parties and the mediator are available for an ADR session is March 31, 2026;

**NOW, THEREFORE, IT IS ACCORDINGLY STIPULATED,** by and between the Parties, through their undersigned counsel, that:

The Parties' deadline to complete the initial ADR session is hereby extended by thirty (30) days from March 4, 2026 to April 3, 2026.

This stipulation is supported by the Civil Local Rule 6-2(a) Declaration of James N. Kramer.

Dated: February 23, 2026                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By:  */s/ James N. Kramer*
                                               JAMES N. KRAMER
                                               ALEXANDER K. TALARIDES
                                               405 Howard Street
                                               San Francisco, CA 94105
                                               Tel: (415) 773-5700
                                               Fax: (415) 773-5759

                                            *Attorneys for Defendants Twist Bioscience Corporation, Emily M. Leproust, and James M. Thorburn.*

Dated: February 23, 2026

BLEICHMAR FONTI & AULD LLP

By:  /s/ Joseph A. Fonti
JOSEPH A. FONTI (*pro hac vice*)
jfonti@bfalaw.com
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

– and –

ADAM C. MCCALL (SBN 302130)
amccall@bfalaw.com
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

*Attorneys for Lead Plaintiff Policeman's Annuity and Benefit Fund of Chicago*

**\*\*\***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   February 24, 2026

HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

FIRST STIPULATION AND [PROPOSED] ORDER
TO EXTEND ADR DEADLINE,
5:22-CV-08168-EKL