February 26, 2026

**VIA ECF**

Hon. Susan van Keulen
United States District Court
280 South First Street
San Jose, CA 95113

   Re:   *Peters v. Twist Bioscience Corp.*, No. 5:22-cv-08168-EKL

Dear Judge van Keulen:

The parties are pleased to report that they have resolved the joint discovery dispute submitted to the Court on February 20, 2026 (ECF 146) pursuant to the Court's February 12, 2026 Order (ECF 145).

Specifically, Defendants Twist Bioscience Corporation ("Twist"), Emily Leproust, and James Thorburn; Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago ("Plaintiff"); and Non-Parties Joanna Lipinski and Eric Osada (collectively, the "FEs") have agreed that:

(i) Twist will expedite review of the Osada and Lipinski custodial files that Defendants concluded, following their investigation, are the only sources of information they believe are reasonably likely to contain relevant documents (Email, Calendar, Google Drive, and Slack files) using search terms provided by Plaintiff on February 12, 2026 as modified by the parties' prior agreement on terms and connectors used on Dr. Leproust's and Mr. Thorburn's custodial files (and set forth in February 25, 2026 hit reports), and produce all resulting "hits" that are non-privileged and responsive to Plaintiff's requests for production of documents (subject to Defendants' objections to those requests and the parties' related meet-and-confer agreements, if any; Defendants have not identified any documents or categories of documents that they will withhold or exclude from the production on this basis); and

(ii) Dr. Lipinski's deposition will occur on March 23, 2026, provided that on or before March 2, 2026 Defendants complete production of Dr. Lipinski's responsive documents; and Mr. Osada's deposition will occur on March 25, 2026, provided that on or before March 4, 2026 Defendants complete production of Mr. Osada's responsive documents. Each production deadline includes the production of privilege and redaction logs, if any, relating to such production.

In view of the foregoing resolution, the parties respectfully withdraw the February 20, 2026 joint submission (ECF 146) and state that no further action is requested of the Court at this time.

February 26, 2026
Page 2

> We are available should the Court have any questions.

Respectfully submitted,

/s/ *Joseph A. Fonti*
Joseph A. Fonti
BLEICHMAR FONTI & AULD LLP
*Counsel for Lead Plaintiff*

/s/ *Kevin D. Homiak*
Kevin D. Homiak (*pro hac vice forthcoming*)
Galen Bellamy
WHEELER TRIGG O'DONNELL LLP
*Counsel for Non-Parties Joanna Lipinski and Eric Osada*

/s/ *M. Todd Scott*
M. Todd Scott
ORRICK, HERRINGTON & SUTCLIFFE LLP
*Counsel for Defendants*