**BLEICHMAR FONTI & AULD LLP**
Adam C. McCall (Bar No. 302130)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
amccall@bfalaw.com

Joseph A. Fonti (*pro hac vice*)
Nancy A. Kulesa (*pro hac vice*)
George N. Bauer (*pro hac vice*)
Benjamin Burry (*pro hac vice*)
Thayne Stoddard (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960
jfonti@bfalaw.com
nkulesa@bfalaw.com
gbauer@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Lead Plaintiff Policemen's
Annuity and Benefit Fund of Chicago and
Lead Counsel for the Putative Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EKL<br><br>CLASS ACTION<br><br>**DECLARATION OF GEORGE N. BAUER IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

DECLARATION OF GEORGE N. BAUER IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION– CASE NO. 5:22-cv-08168-EKL

I, George N. Bauer, declare as follows:

1.      I am an attorney duly licensed to practice in the State of New York and am admitted *pro hac vice* in this Court for purposes of the above-captioned action.  I am a Partner of the law firm Bleichmar Fonti & Auld LLP ("BFA"), counsel for Lead Plaintiff, Policemen's Annuity and Benefit Fund of Chicago ("PABF") in the above-captioned action.  I submit this Declaration in support of Lead Plaintiff's Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Lead Plaintiff has vigorously pursued the proposed Class's claims since the inception of the case.  This has included, among other things, conducting a rigorous investigation to advance the robust and detailed allegations of the Amended Complaint, successfully opposing Defendants' motion to dismiss, propounding numerous discovery requests on Defendants and non-parties, and responding to the numerous discovery requests served by Defendants, including through the production of more than 60,000 pages of documents.

3.      Attached as Exhibit A is a true and correct copy of the expert report of Chad Coffman.

4.      Attached as Exhibit B is a true and correct copy of the Declaration of Kevin Reichart, Executive Director of PABF.

5.      Attached as Exhibit C is a true and correct copy of a document produced by Defendants with the Bates number TWIST_00004863, with highlighting to indicate the portion cited in Lead Plaintiff's Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof.  (Filed under seal.)

6.      Attached as Exhibit D is a true and correct copy of a document produced by Defendants with the Bates number TWIST_00005385, with highlighting to indicate the portion cited in Lead Plaintiff's Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof.  (Filed under seal.)

7.      Attached as Exhibit E is a true and correct copy of a document produced by Defendants with the Bates number TWIST_00133977, with highlighting to indicate the portion

1

cited in Lead Plaintiff's Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof.  (Filed under seal.)

8.      Attached as Exhibit F is a true and correct copy of BFA's firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March 2026.

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

  */s/ George N. Bauer*
George N. Bauer (*pro hac vice*)
gbauer@bfalaw.com
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

*Counsel for Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago and Lead Counsel for the Putative Class*

2