# EXHIBIT B

**Declaration of
Kevin Reichart**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

|  |  |
|---|---|
| ANTHONY JOSEPH PETERS, Individually<br><br>and on Behalf of All Others Similarly<br><br>Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION,<br><br>EMILY M. LEPROUST, and JAMES M.<br><br>THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EKL<br><br>CLASS ACTION |

**DECLARATION OF KEVIN REICHART IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF**
**CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, Kevin Reichart, declare as follows:

1.    I am the Executive Director of the Policemen's Annuity and Benefit Fund of Chicago ("PABF"), and am authorized to speak for PABF.  In that capacity, I respectfully submit this declaration in support of PABF's motion for class certification and appointment as class representative, and appointment of Bleichmar Fonti & Auld LLP ("BFA") as class counsel.  I have personal knowledge of the facts set forth below relating to my and PABF's activities, actions, and beliefs, and would testify competently thereto.

2.      PABF is a public pension fund established in 1887 to administer pension benefits for Chicago police.  PABF manages more than $3.8 billion on behalf of more than 27,000 participants.  As reflected in PABF's previously filed Certification (ECF 132-1), PABF purchased Twist common stock during the relevant period and in the December 2020 Offering,[1] and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      PABF's investments in Twist common stock were made through two outside investment managers, BMO Global Asset Management and William Blair & Company.  PABF regularly retains third-party investment managers to supervise and direct the investment of portions of PABF's assets.

4.      PABF understands that acting as a class representative in this action involves serving as a fiduciary for the benefit of the Class that it seeks to represent and providing fair and adequate representation to all Class members.  Indeed, PABF has a successful track record as class representative.  As just two examples: (i) PABF previously served as Lead Plaintiff in *In re DaimlerChrysler, et al.*, 1:00-cv-00993 (D. Del.), and secured a $300 million recovery for the class; (ii) PABF also served as Lead Plaintiff in *In re Apollo Group Inc. Sec. Litig.*, 2:04-cv-02147 (D. Ariz.) and successfully recovered $145 million for investors.  *See* ECF 43 at 8.

5.      PABF has diligently pursued and continues to be committed to the effective prosecution of this action and supervision of counsel.  Among other things, PABF reviewed the Amended Complaint, the opposition to Defendants' motion to dismiss, and various discovery requests and responses.  PABF has communicated with counsel concerning case status, Court orders, and strategy.  With the assistance of BFA, PABF has also devoted significant effort to preserving and collecting potentially relevant documents and to producing pre-trial discovery, having already produced, *inter alia*, records of PABF's transactions in, and holdings of, Twist common stock.

---

[1] Capitalized terms not defined herein have the meanings stated in the Amended Complaint (ECF 83).

6.     In addition, PABF has acted to protect its own and the Class's interests in this action by retaining competent counsel.  PABF is aware of BFA's extensive experieince in protecting shareholder rights through securities class actions.  Indeed, PABF undertook a fulsome and fair due diligence process to engage BFA.

7.     PABF continues to be fully committed to actively prosecuting the action in the best interest of the Class.  PABF continues to discharge its obligations to participate in this action by supervising this litigation and BFA, and (to the extent necessary and appropriate), by producing additional responsive documents, giving deposition testimony, and testifying at trial.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 13th day of March, 2026.

_____
Kevin Reichart

3