# EXHIBIT C

## TWIST_00004863

## (Filed Under Seal)