# EXHIBIT D

## TWIST_00005385

## (Filed Under Seal)