# EXHIBIT E

## TWIST_00133977

## (Filed Under Seal)