**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EKL<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER CERTIFYING CLASS, APPOINTING CLASS REPRESENTATIVE, AND APPOINTING CLASS COUNSEL**<br><br>Hon. Eumi K. Lee |

Upon consideration of Lead Plaintiff's Motion for Class Certification, Appointment of Lead Plaintiff as Class Representative, and Appointment of Bleichmar Fonti & Auld LLP as Class Counsel; the Memorandum of Points and Authorities in Support thereof; the Declaration of George N. Bauer in Support thereof; and all other papers, pleadings, and argument before the Court, and the Court having found that the requirements of Federal Rules of Civil Procedure 23(a), (b)(3), and (g) are satisfied, **IT IS HEREBY ORDERED THAT**:

1. Lead Plaintiff's Motion is **GRANTED**;

2. Pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), this action is **CERTIFIED** to proceed as a class action and the Court **CERTIFIES** the following Class:

   As to claims under the Securities Act, all persons that purchased or otherwise acquired Twist's common stock in the December 2020 Offering pursuant to the 2020 Registration Statement, and were damaged thereby; and

   As to claims under the Exchange Act, all persons and entities who purchased or otherwise acquired Twist's common stock between December 20, 2018 and November 15, 2022, both inclusive, and were damaged thereby.[1]

3. Court-appointed Lead Plaintiff The Policemen's Annuity and Benefit Fund of Chicago is **APPOINTED** as Class Representative; and

4. Court-appointed Lead Counsel Bleichmar Fonti & Auld LLP is **APPOINTED** as Class Counsel.

**IT IS SO ORDERED.**

DATED:_____

_____
Honorable Eumi K. Lee
United States District Judge

---

[1] Excluded from the Class are: (i) Defendants and any affiliates or subsidiaries thereof; (ii) present and former officers and directors of Twist and their immediate family members (as defined in Item 404 of SEC Regulation S-K, 17 C.F.R. § 229.404, Instructions (1)(a)(iii) & (1)(b)(ii)); (iii) Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof; (iv) any entity in which any Defendant had or has had a controlling interest; (v) Twist's employee retirement and benefit plan(s); and (vi) the legal representatives, heirs, estates, agents, successors, or assigns of any person or entity described in the preceding six categories.

1