JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    (415) 773 5700
Facsimile:    (415) 773 5759

JAMES C. RUTTEN (State Bar No. 201791)
james.rutten@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

ACHYUT J. PHADKE (SBN 261567)
achyut.phadke@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
TWIST BIOSCIENCE CORPORATION, EMILY
M. LEPROUST, and JAMES M. THORBURN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EKL<br><br>**DECLARATION OF ADAM LAPONIS**<br><br>Judge:    Honorable Susan van Keulen |

DECLARATION OF ADAM LAPONIS

## DECLARATION OF ADAM LAPONIS

I, Adam Laponis, hereby declare:

1.        I am the Chief Financial Officer at Twist Bioscience Corporation ("Twist"). I have served in this role for two years. In my capacity as Chief Financial Officer, I oversee the company's financial management, including financial reporting, budgeting, and forecasting. I ensure the accuracy and integrity of financial information, evaluate financial risks, and support strategic decision-making by senior management and the board of directors. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.        I submit this declaration in support of Twist's request that the Court maintain under seal certain confidential documents that have been filed in this action, specifically: (a) Exhibit 2 to the Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"); (b) Exhibit 3 to Lead Plaintiff's Administrative Motion, and (c) the portions of Exhibit 1 to Lead Plaintiff's Administrative Motion which quote from Exhibits 2 and 3 (collectively, the "Sealed Exhibits").

3.        I am familiar with the contents of the Sealed Exhibits and with Twist's practices regarding the treatment and protection of confidential business information.

4.        Exhibit 2 and Exhibit 3 are materials are prepared for Twist's Board of Directors and senior management. They are prepared to, among other things, enable the Board to develop an informed understanding of Twist's financial performance, operations, and business strategy. The materials include detailed and confidential financial data, including but not limited to: product-level revenue breakdowns; customer-specific and regional revenue break downs; and detailed operating information and financial forecasts. The materials also include confidential and commercially sensitive operational information that would be valuable to competitors, including information about Twist facility layouts and metrics and development plans related to the efficiency of Twist's operations. The materials also concern confidential strategic initiatives, including potential M&A opportunities under evaluation as well as details of strategic partnerships

DECLARATION OF ADAM LAPONIS

and other contractual relationships, including the terms and nature of those relationships. This information is not publicly disclosed by Twist at this level of detail.

5.    Twist has consistently treated the Sealed Exhibits and similar documents of this nature as confidential. Board presentation materials are distributed only to members of the Board and select senior executives. Access to these documents is restricted at Twist, and they are not shared with external parties except under obligations of confidentiality.

6.    Public disclosure of the Sealed Exhibits would cause serious competitive harm to Twist's business interests. For example, disclosure of product-level financial data, including granular revenue information broken down by individual product lines, would provide Twist's competitors with confidential information about the relative profitability of different Twist products, enabling them to adjust competitive strategies accordingly. Moreover, disclosure of confidential customer-specific revenue figures and pipeline data would similarly enable competitors to identify Twist's most valuable customer relationships and to target those customers with competitive offerings. Disclosure of confidential operational metrics, including turnaround times, production yields, shipment volumes, and manufacturing capacity, would give competitors insight into Twist's manufacturing capabilities, process efficiencies, and capacity constraints, all of which are valuable, competitively sensitive information for Twist.

7.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 20 day of March, 2026, at San Jose, California.

Adam Laponis

Case No. 5:22-cv-08168-EKL (SVK)

DECLARATION OF ADAM LAPONIS