JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    (415) 773 5700
Facsimile:    (415) 773 5759

JAMES C. RUTTEN (State Bar No. 201791)
james.rutten@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

ACHYUT J. PHADKE (SBN 261567)
achyut.phadke@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
TWIST BIOSCIENCE CORPORATION, EMILY
M. LEPROUST, and JAMES M. THORBURN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No. 5:22-cv-08168-EKL (SVK)<br><br>**[PROPOSED] ORDER REGARDING THE SEALING OF EXHIBITS TO LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Honorable Susan van Keulen |

Case No. 5:22-cv-08168-EKL (SVK)

The Court has considered Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and Defendants' Statement in Support of Sealing Exhibits Filed in Connection with Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Pursuant to Civil Local Rules 7-11 and 79-5, the Court rules as follows on the sealing requested:

| ECF No. | Document | Portion(s) to Seal | Basis for Sealing | Granted/Denied |
|---|---|---|---|---|
| 150-2 | Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Exhibit 1 | Highlighted Portions of Page 5, Lines 10-13 | Contains confidential information related to Twist's business, including nonpublic operational metrics. *See* Laponis Decl. ¶¶ 4-6. Public disclosure of this information would cause competitive harm to Twist. *Id.*; *see also Iron Workers Local 580 Joint Funds v. Nvidia Corporation*, 2026 WL 637331, at *2 (N.D. Cal. Mar. 6, 2026) (granting motion to seal board materials reflecting highly confidential business, financial, and accounting information, data, and projections). | |
| 150-3 | Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Exhibit 2 | Entire Document | Contains confidential information related to Twist's business operations, including nonpublic financial data, operational metrics, and strategic plans. *See* Laponis Decl. ¶¶ 4-6. Public disclosure of this information would cause competitive harm to Twist. *Id.*; *see also Iron Workers Local 580 Joint Funds v. Nvidia Corporation*, 2026 WL 637331, at *2 (N.D. Cal. Mar. 6, 2026) (granting motion to seal board materials reflecting highly confidential business, financial, and accounting information, data, and projections). | |

[PROPOSED] ORDER REGARDING THE SEALING OF EXHIBITS TO LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| 150-4 | Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Exhibit 3 | Entire Document | Contains confidential information related to Twist's business operations, including nonpublic financial data, operational metrics, and strategic plans. *See* Laponis Decl. ¶¶ 4-6. Public disclosure of this information would cause competitive harm to Twist. *Id.*; *see also Iron Workers Local 580 Joint Funds v. Nvidia Corporation*, 2026 WL 637331, at *2 (N.D. Cal. Mar. 6, 2026) (granting motion to seal board materials reflecting highly confidential business, financial, and accounting information, data, and projections). | |

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER REGARDING THE SEALING OF EXHIBITS TO LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED