**BLEICHMAR FONTI & AULD LLP**
Adam C. McCall (Bar No. 302130)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
amccall@bfalaw.com

Joseph A. Fonti (*pro hac vice*)
Nancy A. Kulesa (*pro hac vice*)
George N. Bauer (*pro hac vice*)
Benjamin Burry (*pro hac vice*)
Thayne Stoddard (*pro hac vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960
jfonti@bfalaw.com
nkulesa@bfalaw.com
gbauer@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Lead Plaintiff Policemen's*
*Annuity and Benefit Fund of Chicago and*
*Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN, <br><br> Defendants. | Case No. 5:22-cv-08168-EKL <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF GEORGE N. BAUER IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** <br><br> Courtroom: 7, 4th Floor <br> Judge: Honorable Eumi K. Lee |

I, George N. Bauer, hereby declare as follows:

1.    I am a Partner with the law firm Bleichmar Fonti & Auld LLP ("BFA"), counsel for Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago ("Lead Plaintiff") and Lead Counsel for the proposed Class.  I am an attorney duly licensed to practice in the State of New York and have been admitted to practice *pro hac vice* in this matter.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.    I submit this declaration and the attached exhibits in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

3.    Lead Counsel conducted a thorough and competitive bidding process in selecting a claims administrator for the notice and claims process for this settlement and ultimately selected Simpluris Inc. ("Simpluris") after considering four total proposals and determining that Simpluris's strong reuptation and competitive pricing made it the best overall option.

4.    In the last two years, Lead Counsel has retained Simpluris in one derivative matter to potentially give notice of a partial settlement.  Lead Counsel has not previously retained Simpluris as a claims administrator in a securities class action.

5.    Attached hereto as **Exhibit 1** is a true and correct copy of the Stipulation of Settlement (the "Stipulation"), including its exhibits, comprised of:

   a.    **Exhibit A** to the Stipulation is the Proposed Order Preliminarily Approving Settlement and Providing for Class Notice;

   b.    **Exhibit A-1** to the Stipulation is the proposed Notice of Pendency and Proposed Settlement of Class Action;

   c.    **Exhibit A-2** to the Stipulation is the proposed Long-Form Notice of Pendency and Proposed Settlement of Class Action;

   d.    **Exhibit A-3** to the Stipulation is the proposed Proof of Claim and

1

Release Form;

    e.    **Exhibit A-4** to the Stipulation is the proposed Summary Notice; and

    f.    **Exhibit B** to the Stipulation is the proposed Final Judgment Approving Settlement.

6.    Attached hereto as **Exhibit 2** is the Declaration of Jacob Kamenir, Vice President of Legal Notice for Simpluris Inc.

7.    Attached hereto as **Exhibit 3** is the Declaration of Chad Coffman, CFA and President of Peregrine Economics.

8.    Attached hereto as **Exhibit 4** is the Declaration of Kevin Reichart, Executive Director of the Policemen's Benefit and Annuity Fund of Chicago.

9.    Attached hereto as **Exhibit 5** is BFA's Firm Resume.

10.    Attached hereto as **Exhibit 6** is a Chart of Comparable Settlements required by Northern District of California Procedural Guidance for Class Action Settlements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of April 2026.

                                    **BLEICHMAR FONTI & AULD LLP**

                                     */s/ George N. Bauer*

                                    George N. Bauer (*pro hac vice*)
                                    gbauer@bfalaw.com
                                    300 Park Avenue, Suite 1301
                                    New York, New York 10022
                                    Tel: (212) 789-1340
                                    Fax: (212) 205-3960

                                    *Counsel for Lead Plaintiff Policemen's Annuity and Benefit Fund of Chicago and Lead Counsel for the Putative Class*