# STIPULATION EXHIBIT A-3

**Proof of Claim**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

|  |  |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>Defendants. | Case No.  5:22-cv-08168-EKL<br><br><u>CLASS ACTION</u> |

**PROOF OF CLAIM AND RELEASE FORM**

**EXHIBIT A-3**

## I.    GENERAL INSTRUCTIONS

1.      To recover as a member of the Settlement Class based on your claims in the class action entitled *Peters v. Twist Bioscience Corp., et al.*, Case No. 5:22-cv-08168-EKL (N.D. Cal.) (the "Litigation"), you must complete and, on page 9 below, sign this Proof of Claim and Release form ("Proof of Claim").[1]  If you fail to submit a timely and properly addressed (as explained in paragraph 2 below) Proof of Claim, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

---

[1]  The terms of the Settlement are in the Stipulation of Settlement, dated April 30, 2026 (the "Stipulation"), which can be viewed at www.TwistSecuritiesSettlement.com.  All capitalized terms not defined in this Proof of Claim have the same meanings as in the Stipulation.

- 1 -

Submission of this Proof of Claim, however, does not assure that you will share in the proceeds of the Settlement of the Litigation.

2.      THIS PROOF OF CLAIM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, **MUST BE SUBMITTED ONLINE AT: WWW.TWISTSECURITIESSETTLEMENT.COM NO LATER THAN _____, 2026 OR, IF MAILED, BE POSTMARKED NO LATER THAN _____, 2026, ADDRESSED AS FOLLOWS:**

*Twist Securities Settlement*
Claims Administrator
c/o Simpluris, Inc.
PO Box 25199
Santa Ana, CA 92799

Do not mail or deliver your Proof of Claim to the Court, the Parties, or their counsel. Submit your Proof of Claim only to the Claims Administrator through the Settlement website (www.TwistSecuritiesSettlement.com) or, if by mail, at the address set forth above. If you are NOT a Member of the Settlement Class, as defined in the Long-Form Notice of Pendency and Proposed Settlement of Class Action ("Long-Form Notice"), or if you have submitted a request for exclusion, DO NOT submit a Proof of Claim.

3.      If you are a member of the Settlement Class and you do not timely request exclusion by _____, 2026, you are bound by and subject to the terms of any judgment entered in the Litigation, including the Releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM OR RECEIVE A PAYMENT.

4.      It is important that you completely read and understand the Long-Form Notice that accompanies this Proof of Claim, including the Plan of Allocation of the Net Settlement Fund set forth in the Long-Form Notice. The Long-Form Notice describes the proposed Settlement, how

Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Long-Form Notice (as well as the Stipulation) also contains the definitions of many of the capitalized terms used in this Proof of Claim. By signing and submitting this Proof of Claim, you will be certifying that you have read and understand the Long-Form Notice, including the terms of the Releases described in it and provided for by the Settlement.

## II.    CLAIMANT IDENTIFICATION

1.    If you purchased or acquired Twist common stock: (i) in the December 2020 Offering pursuant to the 2020 Registration Statement; and/or (ii) between December 20, 2018 and November 15, 2022, both inclusive (the "Class Period"), and held the stock in your name, you are the beneficial owner as well as the record holder. If, however, you purchased or otherwise acquired Twist common stock during the Class Period through a third party, such as a brokerage firm, you are the beneficial owner and the third party is the record owner.

2.    Use **Part I** of this form entitled "Claimant Identification" to identify each beneficial owner of Twist common stock that forms the basis of this claim, as well as the owner of record if different. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNERS OR THE LEGAL REPRESENTATIVE OF SUCH OWNERS OF THE TWIST PUBLICLY TRADED SECURITIES UPON WHICH THIS CLAIM IS BASED.

3.    All joint owners must sign this claim. Executors, administrators, guardians, conservators, legal representatives, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this Proof of Claim and their titles or capacities must be stated. The last four digits of the Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the

claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

4.    If you are acting in a representative capacity on behalf of a member of the Settlement Class (for example, as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that member of the Settlement Class. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.

5.    A claim should be submitted for each separate legal entity (*e.g.*, a Proof of Claim of joint owners should not include separate transactions of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made solely in the individual's name). Conversely, a single Proof of Claim should be submitted on behalf of one legal entity including all transactions made by that entity on one Proof of Claim, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Proof of Claim).

## III.    IDENTIFICATION OF TRANSACTIONS

1.    Use **Part II** of this form entitled "Schedule of Transactions in Twist Common Stock" to supply all required details of your transaction(s) in Twist common stock. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

2.    On the schedules, provide all of the requested information with respect to all of your holdings, purchases, or acquisitions and all of your sales of Twist common stock, whether such transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

3.      List each transaction separately and in chronological order, by trade date, beginning with the earliest.  You must accurately provide the month, day, and year of each transaction you list.

4.      For short-sale transactions, the date of covering a "short sale" is deemed to be the date of purchase or acquisition of the Twist common stock.  The date of a "short sale" is deemed to be the date of sale of the Twist common stock.  A purchase, acquisition, or sale of Twist common stock will be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date; please provide any "contract" or "trade" dates in your claim.

5.      For each transaction, you must provide, together with this Proof of Claim, copies of stockbroker confirmation slips, stockbroker statements, or other documentation adequately evidencing your transactions in Twist common stock.  If such documents are not in your possession, please obtain a copy or equivalent documents from your broker because these are necessary to prove and process your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.  **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN TWIST COMMON STOCK**.

6.      The above requests are designed to provide the minimum amount of information necessary to process the most simple claims.  The Claims Administrator may request additional information as required, and the failure to provide such information may delay processing of your claim or result in its rejection.

7.      NOTICE REGARDING ELECTRONIC FILES:  Certain Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  (This is different than the online claim portal on the Settlement website.)  All such Claimants MUST submit a signed Proof of Claim listing all their transactions

whether or not they also submit electronic copies. If you wish to submit your claim electronically, you must visit www.TwistSecuritiesSettlement.com or contact the Claims Administrator at 1-833-386-6546 to obtain the required file layout. Any file not in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

## PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Proof of Claim.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.

Beneficial Owner's Name

Co-Beneficial Owner's Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit or box number)

City                                                State        Zip Code

Foreign Country (only if not USA)

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (home)                    Telephone Number (work)

Email address:

Account Number (account(s) through which the securities were traded):

Claimant Account Type (check appropriate box):
    Individual (includes joint owner accounts)      Pension Plan      Trust
    Corporation      Estate
    IRA/401K      Other _____ (please specify)

## PART II – SCHEDULE OF TRANSACTIONS IN
## TWIST COMMON STOCK

**1. PURCHASES** – Separately list each and every purchase or acquisition of Twist common stock from December 20, 2018 through and including November 15, 2022.  Use the checkbox to indicate any Twist common stock purchased in the December 2020 Offering. (Must submit documentation.)

| Date of Purchase (List Chronologically) (MM/DD/YY) | Number of Shares Purchased | Purchase Price Per Share | Total Purchase Price (excluding taxes, commissions, and fees) | Was the Share Purchased in the December 2020 Offering? |
|---|---|---|---|---|
| | | $ | $ | ☐ |
| | | $ | $ | ☐ |
| | | $ | $ | ☐ |
| | | $ | $ | ☐ |

**2. SALES** – Separately list each and every sale of Twist common stock from December 20, 2018 through and including [_], 2026 (Date of Notice).  (Must submit documentation.)

| Date of Sale (List Chronologically) (MM/DD/YY) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**3. HOLDINGS AT END OF 90-DAY LOOKBACK PERIOD** – State the total number of shares of Twist common stock held as of the close of trading on February 10, 2023.  If none, write "0" or "Zero." (Must submit documentation.)  _____

**4. ENDING HOLDINGS** – State the total number of shares of Twist common stock held as of the close of trading on November 15, 2022.  If none, write "0" or "Zero." (Must submit documentation.)  _____

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE, ADD THE TRANSACTIONS, AND CHECK THIS BOX ☐**

**YOU MUST READ AND SIGN THE RELEASE IN PART IV BELOW.  FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

## PART III – SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENT

By signing and submitting this Proof of Claim, the Claimant(s) or the person(s) acting on behalf of the Claimant(s) certify(ies) that: I (We) submit this Proof of Claim under the terms of the Settlement described in the accompanying Long-Form Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Northern District of California (the "Court") with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the releases set forth herein.  I (We) further acknowledge that I (we) will be bound by and subject to the terms of any judgment entered in connection with the Settlement in the Litigation, including the Releases set forth therein.  I (We) agree to furnish additional information to the Claims Administrator to support this claim, such as additional documentation for transactions in Twist common stock, if requested to do so.  I (We) have not submitted any other claim covering the same transactions in Twist common stock that are the subject of this claim and know of no other person having done so on my (our) behalf.

## PART IV – RELEASES, WARRANTIES, AND CERTIFICATION

By signing and submitting this Proof of Claim, the Claimant(s) or the person(s) acting on behalf of the Claimant(s) certify(ies) as follows:

1.      I (We) hereby warrant and represent that I have read and understand the accompanying Long-Form Notice, including but not limited to the definitions of "Defendants," "Released Claims," "Related Parties," "Released Parties," and "Unknown Claims" that are set forth therein.

2.      I (We) hereby warrant and represent that I am (we are) a Settlement Class Member as defined in the Long-Form Notice, that I am (we are) not excluded from the Settlement Class,

and that I am (we are) not one of the "Released Parties" as defined in the accompanying Long-Form Notice.

3.      As a Settlement Class Member, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever release, relinquish, compromise, settle, resolve, waive, discharge, and dismiss on the merits with prejudice all of the Released Claims as to each and all of the Defendants and their Related Parties (as these terms are defined in the accompanying Long-Form Notice).  This release shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

4.      I (We) hereby waive the provisions, rights, and benefits of California Civil Code § 1542 and any and all provisions, rights, and benefits conferred by the law of any state or territory or other jurisdiction or principle of common law or foreign law that is similar, comparable, or equivalent to California Civil Code § 1542.  Section 1542 provides:

> **A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party**.

I (We) acknowledge that I (we) may hereafter discover facts in addition to or different from those which I (we) now know or believe to be true with respect to the subject matter of the Released Claims.  Nevertheless, I (we) expressly fully, finally, and forever compromise, settle, release, resolve, relinquish, waive, and discharge any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.  I (we) acknowledge and

- 10 -

agree that I (we) have had the opportunity to consult with counsel of my (our) choice about the import of this paragraph 4 and the waivers herein, and that I (we) nevertheless freely and voluntarily agree and assent to such paragraph 4 and the waivers herein.  The provisions of this paragraph 4 shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

5.    I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

6.    I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions, and sales of Twist common stock that occurred during the period December 20, 2018 through October 11, 2023 and the number of Twist common stock shares held by me (us), to the extent requested.

7.    I (We) certify that I am (we are) NOT subject to backup tax withholding.  (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

8.    I (We) declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied by the undersigned is true and correct.

9.    Executed this _____ day of_____, 2026

_____          _____
Signature of Claimant                                        Type or print name of Claimant


_____          _____
Signature of Joint Claimant, if any                    Type or print name of Joint Claimant


_____          _____
Signature of person signing on behalf              Type or print name of person signing

- 11 -

of Claimant                                       on behalf of Claimant

_____

Capacity of person signing on behalf of Claimant, if other than an individual (e.g.,
Administrator, Executor, Trustee, President, Custodian, Power of Attorney, etc.)

**REMINDER CHECKLIST:**

1.      You must sign this Proof of Claim.

2.      DO NOT HIGHLIGHT THE PROOF OF CLAIM OR YOUR SUPPORTING DOCUMENTATION.

3.      Attach only copies of supporting documentation, not originals, as these documents will not be returned to you.

4.      Keep a copy of your Proof of Claim for your records.

5.      If you move after submitting this Proof of Claim, please promptly notify the Claims Administrator of the change in your address; otherwise, you may not receive additional notices or payment.