# STIPULATION EXHIBIT A-4

## Summary Notice

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN<br><br>        Defendants. | Case No.  5:22-cv-08168-EKL<br><br>CLASS ACTION |

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**EXHIBIT A-4**

**TO:    ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED TWIST BIOSCIENCE CORPORATION COMMON STOCK (i) IN THE DECEMBER 2020 OFFERING PURSUANT TO THE 2020 REGISTRATION STATEMENT; AND/OR (ii) BETWEEN DECEMBER 20, 2018 AND NOVEMBER 15, 2022, BOTH INCLUSIVE.[1]**

**THIS NOTICE WAS AUTHORIZED BY THE COURT.  IT IS NOT A LAWYER SOLICITATION.  PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.  YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT**.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of California (the "Court") and Rule 23 of the Federal Rules of Civil Procedure, that a hearing will be held on _____, 2026, at __:__ _.m., before the Honorable Eumi K. Lee, in Courtroom 7, 4th Floor, Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, San Jose, CA 95113, for the purpose of determining: (1) whether the proposed settlement of the claims in the above-captioned litigation (the "Litigation") for the sum of $17,050,000 in cash (the "Settlement") should be approved by the Court as fair, reasonable, and adequate; (2) whether a Settlement Class should be certified for purposes of the Settlement; (3) whether this Litigation should be dismissed on the merits and with prejudice pursuant to the terms and conditions set forth in the Stipulation of Settlement dated April 30, 2026 (the "Stipulation"); (4) whether the proposed Plan of Allocation is fair, reasonable, and adequate and therefore should be approved; (5) the reasonableness of the application for payment of attorneys' fees and expenses incurred in connection with this Litigation together with the interest earned thereon (and any payment to the Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 in connection with its representation of the Settlement Class); and (6) whether the Parties' mutual releases of the Released Claims as set forth in the Stipulation should be ordered, along with a permanent injunction barring efforts to prosecute any Released Claims extinguished by the Settlement.  The Court may change the date of this hearing, or hold it remotely, without providing another notice.  You do NOT need to attend the hearing to receive a distribution from the Net Settlement Fund.

The Litigation has been preliminarily certified as a class action on behalf of a Settlement Class of all Persons or entities who purchased or otherwise acquired Twist common stock:  (i) in the December 2020 Offering pursuant to the 2020 Registration Statement, and/or (ii) between December 20, 2018 and November 15, 2022, both inclusive, except for certain Persons or entities excluded from the Settlement Class, as defined in the full Long-Form Notice of Pendency and Proposed Settlement of Class Action ("Long-Form Notice"), which is available as described below.  If the Settlement is approved, it will resolve all claims in the Litigation.

A detailed description of the Litigation, including important information about your rights and options, is in the detailed Long-Form Notice available at www.TwistSecuritiesSettlement.com

---

[1] Any capitalized terms that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated April 30, 2026 (the "Stipulation"), which is available on the website established for the Settlement at www.TwistSecuritiesSettlement.com.

or by contacting the Claims Administrator at: *Twist Securities Settlement*, Claims Administrator, c/o Simpluris, Inc., PO Box 25199, Santa Ana, CA 92799.

**If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release form ("Proof of Claim") online at www.TwistSecuritiesSettlement.com or by mail postmarked no later than _____, 2026** [90 calendar days from Notice Date]**. Failure to timely submit a Proof of Claim will subject your claim to possible rejection and may preclude you from receiving any payment from the Settlement.**

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion electronically submitted or postmarked by _____, 2026 [21 calendar days prior to the Final Approval Hearing], in the manner and form explained in the detailed Long-Form Notice referred to above. All Members of the Settlement Class who do not timely and validly request exclusion from the Settlement Class will be bound by any judgment entered in the Litigation pursuant to the terms and conditions of the Stipulation.

Any objection to the Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation should be sent only to the Court and must be mailed or delivered to the Clerk of Court at the address below such that it is received no later than _____, 2026 [21 calendar days prior to the Final Approval Hearing]:

*Court:*

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Robert F. Peckham Federal Building &
United States Courthouse
280 South 1st Street, Room 2112
San Jose, California 95113

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE**. If you have any questions about the Settlement, you may contact counsel for Plaintiff at the address listed above, email twistsettlement@bfalaw.com, call (888) 879-9418, or go to the following website: www.TwistSecuritiesSettlement.com.


DATED:_____


BY THE COURT:


_____

Judge Eumi K. Lee


- 2 -