# EXHIBIT 4

**Declaration of
Kevin Reichart**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:22-cv-08168-EKL |
| Plaintiff, | CLASS ACTION |
| v. | **DECLARATION OF KEVIN REICHART IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |
| TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN, | |
| Defendants. | Judge: Hon. Eumi K. Lee |

I, Kevin Reichart, on behalf of Policemen's Annuity and Benefit Fund of Chicago ("PABF" or "Lead Plaintiff"), declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am the Executive Director of PABF, the Court-appointed Lead Plaintiff in this action (the "Litigation"), and am authorized to submit this declaration on behalf of PABF.[1]

2.      I respectfully submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

3.      On behalf of PABF, I have been the primary person overseeing Lead Counsel's prosecution of the Litigation and the negotiations leading to the proposed Settlement.  The matters set forth herein are based on my personal knowledge, information provided to me in my official capacity, and my review of records maintained by PABF.

## I.      PABF'S BACKGROUND

4.      Headquartered in Chicago, Illinois, PABF oversees roughly $3.9 billion in net assets on behalf of approximately 27,300 active and retired members of the Chicago Police Department and their families.  PABF has a well-established history of serving as lead plaintiff in securities class actions, including securing a $300 million recovery for the class in *In re DaimlerChrysler,* et al., 1:00-cv-00993 (D. Del.), and a $145 million recovery for the class in *In re Apollo Group Inc. Sec. Litig.*, 2:04-cv-02147 (D. Ariz.).

## II.      PABF'S OVERSIGHT OF THE LITIGATION

5.      On July 28, 2023, the Court appointed PABF as Lead Plaintiff.  (ECF 70.)  Since that time, PABF has directly supervised Lead Counsel, and has been extensively involved in the prosecution and settlement of the Litigation.  Specifically, PABF has performed the following tasks, among others:

   a.   Regularly communicating with Lead Counsel concerning the status, progress, and major strategy decisions regarding the Litigation;

---

[1] Any capitalized terms that are not otherwise defined herein shall have the meanings ascribed to them in the parties' Stipulation of Settlement (the "Stipulation").

1

DECLARATION OF KEVIN REICHART – CASE NO. 5:22-cv-08168-EKL

    b.  Reviewing major motions and pleadings to provide comments and direction as needed;

    c.  Assisting in locating, collecting, and preserving potentially relevant documents;

    d.  Responding to discovery requests, including requests for production and interrogatories, and producing information regarding PABF's transactions in Twist securities; and

    e.  Preparing for and participating in the mediation session.

## III.    PABF SUPPORTS APPROVAL OF THE SETTLEMENT

6.    PABF supports approval of the proposed Settlement. The Settlement is the product of Lead Plaintiff's hard-fought negotiation and careful consideration on behalf of the Settlement Class and represents an award to the Settlement Class that is fair, reasonable, and adequate given the arguable damages and risks of further litigation.

7.    On March 31, 2026, I, on behalf of PABF, participated in a formal full-day mediation session with mediator Robert A. Meyer of JAMS, Lead Counsel, counsel for Defendants, and representatives of Twist and its various insurance carriers.

8.    In advance of the mediation, I prepared myself by considering the strengths and weakness of the litigation, the arguable damages at issue, the evidence assembled, and the risks associated with the litigation. I was present throughout the mediation, took part in discussions with the Mediator, and participated throughout the negotiations. During the March 31st session, the parties exchanged multiple demands and counter offers under the Mediator's auspices. I authorized each of Lead Plaintiff's demands. Despite the parties' best efforts, we could not reach agreement on a resolution on our own. At the conclusion of the session, Mediator Meyer issued a mediator's proposal that the case settle for $17.05 million, which I authorized Lead Counsel to accept on behalf of Lead Plaintiff and the proposed class.

9.    Based on PABF's experience as a court-appointed lead plaintiff, its active involvement throughout the Litigation, its participation in the mediation session, and its understanding of the strength of the merits, the amount of damages, and numerous risks of further

DECLARATION OF KEVIN REICHART – CASE NO. 5:22-cv-08168-EKL

litigation, PABF believes that the proposed settlement is fair, reasonable, and adequate to the Settlement Class. PABF supports Court approval of the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April, 2026.

Respectfully Submitted,

/s/ Kevin Reichart

Kevin Reichart
Executive Director
*Policemen's Annuity and Benefit Fund of Chicago*

3

DECLARATION OF KEVIN REICHART – CASE NO. 5:22-cv-08168-EKL