# EXHIBIT 6

**Chart of
Comparable
Settlements**

## Appendix A – Comparable Settlements

| Case | Claims Being Released | Total Fund | Notices Sent and Claims Filed | Method of Notice | Average Recovery per Claimant | Cy Pres | Claims Admin Costs | Attorneys' Fees and Costs | Max Damages |
|---|---|---|---|---|---|---|---|---|---|
| *Alameda Cnty. Emp. Ret. Assoc. v. Portola Pharm., Inc.*, 3:20 Civ. 367 (N.D. Cal.) | Sections 10(b) and 20(a) of the Exchange Act<br><br>Sections 11, 12(a)(2) and 15 of the Securities Act | $17.5 million | 38,695 notices<br><br>13,045 claims (34%) | Postcard; Website; Press Releases | $2,113 | $9,617 (FINRA Investor Education Foundation) | $1.26 million | Fees: 25%<br><br>Expenses: $750,613 | $301.1 million Exchange Act<br><br>$46.3 million Securities Act |
| *Nacif v. Athira Pharm., Inc.*, 21 Civ. 861 (W.D. Wash.) | Sections 10(b) and 20(a) of the Exchange Act<br><br>Sections 11, 12(a)(2) and 15 of the Securities Act | $10.0 million | 25,632 notices<br><br>8,921 claims (32%) | Postcard; Email; Website; Press Releases | $3,448 (as of Final Approval Order) | Undisclosed amount (Public Justice Foundation) | Up to $170,000 | Fees: 20%<br><br>Expenses: $150,699 | $60.76 million Exchange Act<br><br>$83.1 million Securities Act |
| *Bernstein v. Ginkgo Bioworks Holdings, Inc.*, 4:21 Civ. 8943 (N.D. Cal.) | Sections 10(b), 14(a), and 20(a) of the Exchange Act<br><br>Sections 11 and 15 of the Securities Act | $17.75 million | 72,532 notices<br><br>38,329 claims (53%) | Postcard; Email; Website; Press Releases | Not disclosed | Not disclosed | Up to $250,000 | Fees: 25%<br><br>Expenses: $203,929 | $39.8 million Exchange Act<br><br>$47.2 million Securities Act |

| Case | Claims Being Released | Total Fund | Notices Sent and Claims Filed | Method of Notice | Average Recovery per Claimant | *Cy Pres* | Claims Admin Costs | Attorneys' Fees and Costs | Max Damages |
|---|---|---|---|---|---|---|---|---|---|
| *In re Fibrogen Sec. Litig.*, 3:21 Civ. 2623 (N.D. Cal.) | Sections 10(b) and 20(a) of the Exchange Act* | $28.5 million | 38,174 notices<br><br>27,443 claims (72%) | Postcard; Email; Website; Press Releases | $764 | "<$30,000" (Public Justice Foundation) | $461,521 | Fees: 25%<br><br>Expenses: $641,900 | $457-$851 million |
| *Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc.*, 22 Civ. 3023 (N.D. Cal.) | Sections 10(b) and 20(a) of the Exchange Act* | $20.25 million | 31,210 notices<br><br>13,054 claims (42%) | Postcard; Email; Website; Press Releases | $1,112 | Undisclosed amount (Council of Institutional Investors) | $285,000 | Fees: 25%<br><br>Expenses: $368,880 | $400 million |

* These Exchange Act-only cases are reasonable comparators to the Settlement here. Lead Plaintiff's expert, Mr. Coffman, estimates $17.9 million in risk-adjusted Securities Act damages after applying an offset to account for the risk of Defendant's negative causation defense. Securities Act damages therefore account for 8.1% of total risk-adjusted damages, while the Exchange Act accounts for 91.9%. Accordingly, these Exchange-Act only cases present claims similar to those advanced here, and on that basis, these cases are included in this chart pursuant to the Northern District's Procedural Guidance for Class Action Settlements.