JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    (415) 773 5700
Facsimile:    (415) 773 5759

JAMES C. RUTTEN (State Bar No. 201791)
james.rutten@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

ACHYUT J. PHADKE (SBN 261567)
achyut.phadke@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
TWIST BIOSCIENCE CORPORATION, EMILY
M. LEPROUST, and JAMES M. THORBURN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>        vs.<br><br>TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN,<br><br>              Defendants. | Case No. 5:22-cv-08168-EKL (SVK)<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Courtroom: 7, 4th floor<br>Judge: Honorable Eumi K. Lee |

Case No. 5:22-cv-08168-EKL (SVK)

Pursuant to Civil Local Rule 7-3(b), Defendants Twist Bioscience Corporation, Emily M. Leproust, and James M. Thorburn, by and through counsel, state that they do not oppose Plaintiff's Motion for Preliminary Approval of Class Action Settlement filed on April 30, 2026 (Dkt. No. 165).

DATED: May 1, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP
MUNGER, TOLLES & OLSON LLP


By:      /s/ James C. Rutten
         JAMES C. RUTTEN

Attorneys for Defendants TWIST BIOSCIENCE CORPORATION, EMILY M. LEPROUST, and JAMES M. THORBURN

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT